UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.

      Case No: 8:20-cv-1469-T-30JSS

    Plaintiff,

vs.

CORRECT SOLUTIONS, LLC, a/k/a
CORRECT SOLUTIONS GROUP, LLC,
MARK TURNER, and RICK FERGUSON,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, Smart Communications Holding, Inc., hereby gives notice of filing:

1.    Transcript of Proceedings before Hon. Rex M. Barbas on December 19, 2019, attached as **Exhibit 1**.

2.    Transcript of Continued Proceedings before Hon. Rex M. Barbas on December 27, 2019, attached as **Exhibit 2**.

3.    Exhibits admitted into evidence at the proceedings before Hon. Rex M. Barbas on December 19, 2019 and December 27, 2019, as follows:

- Plaintiff's Exhibit A, attached as **Exhibit 3**.
- Plaintiff's Exhibit B, attached as **Exhibit 4**.
- Plaintiff's Exhibit C, attached as **Exhibit 5**.
- Plaintiff's Exhibit D, attached as **Exhibit 6**.
- Plaintiff's Exhibit F, attached as **Exhibit 7**.
- Plaintiff's Exhibit G, attached as **Exhibit 8**.
- Plaintiff's Exhibit H, attached as **Exhibit 9**.

- Plaintiff's Exhibit I, attached as **Exhibit 10**.
- Plaintiff's Exhibit J, attached as **Exhibit 11**.
- Plaintiff's Exhibit K, attached as **Exhibit 12**.
- Plaintiff's Exhibit L, attached as **Exhibit 13**.
- Plaintiff's Exhibit M, attached as **Exhibit 14**.
- Plaintiff's Exhibit N, attached as **Exhibit 15**.
- Plaintiff's Exhibit O, attached as **Exhibit 16**.
- Plaintiff's Exhibit P, attached as **Exhibit 17**.
- Plaintiff's Exhibit U, attached as **Exhibit 18**.
- Plaintiff's Exhibit V, attached as **Exhibit 19**.
- Plaintiff's Exhibit W, attached as **Exhibit 20**.
- Plaintiff's Exhibit CC, attached as **Exhibit 21**.
- Plaintiff's Exhibit DD, attached as **Exhibit 22**.
- Plaintiff's Exhibit EE, attached as **Exhibit 23**.
- Plaintiff's Exhibit FF, attached as **Exhibit 24**.
- Plaintiff's Exhibit JJ attached as **Exhibit 25**.
- Defendants' Exhibit 1, attached as **Exhibit 26**.
- Defendants' Exhibit 2, attached as **Exhibit 27**.
- Defendants' Exhibit 3, attached as **Exhibit 28**.
- Defendants' Exhibit 5, attached as **Exhibit 29**.
- Defendants' Exhibit 6, attached as **Exhibit 30**.
- Defendants' Exhibit 7, attached as **Exhibit 31**.
- Defendants' Exhibit 10, attached as **Exhibit 32**.

- Defendants' Exhibit 11, attached as **Exhibit 33**.

- Defendants' Exhibit 12, attached as **Exhibit 34**.

- Defendants' Exhibit 13, attached as **Exhibit 35**.

- Defendants' Exhibit 14, attached as **Exhibit 36**.

- Defendants' Exhibit 15, attached as **Exhibit 37**.

- Defendants' Exhibit 16, attached as **Exhibit 38**.

- Defendants' Exhibit 17, attached as **Exhibit 39**.

- Defendants' Exhibit 18, attached as **Exhibit 40**.

- Defendants' Exhibit 19, attached as **Exhibit 41**.

- Defendants' Exhibit 20, attached as **Exhibit 42**.

- Defendants' Exhibit 21, attached as **Exhibit 43**.

- Defendants' Exhibit 23, attached as **Exhibit 44**.

- Defendants' Exhibit 24, attached as **Exhibit 45**.

- Defendants' Exhibit 25, attached as **Exhibit 46**.

*/s/ Brad F. Barrios*
Brad F. Barrios – FBN 35293
Trial Counsel
E-mail: bbarrios@bajocuva.com
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@bajocuva.com
David A. Hayes – FBN  96657
E-mail: dhayes@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida  33602
Tel:  (813) 443-2199 | Fax: (813) 443-2193
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 23, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

               */s/ Brad F. Barrios*
               Attorney