# **EXHIBIT 4**

# Re: Contract Documents

**email: "mturner@correctsolutionsgroup.com Mark Turner"** Thursday, August 17, 2017 at 9:00:45 AM Eastern Daylight Time
**To:** email: "rob.deglman@smartjailmail.com Rob Deglman"

When we get the signed ones back, I will forward.  These guys can take some time to get things signed even though they give the thumbs up. Sending anything other than the completed agreement would be premature as you know how things can change.  Our Agreement with the account will be included as an Addendum to our Agreement with Smart since it will be referenced for term and deliverables.


MT


**From:**
Rob Deglman <rob.deglman@smartjailmail.com>

**Date:** Wednesday, August 16, 2017 at 7:58 PM

**To:** Mark Turner <mturner@correctsolutionsgroup.com>

**Subject:** Contract Documents

Mark

Can you send me what contract documents you have sent to Avoyelles, LA and Lamar, MS for signature that includes our services?

Also, if you could get us the contract documents for Sebastian that you will be signing so we can move forward on this account

Thanks for all these opportunities

rob

--

Rob Deglman

Smart Communications

Director of Sales & Marketing

rob.deglman@smartcommunications.us

Cell (█████████

10491 72nd Street

Seminole, Florida 33777

http://www.mailguardkiosk.com/