# EXHIBIT 14

| | |
|---|---|
| **From:** | wlaspinwall@techfriends.com |
| **Sent:** | Wednesday, July 10, 2019 12:58 PM |
| **To:** | Mark Turner |
| **Subject:** | Executed Agreement |
| **Attachments:** | Binder1.pdf |

Mark,

Attached find the executed agreement between our companies.  Thank you very much my friend!!!!

Thanks,
Lee

**W. Lee Aspinwall**
████████████ c
870.933.6386 o



1

Correct Solutions 00695

## MASTER SERVICES AND SUPPLY AGREEMENT

This Master Services and Supply Agreement ("Agreement") is made and entered into as of the Effective Date by and between TECH FRIENDS, INC., an Arkansas corporation ("Tech Friends"), and CORRECT SOLUTIONS, LLC, a Louisiana limited liability company, for itself and its Affiliates ("Correct Solutions").

### RECITALS

A.      Tech Friends is engaged in the business of, among other things, providing Services, Software and Hardware, each as more fully described on Exhibit A to this Agreement attached hereto an incorporated herein by this reference, for use in Corrections Agency facilities throughout the United States.

B.      Correct Solutions is engaged in the business of, among other things, providing inmate telephone (doing business as Correct Solutions Group), commissary (doing business as Correct Commissary), and deposit services (doing business as Regent Pay) services to Corrections Agencies throughout the United States, as well as corrections facility management services through its Affiliate LaSalle Management Company, LLC.

C.      Correct Solutions now desires to offer and provide Tech Friends Products to its current and future Corrections Agency customers, and Tech Friends desires to so provide its Products as a subcontractor to Correct Solutions, on the terms and conditions stated in this Agreement.

**NOW THEREFORE**, in consideration of the foregoing premises, the mutual covenants and undertakings contained in this Agreement, and other good and valuable consideration, the Parties agree as follows:

1.      <u>Definitions</u>.  The following terms and corresponding definitions apply in this Agreement:

   a.      *ACH*.  Automated Clearing House.

   b.      *ADP*.  Average daily population.

   c.      *Affiliate(s)*.  Any person or entity directly or indirectly controlling, controlled by, or under common control with a Party, with "control" meaning a Controlling Interest or the power to otherwise direct the affairs of the applicable entity.  LaSalle Management Company, LLC, is an Affiliate of Correct Solutions.

   d.      *Authorized Users*.  The employees, agents and independent contractors of Correct Solutions who are authorized by Correct Solutions to use the Services or Software as the case may be, and the third party Corrections Agencies who have entered into Prime Contracts with Correct Solutions for the Services or Software.  The term "Authorized Users" also includes the

third party inmates who are housed in facilities operated by a Customer, and the inmates' friends and family members who are end users of certain Services or Software.

       e.    *Controlling Interest*.  Over 50% of the voting equity interests of the applicable entity.

       f.    *Corrections Agency*.  The authorized operator of a public or private jail, prison, or other place for the government-sponsored incarceration, holding or detention of individuals.  The term "Corrections Agency" includes, without limitation, Correct Solutions' Affiliate LaSalle Management Company, LLC.

       g.    *Customer*.  A Corrections Agency that has a Prime Contract with Correct Solutions.

       h.    *Discloser*.  The Party disclosing Proprietary Information to a Recipient.

       i.    *Documentation*.  The documentation made available by Tech Friends for use by Correct Solutions in hard copy or electronic format which sets out a description of the Services or Software and the user instructions for the Services or Software, as applicable.

       j.    *Effective Date*. June 1, 2019.

       k.    *Existing Accounts*.  Accounts where, as of the Effective Date, Correct Solutions was already providing one or more Tech Friends Products pursuant to the following contracts previously executed by and between the Parties: (i) that certain Subcontractor Services Agreement dated as of June 1, 2018, pertaining to the Tulsa County, Oklahoma, Sheriff's Office and (ii) that certain Subcontractor Services Agreement dated as of October 1, 2018, pertaining to the Franklin Parish, Louisiana, Sheriff's Office.

       l.    *Extended Term*.  A period of time continuing for the longer of:

       i.    The period of time commencing on the closing date of a sale of a Controlling Interest under Paragraph 9.b, below, and continuing for a period of five years thereafter with no right of renewal; or

       ii.    The longest term of any Prime Contract existing as of the closing date of a sale of a Controlling Interest under Paragraph 9.b., below, including all renewals, modifications, amendments or extensions thereof.

       m.    *Gross Revenue*. The total gross revenue generated by all user fees paid for the applicable Service or Software application in the immediately preceding calendar month.

       n.    *Hardware*.  The hardware that may be provided by Tech Friends pursuant to this Agreement, as more fully described on Exhibit A, attached hereto and incorporated herein by this reference.

Correct Solutions 00697

      o.     *IVR.* An Interactive Voice Response system, as more fully described on Exhibit A, which may be provided as a Service by Tech Friends to Correct Solutions under this Agreement.

      p.     *Legacy Accounts.* Certain accounts where, as of the Effective Date, Correct Solutions was providing deposit services under its own name or doing business as Regent Pay at facilities managed by Correct Solutions' Affiliate LaSalle Management Company, LLC. These accounts are identified on Exhibit B, attached hereto and incorporated herein by this reference.

      q.     *Net Revenue.* The Gross Revenue received and retained by Tech Friends for all user fees paid for the applicable Service or Software application, less the Service Fee (if applicable), chargebacks, credits, refunds, sales tax (if any) and other similar pass-through taxes or fees assessed by a government entity in connection with the transactions that gave rise to Gross Revenue.

      r.     *New Accounts.* Accounts for which the Prime Contract was entered into on or after the Effective Date.

      s.     *Party or Parties.* Tech Friends and Correct Solutions are sometimes each referred to in this Agreement as a "Party" and, collectively, as the "Parties."

      t.     *PIPM.* Per inmate per month, calculated based upon the ADP of inmates housed in all of the applicable Customer's facilities combined during a given month.

      u.     *Prime Contract.* A contract entered into by and between Correct Solutions as the prime contractor and a Corrections Agency, for which Tech Friends is a subcontractor to Correct Solutions pursuant to this Agreement. The term "Prime Contract" includes but is not limited to any contract entered into by Correct Solutions with a Corrections Agency, at any time, for a Legacy Account <u>but not</u> for an Existing Account.

      v.     *Procurement.* A procurement for goods and/or services (i) made under a public or private purchasing mechanism such as an Invitation to Bid, Request for Proposals or similar document issued by or on behalf of a Corrections Agency or (ii) to meet the needs of a Customer arising after the Effective Date.

      w.     *Proposal.* A bid, proposal or other similar offer submitted by Correct Solutions in response to a Procurement.

      x.     *Proprietary Information.* Any trade secret or other information that is not generally available to the public and that is either (i) conspicuously marked or otherwise expressly identified as confidential or proprietary when received by the Recipient or (ii) of a kind or nature, or is transmitted or communicated under such circumstances, as would cause a reasonable person to believe that the information is Proprietary Information of the Discloser. The Parties acknowledge that Proprietary Information may be disclosed in written or other tangible form (including on magnetic media) or by oral, visual or other means. Notwithstanding the foregoing, Proprietary Information does not include Information that (w) is already known to the Recipient without restriction when received, or thereafter is developed independently by the Recipient

3

without the use of the Proprietary Information; (x) was obtained by Recipient from a source other than the Discloser through no breach of this Agreement by the Recipient; (y) was in the public domain when received, or thereafter enters the public domain through no fault of the Recipient; or (z) was disclosed by the Discloser to a third party without restriction.

y.   *Products.*   The Services, Software and/or Hardware that may be provided by Tech Friends under this Agreement, each as more fully described on Exhibit A.

z.   *Recipient.*   The Party who receives Proprietary Information from a Discloser.

aa.   *Service Fee.*   Ten percent (10%) of the Gross Revenue generated by the user fees that are included in Gross Revenue.

