UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.

                                                                     Case No:  8:20-cv-1469-T-30JSS

    Plaintiff,

vs.

CORRECT SOLUTIONS, LLC, a/k/a
CORRECT SOLUTIONS GROUP, LLC,
MARK TURNER, and RICK FERGUSON,

    Defendants.
_____/

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Smart Communications Holding, Inc. states that no publicly held company owns ten percent (10%) or more of its stock.

                                                   */s/ Brad F. Barrios*
                                                   Brad F. Barrios – FBN 35293
                                                   Trial Counsel
                                                   E-mail: bbarrios@bajocuva.com
                                                   Kenneth G. Turkel – FBN 867233
                                                   E-mail:  kturkel@bajocuva.com
                                                   David A. Hayes – FBN  96657
                                                   E-mail: dhayes@bajocuva.com
                                                   BAJO | CUVA | COHEN | TURKEL
                                                   100 North Tampa Street, Suite 1900
                                                   Tampa, Florida 33602
                                                   (813) 443-2199 (telephone)
                                                   (813) 443-2193 (facsimile)
                                                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 27, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                            */s/ Brad F. Barrios*
                                            Attorney