*Smart Communications Holding, Inc. v. Correct Solutions, LLC, et al.*
Case No. 8:20-cv-01469-T-30JSS

EXHIBIT K
To Amended Counterclaim



# PROPOSAL

# 100% PHONE COMMISSION

## THE NEW LEADER IN INMATE COMMUNICATIONS



### CORRECTIONS SIMPLIFIED

PHONES

TABLETS

KIOSKS

MAILGUARD

VIDEO VISITATION

EDUCATION



EXHIBIT

B

TABLETS    KIOSKS    MAILGUARD[R]    VIDEO VISITATION    EDUCATION    Smart

Nov 26, 2019                                Jerry Lipsey | Quality Assurance Mgr
                                            Smart Communications
                                            229.507.0577

Capt. Dumas,

We are pleased to present you with this proposal for our upgraded tablet system at Sebastian County. As a company that prides itself on innovation and in delivering cutting-edge communications technology in the corrections field, we continually strive to provide our customers with options for the "latest and greatest" products and services as they are developed by our team. Because we provide our products and services free of charge to facilities, which is often at a significant expense, we rely on the duration of our contract to ensure that we can recoup and make a reasonable return on the investment. For example, as you may know, we earn the revenue to reimburse the cost of our tablet systems and associated infrastructure through individual transactions priced at just $0.50 cents each. The upgraded tablet system we are offering Sebastian will be a significant expense for Smart Communications, and we will additionally incur the expense of providing and installing new charging stations to accommodate the new style of tablets. However, because we can reuse a large portion of the infrastructure we have already installed at Sebastian, we will be able to offer the new more expensive tablets at no cost to Sebastian and still share revenue from the services provided.

We would have been glad to provide Sebastian County with options for upgrading to our newest tablet system long ago, especially in light of the issues your facility communicated to us, but the contract we are bound by, through Correct Solutions, does not provide for or even contemplate such an upgrade. However, because we understand that the term of this contract is set to expire in April 2020, we can enter into a new, direct contract with Sebastian County that includes our upgraded tablet system, to start once the current contract expires in April. Although our new contract would not start until then, we would be happy to move forward with providing our new tablet system immediately, once the contract is signed.

As part of our proposal, as promised, we would like to offer revenue sharing. While we are typically not in a position to provide commissions from messaging revenue (given our significant upfront investment that we have to recoup), we would like to do so for your facility as a gesture of goodwill and show of good faith to demonstrate our commitment to building a successful partnership. We are willing to offer 25% commissions on our messaging revenue, to begin at the start of our new contract in April 2020, in exchange for a five-year term.

In addition to messaging, we are able to offer more revenue sources based on our other services and technology. If Sebastian is interested, we also have video visitation on the tablets and streaming entertainment readily available as part of our platform. And to the extent Sebastian would like to fully maximize its revenue, we are pleased to offer our phone services at an industry-leading 100% commission and a technology Grant. By way of comparison, we believe this will provide Sebastian County with **One Million dollars (1,000,000.) more revenue,** than it would receive if it continued with its current vendor during the same length of time.

2

PHONE    TABLETS    KIOSKS    MAILGUARD®    VIDEO VISITATION    EDUCATION              Smart

We can also guarantee that switching to our fully integrated phone, video and tablet platform would not cause any inconvenience or interruption in your facility's phone services. Smart Communications acquired the last available domestic license of the phone platform, in addition to hiring all the employees and software engineers that have designed and supported the phone system your current vendor is licensing and your agency is currently using. If Sebastian is open to implementing our full suite of services, we have a much greater ability with no middleman reseller in between us, to be able to provide substantially more revenue, including additional increases in commissions across-the-board.

Finally, in addition to revenue sharing via commissions, we would like present Sebastian County with a large Technology Grant as a further gesture of goodwill and to solidify our partnership.  If Sebastian County agrees to a five (5) year contract for our messaging services, we will provide an up-front, immediate Tech Grant payment in the amount of **twenty-five thousand dollars ($25,000) on the day of the contract term beginning**. If your facility elects to move forward with our full suite of services, including our integrated phone platform, we would provide an additional Tech Grant payment in the amount of **seventy-five thousand dollars ($75,000) Totaling ($100,000. Immediate Tech Grant)**. Again, the terms of each of these services and Tech Grants, would be set forth in a contract between Smart and Sebastian County that would begin in April 2020 after the expiration of your current phone contract.

In addition, as a valued partner of ours, we would like to extend our formal invitation to include you, your Major, your Sheriff and your spouses to **Smart Communications technology Summit Cruise**! This is an RSVP all-inclusive free event in March where Smart Communications will fly your team to our technology center in Tampa Florida. Take you on a tour of our Patented MailGuard® processing center, meet our staff and get a demonstration of up and coming technology. The next day your team will join our other partnering agencies from all across the country and hop aboard our chartered cruise ship out of Port of Tampa for a 3-day Technology Summit cruise to Mexico.  There will be workshops on the cruise, keynote speakers and hot new products. It is a great time enjoying the music and sun with our partners while learning from each other for the benefit of all.

We are excited about the possibilities and mutual benefits from directly partnering with your facility and I look forward to discussing this proposal with you in more detail.

Respectfully,

Jerry Lipsey



WWW.SMARTCOMMUNICATIONS.US  |  888-253-5178  |  10491 72ND ST. LARGO, FL 33777

# The Smart Communications Difference

As the pioneer of electronic inmate communication, most of the technology being requested for today's inmate communications was invented by Smart Communications. We are the innovative tech company the billion-dollar companies are constantly trying to copy and keep up with. Multifunctional communication kiosk and tablet technology has been our expertise for over a decade. Smart Communications created Corrections first electronic messaging system, the first electronic request, grievance, medical form module, the first law library provided facility-wide, and corrections' first, and now **Patented MailGuard®** postal mail elimination system. This type of electronic communication technology is still being experimented with or yet to be developed by other vendors. Smart Communications has over a decade of experience in bringing entire correctional agencies completely automated and paperless, all at zero cost.

