UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.,

    Plaintiff,

vs.                                       CASE NO. 8:20-cv-01469-JLB-JSS

CORRECT SOLUTIONS, LLC, a/k/a
CORRECT SOLUTIONS GROUP, LLC,

    Defendant.
_____/

CORRECT SOLUTIONS, LLC, a/k/a
CORRECT SOLUTIONS GROUP, LLC,

    Counter-Plaintiff,

vs.

SMART COMMUNICATIONS HOLDING, INC.
and SMART COMMUNICATIONS COLLIER, INC.,

    Counter-Defendants.
_____/

**JOINT MOTION FOR LEAVE TO FILE RESPONSES TO
STATEMENTS OF MATERIAL FACTS SEPARATE FROM FORTHCOMING
<u>OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Local Rule 3.01(a), Plaintiff/Counter-Defendant Smart Communications Holding, Inc. ("Smart") and Defendant/Counter-Plaintiff Correct Solutions, LLC ("Correct") respectfully move this Court for entry of an order permitting the parties to each file a response to the existing statements of material facts

separate from their forthcoming oppositions to the pending motions for summary judgment. In support, the parties state as follows:

This case involves an intensive factual history that spans more than four years, that has been developed through in excess of 25 depositions, extensive written discovery, multiple public records requests, and other sworn testimony. Given the breadth of relevant evidence and the complexity of the issues involved in this case, the parties were concerned that they would not have sufficient space—due to the page limitations imposed by Local Rule 3.01(a)—to adequately present their legal arguments in support of their respective motions for summary judgment. Accordingly, on September 10, 2021, the parties sought leave to allow each party to file statements of fact separate from each party's respective motion for summary judgment. *See* Doc. 115. On September 13, 2021, Judge Moody granted the parties' motion. *See* Doc. 118. On November 1, 2021, Smart and Correct each filed a motion for summary judgment [Docs. 126 and 130, respectively], as well as a separate statement of material facts [Docs. 127 and 131, respectively] in support of their motions. Smart then filed an amended motion and statement of facts [Docs. 140 and 141].

Before the motions and statements of facts were filed, this case was reassigned to Your Honor. *See* Doc. 124. In preparation for the parties' forthcoming responses to the pending motions for summary judgment, the parties consulted Your Honor's Instructions Regarding a Statement of Material Facts for a Motion for Summary Judgment and understand that the response to a statement of facts should ordinarily be presented within an opposition to the motion for summary judgment. However,

because the parties previously filed separate statements of facts pursuant to Judge Moody's order and because of the extensive factual record in this case, the parties now seek leave to file their respective responses to the statement of facts separate from their forthcoming responses to the pending motions for summary judgment.

## **Memorandum of Law**

This court routinely grants motions for leave to exceed page limitations with liberality where the request is reasonable, the motion is timely made and the opposing party is not prejudiced. *Bruggemann v. Amacore Group*, No. 8:09-cv-2562-T-30MAP, 2011 WL 1899251, *2 (M.D. Fla. 2011) (court "routinely grant[s] requests for leave to file motions exceeding the page limit" where the requests are reasonable); *Southeastern Metals Mfg. Co. v. Florida Metal Products*, 2011 WL 833260 (M.D. Fla. 2011) (permitting parties to exceed page limit for summary judgment motion and response by 10 pages); *see also Staple v. Northwestern Mutual Life Ins. Co.,* No. 8:17-cv-3066-T-35TGW, 2019 WL 645210, *2 (M.D. Fla. Jan. 11, 2019) (denying plaintiff's motion to strike summary judgment motion and separate statement of facts that totaled 57 pages and granting defendant's motion to exceed page limitation).

Here, there is good reason to permit separate responses to the statements of material facts. The parties have already filed separate statements of material facts as permitted by Judge Moody's order, each of which is 15 pages. The parties agree that the response to the Statements of Material Facts will require at least 15 pages. And given that Local Rule 3.01(b) requires that a response to a motion not exceed 20 pages, there will be minimal space for the parties to present legal argument in opposition to

the motions for summary judgment. On the other hand, filing separate responses to the statements of material facts will result in a more efficient, complete, and fair presentation of the evidence and legal argument.

WHEREFORE, the parties respectfully request that the Court enter an order permitting the parties to each file a response to the statement of material facts separate from their respective forthcoming oppositions to the pending motions for summary judgment.

| | |
|---|---|
| /s/ Brad F. Barrios | /s/ Kimberly A. Bald |
| Kenneth G. Turkel – FBN 867233 | Kimberly A Bald – FBN 434190 |
| E-mail: kturkel@bajocuva.com | E-mail: kab@harlleebald.com |
| Brad F. Barrios – FBN 35293 | Adam Mohammadbhoy – FBN 136367 |
| E-mail: bbarrios@bajocuva.com | E-mail: am@harlleebald.com |
| David A. Hayes – FBN 96657 | James E. Lynch – FBN 46219 |
| E-mail: dhayes@bajocuva.com | E-mail: jel@harlleebald.com |
| BAJO \| CUVA \| COHEN \| TURKEL, P.A. | HARLLEE & BALD, P.A. |
| 100 North Tampa Street, Suite 1900 | 202 Old Main Street |
| Tampa, FL 33602 | Bradenton, FL 34205-7817 |
| Tel: (813) 443-2199 | Tel: (941) 744-5537 |
| Fax: (813) 443-2193 | Fax: (941) 744-5547 |
| | |
| | Luke F. Piontek |
| *Attorneys for Plaintiff/Counter-Defendant* | Louisiana Bar No. 19979 |
| | E-mail: lpiontek@roedelpartons.com |
| | George Hardy |
| | Georgia Bar No. 38012 |
| | E-mail: ghardy@roedelparsons.com |
| | ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER |
| | 8440 Jefferson Highway, Suite 301 |
| | Baton Rouge, LA 70809 |
| | Tel: (225) 929-7033 |
| | Fax: (225) 928-4925 |
| | |
| | *Attorneys for Defendant/Counter-Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 12, 2021, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                          */s/ Brad F. Barrios*
                                          Attorney

4892-5713-3059, v. 1