UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.,

    Plaintiff,

v.                                                    Case No:  8:20-cv-1469-JLB-JSS

CORRECT SOLUTIONS, LLC,

    Defendant.
_____

## **ORDER**

Before the Court is the parties' Joint Notice of Result of Settlement Conferences (Doc. 238), which the Court finds in compliance with its prior order (Doc. 236). In that Joint Notice, the parties reported that they engaged in settlement discussions on August 14 and 18, 2023. (Doc. 238 at 1). Additionally, the parties attended a mediation conducted by Florida Supreme Court Mediator Bradford Kimbro on August 22, 2023, which resulted in an impasse. (*Id.*). That said, the parties represented to the Court that they are continuing discussions and, per the Court's previous offer, requested a settlement conference before a United States Magistrate Judge.

This elongated litigation has most recently resulted in two orders granting in part and denying in part the parties' cross-motions for summary judgment (Docs. 211, 214), stretching more than 100 pages. (Docs. 232, 234). Those orders expressed the Court's concerns with both the pleadings and briefing in this case.

1

Most concerning is the myriad strands of remaining counts and sub-counts, if you will, of Plaintiff's operative complaint, and the similar abundance of Defendants' affirmative defenses, for any jury to ferret out. As the Court previously expressed to counsel during the August 10, 2023 status conference (Doc. 235), the Court has grave concerns about this case proceeding to a jury trial with this abundance of factual issues for any jury to ferret out and ultimately reach a verdict.

After the Court's careful evaluation of the extensive litigation history here, the aforementioned abundance of issues left to be resolved by a jury, and because the parties have been engaging in settlement discussions and have represented in good faith that they continue to be open to settlement of this dispute, the Court finds good cause to refer this matter to United States Magistrate Judge Julie S. Sneed to conduct a settlement conference. The parties shall be prepared and available to proceed with such settlement conference on or before Friday, October 27, 2023, at a date and time determined by Judge Sneed. In the interim, the parties should continue settlement negotiations on their own and work towards a conclusion of this litigation or, at a *bare* minimum, to *substantially* narrow the issues left for a jury to decide **before** the settlement conference.

Furthermore, the Court finds good cause, and that it is in the interests of justice and judicial economy, to continue trial until after the settlement conference and to stay this case and, accordingly, any pending case management deadlines.

It is hereby **ORDERED** that:

1. This case is **REFERRED** to United States Magistrate Judge Julie S. Sneed for a **SETTLEMENT CONFERENCE**.

2. The parties are directed to be available to participate in an *in-person* settlement conference on or before October 27, 2023.

3. If additional time is needed to conduct a settlement conference, the Court defers to Judge Sneed to extend such time at her discretion and without further order of this Court.

4. Judge Sneed will set the date, time, and protocol for conducting the settlement conference.

5. The Court hereby **STAYS** all case management deadlines and trial pending Judge Sneed's report on the result of the settlement conference.

6. The Clerk of Court is **DIRECTED** to **STAY** this case and place a **STAY FLAG** on this file.

7. The Clerk of Court is **DIRECTED to ADMINISTRATIVELY CLOSE** this case until further order of the Court.

**ORDERED** at Tampa, Florida on August 31, 2023.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE