UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.

    Plaintiff,

v.

CORRECT SOLUTIONS, LLC,
a/k/a CORRECT SOLUTIONS
GROUP, LLC,

    Defendants.
_____/

CORRECT SOLUTIONS, LLC,
a/k/a CORRECT SOLUTIONS
GROUP, LLC,

    Counter-Plaintiff,

vs.

SMART COMMUNICATIONS
HOLDING, INC. and SMART
COMMUNICATIONS COLLIER,
INC.

    Counter-Defendants.
_____/

Case No: 8:20-cv-1469-JLB-JSS

_____ Evidentiary
_____ Trial
_____ Other

| **WITNESS LIST** |
|---|
| __**X**__ **Plaintiff**       _____ **Defendant** |

|    | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|----|------|--------------------------------------------|----------------------------------|
| 1. | Jon Logan<br>10491 72nd Street<br>Seminole, FL 33777<br>c/o Turkel Cuva Barrios, P.A. | Company background, relationship with CSG and the facilities at issue, claims at issue, communications with CSG and facilities, Smart's business records, revenue at facilities, rebuttal testimony if necessary. | |
| 2. | Justin Scott,<br>via video deposition | Company background, software, communications with facilities, Smart's business records. Rebuttal testimony if necessary. | |
| 3. | Lisa Eddy<br>1115 Dilworth St.<br>St. Mary's GA 31558 | Company background, communications with CSG and facilities, Lattice, efforts related to Bowie County, Smart's business records, rebuttal testimony if necessary. | |
| 4. | Rob Deglman<br>8164 Nature's Way, Unit 12<br>Lakewood Ranch, FL 34202 | Relationship with CSG, negotiations with M. Turner, negotiations and terms of MSA, rebuttal testimony if necessary. | |
| 5. | Mark Turner, Correct Solutions Corporate Representative via video deposition | In accordance with designations. | |
| 6. | Rick Ferguson, via video deposition | In accordance with designations. | |
| 7. | Rick Pruitt, via video deposition | In accordance with designations. | |

Case No.  8:20-cv-1469-JLB-JSS                              Page   3   of   5   Pages

| | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|---|---|---|---|
| 8. | Patrick Temple, via video deposition | In accordance with designations. | |
| 9. | Mark Haney, Tech Friends, Inc. Corporate Representative via video deposition | In accordance with designations. | |
| 10. | A representative of Sebastian County, via video deposition | In accordance with designations. | |
| 11. | Lauri Lowrimore, individually and as Sebastian County Corporate Representative, via video deposition | In accordance with designations. | |
| 12. | Marhya Price, via video deposition | In accordance with designations. | |
| 13. | Bowie County Representative Sheriff Jeffrey K. Neal, via video deposition | In accordance with designations. | |
| 14. | Albert Cantu, via video deposition | In accordance with designations. | |
| 15. | Washington County Representative, via video deposition | In accordance with designations. | |
| 16. | James Logan via video deposition | In accordance with designations. | |
| 17. | Steve Oscher<br>Oscher Consulting, P.A.<br>201 N. Franklin St., Suite 3150<br>Tampa, FL  33602<br>c/o Turkel Cuva Barrios, P.A. | Smart's damages. | |
| 18. | Christopher Mzickteno via video deposition | Rebuttal testimony if necessary. | |
| 19. | Jerry Lipsey via video deposition | Rebuttal testimony if necessary. | |
| 20. | Joshua Oliver via video deposition | Rebuttal testimony if necessary. | |
| 21. | Ashley Smith via video deposition | Rebuttal testimony if necessary. | |

Case No.  8:20-cv-1469-JLB-JSS                              Page  4  of  5  Pages

| | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|---|---|---|---|
| 22. | Eddie Smith via video deposition | Rebuttal testimony if necessary. | |
| 23. | William Dumas, Sebastian County Corporate Representative, via video deposition | Rebuttal testimony if necessary. | |
| 24. | Alan Johnson, Washington County Corporate Representative via video deposition | Rebuttal testimony if necessary. | |
| 25. | Kenneth Yates, Washington County Corporate Representative via video deposition | Rebuttal testimony if necessary. | |
| 26. | Nolan Ake, Washington County Corporate Representative via video deposition | Rebuttal testimony if necessary. | |
| 27. | Any and all witnesses deposed in this matter, whose names appear in any deposition, the discovery responses of any party, or matters furnished through discovery. | | |
| 28. | Any and all persons, and or companies whose names appear in any non-party production obtained by any party. | | |
| 29. | Records custodians, as applicable | | |
| 30. | All witnesses listed by Defendant on their witness list. | | |

The subjects and brief descriptions identified above are not meant to limit any witness's ability to testify about other topics as permitted by the Rules of Evidence.

*/s/ Brad F. Barrios*
Brad F. Barrios – FBN 35293
Trial Counsel
E-mail: bbarrios@tcb-law.com
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN  96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Brad F. Barrios*
Attorney