UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.

      Plaintiff,

vs.

CORRECT SOLUTIONS, LLC,
a/k/a CORRECT SOLUTIONS
GROUP, LLC,

      Defendants.

_____/

CORRECT SOLUTIONS, LLC, a/k/a CORRECT SOLUTIONS
GROUP, LLC,

      Counter-Plaintiff,

vs.

SMART COMMUNICATIONS HOLDING, INC. and SMART
COMMUNICATIONS COLLIER, INC.

      Counter-Defendants.

_____/

Case No:  8:20-cv-1469-WFJ-TGW

1

## JOINT TRIAL EXHIBITS

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J1 | | | | September 13, 2017 Master Services Agreement between Smart and Correct [Smart 2321-2326] |
| J2 | | | | September 25, 2014 Correctional Communications Service Agreement between Washington Co. Sheriff's Office and Correct Solutions  [CSG 54-56] |
| J3 | | | | October 13, 2014 Correctional Communications Service Agreement between Bowie County and Correct Solutions [CSG 13-15] |
| J4 | | | | February 29, 2016 Master Three-Party Depositor Escrow Service Agreement effective 2/29/16 between Lattice Inc. and Iron Mountain Intellectual Property Management, Inc. [CSG 3861-3880] |
| J5 | | | | April 24, 2017 Contract and Agreement between Sebastian Co. Sheriff's Office and Correct [CSG 38-47] |
| J6 | | | | May 23, 2017 Email from M. Turner to Jon Logan proposing demo and strategy session in Ruston LA forwarded by Jon Logan to Jim Logan and Rob Deglman [Smart 1573] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J7 | | | | May 31, 2017 Email from M. Turner to Rob Deglman re: Teaming Agreement [Smart 1] |
| J8 | | | | June 1, 2017 Email from R. Deglman to Logans re: meeting follow up  [Smart 1593] |
| J9 | | | | June 2, 2017 Email from R. Deglman to J. Logan and Jim Logan re: opportunities [Smart 5115] |
| J10 | | | | June 21, 2017 Email chain between M. Turner, R. Deglman and Jon Logan  [Smart 1759] |
| J11 | | | | June 22, 2017 Food Service and Commissary Contract between Washington Co. and CBM Managed Services [CSG 2519-2537] |
| J12 | | | | July 26-31, 2017 Email chain between R. Deglman and M. Turner attaching draft Master Services Agreement between Correct and Smart and Schedule I between Smart and Avoyelles  [CSG 2300-2312] |
| J13 | | | | July 26, 2017 – August 1, 2017 Email chain between R. Deglman and Turner re: NDA and MSA  [CSG 2317-2318] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J14 | | | | August 8, 2017 Email from R. Deglman to M. Turner attaching Master Agreement between Smart and Correct and Schedule of Services for Avoyelles to incorporate into a Correct Addendum  [Smart 1432-1443] |
| J15 | | | | August 8-9, 2017 Email chain between Mark Turner and R. Deglman re: docs complete between Correct & the County.  [CSG 2371] |
| J16 | | | | August 14, 2017 Email from R. Ferguson to R. Pruitt and R. Deglman re: meeting at Sebastian [Smart 2068] |
| J17 | | | | August 16, 17, 2017 Email chain between R. Deglman and M. Turner re Addendum  [CSG 2375- 2376] |
| J18 | | | | August 21, 2017 Emails between M. Turner and R. Deglman regarding Avoyelles  [CSG 2378] |
| J19 | | | | August 22, 2017 Email from M. Turner to R. Deglman with attached revisions to MSA and Schedule for Avoyelles [CSG 2379-2390] |
| J20 | | | | August 22, 2017 Email chain between M. Turner and R. Deglman re: MSA and Schedule for Avoyelles. [CSG 2393-2401] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J21 | | | | August 22, 2017 First Amendment to Contract and Agreement between Correct and Avoyelles Parish [CSG 10-12] |
| J22 | | | | August 23, 2017 Email from R. Deglman to Logans with MSA and Schedules for Avoyelles [Smart 1447-1458] |
| J23 | | | | August 29, 2017 Email from M. Turner to R. Deglman attaching Correct's agreement with Avoyelles, First Amendment with Avoyelles, MSA, & Schedule of Services [CSG 2411-2428] |
| J24 | | | | August 30, 2017 Email from M. Turner to R. Deglman attaching the signed Agreement between Correct and Sebastian Co.  [CSG 2429] |
| J25 | | | | August 30, 2017 Email from R. Deglman to Logans forwarding Schedule I for Sebastian Co. from M. Turner [Smart 1478-1483, Smart 1525] |
| J26 | | | | August 30, 2017 Email from R Deglman to Logans forwarding M. Turner signed Contract and Agreement between Correct and Sebastian with Schedule I [Smart 1484-1500] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J27 | | | | August 30, 2017 Email from R. Deglman to M. Turner with cc to Jon Logan attaching red-lined draft re: Schedules for Sebastian Co. [Smart 1556-1563] |
