DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F



| | |
|---|---|
| **Effective Date** | 02/29/2016 |
| **Master Deposit Account Number** | 48193 |
| *Effective Date and Deposit Account Number to be supplied by Iron Mountain only. | |

## Master Three-Party Depositor Escrow Service Agreement

1. **Introduction**
   This Master Three-Party Depositor Escrow Service Agreement (the "**Agreement**") is entered into by and between **Lattice Incorporated** ("**Depositor**"), and by any additional party enrolling as a "**Beneficiary**" upon execution of the Beneficiary Enrollment Form attached as Exhibit E to this Agreement and by Iron Mountain Intellectual Property Management, Inc. ("**Iron Mountain**"). Beneficiary, Depositor, and Iron Mountain may be referred to individually as a "**Party**" or collectively as the "**Parties**" throughout this Agreement.
   (a) The use of the term services in this Agreement shall refer to Iron Mountain services that facilitate the creation, management, and enforcement of software or other technology escrow accounts as described in Exhibit A attached to this Agreement ("**Services**"). A Party shall request Services under this Agreement by selecting such Service on Exhibit A upon execution of the Agreement or by submitting a work request for certain Iron Mountain Services ("**Work Request**") via written instruction or the online portal maintained at the website located at www.ironmountainconnect.com or other websites owned or controlled by Iron Mountain that are linked to that website (collectively the "**Iron Mountain Website**").
   (b) The Beneficiary and Depositor have, or will have, entered into a license agreement or other agreement ("**License Agreement**") conveying intellectual property rights to the Beneficiary, and the Parties intend this Agreement to be considered as supplementary to such agreement, pursuant to Title 11 United States [Bankruptcy] Code, Section 365(n).

2. **Depositor Responsibilities and Representations**
   (a) It shall be solely the Depositor's responsibility to: (i) make an initial deposit of all proprietary technology and other materials covered under this Agreement ("**Deposit Material**") to Iron Mountain within thirty (30) days of the Effective Date; (ii) make any required updates to the Deposit Material during the Term (as defined below) of this Agreement; and (iii) ensure that a minimum of one (1) copy of Deposit Material is deposited with Iron Mountain at all times. At the time of each deposit or update, Depositor will provide an accurate and complete description of all Deposit Material sent to Iron Mountain using the form attached to this Agreement as Exhibit B.
   (b) Depositor represents that it lawfully possesses all Deposit Material provided to Iron Mountain under this Agreement and that any current or future Deposit Material liens or encumbrances will not prohibit, limit, or alter the rights and obligations of Iron Mountain under this Agreement. Depositor warrants that with respect to the Deposit Material, Iron Mountain's proper administration of this Agreement will not violate the rights of any third parties.
   (c) Depositor represents that all Deposit Material is readable and useable in its then current form; if any portion of such Deposit Material is encrypted, the necessary decryption tools and keys to read such material are deposited contemporaneously.

3. **Beneficiary Responsibilities and Representations**
   (a) Beneficiary acknowledges that, as between Iron Mountain and Beneficiary, Iron Mountain's obligation is to maintain the Deposit Material as delivered by the Depositor and that, other than Iron Mountain's inspection of the Deposit Material (as described in Section 4) and the performance of any of the optional verification Services listed in Exhibit A, Iron Mountain has no other obligation regarding the completeness, accuracy, or functionality of the Deposit Material.
   (b) It shall be solely the Beneficiary's responsibility to monitor whether a deposit or deposit update has been accepted by Iron Mountain.

4. **Iron Mountain Responsibilities and Representations**
   (a) Iron Mountain agrees to use commercially reasonable efforts to provide the Services requested by Authorized Person(s) (as identified in the "**Authorized Person(s)/Notices Table**" below) representing the Depositor or Beneficiary in a Work Request. Iron Mountain may reject a Work Request (in whole or in part) that does not contain all required information at any time upon notification to the Party originating the Work Request.
   (b) Iron Mountain will conduct a visual inspection upon receipt of any Deposit Material and associated Exhibit B. If Iron Mountain determines that the Deposit Material does not match the description provided by Depositor represented in Exhibit B, Iron Mountain will notify Depositor of such discrepancy.

EXHIBIT 5

Correct Solutions 003861

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

(c) Iron Mountain will provide notice to the Beneficiary of all Deposit Material that is accepted and deposited into the escrow account under this Agreement. Unless Depositor or Beneficiary submits a Work Request for **"Deposit Tracking Notification"** as described in Exhibit A, Iron Mountain shall not have any obligation to prompt the Depositor to make a deposit, nor shall it have an obligation to notify the Beneficiary of the Depositor's failure to make a deposit or deposit update. Notwithstanding the forgoing, either Depositor or Beneficiary may obtain information regarding deposits or deposit updates upon request or through the Iron Mountain Website.
(d) Iron Mountain will follow the provisions of Exhibit C attached to this Agreement in administering the release of Deposit Material.
(e) Iron Mountain will hold and protect Deposit Material in physical or electronic vaults that are either owned or under the control of Iron Mountain, unless otherwise agreed to by the Parties.
(f) Upon receipt of written instructions by both Depositor and Beneficiary, Iron Mountain will permit the replacement or removal of previously submitted Deposit Material. The Party making such request shall be responsible for getting the other Party to approve the joint instructions. Any Deposit Material that is removed from the deposit account will be either returned to Depositor or destroyed in accordance with Depositor's written instructions.
(g) Should transport of Deposit Material be necessary for Iron Mountain to perform Services requested by Depositor or Beneficiary under this Agreement or following the termination of this Agreement, Iron Mountain will use a commercially recognized overnight carrier such as Federal Express or United Parcel Service. Iron Mountain will not be responsible for any loss or destruction of, or damage to, such Deposit Material while in the custody of the common carrier.

5. **Deposit Material Verification**
   (a) Beneficiary may submit a verification Work Request to Iron Mountain for one or more of the Services defined in Exhibit A attached to this Agreement and Depositor consents to Iron Mountain's performance of any level(s) of such Services. Upon request by Iron Mountain and in support of Beneficiary's request for verification Services, Depositor shall promptly complete and return an escrow deposit questionnaire and reasonably cooperate with Iron Mountain by providing reasonable access to its technical personnel whenever reasonably necessary.
   (b) The Parties consent to Iron Mountain's use of a subcontractor to perform verification Services. Such subcontractor shall be bound by the same confidentiality obligations as Iron Mountain and shall not be a direct competitor to either Depositor or Beneficiary. Iron Mountain shall be responsible for the delivery of Services of any such subcontractor as if Iron Mountain had performed the Services. Depositor warrants and Beneficiary warrants that any material it supplies for verification Services is lawful, does not violate the rights of any third parties and is provided with all rights necessary for Iron Mountain to perform verification of the Deposit Material.
   (c) Iron Mountain will work with a Party who submits any verification Work Request for Deposit Material covered under this Agreement to either fulfill any standard verification Services Work Request or develop a custom Statement of Work (**"SOW"**). Iron Mountain and the requesting Party will mutually agree in writing to an SOW on terms and conditions that include but are not limited to: description of Deposit Material to be tested; description of verification testing; requesting Party responsibilities; Iron Mountain responsibilities; Service Fees; invoice payment instructions; designation of the paying Party; designation of authorized SOW representatives for both the requesting Party and Iron Mountain with name and contact information; and description of any final deliverables prior to the start of any fulfillment activity. Provided that the requesting Party has identified in the verification Work Request or SOW that the Deposit Material is subject to the regulations of the International Traffic in Arms Regulations (22 CFR 120)(hereinafter **"ITAR"**), Iron Mountain shall ensure that any subcontractor who is granted access to the Deposit Material for the performance of verification Services shall be a U.S. Person as defined in 8 U.S.C. 1101(a)(20) or who is a protected person as defined in 8 U.S.C. 1324b(a)(3). After the start of fulfillment activity, each SOW may only be amended or modified in writing with the mutual agreement of both Parties, in accordance with the change control procedures set forth in the SOW. If the verification Services extend beyond those described in Exhibit A, the Depositor shall be a necessary Party to the SOW governing the Services.

