**From:** Rob Deglman <rob.deglman@smartjailmail.com>
**Sent:** Thursday, June 01, 2017 9:49 AM EDT
**To:** Jim Logan <jimlogan@smartjailmail.com>; Jon Logan <jon.logan@smartjailmail.com>
**Subject:** Meeting Follow up

I think we should take a 2 prong approach

1. Provide them with our Master - Site Agreements to pursue the implementation of our services in their 13 current sites and any future sites

2. NDA -Teaming Agreement to work with them on providing our Kiosk-Tablet solutions in conjunction with both their Phone & Commissary service proposals


Correct Solutions
http://www.correctsolutionsgroup.com/

Their site does not mention Kiosk-Tablet products...


LaSalle Corrections
http://www.lasallecorrections.com/


Rob

Rob Deglman
Smart Communications
Director of Sales & Marketing
rob.deglman@smartcommunications.us
Cell (941) 704-7448
10491 72nd Street
Seminole, Florida 33777
http://www.mailguardkiosk.com/

**DEFENDANT'S EXHIBIT 3**
3/5/21   Deglman   MEK

SMARTCOMM001593