**To:** Rick Ferguson[rferguson@correctsolutionsgroup.com]; Johnny Hemphill[hemphill9155@gmail.com]; Travis Sterling[travis@correctsolutionsgroup.com]; Steve Whitmill [swhitmill@correctsolutionsgroup.com]; Rick Pruitt[rpruitt@correctsolutionsgroup.com]
**Cc:** Patrick Temple[patrick@correctsolutionsgroup.com]
**From:** Mark Turner[mturner@correctsolutionsgroup.com]
**Sent:** Tue 10/3/2017 6:57:23 PM Coordinated Universal Time
**Subject:** Smart Communications Contact and Information

All,

**SLOW IT DOWN**
In our ongoing work with Smart Communications we are attempting to get our first site installation started. I know that you guys are very excited about the products but until we get at least 1 location going, I want you to throttle back the effort on this. I have notified Rob that I am slow rolling everything but Sebastian and Avoyelles (which we have signed agreements between our two companies) until I see some results.

**SMART POINT OF CONTACT**
I am working with Jon Logan on your point of contact as this seems to have gotten sidetracked and some of you are happy while the others who were happy are now not.

From today forward, you may contact Smart Communications as you need to regarding setting appointments etc. through your point of contact. But under no circumstances are you to call them and change the way we operate from one business entity to another. Those changes will be made from Ruston. I have had a discussion with Jon about this as well and in the event that he gets a call requesting any changes, he will simply refer you to me so save yourself a call to start with and simply call me or Patrick.

Once I have received feedback from Smart on which of their account people is doing what, I will let you know. I forwarded a matrix of our accounts to them with my suggestion on which of their folks are desired on what accounts.

**SMART EXISITNG SITE CONTRACTS**
This past week, we took Smart into one of our accounts and had them do demos. Smart had a contract near expiration (end of year) at this same site and were providing only a small portion of their current offerings and had not been to visit the site to discuss providing anything more. Smart got their entire contract renewed for four years as a result of **us** taking them in. This **IS NOT** how we are going to do business. Our intent is to get OUR contract extended, get OUR commission decreased or get something of benefit for CSG out of this.

If you have an account which currently has any of Smart's products, whether it be Smart directly or Smart through Tiger or whomever, you must make it very clear with the customer that any result from that meeting will result in a contract that runs through CSG. If a contract already exists, it will be incumbent upon the customer to let Smart know that they will be doing things through us once the current contract expires or negotiate with Smart to roll their services in through us. Otherwise, we are not going to waste our time or resources on visiting sites to do demos with Smart at these locations.

The best plan is to contact me before you schedule to visit a site that may be using Smart already. Let's discuss the game plan to determine what we are or are not going to do and then execute.

**UTILIZNG SMART PRODCUTS IN OUR BUSINESS**
Lastly, the only reason will be taking Smart into an account is one or more of the following:
1. Commission reduction as a result of providing these services
2. Contract extension for multiple years
3. Response to an RFP requiring Smart type features
4. Leverage in an RFP for Value-add.

We aren't going to be signing any agreements to provide Smart unless we get something of value for our company. Otherwise we are doing nothing but increasing our expense, risk and loss of time.

If you have any questions, call me.
Thanks
MT

Correct Solution 02575