

CONTRACT
# 2020-25



FILED
2019 DEC 20 PM 4: 25
BETSY KYLE WELLS
CO. & PROBATE CLERK
WASHINGTON CO. AR

# MAIL HANDLING SERVICES AGREEMENT

This Mail Handling Services Agreement ("Agreement") is made and entered into as of February 3, 2020 (the "Effective Date") by and between Tech Friends, Inc., an Arkansas corporation ("Tech Friends"), and the Washington County Sheriff's Office ("Washington County"). Tech Friends and Washington County may be each be referred to in this Agreement as a "Party" and, together, as the "Parties."

## RECITALS

A. CBM Managed Services (now merged into Summit Food Service, LLC), previously entered into that certain services agreement (the "Prime Contract") with Washington County to provide inmate food service, commissary and other services at the Washington County Correctional Complex located at 1155 W Clydesdale Dr, Fayetteville, AR 72701 (the "Washington Jail").

B. Tech Friends is providing various services required under the Prime Contract to Washington County, as a subcontractor to Summit Food Service, LLC.

C. Washington County now desires to hire Tech Friends to provide mail handling services at the Washington Jail and Tech Friends desires to provide such services to Washington County in light of their existing relationship, on the terms and conditions stated below.

## TERMS AND CONDITIONS

In consideration of the mutual promises and obligations set forth below, the Parties agree as follows:

1. **Mail Handling Services.** Washington County grants to Tech Friends the exclusive right during the first and any subsequent Term of this Agreement to provide mail handling services for non-Privileged, non-Commercial mail directed to inmates housed in facilities operated by Washington County. The mail handling services include:

   a. Receiving and opening non-Privileged, non-Commercial mail directed to inmates housed in Washington County's facilities;
   b. Digitally scanning the non-Privileged, non-Commercial mail;
   c. Sending the electronic scan of the mail to a kiosk, tablet or other mutually agreed upon device whereby the recipient inmate can retrieve the scan via electronic mail; and
   d. Shredding and disposing of the original of the scanned mail.

   For purposes of this Agreement, "Privileged" means legal, confidential or otherwise privileged mail sent to inmates; "Commercial" means materials produced for mass distribution (such as magazines or newsletters).

2. **Agency Appointment.** Washington County hereby appoints Tech Friends as its agent, authorized to act on Washington County's behalf, for the limited purpose of performing the mail handling services for and on behalf of Washington County. Subject to the terms of this Agreement, Tech Friends accepts the foregoing limited agency and agrees to provide the mail handling services subject to the terms of this Agreement.

3. **Non-Scannable Materials.** Tech Friends may discard and/or destroy any materials that Tech Friends, in its sole and absolute discretion, determines cannot be scanned for any reason, including without limitation mail that is greater than 100 pages in length. Washington County further acknowledges and agrees that the security and safety of Tech Friends' agents is at all times paramount. Accordingly, if Tech Friends, in its sole and absolute discretion, determines that any mail may or does contain materials that are illegal, unsanitary or unsafe (such as drugs or other biological hazards), or that may render further handling or storage of the contents potentially dangerous, then Tech Friends may destroy the entire package or any of its contents (including without limitation the suspect materials) without scanning or storage. Washington County further agrees that Tech Friends has the right, but not the obligation, in its sole and absolute discretion to notify any law enforcement agency of Tech Friends' choosing (whether or not that agency is Washington County itself) about packages, mail or contents that contain potentially or actually illegal, unsanitary or unsafe material. No action taken by Tech Friends in good faith with respect to potentially or actually illegal, unsanitary or unsafe material, or materials that Tech Friends determines cannot be scanned, shall constitute a breach of this Agreement.

