

**CORRECT**
SOLUTIONS GROUP
PHONES  KIOSKS

182 Bastille Lane • Ruston, Louisiana 71270

January 10, 2020

*Via e-mail*

Mr. Jonathan D. Logan
Mr. James P. Logan
Smart Communications Holding, Inc.
10491 72nd Street
Seminole, Florida 33777
jon.logan@smartjailmail.com
jim.logan@smartjailmail.com

      Re:    Correct Solutions, LLC's Customer: Washington County

Dear Messrs. Logan:

      In accordance with the Notice of Non-Renewal dated October 4, 2019, please notify Rick Pruitt of Correct Solutions at (501)454-0423, rpruitt@correctsolutionsgroup.com, the date Smart will be removing all of Smart's system, except for the cabling and conduit, from the Washington County facility. I have copied Mr. Pruitt and Captain Alan Johnson at Washington County with this letter in the event the removal will require any assistance from Correct Solutions or Washington County. Please ensure that Smart's system has been removed no later than Wednesday, January 29, 2020.

      Thank you for your prompt attention.

                                  Sincerely,

                                  Patrick Temple
                                  *Managing Director for Correct Solutions, LLC*

cc:    Mr. Rick Pruitt, Director of Field Services
       Captain Alan Johnson, Washington County

4813-4121-2337, v. 1