To: Mark Turner[mturner@correctsolutionsgroup.com]
From: Rick Ferguson[rferguson@lasallecorrections.com]
Sent: Mon 1/27/2020 11:00:37 PM Coordinated Universal Time
Subject: sebastian/white/benton

Hey Mark
Instate calls at Sebastian are .40pm based on the fact we were going to have to buy the Imate phones which we didn't have to purchase. I feel it would be a heck of an olive branch to reduce them to .30-.35... making the sheriff look really good as they are going to be going forward with TFs at a reduced rate. I think we'll more than recover

White County ███████████████████████. As with Benton County. █████████████████████

Of course the sheriff would have to approve. But he would....

Think on these things my man...

We'll visit

Thx
Rick


**Rick Ferguson**
**Correct Solutions Group**
www.correctsolutionsgroup.com
www.lasallecorrections.com
(903) 276-6507

*"Something Amazing is going to happen to You today"*

CONFIDENTIAL - REDACTED                                                    Correct Solutions 004969