**From:** Jerry Lipsey <jerry.lipsey@smartcommunications.us>
**Sent:** Thursday, January 23, 2020 9:24 AM EST
**To:** Jon Logan <jon.logan@smartjailmail.com>
**CC:** Jim Logan <jim.logan@smartcommunications.us>; Lisa Eddy <lisa.eddy@smartcommunications.us>
**Subject:** Current issue

Jon

With the upcoming Arkansas Sheriff's Conference, I believe it would be a good idea to get a letter out to our current customers there before the group at Washington tries to tarnish our reputation and service. I'm sure the Sheriff is going to talk to the rest of the Sheriffs about what is going on. That comment was already made by Captain Yates to me yesterday.

**Jerry Lipsey, Quality Assurance Manager**

Jerry.Lipsey@smartcommunications.us
Cell: (229) 507-0577

DEFENDANT'S EXHIBIT
17
4-30-21  Lipsey  MEK

CONFIDENTIAL

SMARTCOMM0014122