https://www.sebastiancountyar.gov/Bids-Proposals/Bid-Listings-Tabulations   Go

63 captures
24 Jun 2015 - 27 Nov 2020

FEB APR SEP
◀ 27 ▶
2019 2020 2021
About this capture

No burn ban in effect.  Click here for details.

*I'm Looking for...*

Find Us    Contact Us

HOME    DEPARTMENTS    COURTS    SHERIFF    PROPERTY/TAXES    BIDS & PROPOSALS    PARKS & REC    EMPLOYMENT

You are here:  Bids & Proposals - Bid Listings & Tabulations

Top Requested Documents

What Can I Do Online?

Helpful Links

Sample Ballots

Election Results

FAQ

*Lauri Lowrimore-email*

**Fort Smith Courthouse**
35 So. 6th Street, Room 106
Fort Smith, AR 72901

Monday through Friday
8:00 a.m. - 12:00 p.m. and
1:00 p.m. - 5:00 p.m.

Ph: 479.784.1502
Fax: 479.784.1550

## Bids Listing

Below is a listing of bids for Sebastian County. The bid packet can be viewed and printed by clicking on the pdf document link. If you have any questions, please contact the Sebastian County Purchasing Agent as follows: Phone: 479-784-1502  Fax: 479-784-1550 Email: Purchasing

All bid openings, unless otherwise noted, take place in the County Judge's Office, Fort Smith Courthouse, 35 South 6th Street, Room 106, Fort Smith, AR 72901.

Bid Info ...

BIDS & PROPOSALS HOME

BID APPLICATION
BID LISTING

| Bid # | Title | Date | Time | Status |
|---|---|---|---|---|
| 'SC--2010 | Sprinter Van | May 11, 2020 | 2:00 P.M. | Open |
| SC-2001B | SUV | May 1, 2020 | 2:00 P.M. | Open |
| SC-2009 | Telephone System for Sebastian County | April 17, 2020 | 2:00 P.M. | Awarded |
| RFI | Tablet Services for Sebastian County Detention Center  Addendum 1 | April 17, 2020 | 5:00 P.M. | Open |
| RFI | Telephone Services for Sebastian County Detention Center  Addendum 1 | April 17, 2020 | 5:00 P.M. | Open |
| Sc-2008 | Courts Building Gutter  Addendum 1  Addendum 2  Elevations  Roof Plan | April 10, 2020 | 2:00 P.M. | Awarded |
| SC-2007 | Courts Building Reflooring  Addendum 1  Addendum 2  Addendum 3  1st Floor Flooring Pattern | April 10, 2020 | 2:00 P.M. | Awarded |
| SC-2001A | SUV | February 20, 2020 | 2:00 P.M. | RE-BID |
| RFQ 2020 | RFQ 2020 | February 21, 2020 | 4:30 P.M. | Closed |
| Sc-2006A | Two (2) Lawnmowers | January 23, 2020 | 2:00 P.M. | Awarded |
| SC-2002B | 1 Ton Truck Crew Cab Pickup | January 23, 2020 | 2:00 P.M. | Awarded |
| SC-2006 | Two (2) Lawnmowers | January 13, 2020 | 2:00 P.M. | No bids, Rebid |
| SC-2002A | 1Ton Truck Crew Cab Pickup | January 9, 2020 | 2:00 P.M. | No bids, Rebid |
| SC-2005 | Tennis Court Resurface | January 16, 2020 | 2:00 P.M. | Awarded |

EXHIBIT 4
Witness: Lowrimore
Date : 1/22/2021
Reporter: Denise Sankary, RPR, RMR, CRR

63 captures
24 Jun 2015 - 27 Nov 2020
FEB APR SEP
27
2019 2021
About this capture

