To: Rick Pruitt[rpruitt@correctsolutionsgroup.com]; Jay Eason[jay@lasallecorrections.com]; Albert Cantu[albert.cantu@lasallecorrections.com]; Mark Turner [mturner@correctsolutionsgroup.com]; Joseph Wilson[joseph.wilson@lasallecorrections.com]
Cc: paige.grofe@smartcommunications.us[paige.grofe@smartcommunications.us]
From: Rick Ferguson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=752C9EDC36DF434981340C0E687E47D1-RFERGUSON]
Sent: Thur 4/23/2020 7:29:59 PM Coordinated Universal Time
Subject: RE: Urgent-upgrading tablets

Ms. Grofe

Thank you for reaching out.

CSG controls the contract for this facility and currently there is no interest in upgrading your product. In the future, please ensure that all communications between Smart Communications & Bowie County are routed through Correct Solutions Group.

Best regards
Rick


**Rick Ferguson**
**Correct Solutions Group**
www.correctsolutionsgroup.com
www.lasallecorrections.com
**(903) 276-6507**

**"Something Amazing is going to happen to You today"**

> From: Paige Grofe <paige.grofe@smartcommunications.us>
> Sent: Thursday, April 23, 2020 7:54 AM
> To: Albert Cantu <albert.cantu@lasallecorrections.com>
> Subject: Urgent-upgrading tablets
>
> Good morning Albert,
>
> My management team would really like to resolve the issue with the old tablets and upgrade to the new ones.
> We would simply need a new contract to be signed so we can securely invest in the upgrade throughout the facility.
>
> Thank you so much and please let me know what we need to do to make this happen!
>
> All the best,
>
> Paige Grofe' Regional Sales Director
>
> Paige.Grofe@SmartCommunications.us
> Cell: 917.576.0800

Correct Solutions 004420