bb.   *Services.*   The Back-up Recovery, Deposit (aka Money Transfer) and Payment, IVR, Reconciliation Support, Remote Access, Tablet Rental, and Web Pack services, as more fully described on Exhibit A, which may be provided by Tech Friends to Correct Solutions pursuant to this Agreement.

cc.   *Software.*   The cloud-based or downloadable software, as more fully described on Exhibit A, which may be provided by Tech Friends to Correct Solutions pursuant to this Agreement.

dd.   *Tablet(s).*   A mobile computing device with Internet access capability, and related accessories such as charging stations and secure routers, supplied by Tech Friends under this Agreement for use by inmates housed in Corrections Agency facilities, as more fully described on Exhibit A.

ee.   *Term.*   The period of time commencing on the Effective Date and continuing for one year with successive, automatic one-year renewals, until terminated pursuant to Paragraph 9, below.

ff.   *Termination Date.*   The date upon which this Agreement terminates, for any reason.

gg.   *Virus.*   Any thing or device (including without limitation any software, code, file or program) which may prevent, impair or otherwise adversely affect (i) the operation of any computer software, hardware or network, any telecommunications service, equipment or network, or any other service or device; (ii) access to the operation of any program or data, including the reliability of any program or data (whether by re-arranging, altering or erasing the program or data in whole or in part or otherwise); or (iii) the user experience, including worms, Trojan horses, and other similar things or devices.

Correct Solutions 00699

2.    Proposals.

a.    *Procurements.*  Correct Solutions may from time to time identify an opportunity to submit a Proposal for goods and/or services that includes one or more of the Tech Friends Products.  Upon identifying a Procurement opportunity, Correct Solutions shall advise Tech Friends in writing (which may be an email) of the Procurement, specify the required Products, and provide such other supporting information and materials as Tech Friends reasonably requests. Tech Friends shall have five business days after receiving the requested materials to advise Correct Solutions orally or in writing (which may be an email) whether it will participate with Correct Solutions in the Procurement.  If Tech Friends does not respond to Correct Solutions within five business days, then Correct Solutions may team with another provider for all purposes related to that Procurement.

b.    *Proposal Preparation.*  If Tech Friends agrees that Correct Solutions may offer Tech Friends Products for a given Procurement, then Correct Solutions shall prepare and submit a Proposal to the Corrections Agency in response to the Procurement.  Correct Solutions shall be identified in the Proposal as the proposed prime contractor; Tech Friends shall be identified in the Proposal as a subcontractor to Correct Solutions.

c.    *Proposal Support.*  Tech Friends shall provide Correct Solutions with reasonable information, materials, and assistance for the development, preparation and submission of any Proposal(s), including but not limited to any best and final offer(s).  Except as otherwise set forth herein, Correct Solutions shall have responsibility for the content of any Proposal(s) and Correct Solutions shall determine all aspects of each Proposal, including but not limited to the manner and mode of meeting the substantive requirements of the Procurement opportunity, the manner of preparing the Proposal, and the terms and conditions Correct Solutions will propose to the Corrections Agency as the prime contractor provided that such terms and conditions are consistent with, and would not create a breach of, this Agreement.  Notwithstanding the foregoing, Correct Solutions shall at all times present Tech Friends and the Products in a favorable, fair and accurate manner, and shall not change any substantive information provided by Tech Friends for inclusion in a Proposal, including without limitation about the Products, pricing, their performance or their use, without Tech Friends' prior written approval.

d.    *Meetings.*  Upon request by Correct Solutions, Tech Friends may, but is not required, to make its management and technical personnel reasonably available to participate in and/or attend any presentations, discussions and negotiations with a Corrections Agency concerning a Proposal or the award of a prime contract to Correct Solutions.  Payment of Tech Friends' expenses to attend such meetings shall be mutually agreed upon on a case-by-case basis.

e.    *Cost of Procurements.*  Each Party shall be responsible for and bear the cost of its own efforts in the preparation and support of its portion of any Proposal.

f.    *Obligation to Team.*  Each Party may, in its sole discretion, choose not to participate in a particular Procurement with the other Party.  Whenever the Parties are not teaming with one another on a given Procurement, either Party may, in its sole discretion, choose to submit its own independent proposal in connection with that Procurement or submit a proposal with

5

another person or entity, provided that submitting such Proposal does not otherwise violate the terms of this Agreement. Contracts (including without limitation contracts existing as of the Effective Date) entered into at any point in time by one Party independent of the other Party, or without the other Party's goods or services, shall not be considered part of or subject to this Agreement for any purpose, including without limitation for the purpose of calculating or remitting fees or revenue shares due under this Agreement.

3.     Rights and Obligations.  The rights and obligations of the Parties with respect to each Prime Contract shall be governed by the provisions of Exhibit C, attached hereto and incorporated into this Agreement by this reference. The rights and obligation of the Parties with respect to the terms of sale for Hardware by Tech Friends to Correct Solutions for a particular Prime Contract shall be governed by the provisions of Exhibit D, attached hereto and incorporated into this Agreement by this reference.

4.     Development Restrictions.  Correct Solutions agrees that it shall not develop its own tablet product or work with a third party, directly or indirectly, to develop a tablet product for use in Corrections Agency facilities, during the Term or any Extended Term.

5.     Independent Contractors.  This Agreement is not intended to constitute, create, effect or otherwise establish a joint venture, partnership, principal-agent, or any other relationship of any kind, other than that of independent contractors, and the rights and obligations of the Parties shall be only those expressly set forth in this Agreement.  Neither Party is, by virtue of this Agreement, authorized as an agent, employee or legal representative of the other, and neither Party shall have the power to bind or commit the other except as specifically set forth in this Agreement. At all times, Correct Solutions and Tech Friends shall each be responsible for its own employees and operations.  Except as otherwise set forth herein, neither Party assumes responsibility to the other for costs, expenses, risks and liabilities arising out of the efforts of the other Party under this Agreement or under a Prime Contract.

6.     Subcontractors.  Tech Friends is authorized to engage the services of any third party person or entity as it reasonably determines are necessary to aid or assist in the performance of its obligations under this Agreement.

7.     Proprietary Information.  If in the course of performing this Agreement either Party or its Affiliate discloses its proprietary or confidential information to the other Party or its Affiliate, such disclosure shall be governed by the following provisions.

a.     *Use of Proprietary Information*.  Proprietary Information shall be used by the Recipient only in the performance of this Agreement and shall not be disclosed to any third party, person or entity or used for any other purpose other than those contemplated by this Agreement, without the prior written consent of the Discloser.

b.     *Protection of Proprietary Information*.  The Recipient will protect Proprietary Information of the Discloser against any unauthorized use or disclosure to the same extent that the Recipient protects its own information of a similar nature against unauthorized use or disclosure, but in no event with less than reasonable care.

Correct Solutions 00701

     c.    *Return of Proprietary Information.*  Upon expiration or termination of this Agreement, each Party shall cease use of Proprietary Information received from the other Party and shall at the Discloser's option: (i) destroy all such Proprietary Information, including copies thereof, then in its possession or control, promptly furnishing the Discloser with written certification of such destruction or (ii) return all such Proprietary information and copies to the Discloser.  The rights and obligations of the Parties under this Paragraph 7 shall survive any such return or destruction of Proprietary Information.

     d.    *Breach.*  The Parties agree that, in the event of a breach or threatened breach of the terms of this Paragraph 7, the Discloser shall be entitled to seek an injunction or other equitable relief prohibiting any such breach, without the necessity of posting a bond or demonstrating monetary harm.  Any such relief shall be in addition to and not in lieu of any appropriate relief in the way of money damages.  The Parties acknowledge that Proprietary Information is valuable and unique and that its unauthorized use or disclosure in breach of this Paragraph 7 would result in irreparable injury to the Discloser.

     e.    *Ownership of Proprietary Information.*  All Proprietary Information disclosed in connection with this Agreement shall remain the property of the Discloser.  Nothing contained in this Agreement, nor any disclosure hereunder, shall be construed as a grant or establishment of any right or license, express or implied, under any patent, copyright or other proprietary right of the Discloser.