The growth of Smart Communications has not come from purchasing competing companies like traditional ITS providers. Instead, every single agency we serve has come from building on one account after another by word of mouth and products that deliver. Smart Communications is built on a client base that was earned with a performance history of innovation and integrity.

Smart Communications is privately-owned (not hedge fund-owned) and is not looking to cut costs to squeeze profits. Instead, our owners created this technology and are actively engaged with our agencies on a daily basis. We're dedicated to growing the business by outperforming our competition with better technology, better customer service and more value to end users.

In addition to innovating electronic communications in corrections, Smart Communications has acquired the last available domestic license of the correction industry's first VOIP inmate calling platform, the Nexus Phone Platform.  In addition to acquiring the phone platform, Smart Communications has also hired the Nexus executive staff and platform engineers, to create a team of corrections innovators under one company that is unmatched by any other team in Corrections. Our Nexus phone platform has 30 years of field experience and deployments in correctional agencies both domestically and outside the United States. Smart Communications and Nexus platforms are currently utilized in Sebastian County by your current vendor. Our systems are also directly contracted in over 450 correctional facilities including over 20 in the state of Arkansas, entire State of Pennsylvania DOC with 50,000 inmates, the largest correctional agency in the world, the Federal Bureau of Prisons with 180,000 inmates and in multiple countries, United States, Canada, United Kingdom, Japan, Gibraltar, Caribbean and Singapore.

Our mission at Smart Communications is to simplify corrections with innovation and better technology. Our tablet and kiosk technology outperform other vendors, giving us an advantage in the industry. It is our mission to use that advantage to lower costs, automate correctional agencies, increase revenue back to the facilities with 100% phone commission, help inmates and families rebuild with better communication, and to continue to build a successful business that supports many families throughout the country.

PHONES    TABLETS    KIOSKS    MAILGUARD®    VIDEO VISITATION    EDUCATION          Smart

# PROPOSAL FOR SEBASTIAN COUNTY

### Commission – 100%
Smart Communications pays the highest facility commissions in the industry and will pay Sebastian County **100% commission** on gross commissionable phone revenue, with the inclusion of the completely integrated technology package. Your current vendor pays 74% on paper, however they pay zero percent on interstate calls. In reality your current vender is only paying around 60% commission. Smart Communications will nearly double your current revenue.

### Free Communication – $96,000.00
Smart Communications will also donate two (2) free messaging credits every week to each inmate, totaling **$85,800.00 in free communication** during the contract term. With our system no one is left behind, and every inmate will be able to communicate for free with their friends and family regardless of their financial situation.

### Immediate Tech Grant – $100,000.00
Immediate Tech Grant will be paid on term start date to Sebastian County with executed agreement of a fully integrated technology package.

### 3 VIP Tickets to Technology Summit Cruise – $35,000.00
Three (3) full access all-inclusive VIP tickets to the Smart Communications Technology Summit Cruise out of Tampa Florida in March 2020. Each ticket includes a plus (1) spouse or guest. Tickets for this exclusive Smart Communications partner summit, include airfare, VIP airport shuttle service, lodging, Smart Communications headquarters tour of the state of the art Patented MailGuard® facility and staff meet and greet, 3 plus day all-inclusive cruise aboard a chartered cruise ship, technology workshops, technology demonstrations, keynote speakers, food, drinks, raffles and more. Valued at over $35,000.

### Postal Mail Elimination – Free
Smart Communications will provide Sebastian County with the Patented solution that finally eliminates one of corrections' longest running problems and security loopholes every agency has — contraband and secret communications in inmate postal mail. Patented MailGuard® postal elimination system keeps staff and inmate population safe by providing a remote, virtual mailroom and processing your inmate postal mail at zero cost to your inmates or your agency.

### Zero Cost System
Smart Communications provides a completely integrated communications platform at zero cost. All technology and services include installation, maintenance, support, and training.

**Total revenue during the term of the Sebastian County contract:**

| | |
|---|---|
| *Estimated Five-Year phone Commission –* | *$2,405,000.00* |
| *Free Messaging Credits –* | *$96,000.00* |
| *Immediate Technology Grant –* | *$100,000.00* |
| *3 VIP Technology Summit Cruise tickets –* | *$35,000.00* |
| **TOTAL REVENUE:** | **$2,636,000.00** |

TABLETS   KIOSKS   MAILGUARD ®   VIDEO VISITATION   EDUCATION   Smart

**Smart Communications' total transparency promise to Sebastian County**
No deductions for additional services, no fine print, no hidden clauses;
**100% commission guaranteed**, and that's our promise to you.

*The below graphs represent projected revenue based on the actual current phone providers commission when interstate calls are subtracted from commissions per current contract, leaving only 60% for Sebastian County's ADP of 370 inmates, compared to Smart Communications' 100% phone commission of $481,000.00. annually.*







6

TABLETS    KIOSKS    MAILGUARD®    VIDEO VISITATION    EDUCATION    Smart

| Technology and Services | Cost |
|---|---|
| **Nexus Inmate Telephone System**<br>**Including:**<br>· Inmate Phones<br>· Visitation Phones<br>· Recording and Storage for both Inmate and Visitation calls<br>· Live Monitoring and Call Watch Investigative Tools<br>· Web-Based Investigate Interface<br>· Fraud Detection and Prevention Tools<br>· In-Depth Reporting Capabilities<br>· VMX Voicemail Exchange Option<br>· InTouch Inmate Hotline<br>· Software updates and upgrades<br>· Voice Biometrics | Included/ $0 |
| **Automated Information Services** | Included/ $0 |
| **SmartKiosk™ & SmartTablet™**<br>· fully integrated kiosk platform | Included/ $0 |
| **SmartInmate™**<br>· Electronic Messaging system | Included/ $0 |
| **MailGuard®**<br>· Patent pending postal elimination system | Included/ $0 |
| **SmartVisit™**<br>· video visitation system | Included/ $0 |
| **SmartRequest™**<br>· Digital Request, Grievance, and Medical Forms | Included/ $0 |
| **SmartEd™**<br>· Inmate education<br>· rehabilitation & reentry | Included/ $0 |
| **Law library** | Included/ $0 |
| **Commissary Hosting** | Included/ $0 |
| **In-House Quality Customer Care Call Center** | Included/ $0 |
| **In-House Network Operations Center** | Included/ $0 |
| **Installation, maintenance, and Support for ALL Smart Communications technology** | Included/ $0 |

www.smartcommunications.us │ 888-253-5178 │ 10491 72nd St. Largo, FL 33777

CELLULAR   TABLETS   KIOSKS   MailGuard ®   VIDEO VISITATION   EDUCATION   Smart

## 100% Phone Commission to Sebastian County

### 100% phone commission? How do we do it?

Simply put, we do not need your phone revenue to operate. Other ITS providers, with lesser technology platforms, or vendors who subcontract services, do need your phone revenue.