| J28 | | | | August 30, 2017 Email chain between R. Deglman and M. Turner re Schedule of Services [Smart 2221] |
| J29 | | | | August 30, 2017 Email from R. Deglman to Jim Logan and Jon Logan with Avoyelles Contract documents for signature.  [Smart 1459-1477] |
| J30 | | | | August 30, 2017 Email from R. Deglman to Jon Logan and Jim Logan re paragraph 6 of MSA [no Bates] |
| J31 | | | | September 13, 2017 Schedule I for Sebastian Co. [Smart 2327-2331] |
| J32 | | | | September 13, 2017 Schedule I for Avoyelles Parish Sheriff's Office [Smart 2316-2320] |
| J33 | | | | September 21, 2017 Email from R. Deglman to Jim Logan forwarding signed Schedule I for Sebastian County and Contract between Sebastian County and Correct [Smart 5167-5182] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J34 | | | | September 27 and 28, 2017 Email chain between R. Ferguson, R. Deglman and M. Turner re: Bowie County [Smart 50-51] |
| J35 | | | | October 3, 2017 Email from M. Turner to R. Ferguson, J. Hemphill, T. Sterling, S. Whitmill, R. Pruitt, P. Temple to all  - "Slow it Down," "Smart Point of Contact," "Smart Existing Site Contracts" and "Utilizing Smart Products in our Business" [CSG 2575] |
| J36 | | | | October 13, 2017 Email from R. Deglman to J. Pinzon forwarding signed Contract and Addendum between Avoyelles Parish and Correct and signed Schedule I for Avoyelles Parish  [Smart 5216-5232] |
| J37 | | | | October 30, 2017 Emails between R. Ferguson & R. Deglman with cc's to Turner, Tongate, Pruitt re: Bowie, St. Louis and Washington Co. [Smart 1505-1508] |
| J38 | | | | October 31, 2017 Email chain between M. Turner and R. Ferguson re: extension at Bowie Co. from adding Smart's Services [CSG 2583] |
| J39 | | | | October 31, 2017 Email from Yates to Ferguson, Tongate cc Denzer Johnson and responses re Jail Mail and tablets [Smart 1509] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J40 | | | | November 15, 2017 Schedule I to MSA for LaSalle Corrections-Bowie Co. Jail [Smart 1532-1537] |
| J41 | | | | November 15, 2017 Schedule I for Washington Co. AR [Smart 1538-1542] |
| J42 | | | | November 15, 2017 Email from R. Deglman to M. Turner with cc to J. Tongate, Jon Logan attaching Schedules for Bowie, Washington, and City of St. Louis [Smart 1531-1548] |
| J43 | | | | December 11, 2017 Email from Jon Logan to M. Turner, Ferguson, Deglman, and Tongate re: Branson trip [Smart 3066] |
| J44 | | | | February 23, 2018 Email exchange between Jennifer Tongate and Eddie Smith and Jim Logan [Smart 5638] |
| J45 | | | | March 6, 2018 Email from Logan to Turner re issues at Sebastian [Smart 4038] |
| J46 | | | | March 6-7, 2018 Emails from Scott to Pruitt with forward to Turner [Smart 4047] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J47 | | | | March 16, 2018 Email from A. Smith to Jennifer Tongate regarding returning tablets [Smart 5659] |
| J48 | | | | April 3 and 5, 2018 Email chain between M. Turner, Jon Logan, C. Ibanez re: LaSalle request for 500 tablets for rehab centers [CSG 1875] |
| J49 | | | | May 23, 2018 Email between Ashley Smith and Jennifer Tongate re: tablets [Smart 5715] |
| J50 | | | | May 23, 2018 Emails between M. Turner and Jon Logan with Correct/Smart Servicing Agreement [Smart 4490-4495] |
| J51 | | | | May 23, 2018 and May 24, 2018 Emails between and among Jennifer Tongate, Justin Scott, Ashley Smith Gray, Chris Mzhickteno, Jim Logan, Rob Deglman and Oscar Aguilo regarding errors and problems at Sebastian County [Smart 5722,5720, 5724, 5727, 5733] |
| J52 | | | | June 1, 2018 Email from Rick Ferguson to Jennifer Tongate re: tablets [Smart 4521] |
| J53 | | | | June 26, 2018 Email chain forwarded by A. Smith on September 18, 2019 regarding tablet repairs [Sebastian Co. 4577-4586] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J54 | | | | August 15, 2018 Email from R. Deglman to M. Turner requesting underlying Correct contracts/addenda [Smart 4693] |
| J55 | | | | August 15, 2018 Email from Alan Johnson to Jennifer Tongate regarding status of tablets with Jon Logan response [Smart 6663] |