6. **Payment**
   The Party responsible for payment designated in the Paying Party Billing Contact Table (**"Paying Party"**) shall pay to Iron Mountain all fees as set forth in the Work Request (**"Service Fees"**). All Service Fees are due within thirty (30) calendar days from the date of invoice in U.S. currency and are non-refundable. Iron Mountain may update Service Fees with a ninety (90) calendar day written notice to the Paying Party during the Term of this Agreement (as defined below). The Paying Party is liable for any taxes (other than Iron Mountain income taxes) related to Services purchased under this Agreement or shall present to Iron Mountain an exemption certificate acceptable to the taxing authorities. Applicable taxes shall be billed as a separate item on the invoice. Any Service Fees not collected by Iron Mountain when due shall bear interest until paid at a rate of one percent (1%) per month (12% per annum) or the maximum rate permitted by law, whichever is less. Notwithstanding the non-performance of any obligations of Depositor to deliver Deposit Material under the License Agreement or this Agreement, Iron Mountain is entitled to be paid all Service Fees that accrue during the Term of this Agreement.

7. **Term and Termination**
   (a) The term of this Agreement is for a period of one (1) year from the Effective Date (**"Initial Term"**) and will automatically renew for additional one (1) year terms (**"Renewal Term"**) (collectively the **"Term"**). This Agreement shall continue in full

Correct Solutions 003862

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

force and effect until one of the following events occur: (i) Depositor and Beneficiary provide Iron Mountain with sixty (60) days' prior written joint notice of their intent to terminate this Agreement; (ii) Beneficiary provides Iron Mountain and Depositor with sixty (60) days' prior written notice of its intent to terminate this Agreement; (iii) the Agreement terminates under another provision of this Agreement; or (iv) any time after the Initial Term, Iron Mountain provides sixty (60) days' prior written notice to the Depositor and Beneficiary of Iron Mountain's intent to terminate this Agreement. The Effective Date and the Deposit Account Number shall be supplied by Iron Mountain only. The Effective Date supplied by Iron Mountain and specified above shall be the date Iron Mountain sets up the escrow account.

(b) Unless the express terms of this Agreement provide otherwise, upon termination of this Agreement, Iron Mountain shall return physical Deposit Material to the Depositor and erase electronically submitted Deposit Material. If reasonable attempts to return the physical Deposit Material to Depositor are unsuccessful, Iron Mountain shall destroy the Deposit Material.

(c) In the event of the nonpayment of undisputed Service Fees owed to Iron Mountain, Iron Mountain shall provide all Parties to this Agreement with written notice of Iron Mountain's intent to terminate this Agreement. Any Party to this Agreement shall have the right to make the payment to Iron Mountain to cure the default. If the past due payment is not received in full by Iron Mountain within thirty (30) calendar days of the date of such written notice, then Iron Mountain shall have the right to terminate this Agreement at any time thereafter by sending written notice to all Parties. Iron Mountain shall have no obligation to perform the Services under this Agreement (except those obligations that survive termination of this Agreement, which includes the confidentiality obligations in Section 10) so long as any undisputed Service Fees due Iron Mountain under this Agreement remain unpaid.

8. **Infringement Indemnification**

Anything in this Agreement to the contrary notwithstanding, Depositor at its own expense shall defend, indemnify and hold Iron Mountain fully harmless against any claim or action asserted against Iron Mountain (specifically including costs and reasonable attorneys' fees associated with any such claim or action) to the extent such claim or action is based on an assertion that Iron Mountain's administration of this Agreement infringes any patent, copyright, license or other proprietary right of any third party. When Iron Mountain has notice of a claim or action, it shall promptly notify Depositor in writing. Depositor may elect to control the defense of such claim or action or enter into a settlement agreement, provided that no such settlement or defense shall include any admission or implication of wrongdoing on the part of Iron Mountain without Iron Mountain's prior written consent, which consent shall not be unreasonably delayed or withheld. Iron Mountain shall have the right to employ separate counsel and participate in the defense of any claim at its own expense.

9. **Warranties**

IRON MOUNTAIN WARRANTS ANY AND ALL SERVICES PROVIDED HEREUNDER SHALL BE PERFORMED IN A COMMERCIALLY REASONABLE MANNER CONSISTENT WITH INDUSTRY STANDARDS. EXCEPT AS SPECIFIED IN THIS SECTION, ALL CONDITIONS, REPRESENTATIONS, AND WARRANTIES INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, OR ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE, ARE HEREBY EXCLUDED TO THE EXTENT ALLOWED BY APPLICABLE LAW. AN AGGRIEVED PARTY MUST NOTIFY IRON MOUNTAIN PROMPTLY UPON LEARNING OF ANY CLAIMED BREACH OF ANY WARRANTY AND, TO THE EXTENT ALLOWED BY APPLICABLE LAW, SUCH PARTY'S REMEDY FOR BREACH OF THIS WARRANTY SHALL BE SUBJECT TO THE LIMITATION OF LIABILITY AND CONSEQUENTIAL DAMAGES WAIVER IN THIS AGREEMENT. THIS DISCLAIMER AND EXCLUSION SHALL APPLY EVEN IF THE EXPRESS WARRANTY AND LIMITED REMEDY SET FORTH ABOVE FAILS OF ITS ESSENTIAL PURPOSE.

10. **Confidential Information**

Iron Mountain shall have the obligation to implement and maintain safeguards designed to protect the confidentiality of the Deposit Material and use at least the same degree of care to safeguard the confidentiality of the Deposit Material as it uses to protect its own confidential information, but in no event less than a reasonable degree of care. Except as provided in this Agreement Iron Mountain shall not use or disclose the Deposit Material. Iron Mountain shall not disclose the terms of this Agreement to any third party other than its financial, technical, or legal advisors, or its administrative support service providers. Any such third party shall be bound by the same confidentiality obligations as Iron Mountain. If Iron Mountain receives a subpoena or any other order from a court or other judicial tribunal pertaining to the disclosure or release of the Deposit Material, Iron Mountain will promptly notify the Parties to this Agreement unless prohibited by law. After notifying the Parties, Iron Mountain may comply in good faith with such order or subpoena. It shall be the responsibility of Depositor or Beneficiary to challenge any such order or subpoena; provided, however, that Iron Mountain does not waive its rights to present its position with respect to any such order or subpoena. Iron Mountain will cooperate with the Depositor or Beneficiary, as applicable, to support efforts to quash or limit any order or subpoena, at such Party's expense.