4. **Washington County's Obligations.** Washington County shall be solely responsible for the receipt and handling of all Privileged and Commercial mail sent to inmates. Washington County shall notify inmates and those

**EXHIBIT Plf 17**
Witness: Washington Co.
Date: January 19, 2021
Court Reporter: Lori K. Ash, RPR, FPR

corresponding with them: (i) that all Privileged mail must be conspicuously marked as such on the outside of the envelope; (ii) of the addresses for sending, respectively, non-Privileged mail, Privileged mail and Commercial mail to inmates; (iii) that non-Privileged, non-Commercial mail may not be fully opened or scanned if contains non-scannable, or potentially or actually illegal, unsafe or unsanitary, materials; (v) that safe, non-Privileged, non-Commercial mail of less than 100 pages in length will be digitally scanned and transmitted via electronic mail to the inmate recipient by a third party provider; and (vi) that all paper copies will be permanently destroyed after scanning. Commercial mail and Privileged mail mistakenly sent to Tech Friends shall be forwarded to Washington County for further handling upon Tech Friends learning that the mail has been misdirected. Washington County represents and warrants that the laws, rules and regulations of its jurisdiction allow Tech Friends to provide the mail handling services. Washington County shall defend, indemnify, and hold Tech Friends harmless from any and all costs (including reasonable attorneys' fees), damages, liabilities and claims brought against Tech Friends or its agents in connection with or arising from the mail handling services, including without limitation misdirected Privileged or Commercial mail; Tech Friends' handling of non-scannable, or potentially or actually illegal, unsafe or unsanitary, materials; and the destruction of the originals of mail; provided, however, that Tech Friends shall remain responsible for all, or its proportionate share of, the damages and liabilities caused by Tech Friends' own gross negligence or intentional misconduct, as determined by a final adjudication thereof.

5. **Term**. This Agreement shall commence on the Effective Date and shall run co-terminus with, and for the duration of, the Prime Contract, including all renewals, modifications and extensions thereof (the "Term"); provided, however, that either Party may terminate this Agreement by providing at least ninety (90) days' written notice of termination, to the other Party, prior to the end of the then-current Term.

6. **Subcontractors**. Tech Friends is authorized to engage the services of any third-party person or entity as it reasonably determines are necessary to aid or assist in the performance of its obligations under this Agreement.

7. **Notices**. All notices to be given pursuant to this Agreement shall be personally delivered, delivered by certified mail (return receipt requested), or delivered by a nationally recognized overnight express delivery service (such as Federal Express), to the pertinent address set forth below. Notices shall be deemed given as of the later of the date of actual receipt for personal delivery or delivery by certified mail or as of the next business day after the date of sending for delivery by overnight courier.

If to Tech Friends:

*With a copy to:*

Tech Friends, Inc.
2225 E. Highland Drive
Jonesboro, Arkansas 72401
Attn: Bob Shipman, President

Tech Friends, Inc.
PO Box 16480
Jonesboro, Arkansas 72403
Attn: Bob Shipman, President

If to Washington County:

Washington County Sheriff's Office
1155 W Clydesdale Dr,
Fayetteville, AR 72701
Attn: Captain Kenny Yates

Either Party may change its address or addressee at any time, by written notice to the other Party given in accordance with this provision.

8. **Assignment**. Neither Party may assign this Agreement without the prior written consent of the other, which consent shall not be unreasonably withheld. Subject to the foregoing, this Agreement shall bind and inure to the benefit of the respective principals, Affiliates, successors, heirs and permitted assigns of the Parties.

9. **Force Majeure**. Either Party may be excused from performance under this Agreement to the extent that its performance is prevented by any act of God, war, civil disturbance, terrorism, strikes, riots, failure of a third party's performance outside of the Party's control, failure, fluctuation or non-availability of electrical power, heat, light, air conditioning or telecommunications equipment, other equipment failure or similar event beyond its reasonable control; provided, however, that the affected Party shall use reasonable efforts to remove such causes of non-performance.

10. **Uncontrollable Circumstances.** The Parties reserve the right to renegotiate or terminate this Agreement upon sixty (60) days advance written notice if circumstances outside a Party's control related to the Prime Contract (including, without limitation, changes in fees, rates, regulations, or operations mandated by law; material reduction in inmate population or capacity; material changes in Washington County policy or economic conditions; or acts of God) materially and negatively impact that Party's business; however, neither Party shall unreasonably exercise such right.

11. **No Third-Party Beneficiaries.** This Agreement is for the benefit of, and will be enforceable by, the Parties only. This Agreement is not intended to confer any right or benefit on any third party, including without limitation Correct Solutions, LLC, or an inmate of the Washington Jail. No action may be commenced or prosecuted against a Party by any third party claiming as a third-party beneficiary of this Agreement or any of the transactions contemplated by this Agreement.