| SC-2001 | SUV | January 9, 2020 | 2:00 P.M. | Over budget-Rebid |
| SC-2002 | 1 Ton Truck Crew Cab Pickup | December 19, 2019 | 2:00 P.M. | Closed-NO bids |
| SC-1918B | County Road Striping | December 10, 2019 | 2:00 P.M. | Closed |
| SC-1918A | This bid will be thrown out. We will bid it again very soon. County Road Striping Addendum SC-1918A | November 21, 2019 | 2:00 P.M. | Thrown Out |
| SC-1916B | Portable Computed Radiography System for Security Investigation | November 21, 2019 | 2:00 P.M. | Closed |
| SC-1918 | County Road Striping | November 4, 2019 | 2:00 P.M. | RE-BID |
| SC-1917 | Fiber Optic Managed Network Court Order | November 4, 2019 | 2:00 P.M. | Awarded |
| SC-1916A | Portable Computed Radiography System for Security Investigation | November 7, 2019 | 2:00 P.M. | RE-BID |
| SC-1916 | Portable Computed radiography System for Security Investigation | October 14, 2019 | 2:00 P.M. | RE-BID |
| SC-1915 | Golf Course Chemicals | October 14, 2019 | 2:00 P.M. | Closed |
| SC-1914 | Generator for Sebastian county Fort Smith Courthouse, including Insulation ADDENDUM 1 ADDENDUM 2 | October 14, 2019 | 2:00 P.M. | Closed |
| SC-1912 | Sheriff's Office-Vehicle Equipment and Installation SC-1912 Sheriff's Installation Addendum 1 SC-1912 Sheriff's Installation Addendum 2 | July 8, 2019 | 2:00 P.M. | Awarded |
| SC-1911 | Chemical Detection Equipment | June 27, 2019 | 2:00 P.M. | Awarded |
| SC-1910 | Go Cart RFP | May 28, 2019 | 2:15 P.M. | Closed |
| SC-1907 | Sebastian County Armed Security Gards | May 28, 2019 | 2:00 P.M. | Awarded |
| SC-1908 | HazMat Tactical Gear | March 28, 2019 | 2:00 P.M. | Awarded |
| SC-1905 | ADC Inmate Medical Services | April 9, 2019 | 2:00 P.M. | Awarded |
| SC-1906 | ADC Door Readers and Cameras | March 8, 2019 | 2:00 P.M. | Awarded |
| SC-1904 | Pre-Cast Concrete & Tiles for Road Department | February 7, 2019 | 2:00 P.M. | No Award |
| SC-1903 | Road Department Message Board | January 25, 2019 | 2:00 P.M. | Awarded |
| SC-1902 | DEM Camera Gear for SWAT | January 22, 2019 | 2:00 P.M. | Awarded |
| SC-1901 | Two Tri Axle Dump Trucks | January 31, 2019 | 2:00 P.M. | Awarded |
| 2019 RFQ | Annual RFQ for Professional Services | February 8, 2019 | 4:30 P.M. | Closed |



63 captures
24 Jun 2015 - 27 Nov 2020

| | | | | |
|---|---|---|---|---|
| Assessor | Absentee Ballot | Jury Email Notifications | 150 Years of County History | Fort Smith Court House |
| Circuit Clerk | Auctions | Law Enforcement Access | Auctions | 35 South 6 St. |
| Civil Special Services | Bid List Application | Online Forms | Bid List Application | Fort Smith, AR |
| Cooperative Extension Services | Birth Certificates | Pavilion Rentals | Birth Certificates | |
| Coroner | Book a Tee Time | Pay Fines | Book a Tee Time | Justice Building |
| County Clerk | Car Tag Renewals | Personal Property Assess | Car Tag Renewals | 901 South B St. |
| County Judge | Child Support | Poll Worker Application | Child Support | Fort Smith, AR |
| Court Administration | Circuit Court Records | Probate | Code of Ordinances | |
| Courthouse Security | DBA - Assumed Names | Real Estate Records | Current Bookings | Greenwood Courthouse |
| Criminal Investigation | Death Certificate | Road Dept-Service Request | DBA - Assumed Names | 11 Town Square |
| Drug Court | Deed Documents | Land Records | Death Certificate | Greenwood, AR 72936 |
| Election Commission | Election Precinct | Sex Offender Watch | Deed Document Access | |
| Emergency MGMT & Public Safety | Employment Application | Tax Payments | Deed Document eRecord | Sheriff Department |
| Financial Management | GWD District Ct Inquiry | Voter Registration | Election - How to Vote | 800 South A Street |
| Greenwood District Court | Inmate Search | Warrant Search | Public Meeting Materials | Fort Smith, AR  72901 |
| Human Resources | Inmate Care Packages | | Transparency in Government | |
| Jail - Adult Detention Center | Inmate Send Money | | | |
| Judges | | | | |
| Juvenile Detention Center | | | | |
| Juvenile Probation | | | | ©2020 Sebastian County | Web Design and |
| Parks | | | | Development by Local Creative Agencies | |
| Prosecuting Attorney | INTERNAL ACCESS | | | Site Login |
| Public Defender | | | | |
| Purchasing - Auctions & Bids | Employee Site | | | |
| Quorum Court | | | | |
| Roads | | | | |
| Sheriff | | | | |
| Technology Services | | | | |
| Treasurer & Collector | | | | |
| Veteran's Service | | | | |