    8.    <u>Indemnification</u>.  Each Party shall be solely responsible for all liability arising out of its own acts or omissions.  Each Party shall indemnify, defend and hold harmless the other from all demands, damages, liabilities, fines, costs and expenses (including reasonable attorney's fees), judgments, settlements, and penalties of every kind arising out of or related to its performance or non-performance in connection with this Agreement or (in Correct Solutions' case) any Prime Contract, including, without limitation, damages for personal injury or death or loss or damage to property due, or claimed to be due, to the gross negligence or willful misconduct of the indemnifying Party.  The indemnified Party may elect to participate in the defense of any suit, claim, or demand by employing attorneys at its own expense, without waiving the other Party's obligations to indemnify, defend, or hold harmless.

    9.    <u>Term and Termination</u>.

     a.    *Term.*  Unless otherwise terminated as provided for in Paragraph 9.c, this Agreement shall be in full force and effect for: (i) the Term unless either Party terminates the Agreement by giving written notice of termination to the other Party at least sixty (60) days in advance of each one-year anniversary date of the Effective Date or (ii) the Extended Term, if applicable by operation of Paragraph 9.b, below.  Notwithstanding the foregoing, if either Party terminates this Agreement during the Term then this Agreement shall nevertheless remain in effect as to each Prime Contract existing of the Termination Date and continue as to each Prime Contract for its duration, including all renewals, modifications, amendments or extensions thereof.

Correct Solutions 00702

      b.    *Extended Term Upon Sale.*  If at any time during the Term Tech Friends (or any equity owner(s) thereof) sells a Controlling Interest in itself to a third party (regardless of the form of the transaction) then the Term of this Agreement shall be automatically converted to the Extended Term, commencing on the closing date of the sale; provided, however, that sales of a Controlling Interest made to one or more Tech Friends' employees, to an Affiliate, and/or to the spouse or child of an Affiliate, singly or combined, shall be exempt from the provisions and operation of this Paragraph 9.b for all purposes and, accordingly, shall not effect an extension or conversion of the Term.

      c.    *Termination of Agreement.*  A Party may immediately terminate this Agreement for cause by providing written notice to the other Party at any time after the occurrence of any of the following events:  (a) for material breach and failure of the breaching party to cure such breach within thirty (30) days after receiving written notice of such breach from the non-breaching party;  (b) the taking of control or possession of some or all of the assets of a Party by any governmental authority;  (c) the dissolution, liquidation (partially or wholly) of a Party; (d) in the event that a Party knowingly makes a false representation to the other Party and that representation is relied upon by the other Party in entering into or continuing to perform under this Agreement; or (e) in the event of any of the following:  a Party (i) becomes insolvent and is unable to pay its obligations as they become due (ii) suffers or permits the appointment of a receiver for its business or assets (iii) becomes subject to any proceeding under the federal bankruptcy laws or any statute of any state relating to insolvency or the protection of the rights of creditors, which appointment or proceeding is not dismissed within ninety (90) days or (iv) makes a general assignment for the benefit of creditors, or avails itself of any proceeding under the federal bankruptcy laws or any statute of any state relating to insolvency or the protections of the rights of creditors.

      d.    *Rights and Obligations on Termination.*  Upon termination of this Agreement in whole, or termination services for a Prime Contract, for any reason, Tech Friends may on the termination date stop providing Services to, and disconnect and remove Hardware and Software from, Correct Solutions or the affected Customer(s) as applicable. Tech Friends' costs of termination shall be its sole responsibility if the termination is for any reason other than Correct Solutions' default.  Upon termination of the Agreement or a Prime Contract for Correct Solutions' default, in addition to any other rights or remedies Tech Friends may have, Correct Solutions shall, within ten (10) days' written demand for payment, reimburse Tech Friends for its costs (including without limitation employee and contractor work hours) of terminating access to the Services and disconnecting and removing the Hardware and Software.  In either event and at all times, Correct Solutions shall provide, and as applicable shall work with each affected Customer to provide, safe access to Correct Solutions' premises and to each Customer facility for Tech Friends' disconnection of the Software from hardware or other equipment, and disconnection and removal of Hardware, if and as needed.  Correct Solutions agrees to cooperate, and not to interfere, with Tech Friends' termination of Services and disconnection and removal of the Hardware and Software.

      10.    <u>Limitation of Liability</u>.  WITH THE EXCEPTION OF A BREACH OF PARAGRAPH 7 AND INDEMNITY OBLIGATIONS UNDER PARAGRAPH 8, ABOVE, IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, SPECIAL OR

Correct Solutions 00703

CONSEQUENTIAL DAMAGES (INCLUDING WITHOUT LIMITATION LOST PROFITS) ARISING OUT OF THIS AGREEMENT OR THE FURNISHING, FUNCTIONING, USE, DISTRIBUTION OR MARKETING OF THE PRODUCTS OR ANY RELATED ITEM OR OTHER SERVICE PROVIDED BY TECH FRIENDS OR CORRECT SOLUTIONS.

11.     Notices.  Except as otherwise provided herein, all notices to be given pursuant to this Agreement shall be personally delivered, delivered by certified mail (return receipt requested), or delivered by a nationally recognized overnight express delivery service (such as Federal Express), to the pertinent address set forth below.  Notices shall be deemed given as of the later of the date of actual receipt for personal delivery or delivery by certified mail or as of the next business day after the date of sending for delivery by overnight courier.

*If to Tech Friends*:             Tech Friends, Inc.
                                  2225 E. Highland Drive
                                  Jonesboro, AR 72401
                                  Attn:  Bob Shipman, President

                                  *With a copy to*:

                                  Tech Friends, Inc.
                                  PO Box 16480
                                  Jonesboro, Arkansas 72403
                                  Attn:  Bob Shipman, President

*If to Correct Solutions*:        Correct Solutions, LLC
                                  182 Bastille Lane
                                  Ruston, LA  71270
                                  Attn:  Patrick Temple, Managing Member

Either Party may change its address or addressee at any time, by written notice to the other Party given in accordance with this provision.

12.     Assignment.  Neither Party may assign this Agreement without the prior written consent of the other, which consent shall not be unreasonably withheld.  No assignment, with or without such consent, will relieve any Party from its obligations under this Agreement. Subject to the foregoing, this Agreement shall bind and inure to the benefit of the respective principals, Affiliates, successors, heirs and permitted assigns of the Parties.

13.     Compliance with Laws.  Correct Solutions and Tech Friends shall each comply with applicable federal, state and local laws and regulations and will each retain sole responsibility for its own compliance with all applicable federal, state and local laws and regulations.

14.     Force Majeure.  Either Party may be excused from performance under this Agreement to the extent that its performance is prevented by any act of God, war, civil disturbance, terrorism, strikes, riots, failure of a third party's performance outside of the Party's control, failure,

9

fluctuation or non-availability of electrical power, heat, light, air conditioning or telecommunications equipment, other equipment failure or similar event beyond its reasonable control; provided, however, that the affected Party shall use reasonable efforts to remove such causes of non-performance.

15.    Uncontrollable Circumstances.  The Parties reserve the right to renegotiate or terminate this Agreement in whole, or in part as to one or more Prime Contracts, upon sixty (60) days advance written notice if circumstances outside a Party's control related to a Prime Contract (including, without limitation, changes in services, fees, rates, regulations, or operations mandated by law; material reduction in inmate population or capacity; material changes in Corrections Agency policy or economic conditions; or acts of God) materially and negatively impact that Party's business; however, neither Party shall unreasonably exercise such right.  Further, the Parties acknowledges that their respective provision of equipment or services is subject to certain federal, state, or local regulatory requirements and restrictions that are subject to change from time to time, and nothing contained herein to the contrary shall restrict either Party from taking any steps reasonably necessary to perform in compliance with applicable laws, rules and regulations, or, notwithstanding any other provision of this Agreement, constitute a breach of this Agreement if a Party must unilaterally alter its fees, equipment, software or services so as to comply with such federal, state or local requirements and restrictions.

16.    No Third-Party Beneficiaries.  This Agreement is for the benefit of, and will be enforceable by, the Parties only. This Agreement is not intended to confer any right or benefit on any third party, including without limitation any Corrections Agency or third party Authorized User. No action may be commenced or prosecuted against a Party by any third party claiming as a third-party beneficiary of this Agreement or any of the transactions contemplated by this Agreement.