This goes back to being a true technology innovator in corrections. They all say it however, we show it and put our money where our mouth is, literally. With our 10 years of expertise in electronic inmate communication, our technology is not just good, it is great. The results: our usage is higher, and the maintenance is lower, creating a self-supporting electronic platform that is unmatched by any other vendor in corrections. This means Smart Communications can guarantee 100% of phone revenue to Sebastian County, skyrocketing agency phone revenues.

### Why do we do it?

We are not greedy, and we are not owned by a hedge fund. Smart Communications sticks with our mission, to simplify corrections with innovation and better technology. Our tablet and kiosk technology outperform other vendor solutions, giving us an advantage in the industry. It is our mission to use that advantage to lower costs, automate correctional agencies, increase revenue back to correctional agencies, help inmates and families rebuild with better communication and to continue to build a successful business that supports many families throughout the country.

### The combined results?

Better technology, 100% phone revenue and zero cost to Sebastian County. The days of smoke and mirrors and commission tricks are over; Smart Communications is pulling back the curtain on the traditional ITS providers, cutting the nonsense and raising the bar.

WWW.SMARTCOMMUNICATIONS.US | 888-253-5178 | 10491 72ND ST. LARGO, FL 33777

PHONES    TABLETS    KIOSKS    MAILGUARD ℝ    VIDEO VISITATION    EDUCATION    Smart

## Free Messages to Inmates Every Week

Since 2009, Smart Communications has donated over 36,000,000 free messages to inmates and their families.

Keeping inmates and families connected is the core of our business and that's why every week, Smart Communications distributes two (2) free message credits into every inmate's account. With our system, no one is left behind. Every inmate will be able to have free weekly communication with their friends and family regardless of their financial situation. This is the root of our cause and we've stayed true to this since day-one.

Smart Communications will donate two (2) free messages every week, totaling over $4.00 monthly provided to every inmate in Sebastian County. That is **$19,200.00** annually in free communication donated to inmates and their families in the Sebastian County community, based on current ADP. For the duration of your contract with Smart Communications, Sebastian County inmates and their families will receive over **$96,00.00** in free communication.

**With Smart Communications, no one is left behind.**



SMART JAILMAIL.COM

Welcome Jack Pietrantone – **Home    Terms of Service    FAQ    Kiosk Maintenance**

⫿⫿ **My Messages** ⫿⫿ **My Account** ⫿⫿ **Log Out**
welcome                account settings      exit now

Credit Balance: 4,968

# missin my babies...

From: JENNIFER CARTER

Date: Wednesday, April 19, 2017 11:11 PM

⤷ Reply    ✖ Delete    ⫿ Return to My Messages

hey sister, hope u feel better soon. thank u so much for goin to court with me. i feel a little better knowin someone will b there with me. ericky started another job last week and he had some money and put it on here. but not before i chewed him out for not doin nothing for me. lol. gosh i miss u so much. ur sence of humor and crazy self. lol i miss u maken me laugh and ur words of encorragement. i still havnt talked to savannah since u asked her to let me know they was ok. guess they just real busy lately. i m still tryin to get on trustee. they not callin me for some reason. i been writen and writen like sometimes 2 times a day and nothin. mayb i can get over there soon. was hopen to b there by the time i made it to court. but if not oh well. guess i wasnt posed to b there. i been prayin hard for county jail time and make trustee ard get 4 for 1 and b out in 3 months. 3 weeks. i cant wait to go home. my lil china man has been sending money to me faithfully. and so has roosevelt. roosevelt keeps tellin me if i get out and can prove i can b straight he wants to b with me and he says he loves me and is bein faithful to me. but i m not there so i dont know i just have to believe him, right? ei dont want to keep u forever. things good with u and mr. stacey? u aint had to whip up on him have ya? lmao..... i love u girl. get better soon. take care of urself. talk to u soon

⤷ Reply    ✖ Delete    ⫿ Return to My Messages

**Home    Terms of Service    FAQ    Kiosk Maintenance**

WWW.SMARTCOMMUNICATIONS.US    |    888·253·5178    |    10491 72ND ST. LARGO, FL 33777

PHONES    TABLETS    KIOSKS    MAILGUARD ®    VIDEO VISITATION    EDUCATION    Smart

# OUR PRODUCTS AND SOLUTIONS



# Inmate Telephone System

This complete calling solution is the most proven inmate calling system in corrections and includes an industry first, 100% revenue back to agency.

With calling platform deployments for decades, both domestically and internationally, the Smart Communications calling platform has the longest running track record in corrections. The innovative platform offers secure inmate account management, call connection, monitoring, recording, and customer service/technical support and call center.

Important features include:

- Flexible inmate account management
- Advanced investigative tools
- Calls made on inmate tablets
- Voice biometrics
- Industry-leading support
- VMX™ voice exchange - voicemail service
- PrePaid Collect (PPC)
- PIN Debit

TABLETS    KIOSKS    MailGuard®    VIDEO VISITATION    EDUCATION    Smart

## Inmate Telephone System

Domestically and internationally, the Smart Communications Nexus calling platform has the longest running track record in corrections. Secure inmate account management, call connection, monitoring, recording, and customer service/technical support and call center.