| J56 | | | | August 15, 2018 – March 20, 2019 Email exchanges between and among Alan Johnson, Jennifer Tongate, Anthony Foster, Nolan Ake, Justin Longenberger, Justin Scott, K. Weathers, Rick Ferguson, Steve Whitmill regarding lack of tablets at Washington and problems with Smart equipment [Smart 6664, 6675, 6695,6709,6718, 6720, 6747, CSG 1917] |
| J57 | | | | August 27, 2018 Email chain between R. Ferguson, J. McCormick, E. Nelson, R. Pruitt, J. Tongate requesting input re: equipment/services [Smart 4697] |
| J58 | | | | September 6-11, 2018 Emails between R. Deglman, J. Tongate, Jon Logan, and J. Longenberger re Bowie [Smart 5524-5525] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J59 | | | | November 29, 2018 Email from J. Tongate to R. Ferguson attaching photos of Smart Comm Keyboard, Kiosk, Tablet Charging Station, Visitation Lobby Kiosks and Sole Source Package  [Smart 134-153] |
| J60 | | | | November 29, 2018 Email from A. Johnson to J. Tongate re: tablets [Smart 6702] |
| J61 | | | | December 17, 2018 Text Message from Jon Logan with Timeline and acquisition of Lattice assets [no Bates] |
| J62 | | | | December 27, 2018 – December 30, 2018 Email exchanges re: problems at Sebastian Co. [Smart 6219-6220; Smart 6224-6226] |
| J63 | | | | December 30, 2018 Email chain between J. Scott, A. Smith, E. Smith, C. Mzhickteno, L. Martin re: explanation of default login hours and error messages on tablet logins [Sebastian Co. 4627-4630] |
| J64 | | | | December 31, 2018 Email from A. Smith to J. Scott, C. Mzickteno, E. Smith, L. Martin re issue resolved [Smart 6245-47] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J65 | | | | Smart Communications Holding, Inc. Financial Statements ending 12/31/18 [Smart 15187-15192] <span style="color:red">ATTORNEYS EYES ONLY-Smart</span> |
| J66 | | | | January 2, 2019 Email chain between L. Martin, A. Smith, E. Smith - CSG needs to provide updated data feed [Sebastian 4633-4636] |
| J67 | | | | January 17, 2019 Email chain between J. Tongate, R. Ferguson, M. Turner, S. Whitmill, R. Pruitt re: Washington Co. tablets [CSG 626-627] |
| J68 | | | | January 17, 2019 Email from R. Ferguson to J. Tongate re Sebastian County increase charge [Smart 4921] |
| J69 | | | | January 18, 2019 Wayback Machine Page from Smart Communications Website – Corrections Simplified [no Bates] |
| J70 | | | | January 31, 2019 Email chain between W. Dumas, R. Ferguson, H. Runion, K. Nickson, J. Tongate [Smart 4967] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J71 | | | | January 31, 2019 Email exchanges between Rick Ferguson and Jon Logan regarding cost of tablets [CSG 1106-1107] |
| J72 | | | | February 11, 2019 Email from Jennifer Tongate to Rick Ferguson forwarding January 31, 2019 Jon Logan email regarding cost of tablets [Smart 5017-5018] |
| J73 | | | | March 29, 2019 Food Service and Commissary Contract between Washington Co. and Summit Food Service [CSG 2538-2556] |
| J74 | | | | April 1, 2019 Email chain between W. Dumas, R. Ferguson, M. Turner re: Tablets at Sebastian. [CSG 343-344] |
| J75 | | | | April 2, 2019 Email chain between W. Dumas [Sebastian] and L. Aspinwall re: "according to Rick they will handle the contract with Smart"  [TF 542-544] |
| J76 | | | | April 2, 2019 Mass Marketing Email campaign  sent by Lauren Martin to Smart's contacts re: "100% Phone Commission [Smart 191] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J77 | | | | April 12, 2019 Email chain between L. Aspinwall and R. Ferguson setting up Tech Friends visits at Sebastian and St. Louis  [CSG 3984] |
| J78 | | | | April 13, 2019 Email from Justin Scott to Alan Johnson and Jak Kimball re: video visitation upgrade and Washington internal emails arranging Smart visit [CSG 796-797] |
| J79 | | | | April 15, 2019 Email from R. Ferguson to M. Turner attaching Spreadsheet from 4/16/19 sales meeting [CSG 2806-2807] |
| J80 | | | | April 18, 2019 Email from J. Scott to Nolan Ake, Alan Johnson and Jak Kimball regarding the plan to update the visitation software [Smart 6761] |
| J81 | | | | April 22, 2019 Email chain between W. Dumas, R. Ferguson, M. Turner re: Smart/Sebastian [CSG 1972-1973] |
| J82 | | | | May 2, 2019 Email from J. Longenberger to L. Grace [Smart 14620] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J83 | | | | May 12, 2019 Email chain between M. Haney and M. Turner where M. Haney outlines MSA Proposal/transition plan [CSG 4008] |