11. **Limitation of Liability**

EXCEPT FOR: (I) LIABILITY FOR DEATH OR BODILY INJURY; (II) PROVEN GROSS NEGLIGENCE OR WILLFUL MISCONDUCT; OR (III) THE INFRINGEMENT INDEMNIFICATION OBLIGATIONS OF SECTION 8, ALL OTHER LIABILITY RELATED TO THIS AGREEMENT, IF ANY, WHETHER ARISING IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, OF ANY PARTY TO THIS AGREEMENT SHALL BE LIMITED TO THE AMOUNT EQUAL TO ONE YEAR OF FEES PAID TO IRON MOUNTAIN UNDER THIS AGREEMENT. IF

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

CLAIM OR LOSS IS MADE IN RELATION TO A SPECIFIC DEPOSIT OR DEPOSITS, SUCH LIABILITY SHALL BE LIMITED TO THE FEES RELATED SPECIFICALLY TO SUCH DEPOSITS.

12. **Consequential Damages Waiver**
    IN NO EVENT SHALL ANY PARTY TO THIS AGREEMENT BE LIABLE FOR ANY INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, LOST PROFITS, ANY COSTS OR EXPENSES FOR THE PROCUREMENT OF SUBSTITUTE SERVICES (EXCLUDING SUBSTITUTE ESCROW SERVICES), OR ANY OTHER INDIRECT DAMAGES, WHETHER ARISING IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE EVEN IF THE POSSIBILITY THEREOF MAY BE KNOWN IN ADVANCE TO ONE OR MORE PARTIES.

13. **General**
    (a) Purchase Orders. In the event that the Paying Party issues a purchase order or other instrument used to pay Service Fees to Iron Mountain, any terms and conditions set forth in the purchase order which constitute terms and conditions which are in addition to those set forth in this Agreement or which establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by Iron Mountain.
    (b) Right to Make Copies. Iron Mountain shall have the right to make copies of all Deposit Material as reasonably necessary to perform the Services. Iron Mountain shall copy all copyright, nondisclosure, and other proprietary notices and titles contained on Deposit Material onto any copies made by Iron Mountain. Any copying expenses incurred by Iron Mountain as a result of a Work Request to copy will be borne by the requesting Party. Iron Mountain may request Depositor's reasonable cooperation in promptly copying Deposit Material in order for Iron Mountain to perform this Agreement.
    (c) Choice of Law. The validity, interpretation, and performance of this Agreement shall be construed under the laws of the Commonwealth of Massachusetts, USA, without giving effect to the principles of conflicts of laws.
    (d) Authorized Person(s). Depositor and Beneficiary must each authorize and designate one person whose actions will legally bind such Party ("**Authorized Person**" who shall be identified in the Authorized Person(s) Notices Table of this Agreement or such Party's legal representative) and who may manage the Iron Mountain escrow account through the Iron Mountain website or written instruction. Depositor and Beneficiary warrant that they shall maintain the accuracy of the name and contact information of their respective designated Authorized Person during the Term of this Agreement by providing Iron Mountain with a written request to update its records for the Party's respective Authorized Person which includes the updated information and applicable deposit account number(s).
    (e) Right to Rely on Instructions. With respect to release of Deposit Material or the destruction of Deposit Material, Iron Mountain shall rely on instructions from a Party's Authorized Person. In all other cases, Iron Mountain may act in reliance upon any instruction, instrument, or signature reasonably believed by Iron Mountain to be genuine and from an Authorized Person, officer, or other employee of a Party. Iron Mountain may assume that such representative of a Party to this Agreement who gives any written notice, request, or instruction has the authority to do so. Iron Mountain will not be required to inquire into the truth of, or evaluate the merit of, any statement or representation contained in any notice or document reasonably believed to be from such representative.
    (f) Force Majeure. No Party shall be liable for any delay or failure in performance due to events outside the defaulting Party's reasonable control, including without limitation acts of God, strikes, riots, war, acts of terrorism, fire, epidemics, or delays of common carriers or other circumstances beyond its reasonable control. The obligations and rights of the excused Party shall be extended on a day-to-day basis for the time period equal to the period of the excusable delay.
    (g) Notices. Iron Mountain shall have the right to rely on the last known address provided by each the Depositor and Beneficiary for its respective Authorized Person and Billing Contact as set forth in this Agreement or as subsequently provided as an update to such address. All notices regarding Exhibit C (Release of Deposit Material) shall be sent by commercial express mail or other commercially appropriate means that provide prompt delivery and require proof of delivery. All other correspondence, including but not limited to invoices and payments, may be sent electronically or by regular mail. The Parties shall have the right to rely on the last known address of the other Parties. Any correctly addressed notice to the last known address of the other Parties, that is refused, unclaimed, or undeliverable shall be deemed effective as of the first date that said notice was refused, unclaimed, or deemed undeliverable by electronic mail, the postal authorities, or commercial express mail.
    (h) No Waiver. No waiver of any right under this Agreement by any Party shall constitute a subsequent waiver of that or any other right under this Agreement.
    (i) Assignment. No assignment of this Agreement by Depositor or Beneficiary or any rights or obligations of Depositor or Beneficiary under this Agreement is permitted without the written consent of Iron Mountain, which shall not be unreasonably withheld or delayed. Iron Mountain shall have no obligation in performing this Agreement to recognize any successor or assign of Depositor or Beneficiary unless Iron Mountain receives clear, authoritative and conclusive written evidence of the change of Parties.
    (j) Severability. In the event any of the terms of this Agreement become or are declared to be illegal or otherwise unenforceable by any court of competent jurisdiction, such term(s) shall be null and void and shall be deemed deleted from this Agreement. All remaining terms of this Agreement shall remain in full force and effect.

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

(k) <u>Independent Contractor Relationship</u>. Depositor and Beneficiary understand, acknowledge, and agree that Iron Mountain's relationship with Depositor and Beneficiary will be that of an independent contractor and that nothing in this Agreement is intended to or should be construed to create a partnership, joint venture, or employment relationship.

(l) <u>Attorneys' Fees</u>. Any costs and fees incurred by Iron Mountain in the performance of obligations imposed upon Iron Mountain solely by virtue of its role as escrow service provider including, without limitation, compliance with subpoenas, court orders, discovery requests, and disputes arising solely between Depositor and Beneficiary, including, but not limited to, disputes concerning a release of the Deposit Material shall, unless adjudged otherwise, be divided equally and paid by Depositor and Beneficiary.

(m) <u>No Agency</u>. No Party has the right or authority to, and shall not, assume or create any obligation of any nature whatsoever on behalf of the other Parties or bind the other Parties in any respect whatsoever.