12. **Authority.** The signatories executing this Agreement each represent that they have the full right, capacity and authority to enter into this Agreement on behalf of their respective Parties.

13. **Entire Agreement.** This Agreement supersedes all prior discussions and agreements by and between the Parties. This Agreement constitutes the sole and entire agreement between the Parties as to its subject matter.

14. **Amendment and Waiver.** This Agreement cannot be amended or modified except by the mutual written agreement of the Parties to it. The failure of either Party to insist upon or enforce strict performance by the other of any provision of this Agreement, or to exercise any right or remedy under this Agreement, will not be interpreted or construed as a waiver or relinquishment to any extent of that Party's right to assert or rely upon any such provision, right or remedy in that or any other instance; rather, the same will be and remain in full force and effect.

15. **Headings.** The headings preceding each of the sections, paragraphs, or sub-paragraphs in this Agreement are for convenience only and shall not be considered in the construction or interpretation of this Agreement.

16. **Severability.** If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity, legality, or enforceability of the remaining provisions shall be in no way be affected or impaired thereby, shall remain in full force and effect, and shall be interpreted to the greatest extent possible to maximize the Parties' original intent.

WHEREFORE, the Parties each have executed this Agreement as of the respective dates set forth below.

"TECH FRIENDS"

TECH FRIENDS, INC.

By: *Bob Shipman* (DocuSigned)
Name: Bob Shipman
Title: President
Date: December 20, 2019 | 1:26 PM PST

"WASHINGTON COUNTY"

WASHINGTON COUNTY SHERIFF'S OFFICE

By: (DocuSigned)
Name: Judge Joseph k. Wood
Title: County Judge
Date: December 20, 2019 | 3:12 PM CST

(DocuSigned)
Brian R. Lester County Attorney

Washington County, Arkansas

December 20, 2019 | 1:48 PM CST

3

## ADDENDUM

1. Notwithstanding anything herein to the contrary, if any party is required to take legal action to enforce the provisions of this contract, then the prevailing party shall be entitled to recover all costs and expenses, including attorney's fees.

2. Notwithstanding anything herein to the contrary, no indemnification or arbitration provisions shall be effective.

3. Notwithstanding anything herein to the contrary, Arkansas law shall apply and venue shall lie in Washington County, Arkansas.

4. Notwithstanding anything herein to the contrary, Washington County shall not be obligated to pay any interest nor is it by the execution of the agreement herein as it is prohibited from doing such by Arkansas law.

5. Notwithstanding anything contained in this Agreement to the contrary, if the Washington County Quorum Court fails to appropriate funds for subsequent periods within the term of this Agreement, the County shall not be obligated to make payments beyond the then current fiscal appropriations period.

6. The Company agrees, as a vendor to the County, to abide by all applicable Federal, State and Washington County statutes, regulations and rules, including but not limited to Equal Employment Opportunity and Drug-Free Workplace laws.

7. The Company agrees that it is not currently engaged in, and agrees for the duration of the contract not to engage in, a boycott of Israel.

8. Failure to execute this addendum shall nullify the *entire* contract.

**THE COMPANY'S ONLY REMEDY SHALL BE TO TERMINATE THIS AGREEMENT AT THE END OF THE PERIOD WHICH NOTICE IS GIVEN AND TAKE POSSESSION OF ANY EQUIPMENT OWNED BY THE COMPANY. COMPANY SHALL BE ENTITLED, HOWEVER, TO ANY PAYMENTS DUE AND OWING DURING ANY PREVIOUS PERIOD.**

Washington County, Arkansas

BY: *[DocuSigned signature]*
JOSEPH K. WOOD, County Judge
(rev.02/18)

Dated: December 20, 2019 | 3:12 PM CST

Approved as to form by
Brian R. Lester
Washington County Attorney
280 N. College Ave., Suite 500
Fayetteville, AR 72712
479-444-1700
blester@co.washington.ar.us

Tech Friends, Inc.

BY: *Bob Shipman* (DocuSigned)

Printed Name: Bob Shipman

Dated: December 20, 2019 | 1:26 PM PST

*Addendum to: Sheriff mail handling services*