17.    Authority.  The signatories executing this Agreement each represent that they have the full right, capacity and authority to enter into this Agreement on behalf of their respective Parties and Affiliates. Each Party represents and warrants that it has the full right and authority to enter into and perform this Agreement and, furthermore, that such performance shall not constitute a breach of, or otherwise unlawfully interfere with, any contract that the Party has with a Corrections Agency or other third party.

18.    Entire Agreement.  This Agreement supersedes and replaces all prior discussions and agreements by and between Tech Friends, or any of its officers, directors, shareholders, employees, Affiliates, attorneys and/or agents, and Correct Solutions, or any of its officers, directors, members, Affiliates, employees, attorneys and/or agents, with respect to any and all matters relating to the hardware, software or services contemplated herein. This Agreement constitutes the sole and entire agreement between the Parties as to its subject matter. Notwithstanding anything to the contrary in this Agreement, this Agreement does not supersede or replace the following Existing Account contracts executed by and between the Parties: (i) that certain Subcontractor Services Agreement dated as of June 1, 2018 pertaining to the Tulsa County, Oklahoma, Sheriff's Office and (ii) that certain Subcontractor Services Agreement dated as of October 1, 2018, pertaining to the Franklin Parish, Louisiana, Sheriff's Office. The terms and conditions of the Parties' rights and obligations as to each Existing Account shall be governed

10

solely by the respective contract previously executed as to that Existing Account and not by this Agreement.

19.   <u>Amendment and Waiver</u>.   This Agreement cannot be amended or modified except by the mutual written agreement of the Parties to it.   The failure of either Party to insist upon or enforce strict performance by the other of any provision of this Agreement, or to exercise any right or remedy under this Agreement, will not be interpreted or construed as a waiver or relinquishment to any extent of that Party's right to assert or rely upon any such provision, right or remedy in that or any other instance; rather, the same will be and remain in full force and effect.

20.   <u>Headings</u>.   The headings preceding each of the sections, paragraphs, or sub-paragraphs in this Agreement are for convenience only and shall not be considered in the construction or interpretation of this Agreement.

21.   <u>Applicable Law</u>.   This Agreement, including all matters relating to the validity, construction, performance, and enforcement of it, shall be governed by the laws of the State of Arkansas without regard to its choice of law provisions.

22.   <u>Severability</u>.   If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity, legality, or enforceability of the remaining provisions shall be in no way be affected or impaired thereby, shall remain in full force and effect, and shall be interpreted to the greatest extent possible to maximize the Parties' original intent.

23.   <u>Execution</u>.   For purposes of execution of this Agreement, the Parties agree that original signatures copied and transmitted electronically shall have the same force and effect as original signatures.   This Agreement may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with the other executed counterparts, shall constitute one Agreement, which shall be binding upon and effective as to both Parties.

Correct Solutions 00706

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be signed as of the Effective Date.

"TECH FRIENDS"                                    "Correct Solutions"

TECH FRIENDS, INC.                          CORRECT SOLUTIONS, LLC


By: _____         By: _____
Name:  Bob Shipman                          Name:  Patrick Temple
Title:  President                                    Title:  Managing Member

12

Correct Solutions 00707

<strong><u>EXHIBIT A</u></strong>

<strong>PRODUCTS</strong>

**<u>SERVICES</u>:**

- **Back-up Recovery**
  - Assistance in recovering and rebuilding information in the case of data loss due to disruption of systems located onsite at Customer or Correct Solutions facilities

- **Deposit (aka Money Transfer) and Payment Services**
  - Debit phone time transfer from bank/trust account by inmate
  - Cash, credit or debit card deposits into inmate bank/trust account through lobby kiosk
  - Bond/fine/fee/debt payments

- **IVR**
  - Commissary ordering
  - Inmate information
  - Debit phone time purchase
  - Phone attendant (for inmate friends and family members – provides bonding and incarceration information)

- **Reconciliation Support**
  - Assistance with reconciliation of outstanding items and issues in existing Customer bank account upon implementation of Lockdown Resident Inmate Banking System

- **Remote Access**
  - Allows remote access from designated location(s) to computers in the field for technical support

- **Tablet Rentals**

- **Web Packs**
  - Sale through Tech Friends' website of pre-packaged commissary gift packs assembled, stored and delivered by Correct Solutions

A-1

Correct Solutions 00708

**SOFTWARE:**

- **Provided either**:
  - o Cloud-based as a service; Tech Friends hosts the underlying software and users access Software applications through a link to Tech Friend's website; or
  - o In executable code only with Software downloaded to local server(s) owned or controlled by Correct Solutions, the Corrections Agency, or a third party commissary provider

- **Applications/Functionality**:
  - o Lockdown™ Resident Banking System
  - o Lockdown™ Warehouse Software
  - o Electronic mail
  - o Digital, character-based communication (such as texting)
  - o Video visitation
  - o Link to Correct Solutions' inmate calling application
  - o Debit phone time transfer by inmate
  - o Family purchase of debit or pre-paid phone time
  - o Grievances
  - o Law library
  - o Medical scheduling
  - o Information
  - o Entertainment – Tablets only (such as games and e-books)
  - o Internet access

**HARDWARE:**

- Titan™ inmate kiosk
- JailATM™ lobby kiosk
- Booking/intake kiosk
- Tablets (any screen size; handheld, wall mounted, or capable of being, or is, mounted into a kiosk)
  - o Accessories
    - ➢ Tablet charging stations
    - ➢ Secure routers
    - ➢ Other hardware supporting Tablet implementation and use

From time to time during the Term, Tech Friends may develop and offer to Correct Solutions new or modified Services, Software or Hardware in its sole and absolute discretion. Any such new or modified Services, Software or Hardware shall be deemed added to this Exhibit A without the need for a formal amendment to the Agreement unless such new or modified Services, Software or Hardware will materially affect the fees or revenue shares paid under Exhibit C, Paragraphs 11 or 12.

A-2

Correct Solutions 00709

# EXHIBIT B

## LEGACY ACCOUNTS
### (by facility)

| Facility Description | City | State |
|---|---|---|
| Bowie County Correctional Center | Texarkana | AR |
| Catahoula Correctional Center | Harrisonburg | LA |
| Crawford County Jail | Van Buren | AR |
| Comal County Jail | New Braunfels | TX |
| Independence County | Batesville | AR |
| Irwin County Detention Center | Ocilla | GA |
| Jackson Parish Correctional Center | Jonesboro | LA |
| LaSalle Correctional Center | Olla | LA |
| Limestone County Detention Center | Groesbeck | TX |
| Little River County | Ashdown | AR |
| IAH Secure Adult Detention Center | Livingston | TX |
| Madison Parish Detention Center Men/JV3/JV4 | Tallulah | LA |
| Madison Parish Women Detention Center | Tallulah | LA |
| Moore County Jail | Dumas | TX |
| Morgan City Jail | Morgan City | LA |
| Miller County Jail | Texarkana | AR |
| Ouachita Correctional Center | Richwood | LA |
| Poinsett County Jail | Harrisburg | AR |
| Pope County Jail | Russellville | AR |
| Prairieland Detention Center | Alvarado | TX |
| Pulaski County Jail | Little Rock | AR |
| Richwood Correctional Center | Monroe | LA |
| River Correctional Center | Ferriday | LA |
| Rolling Plains Regional Jail | Haskell | TX |
| San Luis Regional Detention Center | San Luis | AZ |
| Sebastian County Jail | Fort Smith | AR |
| St Louis City Justice Center | St. Louis | MO |
| Taylor County Jail | Abilene | TX |
| Tensas Parish Detention Center | Waterproof | LA |
| Van Zandt County Detention Center | Canton | TX |
| Jack Harwell Detention Center | Waco | TX |
| West Texas Detention Facility | Sierra Blanca | TX |
| Williamson County | Georgetown | TX |
| Winn Correctional Center | Winnfield | LA |
| Wise County Jail | Decatur | TX |

**EXHIBIT C**

**RIGHTS AND OBLIGATIONS OF THE PARTIES
WITH RESPECT TO A PRIME CONTRACT**

      1.    <u>Service Request</u>.  Upon execution of a Prime Contract, Correct Solutions shall submit a service request for the installation and/or implementation of the Products to be supplied by Tech Friends, as Correct Solutions subcontractor, in connection with the Prime Contract.  The service request shall be submitted through Tech Friends' online customer service portal.  If Tech Friends does not agree to the terms of any service request, the Parties promptly shall cooperate to arrive at mutually agreeable terms.  Tech Friends shall be under no obligation to provide Products if Correct Solutions fails to submit an acceptable service request.