Smart Communications Nexus Inmate Telephone System (ITS) is an in-house system that is engineered, designed, and supported by Smart Communications engineering and technical support teams. It is a self-contained call-processing unit that is user-friendly and feature-rich. All components for placing calls, monitoring calls, and data collection are contained within a single unit. The Nexus ITS package consists of call control configuration, database management, system security, and additional processes for monitoring and reporting.

Smart Communications will provide a complete Nexus ITS system that features all-new equipment, utilizing a VOIP connection. The system includes the following:

- **Live Monitoring and Call Watch Investigative Tools:** Facility staff and investigators can receive calls and alerts when an inmate dials a specific number. This includes full-time monitoring capability from anywhere there is an Internet connection.
- **Web-Based Investigate Interface:** Allows facility personnel to save call recordings and various documentation into digital "case" folders for Investigators to access during investigations.
- **Fraud Detection and Prevention Tools:** These tools include our patented three-way call detection solution.
- **In-Depth Reporting Capabilities**
- **VMX™ Voicemail Exchange Option:** Inmates can receive messages from friends and family and for the facility to use for administrative purposes.
- **InTouch™ Inmate Hotline:** Inmates can dial *511 from any inmate phone and reach a live customer service representative at our quality customer care call center to assist inmates with issues regarding placing a call or a phone in need of repair. The hotline will provide significant value to Sebastian County as it will completely remove the headaches and burden off Sebastian County staff in dealing with inmate issues related to call connection or equipment.
- **Installation** of completely integrated communications platform/
- **Option to request free and unrecorded Public Defender calls**
- **Real-time access** to all inmate recordings for the duration of the contract and a provision to allow access of up to one year at the end of any contract in case of a contract change initiated by Sebastian County.
- **Software Updates, Upgrades and Maintenance:** Automatic updates to the software and system upgrades, with minimal system downtime, and maintenance provided at no cost to Sebastian County.
- **A Single-Source Provider:** Smart Communications does not subcontract any portion of the technology and services offered. We custom-design and engineer all our own software and technology, which is why we can offer you superior value in technology, service and support.

11

TABLETS      KIOSKS      MAILGUARD ®      VIDEO VISITATION      EDUCATION          Smart

The basic network design includes Smart Communications inmate call processing technology at the Sebastian County. The Smart Communications platform will be installed in a Virtual Private Network (VPN) configuration utilizing broadband facility to connect between the Smart Communications platform and the Smart Communications Network Operations Center. This secure VPN connection will be utilized for accessing the site's database, network monitoring, network management and trouble resolution. We will monitor the Sebastian County's system 24/7 to ensure continuous system uptime and to diagnose and troubleshoot any problems that may arise.

There are many benefits to the Sebastian County in utilizing a fully integrated network design for administrative control and ease of investigative reporting.  A centralized database server provides instantaneous access to call detail reports and many other customized, user-accessible features. Jail staff and investigators will have the capability (given proper authorization and password assignment) to monitor calls in progress, run reports, and control lines within or outside of the facility.

## Investigative Tools
The Nexus ITS includes a variety of highly valuable investigative tools that are designed, engineered and managed in-house by Smart Communications employees. All our investigative solutions are fully integrated into our Nexus ITS and leverage the real-time system communications infrastructure to make live operation of all applications possible.  There is no need to export or transfer data between systems. Following is an overview of the Nexus ITS investigative tools:

### Call Recordings
Call recordings are essential for investigative purposes.  Smart Communications has never lost any call recordings.  All call recordings and data storage are backed-up offsite, at two independent data centers with redundant server storage.  Recordings are stored throughout the life of the contract and can be maintained beyond the contract expiration date if required by Sebastian County.

### Live Monitoring

**Key Features:**
- Send and stream live calls to investigators' mobile phones and devices
- Monitor real-time call activity
- View active calls in progress
- View calls made on your system
- Monitor potential fraudulent calls through watches
- Create watches based on criteria that you determine
- Receive e-mail, audio, and visual notification of triggered call watches
- View call information when not listening
- Retrieve reports of past call alerts

WWW.SMARTCOMMUNICATIONS.US | 888·253·5178 | 10491 72ND ST. LARGO, FL 33777

PHONES    TABLETS    KIOSKS    MAILGUARD®    VIDEO VISITATION    EDUCATION    Smart

Our Nexus ITS Live Monitoring solution provides excellent detection of fraudulent calling activity. Live Monitoring provides real-time knowledge about calls being placed on the ITS. With this information, watches can be set up for investigators to monitor live calls and listen for potential fraudulent calling activity. This feature alerts an investigator when a call is in progress and identifies the location of the phone being used. The notification is fast enough to allow Sebastian County staff to quickly and positively identify the caller, which allows for the best defense and protection of the public.

Live Monitoring offers a range of features and tools for listening to and investigating calls. The solution allows Sebastian County staff to customize the views and functions to meet individual needs. The toolbar buttons and menus have been designed so that users can obtain the information they need easily and quickly.

### Investigate Interface
The Nexus ITS Investigate Interface Platform provides a secure interface between the corrections facility and external law enforcement agencies. The Investigate Interface solution is designed to aid facility staff with the task of tracking and managing assets for specific incidents or individuals. The Investigate Interface platform allows for the creation of new "cases" by system administrators.

Once a case is created, users can publish various digital case-note assets to the case. Assets include call detail records, call recordings, voicemail messages, electronic documents, scanned paper documents, images, text data entries, and more. The system allows county staff to share the digital case-note assets with investigators to track important details and information. Staff can do a text search of all case-note assets. All assets are accessible from a standard web browser.

Investigators can choose who can access the information stored in case files. It can be private, shared or public. Private allows only the investigator to see the information. Shared allows anyone within the facility to access and read the information, and public would allow any facility within the domain to have access.

### Best Known Name and Address
The Nexus ITS provides "best-known name and address" lookups for called numbers. When available, the Nexus ITS can query external data sources to locate the best-known name and address associated with a called phone number and bring up a map of the location via an interface with Google Maps.