| J84 | | | | May 13, 2019 Redacted Email from R. Ferguson to M. Turner re: things to wrap this week.  Exit strategy from Smart for both St. Louis and Sebastian. TF Agreement. [CSG 1118] |
| J85 | | | | May 14, 2019 Email from Mark Turner to Jon Logan re: City of St. Louis and Sebastian Co. with attachment proposed termination of St. Louis Schedule I [Smart 5099-5100] |
| J86 | | | | May 15, 2019 Email chain between P. Temple, R. Ferguson, P. Temple, Gil Okorougo, M. Turner [CSG 4031] |
| J87 | | | | May 15, 2019 Email from M. Turner to Jon Logan re: Money Transmitter License [Smart 5102] |
| J88 | | | | May 17, 2019 Email chain between R. Ferguson, Capt. Alan Johnson [Washington Co.] and M. Turner re: Smart Tablet system [CSG 1161] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J89 | | | | May 17, 2019 Email from R. Ferguson to M. Turner forwarding April 22, 2019 email from W. Dumas to R. Ferguson re Smart/Sebastian [CSG 631] |
| J90 | | | | May 22, 2019 through June 28, 2019 Email exchanges between and among Ashley Smith, Justin Longenberger, Jennifer Tongate, and Lauren Martin regarding problems at Sebastian County [Smart 6395, 6403,6405, 6408, 6410, 6467, 6471, 6515] |
| J91 | | | | May 24, 2019 Email from F. Turner to R. Ferguson forwarding J. Tongate email to Turner re: 100% Phone Commission [City of St. Louis 389-391] |
| J92 | | | | June 1, 2019 Master Services and Supply Agreement between Tech Friends, Inc. and Correct Solutions, LLC [CSG 696-723] |
| J93 | | | | June 3, 2019 Email from M. Haney/Tech Friends to M. Turner forwarding Master Services and Supply Agreement between Tech Friends, Inc. and Correct Solutions, LLC with effective date of 6/1/19 [TF 251] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J94 | | | | June 3, 2019 through August 7, 2019 Email exchanges between Chris Mzhickteno and Washington County regarding problems at Washington reported to Smart [Smart 974, 1053, CSG 1671, Smart 1055, 1014-1015, 1052, 1064-1065] |
| J95 | | | | June 6, 2019 Email chain between M. Turner and M. Haney/Tech Friends re: Master Agreement [CSG 4021] |
| J96 | | | | June 21, 2019 Email chain between J. Hemphill, M. Turner, T. Sterling, R. Ferguson, S. Whitmill [CSG 365] |
| J97 | | | | June 21, 2019 Email chain between J. Hemphill, M. Turner, T. Sterling, R. Ferguson, S. Whitmill re: Smart Comm. [CSG 372] |
| J98 | | | | June 21 2019 Email chain between CSG employees [CSG 376-377, CSG 2834] |
| J99 | | | | July 3, 2019 Email from W. Dumas to H. Runion, J. Miller forwarding L. Aspinwall 7/3/19 Email to W. Dumas, R. Ferguson re: Tech Friends Revenue Share. [Sebastian 17718] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J100 | | | | July 10, 2019 Email from L. Aspinwall to M. Turner sending executed agreement between Correct and Tech Friends [CSG 2855-2883] |
| J101 | | | | July 10, 2019 Email chain between M. Haney and M. Turner attaching signature sheet for Agreement. [TF 74] |
| J102 | | | | July 17, 2019 Roedel Parsons (for Correct) termination letter to Smart Communications [No Bates] |
| J103 | | | | July 26, 2019 Email exchange between Nolan Ake and Chris Mzhickteno regarding tablet problems at Washington [Smart 1014-1015] |
| J104 | | | | July 31, 2019 Email from Alan Johnson to Jennifer Tongate advising of Washington Co.'s displeasure with Smart and email forwarded to Rick Ferguson and subsequently forwarded to Mark Turner and Rick Pruitt [CSG 727] |
| J105 | | | | July 31, 2019 Redacted Text Messages on  various dates between R. Ferguson and Capt. Alan Johnson [CSG 4618-4622] |
| J106 | | | | August 8, 2019 Buzztime Purchase Order #5 to Smart Comm. Ship by 12/31/20  [Smart 15219-15220] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J107 | | | | August 13, 2019 Email from J. Scott to N. Ake re: follow up re: tablets and kiosks. [Smart 14165] |
| J108 | | | | August 15, 2019 Email from R. Ferguson to W. Dumas, A. Smith E. Smith, A. Johnson, R. Denzer, JD Miller and R. Denzer [CSG 2019] |
| J109 | | | | August 15, 2019 Email from A. Johnson to R. Ferguson, W. Dumas, A. Smith, E. Smith, R. Denzer, JD Miller [Washington Co. Sheriff 24] |
| J110 | | | | August 15, 2019 Email from R. Ferguson to E. Nelson re Smart Comm. [Smart 1135] |
| J111 | | | | August 15, 2019 Email from Aspinwall to Ferguson advising that Sebastian, Bowie and St. Louis are on hold and Smart lawsuit  [CSG 3203-3204] |