(n) <u>Disputes</u>. Any dispute, difference or question arising among any of the Parties concerning the construction, meaning, effect or implementation of this Agreement or the rights or obligations of any Party will be submitted to, and settled by arbitration by a single arbitrator chosen by the corresponding Regional Office of the American Arbitration Association in accordance with the Commercial Rules of the American Arbitration Association. The Parties shall submit briefs of no more than 10 pages and the arbitration hearing shall be limited to two (2) days maximum. Arbitration will take place in Boston, Massachusetts, USA. Any court having jurisdiction over the matter may enter judgment on the award of the arbitrator. Service of a petition to confirm the arbitration award may be made by regular mail or by commercial express mail, to the attorney for the Party or, if unrepresented, to the Party at the last known business address.

(o) <u>Interpleader</u>. Anything to the contrary notwithstanding, in the event of any dispute regarding the interpretation of this Agreement, or the rights and obligations with respect to the Deposit Material in escrow or the propriety of any action contemplated by Iron Mountain hereunder, then Iron Mountain may, in its sole discretion, file an interpleader or similar action in any court of competent jurisdiction to resolve any such dispute.

(p) <u>Regulations</u>. Depositor and Beneficiary are responsible for and warrant, to the extent of their individual actions or omissions, compliance with all applicable laws, rules and regulations, including but not limited to: customs laws; import; export and re-export laws; and government regulations of any country from or to which the Deposit Material may be delivered in accordance with the provisions of this Agreement. Depositor represents and warrants that the establishment of a deposit account containing ITAR regulated Deposit Material for the Beneficiary, and Iron Mountain's subsequent release of such Deposit Material under the terms of this Agreement will be lawful under any applicable U.S. export control regulations and laws, including ITAR. Conversely, Depositor shall refrain from establishing a deposit account containing ITAR regulated Deposit Material for the Beneficiary if the release of such Deposit Material to the Beneficiary, under the terms of this Agreement, would be in violation of any applicable U.S export control regulations and laws, including ITAR. With respect to Deposit Material containing personal information and data, Depositor agrees to (i) procure all necessary consents in relation to personal information and data; and (ii) otherwise comply with all applicable privacy and data protection laws as they relate to the subject matter of this Agreement. Iron Mountain is responsible for and warrants, to the extent of their individual actions or omissions, compliance with all applicable laws, rules and regulations to the extent that it is directly regulated by the law, rule or regulation and to the extent that it knows or has been advised that, as a result of this Agreement, its activities are subject to the law, rule or regulation. Notwithstanding anything in this Agreement to the contrary, if an applicable law or regulation exists or should be enacted which is contrary to the obligations imposed upon Iron Mountain hereunder, and results in the activities contemplated hereunder unlawful, Depositor and/or Beneficiary will notify Iron Mountain and Iron Mountain will be relieved of its obligations hereunder unless and until such time as such activity is permitted.

(q) <u>No Third Party Rights</u>. This Agreement is made solely for the benefit of the Parties to this Agreement and their respective permitted successors and assigns, and no other person or entity shall have or acquire any right by virtue of this Agreement unless otherwise agreed to by all of the Parties.

(r) <u>Entire Agreement</u>. The Parties agree that this Agreement, which includes all attached Exhibits and all valid Work Requests and SOWs submitted by the Parties, is the complete agreement between the Parties concerning the subject matter of this Agreement and replaces any prior or contemporaneous oral or written communications between the Parties. There are no conditions, understandings, agreements, representations, or warranties, expressed or implied, which are not specified in this Agreement. Each of the Parties warrant that the execution, delivery, and performance of this Agreement has been duly authorized and signed by a person who meets statutory or other binding approval to sign on behalf of its organization as named in this Agreement. This Agreement may be modified only by mutual written agreement of all the Parties.

(s) <u>Counterparts</u>. This Agreement may be executed electronically in accordance with applicable law or in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument.

(t) <u>Survival</u>. Sections 7 (Term and Termination), 8 (Infringement Indemnification), 9 (Warranties), 10 (Confidential Information), 11 (Limitation of Liability), 12 (Consequential Damages Waiver), and 13 (General) of this Agreement shall survive termination of this Agreement or any Exhibit attached to this Agreement.

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the Effective Date by their authorized representatives:

| DEPOSITOR | |
|---|---|
| Signature | *Terry Whiteside* (DocuSigned) |
| Print Name | Terry Whiteside |
| Title | COO |
| Date | February 18, 2016 |

| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. | |
|---|---|
| Signature | *John Trotti* (DocuSigned) |
| Print Name | John Trotti |
| Title | Sr. Manager, Contracts |
| Date | March 1, 2016 \| 09:27 PT |

Provide the name and contact information of the Authorized Person under this Agreement. Please complete all information as applicable. Incomplete information may result in a delay of processing.

| Depositor Authorized Person/Notices Table (Required information) | |
|---|---|
| Print Name | Terry Whiteside |
| Title | COO |
| Email Address | twhiteside@latticeinc.com |
| Street Address | 7150 North Park Dr. Suite 500 |
| City | Pennsauken |
| State/Province | NJ |
| Postal/Zip Code | 08109 |
| Country | USA |
| Phone Number | 856-910-1166 ext. 2112 |
| Fax Number | 856-910-1811 |

Provide the name and contact information of the Billing Contact under this Agreement. All Invoices will be sent to this individual at the address set forth below. Incomplete information may result in a delay of processing.

| Paying Party Billing Contact Information Table (Required information) | |
|---|---|
| Please provide the name and contact information of the Billing Contact for the Paying Party under this Agreement. All Invoices will be sent to this individual at the address set forth below. Incomplete information may result in a delay of processing. | |
| Company Name | Lattice Incorporated |
| Print Name | Dawn Gilbert |
| Title | Controller |
| Email Address | dgilbert@latticeinc.com |
| Street Address | 7150 Noth Park Dr. Suite 500 |
| City | Pennsauken |
| State/Province | NJ |
| Postal/Zip Code | 08109 |
| Country | USA |
| Phone Number | 856-910-1166 ext. 2110 |
| Fax Number | 856-910-1811 |
| Purchase Order # | |

IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.
All notices should be sent to ipmclientservices@ironmountain.com OR Iron Mountain Intellectual Property Management, Inc., Attn: Client Services, 2100 Norcross Parkway, Suite 150, Norcross, Georgia, 30071, USA. Telephone: 800-875-5669. Facsimile: 770-239-9201

(balance of this page left intentionally blank – EXHIBITS follow)