      2.    <u>Exclusivity</u>.  Correct Solutions grants to Tech Friends the exclusive right during the Term and any Extended Term to provide, maintain, operate and manage the designated Services and Software, and provide the chosen Hardware, required of or offered by Correct Solutions under the Prime Contract, for the duration of the Prime Contract including all renewals, modifications, amendments and extensions of it. Subject to the terms of this Agreement, Tech Friends agrees during the Term or Extended Term to provide, maintain, operate and manage the Services and Software, and to supply Hardware, consistent with the terms of this Agreement. In the event that there is a conflict between the terms of this Agreement and those of any other document created with respect to the provision of Products, the terms of this Agreement shall prevail.

      3.    <u>Grant of Rights</u>.

          a.    *Subscription to Services*.  As to all Customers for whom Software is made available to Authorized Users on a cloud basis by accessing a Tech Friends' website through an Internet connection, Tech Friends grants to Correct Solutions a revocable, non-exclusive, non-transferable, limited right to use, and to permit Authorized Users to use, the applicable Software and Documentation under a Prime Contract during, as the case may be, the Term or the Extended Term solely for Correct Solutions and the Corrections Agency's internal business operations and, as applicable, the Authorized Users' personal use, consistent with the terms and conditions of this Agreement; <u>provided, however</u>, that in no event may any use exceed the scope of the rights granted herein and all Prime Contracts and terms of use must contain the same restrictions as contained herein.

          b.    *License for Software*.  As to all Customers for whom a copy of Software is installed on a local server(s) located at the premises and/or under the control of a Corrections Agency or Correct Solutions, Tech Friends grants to Correct Solutions a revocable, non-exclusive, non-transferable, limited license to distribute and use, and to sublicense each Customer to use under a Prime Contract, the applicable Software, in executable code only, and Documentation for, as the case may be, the Term or the Extended Term, solely for Correct Solutions and the Customer's internal business operations and, as applicable, the Authorized Users' personal use consistent with the terms and conditions of this Agreement; <u>provided, however</u>, that in no event

Correct Solutions 00711

may any sublicense exceed the scope of the license herein and all sublicenses must contain the same restrictions as contained herein.

4. <u>Right to Modify</u>. Tech Friends reserves the right to substantially modify or remove all of any portion of the Services or Software at any time upon written notice given to Correct Solutions for the purpose of eliminating features, designs or code that infringe or may infringe any third party's proprietary rights. Any such action will not constitute a breach of this Agreement.

5. <u>Warranties and Disclaimer</u>.

a. *Hardware*. ALL HARDWARE IS SOLD OR SUPPLIED "AS-IS," EXCEPT FOR SUCH HARDWARE THAT MAY BE SUBJECT TO A THIRD PARTY MANUFACTURER WARRANTY. TECH FRIENDS SHALL PASS THROUGH TO CORRECT SOLUTIONS ANY APPLICABLE THIRD PARTY HARDWARE WARRANTY KNOWN TO TECH FRIENDS AS ALLOWED BY LAW AND THE TERMS OF THE THIRD PARTY WARRANTY. TECH FRIENDS ITSELF DOES NOT MAKE ANY WARRANTY AS TO ANY HARDWARE'S USE, PERFORMANCE OR RESULTS OBTAINED BY USING THE HARDWARE. TECH FRIENDS ITSELF MAKES NO WARRANTIES, CONDITIONS, GUARANTEES OR REPRESENTATIONS WHATSOEVER (EXPRESS OR IMPLIED, WHETHER BY STATUE, COMMON LAW, CUSTOM, USAGE OR OTHERWISE) AS TO ANY MATTER INCLUDING, WITHOUT LIMITATION, FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, DURABILITY, TITLE, ACCURACY, NON-INFRINGEMENT, INTEGRATION, OR SATISFACTORY QUALITY. TECH FRIENDS ITSELF MAKES NO WARRANTY AS TO HARDWARE SUPPLIED BY CORRECT SOLUTIONS OR A THIRD PARTY. CORRECT SOLUTIONS OR ITS CORRECTIONS AGENCY CUSTOMER MAY BE ENTITLED TO WARRANTIES UNDER THE LAW OF ITS JURISDICTION.

b. *Services and Software*. Tech Friends warrants that when it delivers Services or Software, they will conform in all material respects to the Documentation for the Services or Software, if any and as applicable, when used or operated (i) on and with the equipment agreed to by Tech Friends at the time of implementation and (ii) in conformity with the training and Documentation provided by Tech Friends to Correct Solutions at the time of implementation or thereafter. Tech Friends reserves the right to correct Documentation due to typographical or clerical error. NOTWITHSTANDING THE FOREGOING, TECH FRIENDS DOES NOT WARRANT THAT USE OF THE SERVICES OR SOFTWARE WILL BE UNINTERRUPTED, COMPLETELY ERROR-FREE, COMPLETELY SECURE, OR THAT ALL DEFECTS WILL BE CORRECTED.

In the event of any breach of this warranty, provided notice of the breach is given in writing to Tech Friends within thirty (30) days after the discovery of the breach, Tech Friends will, at its option, repair or replace Services or Software at no charge to Correct Solutions, the Customer, or the end user. This warranty is given by Tech Friends and not by any of its third party suppliers. Neither Tech Friends nor any of its third party suppliers warrants or guarantees the results from use of the Services or Software. TECH FRIENDS MAKES NO WARRANTY

C-2

AS TO ANY GOODS OR SERVICES SUPPLIED BY CORRECT SOLUTIONS OR A THIRD PARTY.

        c.     *DISCLAIMER.* EXCEPT AS OTHERWISE REQUIRED BY LAW, THE WARRANTIES SET FORTH IN THIS EXHIBIT C, PARARAPH 5 ARE TECH FRIENDS' EXCLUSIVE WARRANTIES AND ARE IN LIEU OF ALL WARRANTIES, CONDITIONS, GUARANTEES OR REPRESENTATIONS, EXPRESS OR IMPLIED, ORAL OR IN WRITING, (INCLUDING WITHOUT LIMITATION ANY EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, DURABILITY, TITLE, ACCURACY, NON-INFRINGEMENT, INTEGRATION, OR SATISFACTORY QUALITY) ARISING OUT OF OR RELATED TO ANY SOFTWARE OR HARDWARE SUPPLIED BY TECH FRIENDS, OR THE PERFORMANCE OR NON-PERFORMANCE OF ANY SERVICES (INCLUDING BUT NOT LIMITED TO ANY WARRANTY RELATING TO THIRD PARTY SERVICES, ANY WARRANTY WITH RESPECT TO THE PERFORMANCE OF ANY SOFTWARE, TABLETS OR HARDWARE USED IN PERFORMING SERVICES AND ANY WARRANTY CONCERNING THE RESULTS TO BE OBTAINED FROM THE SERVICES). THE REMEDIES STATED HEREIN ARE THE EXCLUSIVE REMEDIES FOR ANY BREACH OF WARRANTY. TECH FRIENDS' MAXIMUM LIABILITY FOR BREACH OF WARRANTY SHALL BE THE AMOUNT OF GROSS REVENUE (AS THAT TERM IS DEFINED IN PARAGRAPH 1 OF THE MAIN BODY OF THIS AGREEMENT) PAID TO TECH FRIENDS IN CONNECTION WITH THE APPLICABLE PRIME CONTRACT FOR THE THIRTY (30) DAY PERIOD IMMEDIATELY PRECEDING THE NOTICE OF BREACH. The foregoing exclusion and limitations will apply to the maximum extent permitted by applicable law, even if any remedy fails in its essential purpose.