### Reports
The Nexus ITS will generate a wide variety of statistical reports in real-time. These reports will provide the facility personnel and investigators with a valuable tool to more efficiently manage their communications program, assist with investigations, and help promote a safer facility and community.

The Facility Manager provides many built in or "Canned" reports for regular use. Additionally, there is an extensive Call Detail Record Search and Analysis tool providing virtually unlimited ad-hoc reports. Also, many of the Facility Manager Pages offer local exporting of the data for that page.

13



# SmartTablet™ and SmartKiosk™ Features

- No-cost installation

- Patent Pending MailGuard postal mail elimination

- Inmate calling on tablets

- SmartInmate™ electronic messaging and photo services

- SmartVisit™ secure onsite and remote video visitation

- Electronic request, grievance, and medical

- Commissary hosting

- No-cost Law Library

- SmartEd™ inmate education, re-entry and court required courses

- SmartEntertainment™ streaming music, TV, movies, games and eBooks

- Vendor neutral platform. (commissary or phone vendor of choice)

TABLETS    KIOSKS    MAILGUARD ®    VIDEO VISITATION    EDUCATION    Smart

## SmartTablet™

SmartTablet™ 2.0 is a true corrections-designed tablet from the ground up.  Custom made for corrections directly with the tablet manufacturer. This is not a consumer grade tablet with a beefed-up or 3D printed case that can be factory reset to consumer software and inmates surfing the internet. SmartTablet™2.0 is a completely custom wireless charging tablet, every aspect of this tablet was custom designed in partnership with our private manufacturer, including the tablet body, battery, operating system, camera and custom wireless charging station. The Smart Communications software comes on the tablets directly from the factory.

Essentially, factory resetting our tablet brings you back to Smart Communications software. Our 2.0 tablets have also been through independent rugged durability testing, to ensure this tablet is as corrections grade as possible.



All inmate communication, information and resource needs are contained within the SmartTablet™ to create a completely paperless and connected jail environment. SmartTablet™2.0 provides inmates with phone calling app, video visitation with SmartVisit™ Content filtering software, education, entertainment, postal mail, legal postal and electronic mail, electronic messaging, commissary ordering and more.





15

TABLETS    KIOSKS    MAILGUARD™    VIDEO VISITATION    EDUCATION    Smart

## SmartInmate™ Electronic Messaging System

One of the most innovative features provided by Smart communications is the electronic messaging function powered by SmartInmate.com. This feature allows inmates to contact their friends and family through a messaging system like email that has been specifically designed for use in correctional facilities. Access to electronic messaging provides many benefits to the correctional facility. Our messaging system has a decade of field experience behind it and has led to many crimes being solved, and even prevented. Agencies mine this system regularly for a whole new field of intelligence in criminal activity within their facility and communities.



SmartInmate.com messages can be automatically monitored for keywords that your investigators choose for your specific needs. Messages are fully searchable to quickly locate content as needed, and the searched keywords are also highlighted for your convenience.

WWW.SMARTCOMMUNICATIONS.US | 888-253-5178 | 10491 72ND ST. LARGO, FL 33777



# MailGuard ®

MailGuard® finally eliminates one of correction's longest running problem and security loopholes – contraband and secret communications in inmate postal mail.

MailGuard® completely cuts off the last conduit of drugs and undocumented inmate communication with the outside world, eliminating contraband and streamlining inmate mail into a labor-free process. MailGuard® is used in many correctional agencies across the country, ranging in size from 100 inmate county jails, to over 50,000 inmate State Department of Corrections.

MailGuard® is a free service provided with the Smart Communications platform and works by providing your agency a virtual mailroom. We process your inmate postal mail off-site at our MailGuard® processing center. Highly trained staff and custom high-tech equipment convert inmate postal mail into a high-definition electronic color copy, uploaded into the Smart Communications digital platform.

Mail is filtered with your agency's security settings, and automatically sent electronically to the inmate directly via the SmartTablet™ or SmartKiosk™.

MailGuard® creates a searchable database and opens a whole new field of intelligence for your agency, while completely removing deadly exposure to drugs and poisons from your staff and inmates.

**No contraband, no mess, no labor and no cost.**
Patented MailGuard® transforms corrections, exclusively by Smart Communications. The MailGuard® invention Number US 2016/0337360 A1 was invented by Smart Communications in 2015. Smart Communications currently has three individual patents on this technology and service. Smart Communications intends to fully prosecute any patent violation as permitted under US Law of the United State Patent and Trademark Office.

17

PHONES    TABLETS    KIOSKS    MAILGUARD<sup>R</sup>    VIDEO VISITATION    EDUCATION    Smart

## MailGuard® Postal Mail Elimination System

One of the most industry transforming innovations is the Patented MailGuard® by Smart Communications. MailGuard® finally eliminates one of corrections longest running problems and security loopholes every agency has — contraband and secret communications in inmate postal mail. MailGuard® completely ends this problem and cuts off the last conduit of drugs and undocumented inmate communications with the outside world, eliminating contraband and streamlining inmate mail into a labor-free automated process. MailGuard® is used in many correctional agencies across the country, ranging in size from 100 inmate county jails, to over 50,000 inmate State Department of Corrections including the State of Pennsylvania Department of Corrections.



**MailGuard Processing Center | Seminole, FL**

MailGuard® is a free service provided with the Smart Communications platform and works by providing your agency a virtual mailroom. We process your inmate postal mail off-site at our MailGuard® processing center. Highly trained staff and custom high-tech equipment convert your inmate postal mail into a high-definition electronic color copy, uploaded into the intelligent Smart Communications digital platform. Mail is filtered with your agency's security settings and is automatically sent electronically to the inmate directly via the SmartTablet™ or SmartKiosk™ platform. MailGuard® creates a searchable database and opens a whole new field of intelligence for your agency on inmates and the public, while completely removing deadly exposure to drugs and poisons from your staff and inmates.