| J112 | | | | August 16, 2019 Email chain between N. Ake, A. Johnson and R. Ferguson attaching Email from J. Scott (no Bates) and requesting CSG what to do in response [Smart 1077-1079] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J113 | | | | August 16, 2019 Email exchanges between J. Scott and Washington Co. re: upgrade attempts [Smart 1077-1078; Bates numbered attachment to J113] |
| J114 | | | | August 23 and 24, 2019 Email chain between S. Doser, A. Cantu, L. Aspinwall, J. Schaefer, R. Streeval, R. Pruitt re:  TF implementations are on hold [CSG 3244] |
| J115 | | | | August 23, 2019 Email exchanges between Ashley Smith and Chris Mzhickteno (photo not attached) [Smart 6776-6778] |
| J116 | | | | August 23, 2019 through September 16, 2019 Email exchanges between Ashley Smith and Chris Mzhickteno regarding tablets [Smart 6786, 6788, 6794, 6801] |
| J117 | | | | August 27, 2019 Email from William Dumas to Rick Ferguson- no longer having confidence in Smart [Sebastian 20046] |
| J118 | | | | August 27, 2019 Email from R. Ferguson to A. Cantu re Smart Reporting [Smart 1143] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J119 | | | | August 28, 2019 Email chain between A. Cantu, R. Ferguson, V. West, R. Pruitt - Ferguson asks Cantu to send all Smart issues through the TX Support email address. [Smart 1140] |
| J120 | | | | August 29, 2019 Email chain between F. Turner, R. Ferguson, R. Pruitt re:  Smart Comm 100% Phone Commission [Correct 2044-2047] |
| J121 | | | | August 30, 2019 Letter from Cody Ibanez/Correct to Bruce Johnson - Job offer to Johnson [CSG 3860] |
| J122 | | | | August 30, 2019 Stipulation to Preserve the Status Quo Pending Final Hearing on the Merits |
| J123 | | | | August 31, 2019 Email exchange among Washington Co. inmate, Jennifer Tongate, Jon Logan, Lisa Eddy and Justin Longenberger re: problems at Washington Co. [Smart 14631] |
| J124 | | | | September 13, 2019-  Correct Notice to Cure MSA re Sebastian County [no Bates] |
| J125 | | | | October 4, 2019 – Correct Notice of Non-Renewal of MSA re Washington County (agreements attached) [CSG 3808-3823] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J126 | | | | October 21, 2019 Email exchange between Jerry Lipsey and Jon Logan re: upcoming facility visits [Smart 6846] |
| J127 | | | | October 21, 2019 Email from Chris Mzhickteno to James Logan regarding Sebastian County tablet replacement history [Smart 6847] |
| J128 | | | | October 22, 2019 and October 23, 2019 Email exchanges between Ashley Smith and Chris Kremps regarding defective tablets [Smart 6848-6849] |
| J129 | | | | November 6, 2019 Email from Jerry Lipsey to William Dumas [Smart 6852] |
| J130 | | | | November 21, 2019 Notice of Non-Renewal pertaining to Sebastian County from Correct to Smart [No Bates] |
| J131 | | | | November 27, 2019 Email from Jerry Lipsey to William Dumas with Smart's proposal for phones and tablets [Smart 6853-6882] |
| J132 | | | | December 5, 2019 Email from Jerry Lipsey to William Dumas following up on proposal [Smart 6883] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J133 | | | | December 11, 2019 Email between K. Yates, R. Ferguson, A. Johnson, R. Denzer attaching December 11, 2019 Summit letter to Washington Co. re: Notice of Breach of Contract and Washington Co. December 11, 2019 "To Whom it may concern" letter [CSG 3632-35] |
| J134 | | | | December 13, 2019 Certified Letter from M. Turner/Correct Solutions to James Logan/Smart Communications Holding – Cease and Desist Notice re: Washington Co. email services to inmates [No Bates] |
| J135 | | | | December 20, 2019 Mail Handling Services Agreement between Tech Friends (as a subcontractor to Summit Food Service) and Washington Co. Sheriff's Office [Washington, Exhibit 17] |
| J136 | | | | December 23, 2019 Email from Kenneth Yates to Jon Logan requesting coordination of removal of Smart's equipment [Washington Co. Ex D3; no Bates] |
| J137 | | | | January 2020 – Email count for Washington Co. Detention Center, AR from 6/2017 to 1/2020 [TF 333] |
| J138 | | | | January 10, 2020 letter from P. Temple to J. Logan re Washington County [CSG 3824] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J139 | | | | January 27, 2020 Email from R. Ferguson to M. Turner re Sebastian/White/Benton [CSG 4969-Redacted] |