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

# Exhibit A
## Escrow Services Fee Schedule – Work Request

| Deposit Account Number | 48193 |
|---|---|

| Service | Service Description – Master Three-Party Depositor Escrow Service Agreement<br>All services are listed below. Check the requested service and submit a Work Request to Iron Mountain for services requested after agreement signature. | One-Time/ Per Service Fees | Annual Fees |
|---|---|---|---|
| ☒ Setup Fee (Required at Setup) | One-time Setup Fee for Iron Mountain to setup a standard Master Three-Party Depositor Escrow Service Agreement. | $2,575 | |
| ☒ Deposit Account Fee (Required at Setup) | Iron Mountain will set up one deposit account to manage and administrate access to Deposit Material to be secured in a controlled storage environment. Iron Mountain will provide account services that include unlimited deposits, electronic vaulting, access to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. Release of deposit material is also included in the annual fee. An oversize fee of $200 USD per 1.2 cubic foot will be charged for deposits that exceed 2.4 cubic feet. | | $1,150 |
| ☐ Add Beneficiary | Iron Mountain will fulfill a Work Request to add a Beneficiary to an escrow deposit account and manage account access rights. Beneficiary will have access to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. | | $850 |
| ☐ Add Additional Deposit Account | Iron Mountain will set up one additional deposit account to manage and administrate access to new Deposit Material that will be securely stored in controlled media vaults in accordance with the service description above and the Agreement that governs the Initial Deposit Account. | | $1,150 |
| ☐ File List Test | Iron Mountain will perform one (1) File List Test, which includes a Deposit Material media readability analysis, a file listing, a file classification table, virus scan outputs, and confirmation of the presence or absence of a completed escrow deposit questionnaire. A final report will be sent to the requesting Party regarding the Deposit Material. Deposit must be provided on CD, DVD-R, or deposited electronically. | $2,750 | N/A |
| ☐ Level 1 Inventory and Analysis Test | Iron Mountain will perform one (1) Inventory and Analysis Test on the specified deposit, which includes the outputs of the File List Test, identifying the presence/absence of build, setup and design documentation (including the presence or absence of a completed escrow deposit questionnaire), and identifying materials required to recreate the Depositor's application development and production environments. Output includes a report that includes compile and setup documentation, file classification tables and file listings. The report will list required software development materials, including, without limitation, required source code languages and compilers, third-party software, libraries, operating systems, and hardware, and Iron Mountain's analysis of the deposit. A final report will be sent to the requesting Party regarding the Deposit Material. | $5,250 or based on SOW if custom work required | N/A |
| ☐ Deposit Tracking | At least semi-annually, Iron Mountain will send a reminder to Depositor to update Deposit Material. Thereafter, Beneficiary will be notified of last deposit. | N/A | $450 |
| ☐ Dual Vaulting | Iron Mountain will store and manage a redundant copy of the Deposit Material in one (1) additional location. All Deposit Material (original and copy) must be provided by the Depositor. | N/A | $750 |
| ☐ Remote Vaulting | Iron Mountain will store and manage the Deposit Material in a remote location, designated by the client, outside of Iron Mountain's primary escrow vaulting location. All Deposit Material (original and copy) must be provided by the Depositor. | N/A | $750 |
| ☐ Custom Contract Fee | Custom contracts are subject to the Custom Contract Fee, which covers the review and processing of custom or modified contracts. | $750 | N/A |
| **Additional Verification Services (Fees based on Statement of Work)** | | | |
| Level 2 Deposit Compile Test | Iron Mountain will fulfill a Statement of Work (SOW) to perform a Deposit Compile Test, which includes the outputs of the Level 1 - Inventory and Analysis Test, plus recreating the Depositor's software development environment, compiling source files and modules, linking libraries and recreating executable code, providing a pass/fail determination, and creation of comprehensive compilation documentation with a final report sent to the Paying Party regarding the Deposit Material. The requesting Party and Iron Mountain will agree on a custom SOW prior to the start of fulfillment. A completed escrow deposit questionnaire is required for execution of this test. | | |
| Level 3 Binary Comparison Test | Iron Mountain will fulfill a Statement of Work (SOW) to perform one Binary Comparison Test - Binary Comparison, which includes the outputs of the Level 2 test, a comparison of the executable files built from the Deposit Compile Test to the actual executable files in use by the Beneficiary to ensure a full binary-level match, with a final report sent to the Requesting Party regarding the Deposit Material. The Paying Party and Iron Mountain will agree on a custom SOW prior to the start of fulfillment. A completed escrow deposit questionnaire is required for execution of this test. | | |
| Level 4 Full Usability Test | Iron Mountain will fulfill a Statement of Work (SOW) to perform one Deposit Usability Test - Full Usability, which includes which includes the outputs of the Level 1 and Level 2 tests (if applicable). Iron Mountain will confirm that the deposited application can be setup, installed and configured and, when installed, will execute functional tests, based on pre-determined test scripts provided by the Parties, and create comprehensive setup and installation documentation. A final report will be sent to the Paying Party regarding the Deposit Material. The Paying Party and Iron Mountain will agree on a custom SOW prior to the start of fulfillment. A completed escrow deposit questionnaire is required for execution of this test. | | |

(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK – PAYING PARTY SIGNATURE PAGE FOLLOWS)

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

Pursuant to the Agreement, the undersigned hereby issues this Work Request for performance of the Service(s) selected above.

| Paying Party – For Future Work Request Use Only | |
|---|---|
| Paying Party Name | |
| Signature | |
| Print Name | |
| Title | |
| Date | |

**IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.**
All Work Requests should be sent to ipmclientservices@ironmountain.com OR Iron Mountain Intellectual Property Management, Inc., Attn: Client Services, 2100 Norcross Parkway, Suite 150, Norcross, Georgia, 30071, USA. Telephone: 800-875-5669. Facsimile: 770-239-9201

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

# Exhibit B
## Deposit Material Description
### (This document must accompany each submission of Deposit Material)

| Company Name |  | Deposit Account Number | 48193 |
|---|---|---|---|
| Deposit Name |  | Deposit Version |  |

(Deposit Name will appear in account history reports)

**Deposit Media**

(Please Label All Media with the Deposit Name Provided Above)

| Media Type | Quantity | Media Type | Quantity |
|---|---|---|---|
| ☐ CD-ROM / DVD |  | ☐ USB Drive |  |
| ☐ DLT Tape |  | ☐ Documentation |  |
| ☐ DAT Tape (4mm/8mm) |  | ☐ Hard Drive / CPU |  |
| ☐ LTO Tape |  | ☐ Circuit Board |  |
| ☐ Other (please describe): |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  | Total Size of Transmission (specify in bytes) | # of Files | # of Folders |
|---|---|---|---|
| ☐ Electronic Deposit |  |  |  |

**Deposit Encryption**

(Please check either "Yes" or "No" below and complete as appropriate)

Is the media or are any of the files encrypted?  ☐ Yes or ☐ No

If yes, please include any passwords and decryption tools description below. Please also deposit all necessary encryption software with this deposit. Depositor at its option may submit passwords on a separate Exhibit B.

| Encryption tool name |  | Version |  |
|---|---|---|---|
| Hardware required |  |  |  |
| Software required |  |  |  |
| Other required information |  |  |  |

**Deposit Certification** (Please check the box below to certify and provide your contact information)

| ☐ I certify for Depositor that the above described Deposit Material has been transmitted electronically or sent via commercial express mail carrier to Iron Mountain at the address below. | | ☐ Iron Mountain has inspected and accepted the above described Deposit Material either electronically or physically. Iron Mountain will notify Depositor of any discrepancies. | |
|---|---|---|---|
| Print Name |  | Name |  |
| Date |  | Date |  |
| Email Address |  |  |  |
| Telephone Number |  |  |  |

**Note: If Depositor is physically sending Deposit Material to Iron Mountain, please label all media and mail all Deposit Material with the appropriate Exhibit B via commercial express carrier to the following address:**

Iron Mountain Intellectual Property Management, Inc.
Attn: Vault Administration
2100 Norcross Parkway, Suite 150
Norcross, GA 30071
Telephone: 800-875-5669
Facsimile: 770-239-9201

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

# Exhibit C
## Release of Deposit Material

| Master Deposit Account Number | 48193 |

Iron Mountain will use the following procedures to process any Beneficiary Work Request to release Deposit Material. All notices under this Exhibit C shall be sent pursuant to the terms of Section 13(g) Notices.