      6.    <u>Contract Administration</u>.

        a.     *Training.*  Tech Friends shall provide Documentation to, and train Correct Solutions on, the use of the Tech Friends Products as reasonably required.  Such training may be conducted by a series of LiveMeeting, webinar or similar sessions, or in-person as reasonably requested by Correct Solutions.  Tech Friends shall provide Correct Solutions with an electronic version of user manuals for the Services and Software, as revised from time to time to reflect any updates or upgrades.  Correct Solutions shall be responsible for training and providing appropriate Documentation on the use of the Products to other Authorized Users.

        b.     *Technical Support.*

           i.     Legacy Accounts.  For all Legacy Accounts, Tech Friends shall provide technical support directly to the Customer and to other Authorized Users of the Products in coordination with, as needed, Correct Solutions.  Correct Solutions shall be solely responsible for all technical support and maintenance pertaining to the equipment, software and services provided independently by it in connection with a Prime Contract for a Legacy Account.

           ii.     New Accounts.  For all New Accounts, Correct Solutions shall provide the first level of technical support to other Authorized Users of the Products by providing a help desk staffed by Correct Solutions' personnel trained by Tech Friends.  Other Authorized

Correct Solutions 00713

Users will be directed to call the Correct Solutions' help desk to solve questions or issues with the Products. Tech Friends shall provide reasonable telephone and electronic mail support to assist Correct Solutions' staff with issues that are not resolved by Correct Solutions' staff alone. For issues that cannot be resolved by Correct Solutions' personnel at the first level, Tech Friends shall provide the next level of support directly to the Customer in coordination, as needed, with Correct Solutions. Correct Solutions shall be solely responsible for all technical support and maintenance pertaining to the equipment, software and services provided independently by it in connection with a Prime Contract for a New Account.

    c. *Implementation and Integration.* Tech Friends shall provide the Software, as applicable, either via a Web portal for downloading onto local server(s) as designated in a service request or by giving Authorized Users a link to a Tech Friends' website that the User may be access through appropriate hardware with an Internet connection. Tech Friends shall work cooperatively with Correct Solutions to integrate and operate Tech Friends Services and Software on and with Correct Solutions' hardware and systems. All hardware costs and the costs of installing or maintaining facility network, wiring, transmission lines, electricity, bandwidth, proper lighting, power and power sources shall be Correct Solutions' sole responsibility. Tech Friends may, at its sole option, upgrade or replace Hardware, Services or Software at any time provided that the applications or functionality of the Product remains unchanged or is enhanced. Neither Party shall charge a fee to the other for implementation or integration services.

    d. *Customizations.* Tech Friends agrees to use its reasonable efforts to provide customized Services or Software applications and functionality consistent with a Corrections Agency's unique requests or operating environment; provided, however, that Tech Friends shall have no obligation to provide such modifications if Tech Friends determines, in Tech Friends' sole and absolute discretion, that it cannot do so at an acceptable profit to itself.

    e. *Bug Fixes.* Any Software defect that Tech Friends determines materially and significantly impacts the performance or usability of the Software, also known as a "bug," shall be repaired by Tech Friends at no cost during the Term of the Prime Contract and any renewal, extension or modification of it.

    f. *Servers and Miscellaneous Equipment.* Downloaded Software shall be hosted on a local server(s) provided by Correct Solutions or the Corrections Agency. Correct Solutions may, but is not required, to purchase the server(s) or other miscellaneous equipment from Tech Friends at a price to be mutually agreed upon at that time. The number and location of server(s) or other miscellaneous equipment necessary to best meet the Corrections Agency's requirements shall be determined by the Parties on a case-by-case basis. The Software supporting applications made available on a cloud basis shall be securely hosted on offsite servers owned or controlled by Tech Friends.

    g. *Condition of Facilities.* If Tablets are sold or supplied for a Prime Contract, then Correct Solutions shall use commercially reasonable efforts to ensure that suitable space for Tablets is provided at each Customer facility. Correct Solutions shall work with its Customers to keep the Tablets readily accessible to inmates, and shall work with its Customers to permit the inmates to maximize the use of Tablets subject to each Customer's security procedures.

Correct Solutions 00714

h.     *Termination of Prime Contract.*  If for any reason the Prime Contract terminates in whole or in part, and Correct Solutions is not the successor contractor under a new prime contract for the terminated goods or services, then Correct Solutions agrees that it shall work cooperatively and in good faith with Tech Friends, and take all necessary and desirable steps, to smoothly transition to a new prime contractor whether or not Tech Friends itself continues to provide services in connection with a new prime contract or subcontract.  Correct Solutions further agrees that:  (i) Correct Solutions shall not directly or indirectly disrupt or interfere with Tech Friend's systems, operations, business or services being provided to the Customer; and (ii) Correct Solutions shall promptly (but in any event within three (3) business days) provide and release to Tech Friends all data and records in Correct Solutions' possession, custody or control belonging to or created for the Customer upon the Customer's request for such.  All data and records, and all actions taken, by Correct Solutions shall be without direct or indirect charge of any kind or nature to Tech Friends.

7.     Ownership Rights.

a.     *Services and Software.*  Correct Solutions has no rights in or to the Services or Software except as otherwise specifically set forth in this Agreement.  The Parties agree that Tech Friends (or its licensors) owns all proprietary rights, including copyrights, patents and trade secrets in and to the Services and Software and that this Agreement does not transfer ownership of any of these rights to Correct Solutions, its Affiliates, or to any third party.  Tech Friends furthermore shall own all proprietary rights in any modifications to the Services or Software, whether created by Tech Friends, Correct Solutions or a third party.  Correct Solutions hereby assigns to Tech Friends all proprietary rights, including without limitation copyright, patent and trade secret rights, to any Services or Software modifications created by or on behalf of Correct Solutions.

b.     *Hardware.*  The Parties agree that Tech Friends (or its licensors) owns all design, patent and related trade secrets rights in and to the Hardware, and that this Agreement does not transfer ownership of any of these rights to Correct Solutions, its Affiliates, or to any third party.  Tech Friends shall own all proprietary rights in any modifications to Tablets, whether created by Tech Friends, Correct Solutions or a third party.  Correct Solutions hereby assigns to Tech Friends all proprietary rights, including without limitation, copyright, patent and trade secret rights, to any Tablet modifications created by or on behalf of Correct Solutions.

c.     *Trademarks.*  Tech Friends (or its licensees) is and shall remain the owner of all right, title, and interest in and to any and all trademarks, trade names, trade dress, logos, graphics, photographs, artwork, and textual materials used in connection with the Products, including without limitation Lockdown™, Titan™ and JailATM™.

8.     General Restrictions and Limitations.

a.     *Access.*  Correct Solutions shall only: (i) provide Tech Friends Products pursuant to a Prime Contract; (ii) use Products, graphical designs, features, Documentation, designs, screen layouts, and information consisting of or containing Proprietary Information

C-5

related to any Product, solely for the purpose of performing under this Agreement; (iii) allow access to the Software through a link, provided by Tech Friends, to Tech Friends' website; and (iv) if applicable, distribute the version of the Software provided by Tech Friends.

      b.    *Use of Tablets*.  Correct Solutions acknowledges that Tablets are intended for the use of inmates in Customer facilities.  Correct Solutions acknowledges and agrees that, as applicable, it will not, and it shall instruct its Customers not to, utilize the Tablets in the conduct of their own business or otherwise.

      c.    *Other Improper Uses*.  Correct Solutions shall not, and shall use its best efforts to prevent others from engaging in conduct to: (i) modify, adapt, translate, or create derivative works based on, as applicable, the Software or Hardware in any manner or use any method or device to remove, modify or obscure any copyright, trademark or other proprietary rights notices (including without limitation removal of any Terms of Use or Privacy Policy) that appears on any Software or through use of the Software or Hardware; (ii) interfere with or disrupt the regular functionality, features, or functioning of the Software in any manner; (iii) use Products in an attempt to gain unauthorized access to computer systems (also known as "hacking"); (iv) decompile, disassemble, copy, attempt to discover the source code of, or otherwise reverse engineer any Product; (v) use Software or Hardware features, design, materials, graphical design, functionality, or reports to aid in th development of competing products; or (vi) use any of the Products to access, store, distribute or transmit any Virus.