WWW.SMARTCOMMUNICATIONS.US | 888-253-5178 | 10491 72ND ST. LARGO, FL 33777













19

TABLETS    KIOSKS    MAILGUARD ᴿ    VIDEO VISITATION    EDUCATION    Smart

**Official Patent for Correctional Postal Mail Contraband Elimination System from the United States Patent and Trademark Office Issued May 14, 2019.**

## Patented MailGuard® Postal Mail Elimination System |

Smart Communications MailGuard Postal Mail Elimination® System was invented in 2015 and is protected by U.S. Patent No. 10,291,617, which was issued by the U.S. Patent & Trademark Office on May 14, 2019. Smart Communications MailGuard® technology is also the subject of numerous other pending patent applications.

### NOTICE:

**Whoever makes, uses, offers to sell, or sells a patented invention can be held liable for patent infringement under the patent laws of the United States, 35 U.S.C. § 271(a). In addition, whoever actively induces the infringement of a patent can also be liable for patent infringement, 35 U.S.C. § 271(b). Smart Communications intends to fully enforce and protect its intellectual property and patent rights through all appropriate legal means, including actions for patent infringement when necessary.**

**CORRECTIONAL POSTAL MAIL CONTRABAND ELIMINATION SYSTEM**
**Patent#: US 10,291,617 B2**
Date of Patent: May 14th, 2019
Inventor: Jonathan D. Logan
(CEO, Smart Communications)

---

US010291617B2

(12) **United States Patent**
Logan

(54) **CORRECTIONAL POSTAL MAIL CONTRABAND ELIMINATION SYSTEM**

(71) Applicant: HLFIP Holding, Inc., Tampa, FL (US)

(72) Inventor: Jonathan P. Logan, Tampa, FL (US)

(73) Assignee: HLFIP Holding, Inc., Tampa, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 426 days.

(21) Appl. No.: 15/153,171

(22) Filed: May 12, 2016

(65) **Prior Publication Data**
US 2016/0337160 A1    Nov. 17, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/266,046, filed on Jan. 22, 2016, provisional application No. 62/160,054, filed on May 12, 2015.

(51) Int. Cl.
H04L 29/06        (2006.01)
H04L 12/58        (2006.01)
G06K 9/00         (2006.01)
G06K 9/34         (2006.01)

(52) U.S. Cl.
CPC ....... H04L 63/10 (2013.01); G06K 9/00442 (2013.01); G06K 9/344 (2013.01); H04L 51/08 (2013.01); H04L 51/12 (2013.01); H04L 63/0245 (2013.01)

(58) Field of Classification Search
None
See application file for complete search history.

(10) Patent No.: **US 10,291,617 B2**
(45) Date of Patent: **May 14, 2019**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,917,925 A | 6/1999 | Moore | |
| 6,463,127 B1* | 10/2002 | Maier | G07C 9/00158 379/35 |
| 6,601,196 B1* | 8/2003 | Dickman, III | H04L 51/12 713/154 |
| 7,502,451 B2 | 3/2009 | Gyllenk017 et al | |
| 7,693,942 B2 | 4/2010 | Nak | |
| 7,742,581 B2 | 6/2010 | Hodge | |
| 7,844,541 B2 | 9/2010 | Kroer et al | |
| 8,204,177 B2 | 6/2012 | Harper | |
| 9,378,602 B1 | 11/2015 | Daniel | |
| 9,411,627 B1* | 1/2016 | Shepman, Jr | G06Q 10/107 |

(Continued)

OTHER PUBLICATIONS

Armstrong et al., Digital System, Evidence and Forensics Issues in Correctional Environments, 2010 IEEE, 9 pages (Year: 2010).*

(Continued)

*Primary Examiner* — Jeffrey C Pwu
*Assistant Examiner* — Baotran Tran
(74) *Attorney, Agent, or Firm* — Stanton IP Law Firm, P.A.

(57) **ABSTRACT**

A method and system for eliminating contraband in postal mail at a correctional facility comprising a central processing facility and a network of inmate email kiosks and correctional institution staff review stations. The postal mail utilizes scanning stations to create electronic versions of the mail and associates various information about the sender, recipient, mail contents, and institution into a format that is easily reviewable and provides tracking data. The scanned mail may then be made available to the intended inmate and institution staff. Institution staff may also then access the associated information and tracking data.

**17 Claims, 18 Drawing Sheets**





TABLETS    KIOSKS    MAILGUARD ℝ    VIDEO VISITATION    EDUCATION    Smart

## SmartVisit™ Video Visitation

SmartVisit™ provides total flexibility and automation for your agency by allowing self-scheduling, onsite and remote inmate visits through both the SmartTablet™ and SmartKiosk™ eliminating inmate movement for visits. SmartVisit™ also has innovative content filtering technology, allowing the software to babysit the visits, so your staff doesn't have to. With SmartVisit™ facial detection software captures the users face and filters any unwanted activity out of the video frame, graying out nudity and explicit gestures. Streamline visits and free up staff with SmartVisit™.

**Recorded Video**

ℹ **NOTE: This recording is housed in cloud storage and is available indefinitely.**



JOEY LE (168091) •                    lorri le •

## Digital Request, Grievance and Medical Forms

Smart Communications has the most advanced electronic request, grievance and medical form submission platform in corrections. With 10 years of direct feedback from agencies our platform is completely customizable to each specific agency and department needs. Totally automating and eliminating the paperwork around inmate request and grievances. Electronic requests are centrally tracked and managed, eliminating the need to shuffle paper forms around the facility. Requests are responded to electronically, showing status to all involved and allowing inmates to get answers quickly. Workflow of the request system is custom tailored to each specific department policy and is easily changed without vendor assistance. Limitations, forwarding, reassignment, escalating, appeals, JMS integration, automated reporting and much more are all standard features of the Smart Communications request system

21

PHONES    TABLETS    KIOSKS    MAILGUARD ℝ    VIDEO VISITATION    EDUCATION    Smart

## SmartEd™ and SmartReentry™

### Reengaging, Rehabilitation, Reconnecting Inmates

Educational, rehabilitative and reentry programing is transforming the corrections environment.