| J140 | | | | Washington County Inmate Daily Population Report [Smart 15015-15059] |
| J141 | | | | January 23, 2020 Email from Jerry Lipsey to Jon Logan regarding upcoming Arkansas Sheriff's Conference [Smart 14122] |
| J142 | | | | January 29, 2020 Emails from J. Hemphill, R. Ferguson re Smart's proposal [CSG 3726] |
| J143 | | | | February 6, 2020 and February 7, 2020 Email exchanges between Ashley Smith and Chris Mzhickteno [Smart 13187] |
| J144 | | | | February 7, 2020 Email chain between A. Smith, C. Mzhickteno, CSG Support, E. Smith -Need technician on 2/12/20  [Sebastian 8017] |
| J145 | | | | February 10, 2020 Email from Jon Logan to Ashley Smith regarding no service and prior proposal [Smart 6914] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J146 | | | | February 13, 2020 Email from R. Ferguson to M. Turner forwarding 4/24/17 Contract and Agreement between Correct and Sebastian County.  [CSG 3729-3734] |
| J147 | | | | February 17, 2020 Letter from Bajo Cuva Cohen & Turkel to Kimberly A. Bald, Captain William Dumas and Ashley Smith [no Bates] |
| J148 | | | | February 24, 2020 Email chain between M. Price and M. Whitmore re: questions concerning an RFP [Sebastian 8053-54] |
| J149 | | | | February 26, 2020 Email from R. Ferguson to W. Dumas [Sebastian] attaching RFI sample sent to El Paso County [CSG 3740-43] |
| J150 | | | | March 5, 2020 Email from L. Lowrimore to R. Ferguson, JD Miller, D. Hudson, W. Dumas attaching 3/3/20 Non-Renewal Notice from D. Hudson, Sebastian Co. Judge [CSG 3751-52] |
| J151 | | | | March 5, 2020 Email chain from L. Lowrimore to R. Ferguson, JD Miller, D. Hudson, W. Dumas, M. Turner attaching Non-Renewal notice for the contract b/t Sebastian Co. and Correct  [CSG 3753-3755] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J152 | | | | March 5, 2020 Email from M. Turner to R. Ferguson, P. Temple forwarding non-renewal notice email from L. Lowrimore  [CSG 3756] |
| J153 | | | | March 13, 2020 Sebastian Co. Detention Center Telephone System RFI [No Bates] |
| J154 | | | | March 13, 2020 Sebastian Co. Detention Center Tablet Services RFI [No Bates] |
| J155 | | | | March 23, 2020 letter from Correct to Smart providing the March 3, 2020 Notice of Non-Renewal of Contract by Sebastian County  [CSG 3825-3829] |
| J156 | | | | April 2020 Sebastian Co. Government Website - Bid Application instructions [no Bates] |
| J157 | | | | April 1, 2020 Sebastian Co. Detention Center Telephone System RFI Addendum [No Bates] |
| J158 | | | | April 1, 2020 Sebastian Co. Detention Center Tablet Services RFI Addendum [No Bates] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J159 | | | | April 15, 2020 Email from L. Lowrimore to R. Ferguson with attached RFI for Telephone Services and Addendum.  Date extended on RFI to 5/8/20 [CSG 3771-3782] |
| J160 | | | | April 16, 2020 Email chain between L. Lowrimore, R. Ferguson, M. Turner, R. Pruitt, T. Hendricks, C. Ibanez forwarding RFI (4/1/20 Addendum) for Sebastian Co. Jail (Telephone Service) [CSG 3777-3782] |
| J161 | | | | April 16, 2020 Email chain between L. Lowrimore and L. Aspinwall with attached RFI for tablet services.  Date extended on RFI to 5/8/20. [TF 784-791] |
| J162 | | | | April 17, 2020 Sebastian Co. Government Website with Bids Listing for Detention Center Services [No Bates] |
| J163 | | | | April 23, 2020 Email from P. Grofe to A. Cantu re tablet upgrade and forwards to J. Wilson, J. Eason, R. Pruitt, and R. Ferguson [CSG 3786-3787] |
| J164 | | | | April 23, 2020 Email chain between P. Grofe, R. Ferguson A. Cantu, R. Pruitt, J. Eason, M. Turner J. Wilson re: no interest in upgrading your product [CSG 4420] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J165 | | | | April 28, 2020 Email from R. Ferguson to M. Turner re: Sebastian RFI  [CSG 3794] |
| J166 | | | | April 3, 2020, April 16, 2020, May 4, 2020 and May 6, 2020 Responses to Sebastian Co. RFI for Telephone Services by Correct Solutions, GTL Net, ICS Solutions, NCIC, Securus Technologies. Composite |
| J167 | | | | April 16, 2020 and May 4, 2020 Responses to Sebastian Co. RFI for Tablet Services by GTL Net, Securus and Tech Friends. Composite. |