1. **Release Conditions.**
   Depositor and Beneficiary agree that a Work Request for the release of the Deposit Material shall be based solely on one or more of the following conditions (defined as "**Release Conditions**"):
   (i) Depositor's breach of the License Agreement or other agreement between the Depositor and Beneficiary regulating the use of the Deposit Material covered under this Agreement; or
   (ii) Failure of the Depositor to function as a going concern or operate in the ordinary course; or
   (iii) Depositor is subject to voluntary or involuntary bankruptcy.

2. **Release Work Request.**
   A Beneficiary may submit a Work Request to Iron Mountain to release the Deposit Material covered under this Agreement. To the extent that the Deposit Material is subject to applicable U.S. export control regulations and laws, including ITAR, the Beneficiary Work Request to release the Deposit Material must include Beneficiary's certification that such release would be compliant with the applicable U.S. export control regulations and laws, including ITAR. Iron Mountain will send a written notice of this Beneficiary Work Request within five (5) business days to the Depositor's Authorized Person.

3. **Contrary Instructions.**
   From the date Iron Mountain mails written notice of the Beneficiary Work Request to release Deposit Material covered under this Agreement, Depositor's Authorized Person shall have ten (10) business days to deliver to Iron Mountain contrary instructions. Contrary instructions shall mean the written representation by Depositor that a Release Condition has not occurred or has been cured (**"Contrary Instructions"**). Contrary Instructions shall be on company letterhead and signed by a Depositor Authorized Person. Upon receipt of Contrary Instructions, Iron Mountain shall promptly send a copy to Beneficiary's Authorized Person. Additionally, Iron Mountain shall notify both Depositor and Beneficiary Authorized Persons that there is a dispute to be resolved pursuant to the Disputes provisions of this Agreement. Iron Mountain will continue to store Deposit Material without release pending (i) instructions from Depositor to release the Deposit Material to Beneficiary; or (ii) dispute resolution pursuant to the Disputes provisions of this Agreement; or (iii) withdrawal of Contrary Instructions from Depositor's Authorized Person or legal representative; or (iv) receipt of an order from a court of competent jurisdiction. The existence of a Release Condition dispute shall not relieve the Paying Party from payment of applicable Service Fees.

4. **Release of Deposit Material.**
   If Iron Mountain does not receive timely Contrary Instructions from a Depositor Authorized Person or receives written instructions directly from Depositor's Authorized Person to release a copy of the Deposit Material to the Beneficiary, Iron Mountain is authorized to release Deposit Material to the Beneficiary or, if more than one Beneficiary is registered to the deposit, to release a copy of Deposit Material to the Beneficiary. Iron Mountain is entitled to receive any undisputed, unpaid Service Fees due Iron Mountain from the Parties before fulfilling the Work Request to release Deposit Material covered under this Agreement. Any Party may cure a default of payment of Service Fees.

5. **Termination of Agreement Upon Release.**
   This Agreement will terminate upon the release of Deposit Material held by Iron Mountain. For the avoidance of doubt, each enrollment of a Beneficiary made by the respective parties signing the Beneficiary Enrollment Form attached to this Agreement as Exhibit E constitutes and shall be construed as a separate agreement between Iron Mountain, Depositor and the signing Beneficiary.

6. **Right to Use Following Release.**
   Beneficiary has the right under this Agreement to use the Deposit Material for the sole purpose of continuing the benefits afforded to Beneficiary by the License Agreement. Notwithstanding, the Beneficiary shall not have access to the Deposit Material unless there is a release of the Deposit Material in accordance with this Agreement. Beneficiary shall be obligated to maintain the confidentiality of the released Deposit Material.

Correct Solutions 003870

## Exhibit D
### Auxiliary Deposit Account to Escrow Agreement

| Master Deposit Account Number | 48193 |
|---|---|
| Auxiliary Deposit Account Number | |

_[insert full legal name of Depositor]_ ("**Depositor**") and Iron Mountain Intellectual Property Management, Inc. ("**Iron Mountain**") have entered into the above referenced Escrow Agreement ("**Agreement**"). Pursuant to that Agreement Beneficiary or Depositor may create additional deposit accounts ("**Auxiliary Deposit Account**") for the purpose of holding additional Deposit Material in a separate account which Iron Mountain will maintain separately from other deposit accounts under this Agreement. The new account will be referenced by the following name: _____ ("**Deposit Account Name**").

Pursuant to the Agreement, Depositor may submit material to be held in this Auxiliary Deposit Account by submitting a properly filled out Exhibit B with the Deposit Material to Iron Mountain. For avoidance of doubt, Beneficiary's rights and obligations relative to the Deposit Material held in any deposit account under this Agreement are governed by the express terms of the Agreement; this form does not provide any additional rights in the Deposit Material.

### Depositor Authorized Person(s) Notices Table (Required Information)

Please provide the name(s) and contact information of the Depositor Authorized Person(s) for this Deposit Account. It is the intent of the Parties that the individual identified below will act as the Authorized Person with respect to this Deposit Account. All Notices will be sent electronically or through regular mail to the appropriate address set forth below. Please complete all information as applicable. Incomplete information may result in a delay of processing.

| | |
|---|---|
| Print Name | |
| Title | |
| Email Address | |
| Street Address | |
| City | |
| State/Province | |
| Postal/Zip Code | |
| Country | |
| Phone Number | |
| Fax Number | |

### Billing Contact Information Table (Required Information)

All Invoices for Deposit Account Fees will be sent to the contact set forth below.

| ☐ Check if same as Authorized Person or provide below | |
|---|---|
| Company Name | |
| Print Name | |
| Title | |
| Email Address | |
| Street Address | |
| City | |
| State/Province | |
| Postal/Zip Code | |
| Country | |
| Phone Number | |
| Fax Number | |

The undersigned hereby agrees that all terms and conditions of the above referenced Escrow Agreement will govern this Auxiliary Deposit Account. The termination or expiration of any other deposit account will not affect this account.

| DEPOSITOR | | IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. | |
|---|---|---|---|
| Signature | | Signature | |
| Print Name | | Print Name | |
| Title | | Title | |
| Date | | Date | |