      9.    <u>Trade Restrictions</u>.  Correct Solutions acknowledges that the Software is subject to the U.S. Export Administration Regulations and other export laws, restriction and regulations. Correct Solutions agrees that it shall only distribute Products for use by Corrections Agencies, and in Corrections Agency facilities, located in the United States.  Correct Solutions shall use commercially reasonable efforts to ensure that access to the Software will not be given, sold, leased, or in any way made available to any person, business, entity, governmental unit or government in or of any country which the United States Government, through the Department of Commerce or any other department, lists as a country to whom the sale or lease of the Software or access to the Services is prohibited by law.

      10.    <u>Deposit Service Limits</u>.  In order to address, among other things, credit card fraud and regulatory matters as they may arise, Tech Friends reserves the right, in its sole discretion, to limit or modify the maximum amount that may be deposited into an inmate's bank/trust account from time to time based upon the Customer, inmate, depositor, regional trends, or other factors. Correct Solutions agrees to cooperate with Tech Friends in making these adjustments, including without limitation using commercially reasonable efforts to secure Customer approval for any changes.  Correct Solutions further agrees to cooperate with Tech Friends in gathering data to combat credit card fraud as needed and in recovering funds from inmates who receive fraudulently deposited money, including without limitation working with the Customer to secure such recoveries through Customer's disciplinary procedures.

      11.    <u>Fees and Revenue Shares – Legacy Accounts</u>.  Fees and revenue shares for Products provided by Tech Friends in qualifying Legacy Accounts shall be governed by this Exhibit C, Paragraph 11.

Correct Solutions 00716

a.   *User Fees*.  Unless otherwise agreed to in writing by the Parties, Tech Friends may charge and collect the following fees for the use of each Service or Software application as implemented pursuant to a Prime Contract for a Legacy Account:

| Service/Application | User Fee |
|---|---|
| Debit movement (phone time account deposit by inmate) | $1.00 minimum |
| Electronic mail | $0.50 per email |
| Video visitation | $0.35 per minute |
| Tablet rental | $0.99 per Tablet per hour for extended rental after 15-minute free period |
| Phone Attendant | $3.00 PIPM*<br><br>* Fee paid by Customer or a third party services provider. |
| Web Pack | (1) 10% of total order value (before taxes and shipping) for processing; <u>plus</u><br>(2) $4.95 minimum per order for shipping |

b.   *Revenue Share Due to Correction Solutions*.  Tech Friends shall pay to Correct Solutions (or its mutually agreed-upon designee) fifty percent (50%) of the Net Revenue generated by Web Pack shipping fees only for so long as Tech Friends provides Web Pack services. Tech Friends shall not receive a Service Fee when calculating the Net Revenue generated by Web Pack shipping fees.  With the exception of Web Pack shipping fees, there shall be no other revenue shares due or payable from Tech Friends in connection with revenue generated by any other user fees (including, without limitation, Web Pack processing fees) pursuant to a Prime Contract for Legacy Accounts.

c.   *Termination of Products*.  Tech Friends may, at its sole option, terminate the provision of any or all Products (including, without limitation, Lockdown Software) to a Legacy Account Customer if Tech Friends fails, for any reason, to receive User Fee revenue for one or more of electronic mail, video visitation, or Tablet rentals implemented at that Customer's facilities.  Notwithstanding the foregoing, Tech Friends may only terminate its provision of Products under the foregoing circumstances if:  (i) Tech Friends fails to receive the applicable User Fee revenue for twenty-one (21) or more consecutive days and (ii) Tech Friends first provides Correct Solutions with written notice that states the Products to be terminated and the termination date, given at least twenty-one (21) days before such termination.

Correct Solutions 00717

12.     <u>Fees and Revenue Shares – New Accounts</u>.  The provisions of this Paragraph 12 shall govern all fees and revenues shares for Products provided pursuant to Prime Contracts for New Accounts.

a.      *Fees Paid to Tech Friends.*

i.      User Fees.  Unless otherwise agreed to in writing by the Parties, Tech Friends may charge and collect the following fees for the use of each Service or Software application implemented pursuant to a Prime Contract for a New Account:

| Service/Application | User Fee |
| --- | --- |
| Debit movement (phone time account deposit by inmate) | $1.00 minimum |
| Deposit to inmate trust/bank account – cash, lobby kiosk | $3.25 per deposit |
| Deposit to inmate trust/bank account – credit or debit card, any channel | $3.25 per deposit <u>or</u> ten percent (10%) of the deposit amount, whichever is greater |
| Deposit to debit or pre-paid phone time account – cash (lobby kiosk only), credit or debit card (any channel) | $3.25 per deposit |
| Electronic mail | $0.50 per email |
| Video visitation | $0.35 per video visitation minute |
| Tablet rental | $0.99 per Tablet per hour for extended rental after 15-minute free period |
| Phone Attendant | $3.00 PIPM*<br><br>*Fee paid by Customer or a third party services provider. |
| Web Pack | (1) 10% of total order value (before taxes and shipping); <u>plus</u> (2) $4.95 minimum per order for shipping |

ii.      Correct Solutions Fees.  In addition to any other fees due or payable to Tech Friends, Correct Solutions shall remit to Tech Friends the following fees for each listed Product as it may be implemented or supplied pursuant to a Prime Contract:

C-8

Correct Solutions 00718

| Product | Correct Solutions Fee |
|---|---|
| Back-up Recovery | $75.00 per hour |
| Charging station - tablets | $50.00 per tablet charging station per month[1] |
| Commissary ordering by phone | $75.00 per every 200 inmates per month[2] |
| Inmate kiosk | $50.00 per kiosk per month[3] |
| Lockdown Resident Banking System | $2.17 PIPM[4] |
| Lockdown Warehouse System | $1.25 PIPM[5] |
| Reconciliation Support | $50.00 per hour[6] |
| Remote Access Service | $50.00 per month |
| Onsite video visitation | (1) $3,000.00 one-time set up fee, if applicable; plus (2) $1.50 PIPM or $150.00 per month, whichever is greater |
| Eclipse™ video visitation filtering | $1.00 PIPM |

[1] Fee applies to each charging station supplied for a given Customer. **Waived if electronic mail is implemented at Customer's facilities.**

[2] Monthly inmate population shall be calculated based upon the ADP of inmates housed in all of the applicable Customer's facilities combined during a given month. **Fee waived if inmate debit phone time purchase option is implemented by Tech Friends.**

[3] Fee applies to each pod or inmate common area kiosk(s) provided for a given Customer without regard to whether Tech Friends supplied the kiosk. **Waived if electronic mail is implemented on each kiosk.**

[4] Fee waived on per month basis if Tech Friends' portion of revenue share after split with Correct Solutions meets or exceeds total Lockdown Resident Banking System fee that otherwise would have been due. Additional fees may apply for cloud hosting of data by Tech Friends.

[5] Fee waived on per month basis if Tech Friends' portion of revenue share after split with Correct Solutions meets or exceeds total Lockdown Warehouse System fee that otherwise would have been due.

[6] Fee waived if new Customer bank account opened in conjunction with implementation of Lockdown Resident Banking System so that reconciliation support is not needed.