- Thousands of hours of educational course work
- Thousands of tutorial videos
- Hundreds of workshops
- Court mandated courses with certificates
- Educational, vocational, self-improvement, life skills
- Endless possibilities and custom content available

### Educational

Khan Academy Lite – KA Lite provides content on hundreds of general education and general interest topics including math, science, economics and finance, arts and humanities, computing, test preparation, and more with thousands of courses, hundreds of hours of video tutorials and more.

Court Approved Courses (NALI) – NALI has worked with Smart Communications on the SmartEd™ platform to provide court approved programs and courses with completion certificates for courses such as substance abuse, family management, anger management, and other court approved courses required by some sentencing guidelines.

www.i-pathways.org – Engaging and comprehensive instruction in the areas of Language Arts (Reading and Writing), Math, Social Studies, and Science and Consumer Education. Placement test to identify strengths and weaknesses and guide students to the appropriate lessons. Learning checks with feedback to complete the instructional loop that begins with placement. Multiple communication tools to facilitate instruction and assist students with meeting their educational goals. Tools to monitor progress. An accessible and mobile friendly learning management system.

www.purplemath.com – Purplemath is the ultimate resource for mathematics. Specializing in courses from K12 to advanced college level courses, videos, tutorials and more.  ACCUPLACER Math, ASVAB Math, CBEST Math, CLEP Math, COMPASS Math, FTCE Math, GED Math, GMAT Math, GRE Math, NES Math, PRAXIS Math, SAT Math, TEAS Math, TSI

Math, + more tests, K12 Math, 5th Grade Math, 6th Grade Math, Pre-Algebra, Algebra 1, Geometry, Algebra 2, College Math, College Pre-Algebra, Introductory Algebra, Intermediate Algebra, College Algebra, Homeschool Math, Pre-Algebra, Algebra 1, Geometry, Algebra 2.

www.vant4ge.com – Vant4ge delivers validated tools for every phase of the Rehabilitative Life Cycle, helping inmates and agencies work together to accomplish a successful rehabilitation and reentry program.

www.breakingfreegroup.com – Breaking Free Group are global pioneers in implementing evidence-based online healthcare interventions in secure environments. Our solutions provide expert behavioral support for offenders in a consistent, accessible and scalable way that extends beyond the prison gate from custody to community. This helps to reduce the massive costs, health harms and disruption associated with substance misuse and smoking in prisons.

PHONES     TABLETS     KIOSKS     MAILGUARD ®     VIDEO VISITATION     EDUCATION     Smart

www.accilifeshills.com – ACCI (American Community Corrections Institute) is an international evidence-based provider of cognitive life skills courses and programs. Our unique blend of curriculum includes cognitive restructuring, self-directed learning ad a narrative approach which helps individuals overcome their self-defeating thoughts and behaviors.

www.reentrystrategies.com – A 10 video series with workshop programs. Reentry Strategies creates solutions-oriented strategies to help incarcerated and formerly incarcerated men and women abandon destructive behaviors, reckless lifestyle and poor decision making. Our strategies are cognitive behavioral based, educational, life skill building tools, workshops, presentations and multimedia content that emphasizes positive/critical thinking, preparedness, conflict resolutions, problem solving, communication, healthy relationship building, positive attitude adjustment and more. These are powerful tools for correctional educators, reentry counselors,



probation/parole officers, reentry programs, and prison ministry to help them meet the goal of helping people properly prepare for a successful life after prison or after meeting their court ordered supervision.



## Law Library

No-cost solution with Smart Communications. Content is updated daily to keep information as up to date as possible, meeting all the legal needs and requirements of your inmates. All inmate access time is logged and retained in our system, providing proof of access and reducing legal disputes. Inmates can access legal content at any time free of charge directly in the SmartTablet™ or SmartKiosk™ right from their housing area. This eliminates the need for inmate movement or for your agency to fit the cost of providing these services in your budget.

WWW.SMARTCOMMUNICATIONS.US  |  888-253-5178  |  10491 72ND ST. LARGO, FL 33777

# No-Cost System

### No catch. No hidden fees. Simply free.

Hard to believe because other vendors, with lesser technology platforms, can't provide theirs at no cost independent of the phone or commissary contract?

Their technology must be tied to the phone or commissary contract, and revenue will be taken from the proceeds of those contracts to pay for their technology system.

Smart Communications' SmartTablet™ or SmartKiosk™ are free and can be independent of a phone contract. This is because at Smart Communications, technology is our focus and we are a real tech company. Our technology is self-supporting with its own revenue produced though services like electronic messaging, video visitation and optional entertainment. Our technology works; therefore, its revenue is higher, and the maintenance is lower.

Smart Communications will install the entire data network and electrical infrastructure in your agency at no cost. SmartTablets™ or SmartKiosks™ will be provided to inmates throughout your facility with custom content and software at no cost. Training will be provided to your staff as well as maintenance and future expansions at no cost.

System updates, changes or customizations will be made at no cost.

**The Smart Communications system is simply free.**

TABLETS    KIOSKS    MAILGUARD®    VIDEO VISITATION    EDUCATION          Smart

# NO MORE BURDEN

### Deposit Solutions
- Multiple Account Funding options:
- Website – www.GettingInTouch.com
- Live Representative at our Quality Customer Care Call Center  888.843.1972
- On-Site Deposit Kiosks (Lobby and Booking)
- Western Union, Money Order, and More

### Superior Customer Service and Technical Support
- In-House Quality Customer Care Call Center
- Unmatched Customer Service to Facility Staff, Inmates, and their Family and Friends (Constituents)
- In-House Network Operations Center: Prompt, Reliable Remote and On-Site Technical Support

### Industry-Leading Customer Service, System Reliability, and Technical Support
Smart Communications is highly regarded in the corrections industry for superior customer service, system reliability, and technical support, which will help ensure a successful implementation at Sebastian County.

Our service levels are unmatched by our larger hedge fund owned competitors, Sebastian County is a priority to us and your opinion and needs matter. Smart Communications has never in its history had a contact terminated. We earn our spotless reputation and value you as our customer.