| J168 | | | | May 4, 2020 Email from L. Aspinwall to L. Lowrimore, M. Haney, K. Shipman re: RFI response from Tech Friends attaching RFI response for Sebastian  tablet services [TF 792-804] |
| J169 | | | | May 6, 2020 Email from R. Ferguson to L. Lowrimore attaching Sebastian Co. RFI Response for inmate telecommunication services [CSG 3897-3908] |
| J170 | | | | June 16, 2020 RFI Meeting Attendance Sheet for Sebastian Co. |
| J171 | | | | June 16, 2020 Telephone Services Ranking Notes/Evaluation Sheets for Sebastian Co. |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J172 | | | | June 16, 2020 Tablet Services Ranking Notes/Evaluation Sheets for Sebastian Co. |
| J173 | | | | June 16, 2020 Selection Committee Findings memo for Sebastian Co. Inmate Telephone and Tablet Services |
| J174 | | | | June 17, 2020 Email sending memo to M. Whitmore, W. Dumas, J. Turner, R. Sims, J.D. Miller |
| J175 | | | | June 18, 2020 Email from L. Aspinwall to W. Dumas asking if this will be a contract between Sebastian Co. Sheriff's Office and Tech Friends or part of a CSG contract/addendum [TF 847] |
| J176 | | | | Smart's redacted "Go Live" Report [Smart 15207-15209] |
| J177 | | | | July 6, 2020 Email from Mark Turner to Rick Ferguson re: Sebastian Co. New Contract with attachment. [CSG 4970-4979] |
| J178 | | | | July 6, 2020 Email from Rick Ferguson to Capt. Dumas re: Draft Agreement with attachment [CSG 4980-4989] |
| J179 | | | | July 16, 2020 Email from Rick Ferguson to Mark Turner requesting signature for forwarding to Sheriff Runion [CSG 4990-4999] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J180 | | | | July 21, 2020 Order by Sebastian County Judge David Hudson establishing an Agreement between Sebastian Co. and Correct Solutions and attached Contract and Agreement [CSG 3839-3848] |
| J181 | | | | July 24, 2020 Email from L. Aspinwall to W. Dumas attaching Proposal from Tech Friends for tablets, kiosks and accompanying services  [TF 901-904] |
| J182 | | | | July 28, 2020 Email from L. Aspinwall to W. Dumas attaching revised Sebastian Proposal from Tech Friends minus Kiosks  [TF 909-912] |
| J183 | | | | August 19, 2020 Email from P. Grofe to A. Cantu, L. Eddy [Smart 15011] |
| J184 | | | | August 31, 2020 Email from P. Grofe to A. Cantu, J. Wilson, R. Pruitt re: Tablet Upgrade - [Smart 15012] |
| J185 | | | | September 1, 2020 Email from Rick Ferguson to Paige Grofe with prior emails attached |
| J186 | | | | September 8, 2020 Certified Letter from Correct Solutions to Smart Comm re: Notice to Cure - Bowie Co. |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J187 | | | | September 18, 2020 Letter from Correct Solutions to Smart Communications regarding default at Bowie County [no Bates] |
| J188 | | | | September 24, 2020 Email exchanges between counsel for Smart and Correct regarding Bowie County [no Bates] |
| J189 | | | | October 7, 2020 Smart Maintenance Request & Service Order signed by Cantu [No Bates] |
| J190 | | | | February 25, 2021 Average Daily Population reports for Sebastian County Detention Center from January 1, 2017 to January 31, 2021 [Smart 15081-15109] |
| J191 | | | | March 08, 2021 First Amendment – Correctional Communications Service Agreement between Correct and Bowie Co. [CSG 4627-4628] |
| J192 | | | | March 22, 2021 Certified Letter from Correct Solutions to Smart Comm re: Notice to Terminate with Bowie Co. |
| J193 | | | | April 20, 2021 Composite exhibit of certified copies of Joshua Lane Oliver Information, Plea Agreement, and Judgment in a Criminal Case [no Bates] |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J194 | | | | February 15, 2012 Composite exhibit of letter from Lattice Incorporated to Kevin Sumrall of Correct Solutions LLC with purchase agreement, First Amendment and exhibits [Jon Logan Ex D22; no Bates] |
| J195 | | | | March 1, 2016 Beneficiary Enrollment Form and Amendment between Lattice, Inc. and Correct [CSG 3878-3880; Jon Logan Ex D25] |
| J196 | | | | Correct Solutions' audited financial statements for the years 2018 through 2020<br>ATTORNEYS EYES ONLY-Correct |
| J197 | | | | Correct's historical revenues and minutes consumed by inmates figures for Sebastian County for May 2017 through June 2021<br>ATTORNEYS EYES ONLY-Correct |
| J198 | | | | Correct's historical deposits for Sebastian County for May 2017 through June 2021<br>ATTORNEYS EYES ONLY - Correct |