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

# Exhibit E
## Beneficiary Enrollment Form

Depositor and Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain"), hereby acknowledge that **Beneficiary Company Name:** _[insert full legal name of Beneficiary]_ is the **Beneficiary** referred to in the Escrow Agreement that supports **Deposit Account Number:** 48193 with Iron Mountain as the escrow agent. **Beneficiary** hereby agrees to be bound by all provisions of such Agreement. The last date noted on the signature blocks of this enrollment shall be the Effective Date.

| Authorized Person(s) Notices Table | | | |
|---|---|---|---|
| Please provide the name(s) and contact information of the Authorized Person(s) under this Agreement. Please complete all information as applicable. Incomplete information may result in a delay of processing. | | | |
| **DEPOSITOR (Required information)** | | **BENEFICIARY (Required information)** | |
| Print Name | | Print Name | |
| Title | | Title | |
| Email Address | | Email Address | |
| Street Address | | Street Address | |
| City | | City | |
| State/Province | | State/Province | |
| Postal/Zip Code | | Postal/Zip Code | |
| Country | | Country | |
| Phone Number | | Phone Number | |
| Fax Number | | Fax Number | |

| Paying Party Billing Contact Information Table (Required information) | |
|---|---|
| Please provide the name and contact information of the Billing Contact for the Paying Party under this Agreement. All Invoices will be sent to this individual at the address set forth below. Incomplete information may result in a delay of processing. | |
| Company Name | |
| Print Name | |
| Title | |
| Email Address | |
| Street Address | |
| City | |
| State/Province | |
| Postal/Zip Code | |
| Country | |
| Phone Number | |
| Fax Number | |
| Purchase Order # | |

Correct Solutions 003872

DocuSign Envelope ID: D7856680-18C1-4D6E-9B3D-70D521E7741F

| Beneficiary Enrollment Form Work Request | | | |
|---|---|---|---|
| Please check boxes to order services. | | | |
| Service | Service Description | One-Time/ Per Service Fees | Annual Fees |
| ☐ Beneficiary Enrollment Fee (Required) | Iron Mountain will add a Beneficiary to a deposit account and manage account access rights to Deposit Material. Beneficiary will have access to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. | | $850 |
| ☐ Deposit Account Fee (Required) | Iron Mountain will set up a deposit account to manage and administrate access to new Deposit Material to be secured in a controlled storage environment. Iron Mountain will provide account services that include unlimited deposits, electronic vaulting, and access by Depositor to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. Release of Deposit Material is also included in the annual fee. An oversize fee of $200 USD per 1.2 cubic foot will be charged for deposits that exceed 2.4 cubic feet. | | $1,150 |
| ☐ File List Test | Iron Mountain will perform one (1) File List Test, which includes a Deposit Material media readability analysis, a file listing, a file classification table, virus scan outputs, and confirmation of the presence or absence of a completed escrow deposit questionnaire. A final report will be sent to the requesting Party regarding the Deposit Material. Deposit must be provided on CD, DVD-R, or deposited electronically. | $2,750 | N/A |
| ☐ Level 1 - Inventory and Analysis Test | Iron Mountain will perform one (1) Inventory and Analysis Test on the specified deposit, which includes the outputs of the File List Test, identifying the presence/absence of build setup and design documentation (including the presence or absence of a completed escrow deposit questionnaire), and identifying materials required to recreate the Depositor's application development and production environments. Output includes a report that includes compile and setup documentation, file classification tables and file listings. The report will list required software development materials, including, without limitation, required source code languages and compilers, third-party software, libraries, operating systems, and hardware, and Iron Mountain's analysis of the deposit. A final report will be sent to the requesting Party regarding the Deposit Material. | $5,250 or based on SOW if custom work required | N/A |

IN WITNESS WHEREOF, the Parties have duly executed this Enrollment as of the Effective Date by their authorized representatives:

| DEPOSITOR | | BENEFICIARY | |
|---|---|---|---|
| Signature | | Signature | |
| Print Name | | Print Name | |
| Title | | Title | |
| Date | | Date | |

| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. | |
|---|---|
| Signature | |
| Print Name | |
| Title | |
| Date | |

All notices **to Iron Mountain Intellectual Property Management, Inc.** should be sent to ipmclientservices@ironmountain.com OR Iron Mountain Intellectual Property Management, Inc., Attn: Client Services, 2100 Norcross Parkway, Suite 150, Norcross, Georgia, 30071, USA. Telephone: 800-875-5669. Facsimile: 770-239-9201

M3P_D.US/IPM/01.15.16      ©2016 Iron Mountain Incorporated   IRON MOUNTAIN®      Page 13 of 13

Correct Solutions 003873



Redacted

**From:** DocuSign System <dse@docusign.net>
**Sent:** Thursday, March 3, 2016 2:40 PM
**To:** Patrick Temple <patrick@correctsolutionsgroup.com>
**Subject:** Completed: Your Executed Iron Mountain Escrow Enrollment (Account Number: 48193)

1

Correct Solutions 003874



**Carletta Baskin**
carletta.baskin@ironmountain.com

All parties have completed Your Executed Iron Mountain Escrow Enrollment (Account Number: 48193).

Thank you for your recent transaction with Iron Mountain Intellectual Property Management, Inc. Please find attached to this email your fully executed documentation and welcome letter. The welcome letter contains important information about your service including your account number.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
70BE8FA91BA442C9849C59BF5E5243F01

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly or replying to this email.

Correct Solutions 003875

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Carletta Baskin who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

3

Correct Solutions 003876

DocuSign Envelope ID: FBB3578B-2B40-45A3-ADC8-7A0C9E66D114



RE: Completion of your recent transaction with Iron Mountain, Escrow Account # 48193

Iron Mountain Intellectual Property Management is pleased to inform you that your recent transaction is complete. The supporting documentation is included as an attachment to your notification email.

Please remember that you may view your agreement and other information through the Iron Mountain Escrow Management Center portal. This tool allows Beneficiaries and Depositors to view, monitor and manage their account in accordance with their respective roles in the escrow relationship. The portal allows users to view deposit information, set alerts to monitor account activity and view other escrow documentation for your account. If you would like to access the portal, please send an email to: IPM-ClientServices@ironmountain.com.

Iron Mountain is the world leader in intellectual property management and protection services. We take pride in our reputation as a neutral third party that is trusted to provide unmatched protection for your intellectual property. To learn more about our comprehensive services, visit us online at
http://www.ironmountain.com/tech-escrow/technology-escrow-services.html

We appreciate your business and thank you for trusting us to protect your IP assets. If you need further assistance, please contact Iron Mountain at 800-875-5669 or IPM-ClientServices@ironmountain.com.

Thank you,

Iron Mountain Team

Correct Solutions 003877

DocuSign Envelope ID: FBB3578B-2B40-45A3-ADC8-7A0C9E66D114

# Exhibit E
## Beneficiary Enrollment Form and Amendment

Depositor and Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain"), hereby acknowledge that **Beneficiary Company Name:** Correct Solutions LLC is the **Beneficiary** referred to in the Escrow Agreement that supports **Deposit Account Number:** 48193 with Iron Mountain as the escrow agent. **Beneficiary** hereby agrees to be bound by all provisions of such Agreement as amended herein. The last date noted on the signature blocks of this enrollment shall be the Effective Date.