C-9

Correct Solutions 00719

iii.    Calculation of PIPM.  The PIPM initially employed to calculate the Correct Solutions fee due for a given Product shall use the month in which the Product is implemented as a base for determining the Customer's ADP of inmates.  The same PIPM shall thereafter be used to calculate the Correct Solutions fee due for that Product in each succeeding month.  However, either Party shall have the right at any time to require a new calculation of PIPM for a given Product using the immediately preceding, closed calendar month as a new base for calculating the fee due for that month.  The revised PIPM then shall be used going forward to determine the Correct Solutions fee due to Tech Friends for a particular Service each month until such time as a Party requests another calculation of PIPM, again using the immediately preceding, closed calendar month as a base.  All PIPM calculations shall be diligently and accurately performed by Correct Solutions and immediately shared with Tech Friends upon request, using correct data from the Customer.

b.    *Revenue Shares Due to Correction Solutions*.  Tech Friends shall pay a share of the revenue generated by user fees to Correct Solutions (or its mutually agreed-upon designee) for certain Products implemented pursuant to a Prime Contract (other than for Legacy Accounts) for so long as Tech Friends provides the Product, as follows:

i.    Deposit Services and Web Pack Shipping Fee.  Tech Friends shall pay to Correct Solutions (or its mutually agreed-upon designee) fifty percent (50%) of the Net Revenue generated in connection with Web Pack shipping fees and cash deposits made though a lobby kiosk only.  Tech Friends shall not charge or receive a Service Fee prior to calculating the Net Revenue generated by Web Pack shipping fees or cash deposits made through a lobby kiosk. There shall be no revenue share due or paid for deposits made through any channel with a payment method other than cash.

ii.    Other Services/Applications.  Tech Friends shall pay to Correct Solutions (or its mutually agreed-upon designee) a share of the revenue generated by user fees paid for debit movement, electronic mail, video visitation, and Tablet rentals, calculated and paid as follows:

(1)    Tech Friends shall first receive the Service Fee;

(2)    Tech Friends shall then pay to Correct Solutions fifty percent (50%) of the Net Revenue generated by user fees paid for debit movement, electronic mail, video visitation, and Tablet rentals.

13.    Payment of Fees and Revenue Shares.

a.    *Collection of User Fees*.  All fees paid by Authorized Users of the Tech Friends' Products shall be collected by Tech Friends.  Fees paid by inmate Authorized Users shall be debited from the inmates' respective facility accounts on a real time basis or as near to real time as possible.

C-10

b.    *Payment of Revenue Shares*.  The revenue shares, if any, due to Correct Solutions or its designee shall be calculated monthly for the immediately preceding calendar month and shall be paid as soon as practicable after all required collections from the Customer are complete.  Revenue shares shall be calculated independently in connection with each Customer and paid after the optional deduction of monies owed by Correct Solutions to Tech Friends, if any, including without limitation for purchases made pursuant to Exhibit D to this Agreement. Notwithstanding anything to the contrary in this Agreement, Correct Solutions may designate another person or entity to receive any revenue shares due to Correct Solutions if it first obtains Tech Friends' written approval of the designation.

c.    *Facility Monies Due*.  Correct Solutions acknowledges and agrees that monies due for inmate transactions may be automatically transferred by ACH to Tech Friends from the inmate's trust/bank account held by the Customer.  Correct Solutions shall use commercially reasonable efforts to obtain Customer's approvals for such ACH transfers if and as required by Tech Friends in its sole discretion.  If the Customer cannot process ACH withdrawals for any reason, then Correct Solutions agrees that the monies due for inmate transactions shall be automatically transferred to Tech Friends by ACH from a bank account maintained by Correct Solutions and Correct Solutions shall be responsible for collecting reimbursement monies from the Customer.  In the latter circumstance, Correct Solutions further agrees that: (i) it shall promptly take all steps necessary or desirable to effect such transfers from its bank account, including without limitation providing its bank with authorization for the transfers and (ii) it shall maintain a minimum balance in the account sufficient to fully compensate Tech Friends for the user fees each month.  Tech Friends shall not be liable for the failure of a Customer to reimburse Correct Solutions in whole or in part for such user fees.

13.    <u>No Other Fees</u>.  Except as otherwise set forth herein, there shall be no other fees, revenue shares, costs or expenses due or payable from Tech Friends to Correct Solutions except those set forth in this Exhibit C, Paragraphs 11 and 12, and then only if the service which gives rise to the fee and corresponding revenue share is implemented pursuant to a Prime Contract.  Fees and revenue shares for Existing Accounts shall be governed by the respective contracts existing between the Parties as to those Accounts.  Correct Solutions shall not be entitled to nor receive a revenue share for services or software implemented pursuant Tech Friends' own, or a third party provider's, contract with a Corrections Agency.

Correct Solutions 00721

**EXHIBIT D**

**RIGHTS AND OBLIGATIONS OF THE PARTIES**
**WITH RESPECT TO THE SALE OF HARDWARE TO CORRECT SOLUTIONS**

1.     <u>Sale of Hardware</u>.  Correct Solutions and Tech Friends may agree from time to time that Correct Solutions shall purchase, and Tech Friends shall supply, certain Hardware in connection with a Prime Contract during the Term of this Agreement.

2.     <u>Price</u>.  Prices for Hardware shall be mutually agreed upon at the time of sale depending upon the pertinent Customer's unique requirements, the type of Hardware technology that Tech Friends has available, included components and market conditions.  Prices shall be quoted and payable in U.S. Dollars.

3.     <u>Issuance of Purchase Orders</u>.  Correct Solutions shall issue a written or electronic purchase order to Tech Friends for all agreed-upon purchases of Hardware.  Tech Friends shall accept all Purchase Orders that are submitted in conformance with this Agreement and, except as otherwise provided for below, shall deliver the Products on the reasonable terms stated in the Purchase Order.  Every Purchase Order issued by Correct Solutions to Tech Friends during the Term shall be governed by, and be deemed to include, the provisions of Tech Friends' Hardware Purchase Policy then in effect and the terms of this Agreement.  In the event of an inconsistency between any document created with respect to the transaction, the terms and conditions of this Agreement, followed by the terms of Tech Friends' Hardware Purchase Policy in effect at the time of sale, shall prevail over all other documents including without limitation the Purchase Order.

4.     <u>Delivery and Transfer of Title</u>.

     a.     *Delivery*.  Hardware shall be delivered to the delivery destination point designated by Correct Solutions in the Purchase Order.  Correct Solutions shall bear all freight and shipping costs associated with the shipment of Hardware, wherever its destination.

     b.     *Title*.  Title, and risk of loss or damage, to all Hardware supplied by Tech Friends under this Agreement shall pass from Tech Friends to Correct Solutions at the time the Hardware is delivered to the delivery destination point specified in each Purchase Order.  Tech Friends warrants to Correct Solutions that Correct Solutions shall receive, at the time of delivery, good and exclusive title to the delivered Hardware free of all liens, claims, and encumbrances.  Correct Solutions may designate another person or entity to receive title to the Hardware if it first obtains Tech Friends' written approval of such designation.

5.     <u>Invoices</u>.  Correct Solutions shall remit payment for all Hardware invoices within fifteen (15) calendar days of the date of each invoice.  Payments not made on or before the due date shall be subject to and accrue interest at the higher of: (i) the weekly rate of two and one-half percent (2.5%) of the total amount delinquent as of the beginning of each week (including interest then accrued) or (ii) the maximum legal rate.

6.     <u>Resale or Transfer – Consent or Purchase</u>.  If Correct Solutions determines to sell, or otherwise transfer the title to, Hardware previously purchased from Tech Friends then Correct

D-1

Solutions must first notify Tech Friends of the proposed transaction and obtain Tech Friends' written consent to the sale or transfer prior to the transaction's closing. Correct Solutions shall provide such information about the sale or transfer as Tech Friends may request, but at a minimum shall identify the proposed purchaser or transferee, the dollar amount of any sale, and describe the other material terms of the transaction. If Tech Friends refuses to approve the sale or transfer then Tech Friends must purchase the subject Hardware from Correct Solutions at the Hardware's fair market value calculated as of the date that Correct Solutions first notified Tech Friends of the proposed sale or transfer. The fair market value shall either be mutually agreed upon by the Parties or, if the Parties cannot agree, then by a qualified appraiser mutually selected by the Parties; in no event, however may the fair market value exceed the invoiced price paid by Correct Solutions for the Hardware. Even if approved by Tech Friends, all sale or transfer documentation must contain the same conditions on resales and transfers by the new title holder as are set forth in this Exhibit D, Paragraph 6.

D-2

Correct Solutions 00723