Smart Communications provides complete installation, maintenance, and servicing of our equipment and software. It also includes a variety of inmate account deposit options, billing and collection services, and commission payments – at no cost to Sebastian County.

### Quality Customer Care Call Center: 1-888-843-1972
Our in-house Quality Customer Care Call Centers mission is to ensure the complete satisfaction of your staff, your inmates and their families and friends (constituents): These are our core customers, and when they are happy with the service we provide, it will result in greater usage of your ITS and Deposit Solution systems, and increased revenue and operational efficiencies to your facility.

TABLETS    KIOSKS    MAILGUARD ®    VIDEO VISITATION    EDUCATION        Smart

Live, in-house Smart Communications employee representatives at our Call Center will assist inmates and their families and friends on a wide variety of activities, including the following:

- Creating an inmate's phone account and depositing funds into the account
- Resolving call connection, video visitation transmission, or equipment-related issues
- Processing refunds to inmates upon release

### Network Operations Center

Our Network Operations Center provides 24/7/365 facility customer service and technical support to all our correctional facility customers. Our ability to provide superior customer service and technical support is one the elements that sets us apart from our competition. Sebastian County staff can contact our Network Operations Center for resolution on a wide variety of questions, including software or equipment-related issues, running reports, PIN management, Live Monitoring watches, and more.

### Installation/Cutover

Smart Communications' strategy for providing a smooth and seamless transition of inmate communication equipment includes extensive preparation and on-site visits to ensure that all system hardware and software requirements are taken into consideration prior to cutover. Smart Communications will coordinate with Sebastian County staff and the incumbent provider to ensure that there is no interruption in telephone service and no disruption of normal operations.



### Maintenance

The Nexus ITS and Deposit Solutions are widely known for their system reliability. To ensure constant uptime and seamless operation, Smart Communications technicians will perform ongoing, routine maintenance of the ITS, tablet and Deposit Solutions hardware and software system components.

This maintenance program is implemented through a combination of 24/7 remote monitoring, diagnostics and system updates, as well as on-site visits.



### Service

We can typically service hardware and software systems via remote diagnostics. If an issue cannot be resolved remotely, we will dispatch a Smart Communications technician to perform on-site service.

WWW.SMARTCOMMUNICATIONS.US  |  888-253-5178  |  10491 72ND ST. LARGO, FL 33777

PHONES    TABLETS    KIOSKS    MailGuard®    VIDEO VISITATION    EDUCATION    Smart

# INMATE COMMUNICATION EXPERTS

Smart Communications is a true technology company formed in 2009 with our only mission being to change the landscape of inmate communication with a faster, cheaper, and more intelligent form of communication, inventing the world's first two-way electronic messaging system for inmates. The same team of innovators, owners and engineers and have been with Smart Communications since day one, working directly with agencies, expanding technology and automated services. Starting with one correctional facility in 2009, Smart Communications has grown organically to over 100 agencies in 23 different states, ranging in size from 80 inmates, to over 50,000 inmate state DOCs, including the Pennsylvania DOC.

In 2018 Smart Communications acquired the industry leading Nexus inmate phone platform, the Corrections industry's first ever VoIP call management system, along with the entire engineering team responsible for developing the Nexus call management system. The Nexus phone platform has over 30 years of field experience and deployments in correctional agencies of all sizes both domestically and outside the United States.

Today Smart Communications' integrated communications platform is utilized in over 450 correctional facilities and by over 158,000 inmates in the United States, Canada, United Kingdom, Japan, Gibraltar, Caribbean, and Singapore. Most recently being selected by Bell Canada to provide inmate phone service to over 15,000 inmates.

## FACTS FIRST
SMART COMMUNICATIONS SHAPING THE CORRECTION LANDSCAPE

**1986**
Developed the industry's first purpose-built Inmate Phone Control System for BellSouth

Developed patented
tested
independently by major US and
Canadian LECs

**2000**
Introduced the first VoIP enabled IPCS and hold the earliest patent of this application

Introduced corrections grade
including dedicated DSP
processing to combat fraud
unique to correctional users

**2009**
Developed first two-way inmate electronic communications platform in corrections

Developed industry first and still
the most advanced

Developed
corrections first and only
Patent Pending Postal Mail
Elimination system

**2016**
Deployed the SmartEd™ bringing free education and lowest cost entertainment options to inmates

Introduced    local
and remote video visitation
platform with content filtering

Developed
patent pending system for
delivering inmate legal mail
electronically

**2019**
Developed SmartReentry™ industry first monthly reentry video broadcast series with local community content tailored to inmates and their local County agencies, businesses and resources

27



# Smart Communications' Mission Statement

Technology is like fashion; it never ends. It is a great accomplishment to be a young and influential industry-leading company in the corrections industry.

We want to transform what is considered "normal" in corrections. It is our mission to revolutionize the corrections landscape, bring down the hedge fund-owned monopoly vendors in corrections and raise the bar on all levels to provide a safer, cleaner and smarter environment for all involved.

Our mission is to create a correctional facility with total automation and paperless operations with calm, rejuvenated and connected inmates. We lower costs for families of the incarcerated, with zero cost and more revenue back to the agency.

Technology like this is not only possible, it already exists with Smart Communications.
The new bar has been set in corrections. Level up.

Think Different..

Think Smart.

PHONE    TABLETS    KIOSKS    MAILGUARD ᴿ    VIDEO VISITATION    EDUCATION        Smart

Thank you for your consideration.

Please contact Jerry Lipsey to capitalize on this industry-transforming technology to bring Sebastian
County to the forefront of innovation in corrections.

**Jerry Lipsey**
Regional Sales Director
Smart Communications
10491 72nd Street
Seminole, FL 33777
229.507.0577
Jerry.Lipsey@smartcommunications.us



www.smartcommunications.us

WWW.SMARTCOMMUNICATIONS.US  |  888-253-5178  |  10491 72ND ST. LARGO, FL 33777