| JOINT EXHIBIT NO. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| J199 | | | | Revenue Reports from 2017 - 2021  for Benton Co, AR, Carroll Co, AR, Conway Co, AR, Craighead Co, AR, Crawford Co, AR, Lawrence Co, AR, Lonoke Co, AR, Miller Co, AR, Mississippi Co, AR, Poinsett Co, AR, Prairie Co, AR, White Co, AR  [Smart 15111-15180] ATTORNEYS EYES ONLY - Smart |
| J200 | | | | Arkansas Act 702 |
| J201 | | | | Smart Communications Holding, Inc. Consolidated Financial Statement dated December 31, 2019 ATTORNEYS EYES ONLY - Smart |
| J202 | | | | Smart Communications, Inc. QuickBooks Profit & Loss by Class dated January -December 2020 ATTORNEYS EYES ONLY - Smart |
| J203 | | | | Smart Communications Financial Statement December 31, 2020 ATTORNEYS EYES ONLY - Smart |
| J204 | | | | Adjustment for Incremental Expenses ATTORNEYS EYES ONLY - Smart |

*/s/ Brad F. Barrios*
Brad F. Barrios – FBN 35293
Trial Counsel
E-mail: bbarrios@tcb-law.com
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN  96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Brad F. Barrios*
Attorney