With respect to the enrolling Beneficiary only, the Parties agree to amend the Agreement as set forth below:

1. For the purposes of this enrollment, Section 1, Release Conditions, of Exhibit C to the Agreement is hereby deleted in its entirety and replaced by the following:

    "1. Release Conditions
    Depositor and Beneficiary agree that a Work Request for the release of the Deposit Material shall be based solely on one or more of the following conditions (defined as "**Release Conditions**"):

    (i) Depositor declares bankruptcy or is placed in involuntary bankruptcy; or
    (ii) Depositor fails to function as a going concern or operate in the ordinary courses of business; or
    (iii) Depositor sells its inmate phone division and the purchasing entity does not intend to provide support to Beneficiary at rates for the Nexus Inmate Call Control System purchased by Beneficiary from Depositor pursuant to that certain agreement between Depositor and Beneficiary dated February 15, 2012 as amended, including but not limited to, any and all software updates and improvements associated with the system purchased; or
    (iv) Beneficiary purchases Depositor's inmate phone division, or substantially all of the equipment, and/or technology of such division.

    For the avoidance of doubt, Iron Mountain shall not exercise any discretion nor make any determination regarding the validity of a Release Condition nor the Beneficiary's eligibility to submit a Work Request for the release of the Deposit Material. Iron Mountain shall rely solely on notice from the Beneficiary in a Work Request of the occurrence of a Release Condition."

Except as set forth in this Beneficiary Enrollment Form and Amendment, the Agreement is unaffected and shall continue in full force and effect in accordance with its terms.

| Authorized Person(s) Notices Table ||||
|---|---|---|---|
| Please provide the name(s) and contact information of the Authorized Person(s) under this Agreement. Please complete all information as applicable. Incomplete information may result in a delay of processing. ||||
| **DEPOSITOR (Required information)** || **BENEFICIARY (Required information)** ||
| **Print Name** | Terry Whiteside | **Print Name** | Patrick M. Temple |
| **Title** | COO | **Title** | Manager |
| **Email Address** | twhiteside@latticeinc.com | **Email Address** | patrick@correctsolutionsgroup.com |
| **Street Address** | 7150 North Park Dr. Suite 500 | **Street Address** | 182 Bastille Lane |
| **City** | Pennsauken | **City** | Ruston |
| **State/Province** | NJ | **State/Province** | LA |
| **Postal/Zip Code** | 08109 | **Postal/Zip Code** | 71270 |
| **Country** | USA | **Country** | USA |
| **Phone Number** | 856-910-1166 ext 2112 | **Phone Number** | 318-232-1507 |
| **Fax Number** | 856-910-1811 | **Fax Number** | 318-255-8575 |

DocuSign Envelope ID: FBB3578B-2B40-45A3-ADC8-7A0C9E66D114

| Paying Party Billing Contact Information Table (Required information) | |
|---|---|
| Please provide the name and contact information of the Billing Contact for the Paying Party under this Agreement. All Invoices will be sent to this individual at the address set forth below. Incomplete information may result in a delay of processing. | |
| Company Name | Correct Solutions LLC |
| Print Name | Patrick Temple |
| Title | Manager |
| Email Address | patrick@correctsolutionsgroup.com |
| Street Address | 182 Bastille Lane |
| City | Ruston |
| State/Province | LA |
| Postal/Zip Code | 71270 |
| Country | USA |
| Phone Number | 318-232-1507 |
| Fax Number | 318-255-8575 |
| Purchase Order # | |

| Beneficiary Enrollment Form Work Request | | | |
|---|---|---|---|
| Please check boxes to order services. | | | |
| Service | Service Description | One-Time/ Per Service Fees | Annual Fees |
| [X] Beneficiary Enrollment Fee (Required) | Iron Mountain will add a Beneficiary to a deposit account and manage account access rights to Deposit Material. Beneficiary will have access to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. | | $850 |
| [ ] Deposit Account Fee (Required) | Iron Mountain will set up a deposit account to manage and administrate access to new Deposit Material to be secured in a controlled storage environment. Iron Mountain will provide account services that include unlimited deposits, electronic vaulting, and access by Depositor to Iron Mountain Connect™ Escrow Management Center for secure online account management, submission of electronic Work Requests, and communication of status. Release of Deposit Material is also included in the annual fee. An oversize fee of $200 USD per 1.2 cubic foot will be charged for deposits that exceed 2.4 cubic feet. | | $1,150 |
| [ ] File List Test | Iron Mountain will perform one (1) File List Test, which includes a Deposit Material media readability analysis, a file listing, a file classification table, virus scan outputs, and confirmation of the presence or absence of a completed escrow deposit questionnaire. A final report will be sent to the requesting Party regarding the Deposit Material. Deposit must be provided on CD, DVD-R, or deposited electronically. | $2,750 | N/A |
| [ ] Level 1 - Inventory and Analysis Test | Iron Mountain will perform one (1) Inventory and Analysis Test on the specified deposit, which includes the outputs of the File List Test, identifying the presence/absence of build setup and design documentation (including the presence or absence of a completed escrow deposit questionnaire), and identifying materials required to recreate the Depositor's application development and production environments. Output includes a report that includes compile and setup documentation, file classification tables and file listings. The report will list required software development materials, including, without limitation, required source code languages and compilers, third-party software, libraries, operating systems, and hardware, and Iron Mountain's analysis of the deposit. A final report will be sent to the requesting Party regarding the Deposit Material. | $5,250 or based on SOW if custom work required | N/A |

Correct Solutions 003879

Case 8:20-cv-01469-WFJ-TGW   Document 346-4   Filed 08/28/24   Page 20 of 20 PageID 17037

J004

DocuSign Envelope ID: FBB3578B-2B40-45A3-ADC8-7A0C9E66D114

IN WITNESS WHEREOF, the Parties have duly executed this Enrollment as of the Effective Date by their authorized representatives:

| | DEPOSITOR | | BENEFICIARY |
|---|---|---|---|
| Signature | *Terry Whiteside* (DocuSigned) | Signature | *Patrick* (DocuSigned)  |
| Print Name | Terry Whiteside | Print Name | Patrick Dempkec |
| Title | COO | Title | Manager |
| Date | | Date | |

| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. | | Approved as to IPM Operational Content only upon execution of the underlying Agreement: |
|---|---|---|
| Signature | *John Trotti* (DocuSigned) | Iron Mountain Operations |
| Print Name | John Trotti | |
| Title | Sr. Manager, Contracts | |
| Date | March 1, 2016 \| 09:26 PT | Name: John Styslinger, Contracts Specialist<br>Date: February 24, 2016 |

All notices **to Iron Mountain Intellectual Property Management, Inc.** should be sent to ipmclientservices@ironmountain.com OR Iron Mountain Intellectual Property Management, Inc., Attn: Client Services, 2100 Norcross Parkway, Suite 150, Norcross, Georgia, 30071, USA. Telephone: 800-875-5669. Facsimile: 770-239-9201