Sebastian County RFI Response

## Rick Ferguson <rferguson@correctsolutionsgroup.com>

Wed 5/6/2020 12:55 PM

**To:** 'Llowrimore@co.sebastian.ar.us' <Llowrimore@co.sebastian.ar.us> <'Llowrimore@co.sebastian.ar.us' <Llowrimore@co.sebastian.ar.us>>

2 attachments (3 MB)

Sebastian County RFI Revision 8.pdf; Body.png;

| | | |
|---|---|---|
| Rick Ferguson <rferguson@correctsolutionsgroup.com> | To | "Llowrimore@co.sebastian.ar.us" <Llowrimore@co.sebastian.ar.us> |
| 05/06/2020 12:55 PM | cc | |
| | bcc | |
| | Subject | Sebastian County RFI Response |

Ms. Lauri

Please accept this RFI response for your inmate telecommunication services.

Let me know if you have questions, need of information or further instructions.

Thank you for allowing CSG to respond to this service.

Best of days

Rick

*Rick Ferguson*

*Correct Solutions Group*

www.correctsolutionsgroup.com

www.lasallecorrections.com

(903) 276-6507


"Something Amazing is going to happen to You today"

- Sebastian County RFI Revision B.pdf

# *Let Our Family*
# *Serve Your Family*

# Sebastian County Request for Information White Paper

**Presented By:**

**Correct Solutions Group**
**182 Bastille Lane**
**Ruston, LA 71270**
**(318) 232-1526**
**FAX (318) 255-8575**

**Designation:  Small Business**



**Proposal for Inmate Telephone Services**

**Hello and Welcome to Correct Solutions, LLC**

My name is Rick Ferguson and I am your Representative for CSG and it my pleasure to respond to your recent

Telephone System RFI.  CSG is in the business of inmate technology.  Your RFI is requesting information

regarding inmate telephones, which CSG does an extraordinary job of.  Furthermore though, as a partner in

business, **CSG can offer assistance to you that goes way beyond the inmate phone platform.** CSG is fully

equipped to assist you in restructuring how you do business in your jail.  We are able to help you streamline your

processes and procedures from **Booking to Bail.**

Unlike other inmate telephone providers, CSG (with parent company LaSalle Management) is involved in the

building, maintaining, staffing, auditing and owning detention facilities.  As **business partners with you**, it is our

aim to assist you across all aspects of your business.  I truly look forward to working side by side with you as you

embark on this great journey of turning your facility into a world-class operation.

Correct Solutions Group (CSG) is a limited liability company founded in Louisiana.  CSG provides Inmate

Technology Services to over 25,000 inmates within the states of Louisiana, Texas, Georgia, Arkansas,

Oklahoma, Tennessee, Mississippi and Missouri.  Our company provides our own inmate telephone platform and

we have placed customer service at our Facilities as the highest priority.  **CSG is #1** in the industry in service

provided to Family, Friends and Facilities.

CSG's main goal is to satisfy the needs of Sebastian County. We will provide a state of the art inmate calling

system but will also provide video visitation services along with inmate tablets at your facility.  These cutting

edge technology products will serve to

increase your staff productivity within the Sebastian County facilities while simultaneously decreasing your cost.

My contact information is located on Page 5 at the bottom.  I appreciate the opportunity to provide you with this

information.



Correct Solutions, LLC                         182 Bastille Lane                    Ruston, Louisiana 71270

**Proposal for Inmate Telephone Services**

CSG Will provide:

1.A state-of-the-art telecommunications system for inmate calling Customizable Investigative Tools

2.Essential, easy to use payment services for friends and families of inmates Pre-paid PIN Debit and Pre-paid

**3.** Collect calling options  **4.** Lobby kiosks for unbanked family and friends  **5.** In-pod kiosks, coupled with the

industries leading tablet solution  **6.** The Best Service Team in the Inmate Technology Sector

## SERVICE GUARANTEE:

Our team of **FIELD TECHNICIANS** are ready to assist at all times.  We have employee is close proximity to Sebastian County that will provide rapid response.  CSG does not utilize outsourcing for our technician services.

Primary contact will be Rick Ferguson (Information below)

CSG offers **40 full-time Customer Service Representatives** to better assist family and friends.  Offenders are also allowed to call directly into our Customer Service Center whereby preventing unnecessary work on behalf of staff.

## FINANCIAL STABILITY:

CSG achieved debt free status in a record 5 years and is the only company in this sector operating **DEBT**

**FREE**

CSG has not been, and will not be, for sale. Many competitors are currently being marketed for sale in the industry.

CSG offers full financial transparency with regards to your commission.  **NO MORE GUESSING AND WONDERING!**



Correct Solutions, LLC                     182 Bastille Lane              Ruston, Louisiana 71270        3

Proposal for Inmate Telephone Services

## SECTION 2 - SYSTEM OVERVIEW

The *System Overview* provides you with a detailed summary of the telecommunications solution(s) proposed to Sebastian County.

Key Objectives for Sebastian County satisfied by our solution:

Ability to maintain effective call controls and restrictions for inmate communications which assists in ensuring the safety and security of the County, your staff and inmates.

Provide inmates with a comprehensive suite of communication avenues.

Insure all calls are recorded per County rules and all calls have the ability to be monitored.

To have a full investigative tool box allowing County staff the ability to utilize a wide variety of data in the fulfillment of specific investigations.

Save staff time and labor costs.

Maximize County revenues generated through a profitable commission structure.

## PHONE PLATFORM:

Correct Solutions proposes a leading edge, turn-key, non-coin, fully-integrated and self-contained call processing platform.  All components for inmates placing calls, staff monitoring calls and data collection are self-contained in a single unit.  Our platform is one of the most efficient of its kind and consists of call control configuration, database management, system security and wide variety of processes for monitoring and reporting.



Copyright © 2020 All Rights Reserved



Correct Solutions, LLC                 182 Bastille Lane                 Ruston, Louisiana 71270                 4

Proposal for Inmate Telephone Services

CSG provides a wide array of call control capabilities, advanced call monitoring with integrated voice recording in a centralized remote environment. Our systems patented three-way call detection technology, with 36 tunable parameters, test the call path end-to-end whereby reducing the potential for fraudulent activities. The phone system allows for both real time and historical monitoring, performs collect, debit and prepaid calling.

Recording is a significant and integral part of the platform. **CSG agrees that the data obtained belongs to Sebastian County.** This information includes, but is not limited to: call detail records, inmate records, all archived information etc. All data is streamed to a redundant array of independent disks (RAID) where the files are compressed to conserve space. Each file contains all pertinent call information including the data and time of the call, the destination (called party), inmate PIN and name, origination of the call (exact phone used) etc.

Access to this information is provided through CSG supplied software applications. Recordings may also be stored to a users' local system and converted to a
standard .wav format. For file integrity the recording is saved in CSG's proprietary format as well. This proprietary format may be played using our supplied player. A digital signature in the file insures that the data has not been altered after it was retrieved from the system.

Data is archived for the length of the contract, as well as extension periods. **Data may be ported to Sebastian County storage once contract is complete.** Typical storage time by CSG is three years post contract.

CSG platform is server-based with Web access.



## Correct Solutions Group

182 Bastille Lane
Ruston, LA 71270
Ph. (318) 232-1525
*Patrick Temple, Owner and Managing Director*



**Rick Ferguson**, Account Executive
(903) 276-6507

*Mr. Ferguson has been in the inmate phone industry since 1995. Her serves as an Account Executive for Arkansas, Texas, Oklahoma and Missouri. Rick's background includes 15 years in Law Enforcement and in the U.S. Marines.*

*"We're Here to Serve You"*

Proposal for Inmate Telephone Services

Users quickly learn to navigate the intuitive screens.  With staff turnover, new personnel catch on rapidly which saves time and frustration.

CSG  staff is **available to assist in training of all Sebastian County personnel.**

CSG will assist Sebastian County in the type and number of reports you utilize on a daily basis.  Reports parameters will be stored allowing users to quickly access the information they require each day in the fulfillment of their duties.

Sharing information between staff is accommodated through a variety of means.  Today, email is the primary medium for data sharing and the **CSG system allows emailing of data records and recordings.**



Listening to recorded conversations, listening to live conversations in progress, saving recordings, downloading recordings, making notes for future reference has never been easier.  The CSG platform was designed with all of these activities in mind.

Our inmate tab on the Management Screen is quick and easy to use in locating inmate account information. Accurately acquire the information needed, or requested by an inmate, regarding their call charges and balances.  Avoid confusion and frustration by know you can count on the information to be accurate. Once you have determined the inmate in question, our system allows you to instantly search the additional criteria, such as called number, with a click of the button saving you staff time.



**Proposal for Inmate Telephone Services**

Once you have determined the inmate in question, our system allows you to instantly search the additional criteria, such as called number, with a click of the button saving you staff time.

  

The capabilities provided by the mobile application allow investigators the freedom to move around and constantly be in contact with the data they require.

## SECTION 3: EQUIPMENT & FEATURES

CSG will supply and install new correctional grade inmate telephones. These units are currently deployed across a wide range of facilities throughout the country and are built with security in mind. They have been proven to stand up to the wear and tear of busy correctional facility use and inmate abuse. Our inmate telephones are one of the **most reliable and durable in the industry.**





CSG provides backup power in the event of the temporary loss of commercial power. During the period of operation on UPS power, the system will prepare internal controls for a safe shutdown that saves current call data and will eventually shut the entire system down if commercial power is not restored and backup power is exhausted. Upon restoration of commercial power, the **system will automatically reboot and resume normal operations** without the need for human intervention.



Correct Solutions, LLC                 182 Bastille Lane                 Ruston, Louisiana 71270        7

Proposal for Inmate Telephone Services

## SECTION 5: VALUE-ADDED OPTIONS

Value-Added Options can be negotiated as part of the inmate phone platform solution.

Correct Solutions Group is the ONLY company in the Inmate Technology market space that **BUILDS, OWNS and OPERATES** our own detention facilities. With this ability, CSG is the ONLY company that has the ability to assist Sebastian in addressing a broad spectrum of needs.

The heartbeat of a correctional facility is the Jail/Offender Management Solution. CSG can assist Sebastian in the implementation of a state-of-the-art OFFENDER MANAGEMENT SOLUTION (OMS) through our sister company PTS Solutions.

Our OMS is a multi-featured, fully functional, solution designed to manage **ALL ASPECTS of JAIL OPERATIONS.** The PTS Platinum OMS manages cell assignments, daily census, property, mug shots, gang affiliation, inmate movements, visitation and visitor logs just to name a few.

CSG offers an option of providing the Cellsense Plus. This is the latest generation of cellphone and contraband detection for correctional facilities.





### Booking to Bail
### We Have You Covered

- ☑ At Booking utilize our PTS Offender Management Solution (OMS).
- ○ Classification System
- ○ Interface to numerous makes of Automated Fingerprint Identification Systems (AFIS) and the VINES system.
- ○ Quick and accurate booking
- ☑ Funds are placed into the Lockdown Financial System (Tech Friends) - fully GAAP compliant
- ☑ Phone calls made via CSG Inmate Telecommunications Platform
- ☑ Commissary orders created on tablets or n-pod kiosks - most robust products in the industry
- ☑ Commissary products and services delivered to facility by Correct Commissary
- ☑ Grievances/Medical Requests/Facility Information all shared via tablets and kiosks
- ☑ Video visits with family at the facility or while the family and friends are at home
- ☑ Electronic messaging in the form of email or text.
- ☑ Quick access to the law library
- ☑ Debit release of inmate funds

## VIDEO VISITATION

While inmates may utilize the tablet for video visitation, CSG also supplies the ability to have a wall-mounted kiosk in the pod for inmate utilization regarding video visits.

The unit is correctional grade and may be scheduled for usage.



Proposal for Inmate Telephone Services

## SERVICE - THE MARKET SPACE DIFFERENTIATOR

Every provider in the inmate telecommunications market space has a phone system.  All of the phone systems provide the basic functions along with additional features that may/may not be utilized at facilities.

The major difference in providers comes in the form of service.

Most providers in this market view service as an after thought.  Some view it as a necessary evil.  Most don't give it much thought.

At CSG, we believe that "Service is the lifeblood of any organization.  Everything flows from it and is nourished by it.  Service is not an organization.  It is an attitude and lifestyle"....Mark Turner

Service is paramount at CSG and we believe, as any of our customers will testify, that we are the best around at provide excellence in this area.

CSG insures that your equipment is operational at all times.  We dispatch engineers to replace a single phone cord.  We work closely with site personnel to insure that we work together as partners.

You will NEVER go wrong choosing CSG when it relates to service.  We are simply the BEST.

## SECTION 4: REFERENCES

**Pulaski County Sheriff's Office -**  Sheriff Eric Higgins - (501) 340-6930

**Benton County Sheriff's Office -** Sheriff Shawn Holloway - (479) 271-1008

**Washington County Sheriff's Office -** Sheriff Tim Helder - (479) 474-2261

**Crawford County Sheriff's Office -** Sheriff Ron Brown - (479) 474-2261

**We highly encourage you to contact our references.  In doing so, you will hear first hand how CSG leads the industry in customer support. Remember, CSG is not simply a vendor to you, we are a partner with you.**



Proposal for Inmate Telephone Services

## SECTION 6:  SUMMARY

CSG is your choice for your Inmate Communications Needs.

CSG offers a **TRUE COMMISSION**.  There are no hidden call types or routes that you are not paid commission on. (Commission to be negotiated if selected)

CSG offers the ability to quickly and accurately audit your commission.

CSG, as part of LaSalle Corrections, is the only provider that can utilize our own jails for testing of our products and services.  We also have access to jail operations, best practices within facilities and can provide assistance to you should need any help in that regard.

CSG has the highest reputation in the industry for service.  We are a family owned business who place their names on the line and put their reputation at stake.  We

are wholly focused on **SERVICE.**

CSG works with you as a partner and not simply a vendor.  When you have a need, whether it is phone systems, jail management, commissary etc. we have access to partners and other subsidiaries within our grasp.

CSG pinpoints accounts we want to do business with.  Unlike most of the providers in our space we don't want you to simply be a number.  We want you to know that

**YOU ARE #1 to US.**

# " Let Our Family Serve Your Family"



Correct Solutions, LLC                    182 Bastille Lane                Ruston, Louisiana 71270        10

Sebastian County, AR – RFI_ Telephone System GTL response

## Rebecca Zientek <rebecca.zientek@gtl.net>

Thu 4/16/2020 12:39 PM

**To:** 'llowrimore@co.sebastian.ar.us' <llowrimore@co.sebastian.ar.us> <'llowrimore@co.sebastian.ar.us'
<llowrimore@co.sebastian.ar.us>>
**Cc:** Silvio Tassotti <Silvio.Tassotti@gtl.net> <Silvio Tassotti <Silvio.Tassotti@gtl.net>>

📎 2 attachments (823 KB)

Sebastian County – RFI Telephone System GTL response.pdf; Body.png;

| Rebecca Zientek | To | "llowrimore@co.sebastian.ar.us" |
| <rebecca.zientek@gtl.net> | | <llowrimore@co.sebastian.ar.us> |
| 04/16/2020 12:39 PM | cc | Silvio Tassotti <Silvio.Tassotti@gtl.net> |
| | bcc | |
| | Subject | Sebastian County, AR – RFI: Telephone System GTL response |

Good Afternoon Ms. Lowrimore,

GTL appreciates the opportunity to respond to the Telephone System RFI for
Sebastian County. We look forward to responding to the RFP, when it is issued. If you
have any questions regarding this response, do not hesitate to reach out to Account
Executive, Silvio Tassotti at (941) 726-0051 or **Silvio.Tassotti@gtl.net**

**Respectfully**,

**Rebecca Zientek**
**GTL** | *Proposal Developer*
Office **972-535-3301**
**rebecca.zientek@gtl.net**
**www.gtl.net**

This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you have received this transmission in error, please notify the sender immediately and delete the original message. Unless explicitly noted above, this e-mail should not, in any way, be considered evidence of the sender's intent to be bound to any agreement.

- Sebastian County – RFI Telephone System GTL response.pdf

# Your Single, Trusted Source for Integrated Solutions

## SEBASTIAN COUNTY DETENTION CENTER
## FORT SMITH, ARKANSAS
## RFI - TELEPHONE SYSTEM

Presented to:
Lauri Lowrimore
35 South 6th Street, Room 106
Fort Smith, AR 72901

Presented by:
Silvio Tassotti
Account Executive
Telephone: (941) 726-0051
Email: Silvio.Tassotti@gtl.net



The Corrections Innovation Leader



Global Tel*Link Corporation    Corporate Headquarters    Operations Center
www.gtl.net                    3120 Fairview Park Dr.      112 St. Francis Street
                               Suite 300                   32nd Floor
                               Falls Church, VA 22042      Mobile, AL 36602

April 17, 2020

Ms. Lauri Lowrimore
Purchasing Coordinator
Sebastian County
35 South 6th Street, Room 106
Fort Smith, AR 72901

RE:  RFI Telephone System, Sebastian County Detention Facilities; Sebastian County, Arkansas.

Dear Ms. Lowrimore,

GTL appreciates the opportunity to respond to Sebastian County's Request for Information (RFI) for an Inmate Telephone System. Throughout our response, GTL will demonstrate why we are the best solution to partner with Sebastian County. GTL understands the County's mission to provide an Inmate Telephone and Video Visitation solution that meets the needs to provide control, supervision, programs and services for criminal offenders while keeping the costs to inmates and their families affordable.

GTL delivers reliable inmate communications and operational solutions that exceed industry standards. We have been serving the corrections market for 31 years and take pride in partnering with facilities of all sizes. Our strong nationwide partnerships includes: serving more than 2,400 facilities, 30 Department of Corrections, private prisons, detention centers, and the Federal Bureau of Prisons. More than 1.8 million inmates use at least one of GTL's services, which represents more than 80% of the U.S. inmate population.

As the leader in correctional technology, GTL has invested in developing our equipment, technology, support, and service to stay ahead of our competitors. GTL's experience serving law enforcement agencies and correctional facilities will provide Sebastian County with the best in technology, service and financial value to you and the community that you serve. We provide inmate telecommunications that reduce recidivism by balancing the best technology solutions with the fairest pricing, while providing ease of communication between those incarcerated and their friends and families.

Our response includes our innovative Inmate Telephone System (ITS) and our industry leading Video Visitation System. Both solutions offer robust communication software and the latest hardware available in the corrections market. These solutions draw on our flagship GTL Command web-based user interface (UI) which provides single sign-on (SSO) access to all of your GTL services and tools. Take full advantage of GTL Command's open architecture and state-of-the-art hardware which interface with other facility systems, effortlessly. The GTL Command solution is easily expanded and upgraded so you can be rest assured to always have the latest version of software available to you throughout our partnership.

GTL excels in providing our partners valuable insight into every facet of their inmate populations and facilities. This has resulted in higher levels of control, safety, and compliance, enabling our partners to meet current and future operational challenges with confidence. We will assist Sebastian County in doing the same.



Global Tel*Link Corporation    Corporate Headquarters    Operations Center
www.gtl.net                    3120 Fairview Park Dr.     107 St. Francis Street
                               Suite 300                  32nd Floor
                               Falls Church, VA 22042     Mobile, AL 36602

Our proposal outlines our service, experience, financial stability, and leadership in corrections technology. We offer solutions to meet and exceed your technology expectations, cost expectations, operational objectives, and revenue targets. When reviewing our response, please consider the following benefits to Sebastian County, which are detailed throughout our whitepaper:

## Advanced Secure ITS

GTL offers an easy to use web-based, centralized, turnkey system that comes complete with all equipment, hardware, and software. Benefits include the following:

- ✓ The most comprehensive, one-stop-shop investigative suite to streamline investigations

- ✓ Specialized and highly configurable call-processing and recording system designed and built for use by correctional facilities.

- ✓ Extensive reporting capabilities for administrators and investigators.

- ✓ Flexible payment options for inmates and their families and friends.

- ✓ Easy-to-use Graphical User Interface (GUI) and password-protected access.

- ✓ Dedicated network securely links your facility to GTL's off-site data centers and makes all ITS features available to authorized users from anywhere there is an Internet connection.

GTL will also provide our state-of-the-art Video Visitation system that runs on a unified platform and utilizes the full features and functionality on that platform with the ability to schedule visits, respond/reject requests and more without directly communicating with the inmate. Investigators can easily retrieve video recordings online from the video records search screen.

As Executive Vice President, I commit to you that your experience with GTL and its services will be second to none. We look forward to providing any other information required by Sebastian County, in order to facilitate next steps. If you require additional information or have questions about our response do not hesitate to contact your Account Executive, Silvio Tassotti, at (941) 726-0051 or email at Silvio.Tassoti@gtl.net.

Sincerely,

Jonathan Walker
Executive Vice President – Business Development

# | Table of Contents

Section 1 Administrative Information ............................................................................................ 2

Prospective Vendor Information .................................................................................................... 3

The following are registered trademarks of Global Tel*Link Corporation: Global Tel*Link®, ConnectNetwork®, Inspire®, Flex®, Flex®
Link, GTL Data IQ®, Voice IQ®, Phone IQ®, Call IQ®, Called Party IQ®, AdvancePay®, Request2Call®, GTL Virtual Receptionist®, and
Telmate Guardian®.

## Section 1 Administrative Information

- **Vendor Name, mailing address, overnight delivery address (if different from mailing address), phone number, fax number, and e-mail of designated point of contact.**

GTL is designated a Corporation under the law of the State of Idaho, having principal offices at: 3120 Fairview Park Drive, #300, Falls Church, Virginia 22042. Mailing address is the same. The designated point of contact for Sebastian County is Silvio Tassotti-Account Executive, phone: 941-726-0051, fax: 855-631-8857, email: silvio.tassotti@gtl.net.

- **Business type (large business, small business, small disadvantaged business, (a)- certified small disadvantaged business, woman-owned small business, very small business, veteran-owned small business, service-disabled veteran-owned small business) based upon North American Industry Classification System (NAICS) code 541512.**

GTL is considered a large business, based on NAICS code 541512, with 1089 employees. GTL was established in 1989, operating under the name Global Tel*Link for our inmate telecommunication services and under the name Global Telcoin, Inc., for public payphone services. Since our incorporation in 1992, we have operated solely under the name Global Tel*Link Corporation; commonly abbreviated GTL.

- **Proposed services and tangible items.**

GTL will provide turnkey inmate telephone and video visitation services. Based on your RFI, our solution for Sebastian County includes the necessary personnel, supervision, infrastructure (including new inmate telephones, call processing equipment, and video visitation equipment), all hardware, software, equipment, installation, operation, maintenance, support, materials, supplies, transportation and services, and any other equipment or services necessary for, or incidental to, a functional, secure, administered, and managed inmate calling system. Our ITS can provide collect, prepaid collect, and inmate debit calling (local, long distance, and international). This fully turnkey solution is provided at absolutely **no cost** to Sebastian County and generates commission revenue for all types of calling for Sebastian County.

## Prospective Vendor Information

**A.    Vendor will provide a telephone service to inmates for the purpose of allowing contact with families and the community. The phone system shall allow for both real time and historical monitoring. Perform collect, debit and prepaid calling. List capabilities of your system in addition to the above.**

GTL offers Sebastian County our industry-leading web-based, centralized, turnkey ITS. Our turnkey ITS solution provides all call types such as collect, debit and AdvancePay calling, and includes the hardware, software, ancillary equipment, installation, and maintenance of our system for the life of the contract at no cost to Sebastian County.

Our ITS is the most feature-laden solution in the industry with more than 700 purpose-built elements. We've designed our ITS to save you time and effort when administering the inmate telephone solution. Our system is fully configurable, so you can choose to deploy features today or roll them out at a future date.

Select features of our ITS solution include:

- ✓ Fully integrated recording and monitoring of all calls
- ✓ Realtime and historical monitoring
- ✓ Provides various payment/deposit methods to access services
- ✓ Anywhere-Anytime access with the ability to work from any location, from laptops, tablets and/or mobile phones
- ✓ The most comprehensive investigative suite of products that provide high-level control of communication usage and fraudulent activity – GTL's IQ family of products
- ✓ Extensive reporting capabilities including custom report building via Report Builder
- ✓ Industry-leading, three-way call detection and alerts
- ✓ Real time, proactive analysis of calls vs. after the fact
- ✓ Easy to use and reliable voice biometric enrollment

**B.    Vendor shall provide information on Telephone System and their functions to inmates and facility.**

GTL will provide a seamless combination of hardware and software, service and training to efficiently meet the County's needs. GTL is the developer *and* manufacturer of our proposed system and we maintain and upgrade the software.

GTL's technology and staff ensure that all software, hardware, and peripheral equipment associated with the inmate calling system, correctional-grade tablets, and video visitation provide higher levels of control, safety, and efficiency to Sebastian County Detention Center facilities. GTL is committed to providing Sebastian County with the finest level of equipment, maintenance and account support possible.

## ITS System Network

GTL's unique ITS solution includes not only the physical call-processing hardware, but also the corresponding network hardware and circuits. With this true end-to-end solution, GTL can transmit data over our network to continuously back up all data and call records to our offsite data centers, stream live calls directly to remote investigators, and access phone company databases for highly detailed call validation of every call.

## ITS User Interface

GTL Command allows access to all your GTL services and tools. The framework of GTL Command provides fully integrated navigation and aggregated data regardless of your GTL services and features: phones, visitation, tablets, payment services, investigative data, system configuration, user management, and more.



With GTL Command, you take full advantage of open architecture and state-of-the-art hardware and network design. Your GTL systems will interface with other facility systems. The GTL Command solution is easily expanded, upgraded, and adapted to accommodate changes in the industry as well as *your specific requirements*.

Upon secure login, the ITS Home Page displays numerical and graphical summaries of call data for the facility, including total calls in progress, total completed and uncompleted calls, total call revenues, revenue breakdown by call type, and statistics based on call results. The system can generate more than 1,600 different reports based on parameters defined by the user. The ITS also provides call statistics, revenue, and user-history reports from the system's *Advanced Reports* screen.

## Anytime, Anywhere Access

GTL Command is our flagship web-based user interface that is accessible to authorized individuals via connection to GTL's private ITS Website. The GTL ITS provides *Anywhere Anytime Access* to its powerful, technologically advanced features. Properly authorized users may access the system from an onsite system workstation, County on-site PCs, or any off-site PC (mobile phone, desktop or laptop).

## ITS Data Center and Storage

GTL provides centralized storage of all system and call data at GTL Data Centers. The GTL inmate calling platform is configured with redundancy to reduce interruption of service and prevent data loss. GTL utilizes hardened co-located facilities to provide a highly resilient, highly available, redundant network capable of handling all of GTL's voice data and call validation and management requirements. ITS call records and data are created and stored at our primary storage location and transmitted to secondary storage. GTL employs a scalable, high availability enterprise class All Flash data storage to redundantly store and encrypt all call records. As inmate calls are made and completed and as system settings are changed by authorized staff at the facility, the system's databases at GTL Data Centers are dynamically updated.

## ITS Hardware

As a part of our ITS solution we can provide the necessary hardware components as needed including:

- Wintel 7010SSE Mini Inmate Telephones
- TTY/TDD Telephones
- Wintel 7005SS Stainless Steel Visitation Telephones
- Cordless Phones
- Portable Phone Carts
- Routers, switches, processors, UPS, and onsite workstation

---

## ITS Systems Integration

The GTL ITS can be interfaced with virtually any jail management, commissary, trust accounting or other external system that stores and manages data relevant to the inmate calling platform. Interfaces between the ITS platform and a facility's other systems can provide:

- Automatic transfer of inmate data (name, housing location, etc.) to the ITS PIN database.
- Automatic funding of inmate Debit calls from commissary/trust accounts.

GTL has successfully integrated with more systems (jail management, commissary, et cetera) than any other vendor through **open systems integration**. GTL has developed web service functions that are based upon Service-Oriented Architecture and that are platform independent. We can also interface the GTL ITS with any system that implements standardized protocols, such as SQL, XML, PCIP, HTTP, FTP, FSTP, 3270, and the like.

## ITS Feature Summary

| System Feature | Description |
|---|---|
| Secure Private Network | With our ITS GTL provides a secure private network that allows both local and centralized administration and investigations. |
| Redundant System Components | Our system's design provides redundancy of all critical operational components and automated backup routines that ensure system and data reliability. |
| Secure System Access | Access to the ITS user interface is restricted by a password protected multi-level User Security Profile system. A Login screen that requires a valid password ensures that only authorized personnel can access the system. |
| Approved Call Types | At the time of installation, the system is configured to allow only the types of calling services (local, IntraLATA, InterLATA, interstate, international, collect and/or prepaid) approved by the County. |
| Administrative Tools | The system provides comprehensive, easy-to-use tools for system administration, including but not limited to the setting of user privileges and inmate call restrictions and the documentation of system usage, inmate calls, and call revenue for auditing purposes. |
| Investigative Tools | The system provides powerful tools for investigators, including but not limited to: live Call Monitoring, Hot Number Alerts, Reverse Number Lookup, special Call Search features, investigative Notes, and recording retrieval and replay. |
| Inmate PINs and PANs | The system's integrated inmate Personal Identification Number (PIN) system allows identification of inmate callers and the assignment of restrictions to individual inmates without affecting the call privileges of other inmates. A unique list of Personal Allowed Numbers (PAN) can be associated with an inmate's PIN; restricting calls only to the numbers on his/her allowed list. |
| Extensive Reporting Capability | The ITS can generate over 1,600 different detailed reports based on user-selected parameters. The ITS *Advanced Reporting* module provides reports for call statistics, debit transactions, inmate information, diagnostics, and audit reports for system access and activity. *Report Builder* makes it possible to build custom reports. |
| Collect, Debit, and Prepaid Call Options | GTL can provide both collect and prepaid call options. Inmate Debit increases call volumes and provides international calling. Called-party prepaid accounts can be setup automatically via the GTL website, GTL's toll-free IVR or manually by GTL Customer Service representatives. |

| System Feature | Description |
|---|---|
| Automated Operator with Multi-Lingual Prompts | An automated operator facilitates inmate calls, eliminating access to a live operator and preventing any communication with a called party until that party positively accepts the call. |
| Call Branding and Prerecorded Names | When a called party lifts the receiver, the system's automated operator announces that the call is from an inmate at the correctional facility. Both the facility and inmate are named, using pre-recorded information. |
| Toll Free Numbers | The ITS has the capability to allow free local calls from specified inmate telephones such as those in booking areas, and/or to pre-selected local numbers. |
| Protected Privileged Numbers | The ITS protects privileged numbers, such as those of legal counsel, from recording and monitoring. Privileged numbers are designated "Private" within the system's database and will not record and will not permit audio monitoring. |
| Three-Way Call Detection | The system detects three-way call attempts using the state-of-the-art industry algorithms. The system can be instructed to flag, terminate, play a warning, or any combination of these actions when fraudulent activity is detected. |
| Call Monitoring | The system provides integrated live monitoring. Live monitoring does not interfere with recording and is not detectable by the inmate or called party. The ITS allows you to listen to, forward, attach notes to, and disconnect calls-in-progress. |
| CD, DVD, and USB Device Transfer | The system's *CD/DVD Utilities* module allows call recordings with their associated call records to be easily copied to portable media (CD, DVD, USB devices) with no loss of sound quality. Copied recordings retain their security encription. |
| Call Recording | The system's recording functionality is fully integrated and recording parameters are user selectable. By default, all inmate calls are recorded except "Private" calls to approved legal counselors. Recordings are conveniently retrievable from various reports; such as detail reports. Encryption ensures judicial integrity of recordings. |
| Call Control Features | The system provides a full suite of features by which authorized users may control inmate calling including; Unlimited Number Blocking, Call Scheduling, Call Duration, System Shut Down, Selected Telephone Shut Down, Remote Call Disconnect, Call Suspension by PIN, and Personal Allowed Numbers per PIN. |

## Integrated Help and Support

**Online Help:** A key element of our ITS is a robust, context-specific help function that allows users to self-help during the use of the system.

**Online Chat:** GTL's ITS offers a "Live Help" instant messaging feature for users. Technical Support personnel are available via Live Help online chat Monday through Friday from 7am CST to 6pm CST.

## Selected ITS Feature Details

### Collect, Debit, and Prepaid Options

GTL's ITS provides traditional collect calling as well as prepaid call options to ensure that inmates have every possible opportunity to connect with their friends and loved ones. Roughly half of all telephone numbers in the United States, including almost all cell phone numbers, are restricted from receiving traditional collect

calls. Prepaid calling options overcome this limitation; enabling the completion of many more – otherwise approved - inmate calls.

### Inmate Debit Calling

GTL's ITS enables Inmates to prepay for their own calls to any facility-approved telephone number. Real-time inmate PIN debit calling enables inmates to transfer money from their commissary/trust accounts on-demand, through the phone system to their PIN debit accounts. Through this existing and proven system an inmate may use the phone to transfer money into his or her debit account through the phone system's self-guiding IVR. The allocated amount is immediately transferred to the inmate's debit account for use.

### GTL AdvancePay Prepaid Account Calling - Funded by Family or Friend

Calls to numbers that are unable to receive collect call billing can be completed through GTL's AdvancePay prepaid collect program. When an inmate attempts to dial a number that cannot receive collect calls, the ITS system will place the inmate on hold while the option is given to the called party to set up an AdvancePay account using a credit card. If an account is successfully created, the offender is reconnected and the call progresses. A similar process is engaged for existing AdvancePay customers who receive a call when their funds are too low or depleted. AdvancePay customers can also use GTL's website, 24 hours a day, 7 days a week, to deposit funds to their AdvancePay accounts.

### Three-Way Call Prevention

GTL's ITS is designed to isolate any attempt by the called party to bridge a call in-progress to a third party, commonly referred to as remote call forwarding, three-way calling or conferencing. The system can be configured to do any of the following upon detection of call forwarding or three-way calling; disconnect the call immediately, disconnect the call after providing an explanatory message, play a message that a prohibited call forwarding/3-way call attempt has been detected, and allow the call to continue for future investigation purposes.

### Number Management

The **Number Management** button on the ITS dashboard provides access to the area of the system where billing telephone numbers (BTNs) are managed at the County's discretion. On the Number Management screen, new numbers may be added to the system's Number database and existing numbers can be found for review or editing of previously assigned restrictions.

### User Management

The ITS User Management screen provides options for authorized personnel to add new users to the system, define new roles (sets of access permissions), edit previously defined Roles, or edit the Role of a selected user. A Role might grant permission to access only one feature or multiple features. Only those with administrator-level access can create and assign roles. The administrator may create a role to be assigned to multiple users who are expected to perform the same ITS functions. Alternately, a unique role can be defined and assigned to a single user. Only those users with administrative privileges can see these logs.

### ITS Call Analyzer

The call detail report displays two options for replaying the recorded conversation associated with each call record: Call Playback and Call Analyzer. Features of the ITS Call Analyzer include; separately analyze the two sides of a conversation, 3-Way Call and Called Party IQ detection, add notes, Case ID or Investigator ID, remove silence during playback, and clarify speech and sounds.

**ITS Reports**

The ITS home page provides graphs and at a glance call activity and also comes with a full array of system reports that can be accessed by authorized personnel with a few clicks of the mouse. These reports are fully customizable to suit Sebastian County's needs. Standard facility reports may be generated and saved for later use, requiring only a new date parameter to generate the next report. The following list includes just some of the reports that can be created.

> ➢ Financial Reports
> ➢ Inmate Reports
> ➢ Maintenance Reports
> ➢ Administrative and Investigative Reports

## C. Vendor shall provide information on other related service you offer.

GTL will provide increased security for Sebastian County with the following investigative tools:

Investigators can live monitor inmate phone conversations in real-time through the system workstation at the facility and via GTL's secure Internet connection from a desktop, laptop, or mobile device. GTL's ITS allows authorized staff to set up email, text, or phone Hot Alerts.

GTL's Reverse Number Lookup is fully integrated with our ITS software. Reverse Lookup searches for the billing name and address (BNA) of a specified phone number and displays the information along with a street Map or Satellite image.

Users can easily retrieve and playback specific call recordings in the ITS using the Call Playback tool or Call Analyzer. In addition, calls can be archived to portable media (CD, DVD, USB devices) using the **CD/DVD Utilities** module. The GTL ITS allows authorized users to send a link to inmate call recordings using the system utility rather than burn to a CD or download to external media. End users who receive the secure email link to recordings have 7 days to retrieve the recordings and must enter their email, a password, and a confirmation code to access the recordings

Authorized users can attach multiple notes of up to 1,024 characters each to calls for the inclusion of information such as case number or other investigative data. Notes attached to a call can be viewed and printed. Once a note has been added to a recording, additional notes may be added.

GTL's ITS provides investigators with Case Management which allows them to assign inmate call recordings to specific Case IDs and include Investigator ID's and notes as attachments to those inmate recordings being investigated.

GTL's Security Threat Group (STG) feature helps investigators align Security Threat Group activity through call detail reporting, live monitoring, and stored recordings. Inmate accounts may be assigned a Security Threat Group manually in the administrator application or through a JMS feed.

The ITS Report Builder allows investigators to build custom reports incorporating call detail information with more advanced tools for selecting, sorting, and combining data. Report Builder has enhanced query options and other advanced data mining tools to reveal call trends correlations.

GTL's Voice IQ is a biometric speaker verification system that enables initial verification of an inmate in real time, using a spoken pass phrase. Voice IQ voice biometric initial identification feature provides a secure, efficient and extremely convenient method to initially verify an inmate's identity.

The GTL Call IQ Basic is our fully *Integrated Keyword Search* application which allows the recorded conversations of inmate calls to the outside world to be scanned automatically for specified keywords; alerting investigators of recordings that contain the words or phrases of interest. Investigators can search for calls and run reports straight from the ITS user interface.

GTL's Called Party IQ® feature offers detection of inmate to inmate telephone calling via our centralized multi-way call detection technology. All calls processed by GTL would be required to validate through our centralized system software. This validation step gives us the ability to identify in any call that is already in progress to the same phone number being dialed by their resident inmate.

With GTL Phone IQ®, an icon is shown of the device type used to receive a call in the ITS user interface. The device type receiving the call is indicated in the BTN fields in *Call Monitoring* and *Detail Records* screens. The indicator will show the device as a cell phone, land line or unknown device type.

GTL Data IQ® is our Visual Link Analysis software which provides actionable intelligence for investigators. This software offers pre-built search queries and easily understood link diagrams by bringing simple solutions to complicated challenges. We provide a higher level of investigative intelligence gathering capability with easy to follow explanations and visual diagrams of activities.

GTL Fusion uses highly skilled, experienced intelligence analysts to apply GTL software solutions and algorithms to develop reliable, actionable intelligence. Fusion analysts are led by experts who have extensive investigative and/or intelligence experience in law enforcement and correctional agencies. The analysts work closely with facility staff to meet their daily reactive intelligence needs.

Cellsense Plus is a relatively mobile device that provides detection of cell phones within your facilities from as far as (3) feet away. The device looks like a metal detector but uses different technology to detect cell phones via non-ferrous metals which reduces the number of false positives.

### D. Video Visitation and any features and benefits shall be an option.

GTL will provide Sebastian County our complete, secure Video Visitation System (VVS) Solution to facilitate inmate communications with their families, friends, and attorneys. GTL designs, develops, and supports the premier video visitation and visitation management solution for the corrections industry. Using cutting-edge technology, inmates use hardened tablet devices for video visits through our VVS secure network. GTL's solution provides the monitoring, reporting, and security protocols Sebastian County requires and more.

GTL provides our exclusive Visit Now solution for remote video visits. Visit Now allows friends, family, and professionals to see if an inmate is available, initiate an immediate video visit, or schedule one for later. Inmates have the same Visit Now capabilities to initiate immediate visits and request a scheduled visitation. Facility staff are not required for initiating a visit. Visitation restrictions and allowed day/time schedules are still configured by authorized Sebastian County staff.

GTL's Video Visitation System (VVS) runs on our unique platform and independent network and utilizes the full features and functionality on that platform. Our VVS allows users the ability to schedule visits, respond/reject requests, suggest visit times, and more without directly communicating with the inmate. Friends and family of offenders can schedule video visits on standard browsers using any web enabled device, including a smartphone.

## GTL Command – Facility Access and Control

Designed to give you remote monitoring and control capabilities, GTL Command is a powerful web-based application that delivers password protected access to a comprehensive suite of configuration and management tools. Staff can instantly display all active visits and monitor them as they happen with just a few mouse clicks.

The VVS will automatically record and store all recorded video visitations on-line. Investigators can retrieve recordings of video visitation conversations on-line from the video records search screen via the GTL Command VVS user interface. Additionally, most of our physical equipment is located off-site in secure Data Centers, which have multiple layers of security to protect your information.

## Remote VVS Reporting

Sebastian County Detention Center staff can quickly print, download, and email daily, weekly, monthly, or ad-hoc video visitation reports in real-time. GTL offers detailed summary reports that contain a wealth of information on inmate telephone activity. GTL's system reporting includes video detail controls. Video detail reports are fully configurable and can display several reporting fields such as video station locations, time of visit, duration of visit, alarm settings, duration of visit, time and dates of all visits with names of visitors, and more. All video detail reports are easily exportable for printing. Tablet and visit detail reports may be modified at the discretion of the County using the Customize Columns feature when running reports.

Reporting options include:

- Visit Details
- Visit Notes
- Top Visit Numbers
- Top Inmate Pins
- Name of Visitor

- Visit Summary by Day
- Visit Summary by Week
- Visit Summary by Month
- Visit Summary by Year

- Duration of Visit
- All Inmates Visitor Met With
- Visit Report by Category
- Time & Dates of Visitations

Telephone System RFI

## 'Giminski, Goy' <ggiminski@icsolutions.com>

Thu 4/16/2020 1:24 PM

**To:** 'Llowrimore@co.sebastian.ar.us' <Llowrimore@co.sebastian.ar.us> <'Llowrimore@co.sebastian.ar.us'
<Llowrimore@co.sebastian.ar.us>>

📎 2 attachments (409 KB)
Sebastian County, AR - RFI Response 04.17.2020.pdf; Body.png

"Giminski, Goy"                    To  "Llowrimore@co.sebastian.ar.us"
<ggiminski@icsolutions.com>            <Llowrimore@co.sebastian.ar.us>

04/16/2020 01:24 PM                    cc

                                        bcc

                                Subject  Telephone System RFI

Hello attached is ICSolutions RFI response for Telephone System please confirm
receipt thank you.

Goy Giminski

Project Coordinator

ICSolutions

A Keefe Group Company

210.473.7310 direct

210.693.1016 fax

ggiminski@ICSolutions.com

PLEASE FORWARD ALL RFP RELATED EMAIL TO: RFP@ICSolutions.com

- Sebastian County, AR - RFI Response 04.17.2020.pdf

**ICSolutions PRESENTS THIS PROPOSAL TO:**

## Sebastian County, Arkansas

# TELEPHONE SYSTEM RFI

## DUE: APRIL 17, 2020 @ 5:00 PM

**JOE GARBE**

**REGIONAL ACCOUNT MANAGER**

**RFP@ICSOLUTIONS.COM**



# Copyright & Trademark Notices

© Inmate Calling Solutions, LLC d/b/a ICSolutions 2020. All rights reserved.

The following is a non-exhaustive list of United States trademark applications and registrations owned by ICSolutions and its affiliates:

| | |
|---|---|
| ICSolutions® | The ENFORCER® |
| The Attendant℠ | The Communicator℠ |
| Word Detector℠ | Message of the Day℠ |
| Access Corrections™ | The Visitor™ |

Other trademarks that may be used in this Document are the property of their respective owners.

**ICSolutions**
*Advanced Technology*
A Keefe Group Company

April 16, 2020                               *Submitted via email to:  llowrimore@co.sebastian.ar.us*

Lauri Lowrimore, Purchasing Coordinator
35 S. 6th Street, Room 106
Fort Smith, AR 72901

RE:  Telephone System RFI

Dear Ms. Lowrimore:

Thank you for the opportunity to provide this response to Sebastian County's RFI for an Inmate Telephone
System. We hope you will find the attached information useful in preparing an RFP for inmate
communications services in the future.

In response to an RFP, and with site visits conducted to perform necessary information gathering and
needs analysis, ICSolutions will be happy to provide more information about any topics that were
mentioned in this RFI response, as well as detailed pricing information. To this end, we highly recommend
including site visits as part of the RFP process.

Please do not hesitate to contact your ICSolutions Regional Account Manager with any questions
regarding our RFI response, or to set up a live demonstration of the technology described herein:

> Mr. Joe Garbe, ICSolutions Regional Account Manager
> Mailing / Overnight Delivery:  2200 Danbury Street, San Antonio, TX 78217
> Office:  866-228-4040
> Fax:  210-693-1016
> Email:  RFP@icsolutions.com

Please also use the above contact information to send us any RFP-related communications in the future.

ICSolutions is a Limited Liability Company and is not classified as a small or disadvantaged business. Our
proposed services can include an Inmate Telephone System, fully integrated Video Visitation, wireless
Inmate Tablets, and more – all described in the attached white paper.

ICSolutions looks forward to further discussions with Sebastian County as you work toward implementing
a new, state-of-the-art inmate communications system and related services.

Sincerely,

Mike Kennedy
**Vice President of Sales & Marketing**
Office:  866-228-4040
Email:   mkennedy@icsolutions.com

**Sebastian County, AR**
**Telephone System RFI**



# WHITE PAPER
## Inmate Communications Services from ICSolutions

ICSolutions' ENFORCER® is unified inmate communications platform that can host inmate calling and video visitation in a single system. Benefits of such an all-in-one solution include:

- Facility staff and investigators would use one set of login credentials to access all inmate calling and video visitation information
- Investigative tools – such as data mining and link analysis – would apply to all voice and video communications
- Inmates would use a single inmate ID/PIN to access inmate calling and video visitation services
- Public users would fund a single prepaid account to pay for any combination of inmate calling and remote video visitation – minimizing funding fees and providing the simplest possible user experience

The ENFORCER® comes with an array of standard features that promote security and efficiency at our clients' facilities:

| System Features | |
|---|---|
| **Remote Access** | The ENFORCER® is operated through a browser-based GUI (Graphical User Interface). Anyone with a login and password provided by Facility administrators can securely access the system from any computer with internet access and a modern browser as if they were opening a website. |
| **Easy to Use Web Interface** | The ENFORCER®'s web interface is intuitive, easy to use and functions like any other website. |
| **Centralized Call Processing** | Call processing occurs on servers running in our secure data centers – leaving a much smaller footprint for equipment installed and maintained at your facilities. |
| **Unparalleled Redundancy** | No other vendor provides as much redundancy for both system operations and data storage. |
| | **Network Redundancy:** For each supported facility, ICSolutions obtains service from two different network carriers, so that if one carrier experiences an outage, service will instantly fail over to the second carrier. |
| | **Call Processing Redundancy:** While the primary call processor is housed in our data center in Atlanta, we also install a fully functional, always-on backup call processor nearly 1,000 miles away at our national headquarters in San Antonio. Therefore, if a disaster should ever disrupt call processing in Atlanta, service would instantly fail over to the secondary processor in San Antonio. |
| | **Storage Redundancy:** Call data and recordings are stored digitally on internally redundant storage devices for the entire contract duration, in two separate geographic locations (one data center in San Antonio and one data center in Atlanta). This storage redundancy ensures that, even if a disaster were to completely destroy one data center, one additional copy of all data and call recordings would still be available for disaster recovery purposes. |

**Sebastian County, AR**
**Telephone System RFI**



| | |
|---|---|
| **Lifetime Online Storage of Call Data & Recordings** | ICSolutions will securely store all call data and recordings in fully redundant, geographically separate data centers to protect the Facility from any potential data loss. Call data and recordings will be available online for the life of the contract! |
| **Unlimited Expansion Capabilities** | The ENFORCER® has unlimited expansion capabilities and will be able to accommodate any new construction or future growth of your facility, at no cost the Facility! ICSolutions can add storage and phones at any time without affecting the operations of the existing system. Additional network capacity requires 30 days' notice for the LEC to hang new lines and does not require any system downtime. |
| **Onsite Reporting Capabilities** | The ENFORCER® system provides centralized reporting capabilities, allowing facility users to generate reports immediately and in real time. The system comes preconfigured with an extensive list of standard reports. Additionally, a facility user can generate real-time "ad hoc" reports by defining his/her own query based on data of interest – allowing instant access to any report you could ever need. And, although it's easy to define your own report parameters in The ENFORCER®, ICSolutions is happy to assist by creating any new, customized reports that are desired. |
| **Hardened Corrections-Suitable Equipment** | ICSolutions has been providing correctional facilities with inmate telephone systems for nearly 20 years. All onsite equipment is hardened and tested for use in correctional facilities. |
| **TDD Equipment Compatibility with Transcription Service** | ICSolutions provides our facilities with the Supercom Minicom TDD/TTY unit. The unit itself is compact, lightweight, portable and easy to use. Further, each TDD/TTY call is recorded by The ENFORCER® and converted to text, which is inserted into a Note and attached to the call recording. Recordings can be accessed from the Call Detail Screen, and attached Notes can be printed locally or remotely by users with appropriate security credentials. |
| **Remote Information Sharing** | If the Facility desires, ICSolutions can provide the Facility with an easy way to share information with other law enforcement and corrections agencies. Because The ENFORCER® provides flexible and convenient remote access for investigators, multiple investigators can access the system at the same time without impacting on-going system operations or performance. The Facility may grant other law enforcement agencies limited access to inmate information for cooperative investigations. |
| **Service Features** | |
| **Lifetime Repair and Replacement Warranty on All Equipment** | ICSolutions' warranty ensures that any and all defective components will be replaced at no cost to the Facility throughout the life of the contract. |
| **24 x 7 x 365 Technical Service** | ICSolutions' Technical Services Center (TSC) operates 24 hours per day, 365 days per year in support of our customer sites. When calling our toll free number (866-228-4031) you will be connected with a live, U.S.-based Level 1 TSC technician. |
| **24 x 7 x 365 Customer Service** | ICSolutions' live customer service is available 24 hours per day, 365 days per year. Through our toll-free call center, customers will be connected to our knowledgeable customer service representatives who can help with billing questions, account setup, account status, payments and more. Our customer service representatives can offer multi-lingual assistance. All customer service representatives located in the U.S. |
| **Ongoing Staff Training & Online System Documentation** | ICSolutions provides a customized hands-on training curriculum for each facility that we serve. Initial classes are conducted on-site for multiple user groups. We also provide ongoing refresher and new employee training |

| | |
|---|---|
| | throughout the life of the contract. Follow-up training is typically delivered once per quarter (but can be customized to meet the Facility's needs), and can be delivered live or over the web. Additionally, all system documentation, including User Manuals, Quick Reference Guides, etc., are provided online as part of The ENFORCER® system. |
| **Inmate and Called Party Instruction** | ICSolutions provides informational pamphlets to the inmates and called parties, which explain how calls are placed and how to open accounts. These pamphlets will be provided to the Facility as requested, at no cost. The most detailed instructions describing the use and functions of the inmate telephones will be provided to Facility inmates via the phones themselves, using the customizable automated operator prompts. ICSolutions also typically provides bilingual (English/Spanish) written instructions in a vandal-resistant display area on the face of each telephone instrument, and we can provide bilingual instructional posters upon request. Called parties can also contact our Customer Service Department or log onto our website at any time to learn how calls are placed and paid for, and how to open accounts. |
| **Free Software Upgrades** | Free, regular software updates are provided throughout the life of the contract. Whenever an upgrade and/or enhancements to The ENFORCER® finishes testing and is ready for wide release, the Facility will be notified of the new release updates and provided documentation of the features and functions of the new software. New software releases and enhancements are distributed through an IP connection, with no need for any onsite disruption. Enhancements and upgrades to The ENFORCER® are predominantly driven by market demand and specific client requests. Typically, large upgrades are released quarterly. |
| **The Communicator℠ 100% Paperless Inmate Communications Portal** | The Communicator℠ completely eliminates the need for the Facility to handle and process paper kites. With our paperless process, inmates can file grievances, request medical/dental appointments, submit PREA or crime tip reports, or even file complaints about the Inmate Telephone System – all using secure voice mailboxes on any standard inmate telephone. Depending upon the type of inmate report, the appropriate Facility staff will be automatically notified when an inmate files a new grievance. Using text-to-speech technology, staff can type responses into the ENFORCER®, and the response will be delivered to a secure voice mailbox for inmate retrieval. |
| **The Attendant℠ Automated Information Line** | ICSolutions can implement an Interactive Voice Response (IVR) system to provide public and inmate callers with automated information. This can include basic jail information (location, visitation hours, etc.) and, with an optional JMS integration, inmate-specific information (inmate lookup, release dates, upcoming court dates, bond inquiries, etc.). |
| **Message of the Day℠** | Using the same messaging service developed for The Communicator℠, authorized Facility staff can create a "Message of the Day" that is delivered to inmates via inmate phone during a specified time period. Facility staff can type the message into the ENFORCER®, and the message is translated to a voice recording using text-to-speech technology; or staff can use traditional voice recording to record their message.<br><br>The Facility can use the Message of the Day feature to share information with inmates facility-wide. Additionally, with the Facility's permission, ICSolutions can create messages to inform inmates of new product rollouts, Facility-approved rate modifications, or other changes to inmate calling services. |

Sebastian County, AR
Telephone System RFI



| Calling Services | |
|---|---|
| **Collect, Prepaid Collect & Debit Calling Options** | ICSolutions will offer the Facility inmate more ways to complete calls with our easy to use prepaid calling options. In addition to traditional Collect calling, ICSolutions also offers our facilities:<br><br>• Family First Prepaid Collect – Family First allows friends and family of inmates with numbers that are traditionally blocked from receiving collect calls (cell phones, business lines, etc.) to set up an account and prepay for inmate calls.<br>• Call Center Debit – Call Center Debit allows inmates' loved ones to fund an account associated with a specific inmate's PIN. Once the account is funded, the money belongs to the inmate and is tied to that inmate's PIN, so the inmate can use these funds to call any allowed telephone number.<br>• Integrated Cardless Debit – Integrated Cardless Debit is a fully integrated debit platform that allows inmates to place calls using the funds established and maintained in their individual PIN-based accounts. To enable this calling option, ICSolutions will interface with the facility's inmate/records management system or commissary software package to share information between systems and automate the process. If an integration is not possible or if the Facility prefers, ICSolutions can also provide the Facility Facilities with physical debit cards sold through the commissary.<br>• QwikCall – Our QwikCall option gives friends and family the ability to accept inmate calls prior to setting up a prepaid account, or in the event they do not want to set up a calling account. QwikCall allows the called party to pay for a single call in real time using a major credit/debit card. |
| **Funding Announcements** | The ENFORCER® can automatically notify an inmate when funds have been added to their Debit calling account, or to a Prepaid calling account that is tied to a telephone number the inmate has called in the past. Announcements are automatically generated by the ENFORCER® system and delivered to a secure voice mailbox that can be accessed only by the designated inmate with the appropriate PIN. |
| **Inmate PINs with Optional Automatic Enrollment** | The ENFORCER® system accommodates the use of inmate personal identification numbers (PINs) for call tracking. Various numbering schemes are supported, and the PIN system will be customized based on the facility's preference and with the goal of minimizing facility personnel time. Inmate accounts and PINs can be established automatically through a direct interface with the facility's Jail Management System or Booking system or through manual entry. |
| **Inmate PANs (personal allowed number lists) with Self-Learning Capability** | The ENFORCER® system may be configured to require a list of Personal Allowed Numbers (PANs), a list of telephone numbers that each inmate is permitted to call. In order to minimize the time required to enter an allowed list for each inmate, the system provides a useful "self-learning" feature. |
| **Automated Operator Service in Multiple Languages** | Access to live operators is neither required nor permitted at any time. The ENFORCER® is delivered with pre-recorded instructional voice prompts in both English and Spanish. Additional languages can be added at the facility's request at no charge. Languages currently deployed at some of our client facilities include English, Spanish, French, Russian, Hmong, Vietnamese and Cantonese. |
| **ustom Call Prompts and Voice Overlays** | All call prompts can be customized at no cost to meet the Facility's exact specifications. Also, the system is configurable to play random voice overlay |

Sebastian County, AR
Telephone System RFI



| | |
|---|---|
| | announcements to notify the called party of the call's origin. The announcement content is programmable along with the announcement volume and frequency. |
| **Inmate Name Recording** | When each inmate places the first phone call using their assigned ID/PIN, the system will ask the inmate to record his/her name. This recording will be stored within The ENFORCER® system and used for all subsequent phone calls made using that ID/PIN combination. This measure prevents inmates from "passing messages" and ensures that the called party is provided with the inmate's name during the call greeting. |
| **Inmate Voice Messaging** | Using the same messaging service developed for The Communicator℠, ICSolutions can provide inbound inmate voicemail. This service allows inmates' friends/family to record a message for a specific inmate, who can listen to their messages by entering their PIN into any inmate telephone. |
| **Administrative Controls** | |
| **Multi-Site Networking and Reporting** | The ENFORCER® system provides centralized reporting capabilities, allowing facility users to generate reports immediately and in real time. The system comes preconfigured with an extensive list of standard reports. Additionally, a facility user can generate real-time "ad hoc" reports by defining his/her own query based on data of interest – allowing instant access to any report you could ever need. Depending upon the user's privileges, they are able to pull reports either for their specific facility or for all facilities in a network of jails. |
| **Report Scheduler** | The ENFORCER® allows authorized users to run reports on a pre-defined schedule that are emailed automatically to multiple email addresses. Pre-configured reports can be run on a periodic basis, such as monthly, weekly, or daily, and within specified date ranges. |
| **Password Controlled Access** | The ENFORCER® controls access to call record data, call recordings, call monitoring, reporting and all other system features by requiring a unique username and log-in password to initiate a session. Each username is linked to a customized set of privileges established by administrators when they granted that user access. These privileges range from being able to create or modify inmate data to being able to display reports, playback recordings, etc. |
| **User Permissions – Editable Per User or Group** | Each username is linked to a customized set of privileges established by administrators when they granted that user access. These privileges range from being able to create or modify inmate data to being able to display reports, playback recordings, etc.  A standard set (or several sets) of privileges can be created for booking officers, investigators and administrators prior to installation to speed up enrollment of all Facility users, but Facility staff with "Administrator" access will always be able to alter or revise the privileges allowed to any user, can revoke access, or can require a user to select a new password at any time through the easy-to-use browser-based GUI (Graphical User Interface). |
| **User Access Log** | The ENFORCER® offers an extensive list of standard and query based reporting options to fit every administrative and investigative need. A User Access Log Report details system access by user and lists changes made during a defined date range. |
| **Court-Sealed Records** | In a court case, a judge can order the non-availability or "sealing" of all inmate records or selected inmate call information. The ENFORCER® enables an authorized user to perform a full or partial records seal, either permanently or within a specified date range. Although sealed records are still stored in The ENFORCER®, they cannot be retrieved unless a written request is provided to ICSolutions by an appropriately authorized representative of the Agency. |



| Fraud Controls | |
|---|---|
| **Three-Way Call Detection** | The ENFORCER® automatically detects attempts by destination parties to connect, or forward, calls to a third party. These detection features have highly configurable parameters for changing the sensitivity to accommodate the requirements of each installation. |
| **Hook Switch and Secondary Dial Tone Prevention** | Inmates are not permitted to obtain secondary dial tone or to "chain dial" at any time. Any attempts to manipulate the inmate phone or hook switch in order to bypass system controls will result in immediate call disconnection, forcing the inmate to begin a new call with all call controls in full effect. |
| **Extra Dialed Digit Prevention** | The ENFORCER® monitors each call connection for any inmate attempts to bypass the system controls. If an inmate presses keys on the keypad following call connection, the system detects this activity and terminates the call. |
| **Chain Dialing Prevention** | The ENFORCER® counteracts fraud by preventing chain dialing, allowing completion of only one dialed number per individual attempt. Upon termination of each call, the inmate is returned to the call initiation script and required to go through the entire controlled process in order to place another call. |
| **Continuous System Monitoring** | As an additional fraud prevention tool, ICSolutions proactively monitors system data by looking for fluctuations in call traffic and failed call attempts that could indicate fraud. |
| **Custom Call Restrictions** | Inmate calling can easily be limited to specific times of the day and set lengths of time. During installation, the system is programmed to block calls to live operators, toll-free lines, long-distance carriers, judges and correctional facility staff, etc. While these call restrictions are set facility-wide, additional call restrictions can be set for individual inmates. Inmates can also be restricted to calling only within a certain facility, or even within a designated area within a facility (such as in his or her housing area only). |
| Call Controls | |
| **Blocked Number Tables** | The ENFORCER® enables authorized users to enter blocked numbers into the system in real time using the user-friendly Administrator interface. Blocks may be added for a specific telephone number or group of numbers. |
| **Configurable Call Duration and Velocity Limits** | Call duration and velocity limits can easily be set by dialed number, individual inmate, inmate classification, inmate group, call type, pod, facility or system-wide. |
| **Inmate Call Suspension and Automatic Reinstatement** | The ENFORCER® supports the suspension of inmate calling privileges by PIN. Authorized personnel may enter a timeframe (i.e. 24 hours) or a specific date/time when the suspension is to end. At that point, the suspended inmate may only call legal counsel until the suspension period ends. When the suspension is over, calling privileges are automatically restored by the system. There are two categories of Suspension. Full means the inmate will not be allowed to place any calls, including calls to attorneys or free numbers. Standard is the default setting and allows the inmate to place calls only to attorneys or numbers that are identified as privileged numbers. |
| **Phone Shutdown** | The ENFORCER® system is configured to support cut-off of the inmate phone system by individual phone or housing unit configurations in the event of a riot or lockdown, or any other incident that requires emergency shutdown of the inmate telephone system.<br><br>Electronic Phone Shutdown: A single station, multiple stations or individual calls may be quickly switched on/off through the workstation. |

**Sebastian County, AR**
**Telephone System RFI**



| | |
|---|---|
| | Mechanical Phone Shutdown: Mechanical cut-off switches may be provided as an alternative to phone shut down using the system workstation. These manual overrides or "kill switches" are used to quickly turn the telephones on/off on demand. |
| **Customized Call Branding** | The ENFORCER® will be programmed with a customized call greeting played to the called party upon answer. Upon detecting answer, the system responds with *"Hello, this is a collect call from [inmate name], an inmate at the (FACILITY NAME)."* |
| **Phone Scheduler** | The ENFORCER®'s Phone Scheduler feature lets you pre-set any on/off times for the phones that you choose. The ENFORCER® can accommodate different schedules for days of the week, dates of the month and time, etc. Hours can be set by phone or group of phones (booking area, living units, infirmary, recreation, etc. may each have unique operating hours), or for all phones, and can be customized by day of the week, holiday, dialed number, etc. |
| **Positive Acceptance** | The ENFORCER® system supports both DTMF and pulse-based call acceptance responses. When the called party is instructed to accept or reject the call, the system "listens" for either the appropriate DTMF or the correct count of rotary-dial pulses. |
| **Answer Detection** | The ENFORCER® recognizes busy signal, ring no answer, and invalid number announcements (SIT Tones). Upon detecting answer, the system will only acknowledge positive acceptance by the called party. Answering machines, pagers and voice mail responses will all be treated as incomplete calls. Only a positively accepted call will generate a call charge to the paying party. |
| Investigative Tools | |
| **100% Monitoring and Recording of Non-Confidential Calls** | Real-Time Monitoring: This function is silent and undetectable by either the inmate or called party.  Multiple monitoring sessions can occur at the same time without any impact to ongoing call processing or recording.

Recording and Playback:
The ENFORCER® system offers fully integrated digital recording capability for 100% of non-confidential calls. Call recordings are digitally stored online and will be available to the facility for immediate access throughout the contract duration. |
| **Verifiable Security Encryption on Call Recordings – Supported by Free Expert Testimony** | The ENFORCER® system utilizes its Pikamux call processing program to generate the call recording in a raw proprietary format. The system then utilizes its AU comp program to decode the Pikamux raw file and convert the recording into a Speex compressed format which supports playback utilizing various utilities. The AU comp program also creates an MD5 checksum of the Speex file. MD5 Sum is an open source program which will create a MD5 checksum of any file.

The process that has been implemented to confirm authenticity mandates that the MD5 checksum created by the AU comp program be recorded in a secure location. At the time of the authenticity test, the "expert" can use the MD5 Sum program on the recording and compare the resulting checksum to the checksum retrieved from the secure location. If the checksum comparisons are equal, this will confirm that the recording has not been tampered and is therefore authentic.

ICSolutions will also volunteer an expert to testify in any court proceedings regarding the security and verity of our call recordings. |



| Crime Tip and PREA Lines | The ENFORCER® system can be configured to support as many tip-lines and voice message lines as each facility requests. If an external tip line exists that the Facility prefers to retain, ICSolutions will simply program that number in for free calling and speed dial access (it can also be set as a privileged if the Facility would like only those staff members with access to the destination voicemails to be able to hear inmates leave messages). Otherwise, any and all message lines the Facility would like to create will simply be voicemail boxes on The ENFORCER® itself. Each will have a speed dial code clearly posted for the inmates and will be free (and privileged if Facility so requests). |
|---|---|
| Officer Check-In | Our ICStracking℠ feature offers the ability to capture and record corrections officers' location via the inmate telephones using an ID/PIN assigned to the officer. The check-in event is logged by the system as a call record and can be reviewed, reported, or generate an alert just like any other inmate phone call. And if your facility is utilizing The Verifier Voice Biometric feature, the system will verify the officer's voice against the voice print stored within the system associated with the Officer's ID/PIN. This ensures that another officer or inmate is not attempting to check in on his/her behalf. |
| Call Alerts (Hot numbers, hot PINs) | The ENFORCER® provides an Alert feature to aid investigators in up-to-the-minute inmate telephone activity. The ENFORCER® alerts can be placed on specific Inmate PINs or specific destination numbers to indicate that the inmate or number is currently involved in a conversation. Alerts can be delivered by calling an investigator on his or her telephone (or cell phone), by Email/SMS, or by issuing numeric messages to paging services. |
| Funding Alerts | Our system allows investigators to set alerts on inmates of interest and/or telephone numbers of interest. When a Debit or Prepaid account is funded that is associated with an inmate or telephone number of interest, the designated investigators are immediately alerted via email. |
| "Find Me, Follow Me" | Find Me, Follow Me allows call alerts to phone multiple investigator telephone numbers (such as an office number, cell number, and home number), trying each number in succession until the investigator answers and enters the correct access code; this feature dramatically increases the probability than an investigator will be located and can monitor a call of interest while it is still in progress. |
| Gang Management | Reports on numbers dialed by multiple inmates or by multiple inmates out of a pre-defined group (such as all inmates identified in the JMS as members of a particular gang) is a standard part of The ENFORCER®'s Gang Affiliation tracking tools. The ENFORCER® can also provide a Gang Call Analysis function, which shows additional members of the same gang and compares calling activity, and provides detail of multiple offenders calling the same number and their gang affiliations. |
| Remote Call Forwarding to Authorized Investigators with Ability to Barge In or Disconnect Call | When a Number or PIN alert has been set, The ENFORCER® will call an investigator on his or her telephone (or cell phone) and once provided with an approved pass code can immediately patch the investigator into a The ENFORCER® monitoring session for almost instantaneous access to inmate activity. This capability is silent and undetectable by the inmate and the called party. Once patched into the call, the investigator has the ability to silently monitor, barge into the call and speak to both parties, or disconnect the call. |
| Searchable Call Notes | Users may add notes or comments to a free-form field associated with each call record, Inmate Profile, or detail record for a called party number. This may include case numbers or investigator notes, or any information that the facility wants to record for future use. All notes are searchable by inmate ID, |

Sebastian County, AR
Telephone System RFI



| | |
|---|---|
| | Called Number, User, Date & Time, or by any text entered into the note. The ENFORCER® automatically adds notes to a Number Detail Record when certain actions occur, such as a called party requesting a block on a phone number. These notes provide a history record of system-related events, call-related events, and user actions that occur on the number. These notes become a permanent part of the Number Detail Record. |
| **Unlimited Reverse Directory with Satellite Mapping** | ICSolutions provides our clients with Unlimited Reverse Lookup capability. This provides the facilities with integrated access to the desired reverse directory capability. From within a call record, the user can easily point, click and display the reverse directory info for the specified called number. The database is accessed via a secure link to the Internet and is constantly updated. ICSolutions will provide the subscription for the entire contract term and any extension terms at no charge to the Facility. |
| **Frequent Calling Reports** | The ENFORCER® comes programmed with a High Volume Users Report and a Frequently Called Numbers Report. The High Volume Users Report shows which inmates are placing an unusually high volume of calls. This may be indicative of fraudulent use. The Frequently Called Numbers Report shows which phone numbers have been receiving an unusually high volume of inmate calls, sometimes from multiple inmates. This can also be indicative of fraud or criminal activity occurring. |
| **Additional Investigative & Crime Prevention Features** | |
| **The Word Detector Keyword Search** | With our optional Word Detector keyword search tool, powered by Nexidia, investigators can quickly scan thousands of call recordings to locate words or phrases of interest. The Word Detector searches for the sounds that make up words, and therefore it is highly accurate, even in a conversation with simultaneous speakers, dialects, and background noise – all typical conditions in a corrections environment. |
| **Real-Time Voice Biometrics** | ICSolutions offers the latest voice biometric technology to cover all aspects of the call and enable investigator case management, including The Verifier$^{SM}$ pre-call biometric identity verification and Imposter real-time continuous voice detection and imposter identification during the call. Unlike standard pre-call validation, our real-time voice biometrics technology analyzes the call and recording continuously, allowing users to identify offenders anywhere in the call recording.These features provide for greater offender security by preventing or identifying potential cases of PIN theft, and they protect the validity of your investigative data by reducing and/or controlling fraudulent calling activity by offenders. |
| **The Analyzer Link Analysis** | ICSolutions offers The Analyzer link analysis, our data mining solution specifically designed with the investigative needs of the corrections market in mind. Using The Analyzer, authorized facility staff will be able to search varying degrees of separation in order to establish links from offender to offender or end user to end user. Links are established when an end user (outside the facility) interacts with one or more offenders through The ENFORCER® system, or when multiple end users interact with the same offender(s). |
| **On-Demand Call Recording Transcription & Translation** | ICSolutions offers an optional transcription tool that allows transcription of selected recordings for investigative purposes. This transcription engine is a unique proprietary solution utilized by Intelligence Agencies around the world. Users can easily select which calls to transcribe by selecting individual calls, or by having all calls that meet certain criteria tied to the voice biometric engine/keyword search engine. The transcription engine can also translate call recordings into more than 25 languages. |



# Video Visitation

As part of an Inmate Telephone System contract, ICSolutions can supply The Visitor™, our video visitation that is a fully integrated component of The ENFORCER® platform. The Visitor™ is a completely TCP/IP based system, with all video visitation rules, administrative tools, data, and recordings accessible online by authorized users using a single sign-on to The ENFORCER® for ultimate convenience. The Visitor™ also provides for live visitation monitoring, the ability to interrupt, send messages and disconnect a live video visit, and comprehensive visitation recording.

Visitation management features include **visitation scheduling**, user management, and policy management software. The Visitor's web-based scheduling software can be used with *or without* video visitation deployed, and it can manage scheduling for all types of visits, including contact, across-the-glass, onsite video, and remote video visits.

In addition, our vPhone video kiosks – available with 10-inch and 17-inch screen sizes – are multi-functional touchscreen devices. As such, the vPhones can host a variety of inmate self-service functions, including commissary ordering, balance checking, visitation schedule management, document/handbook review, law library research, access to an integrated inmate email system, and much more!

Using the vPhone, inmates can also complete traditional inmate phone calls through The ENFORCER®, making them the ideal multi-functional device to handle all types of inmate communication – capable even of replacing standard inmate telephones in some housing areas. And, with their multi-tasking capabilities, the vPhones enable inmates to perform more than one activity simultaneously – for example, looking up an account balance while talking to or visiting with a loved one.

# Wireless Inmate Tablets

ICSolutions can offer secure, wireless tablets for inmate use. Wireless tablets can include inmate messaging, paperless inmate requests, grievances, crime tips and PREA reporting; the capability to place ITS phone calls; educational content with access to law libraries, as well as re-entry and life skills courses; commissary ordering; entertainment services that may include music, games, ebooks; and more.

Tablets keep inmates occupied, which typically results in a calmer, safer environment for facility staff and the inmates. In addition, many features help streamline facility operations, such as messaging, grievance reporting, and commissary ordering. Inmate tablets are designed specifically for the corrections industry, with tamperproof casing and no access to the public internet. Investigators can also have the ability to track inmate usage and patterns and gather more valuable investigative data that can assist in preventing criminal activity.

After the County has conducted a needs-assessment and gathered its requirements in an RFP, we would be happy to offer a tablet solution as part of an Inmate Telephone System proposal. When a shared tablet model is in place, inmate tablets can often be furnished with no negative impact on the Inmate Telephone System financial proposal.

Telephone System RFI

## Craig Storer <Craig.Storer@ncic.com>

Fri 4/3/2020 4:02 PM

**To:** ''llowrimore@co.sebastian.ar.us'' <llowrimore@co.sebastian.ar.us> <''llowrimore@co.sebastian.ar.us''
<llowrimore@co.sebastian.ar.us>>
**Cc:** Jimmy Langford <Jimmy.Langford@ncic.com> <Jimmy Langford <Jimmy.Langford@ncic.com>>; Maurice Mascorro
<Maurice.Mascorro@ncic.com> <Maurice Mascorro <Maurice.Mascorro@ncic.com>>; Bill Pope <Bill.Pope@ncic.com> <Bill
Pope <Bill.Pope@ncic.com>>

3 attachments (678 KB)
SCDC Inmate Telephone Service RFI_NCIC_4.3.2020.pdf; Body.png; Body.png;

| Craig Storer | To: ''llowrimore@co.sebastian.ar.us'' |
| <Craig.Storer@ncic.com> | <llowrimore@co.sebastian.ar.us> |
| 04/03/2020 04:02 PM | cc: Jimmy Langford <Jimmy.Langford@ncic.com>, Maurice |
| | Mascorro <Maurice.Mascorro@ncic.com>, Bill Pope |
| | <Bill.Pope@ncic.com> |
| | bcc: |
| | Subject: Telephone System RFI |

Good afternoon, Ms. Lowrimore,

Please find attached NCIC's response to Sebastian County's Inmate Telephone System
RFI.

We look forward to the opportunity to discuss our offerings further.

Regards,

**Craig Storer**
**Director of Marketing**
NCIC Inmate Communications
607 E. Whaley Street
Longview, Texas 75601
Mobile: (318) 286-8134
Tollfree: 1-888-686-3699
http://www.ncic.com



 - SCDC Inmate Telephone Service RFI_NCIC_4.3.2020.pdf



Response To

# Sebastian County Detention Center
## Telephone System RFI

3/13/2020
Sebastian County Sheriff's Office

| TABLE OF CONTENTS | PAGE |
|---|---|
| Purpose of this Request for Information (RFI) | 2 |
| Background | 2 |
| Requested Information | 4 |
| Responses | 4 |
| Questions | 4 |
| Summary | 5 |
| White Paper – NCIC's Response to RFI | 5 |

## Purpose of this Request for Information (RFI)

The purpose of this RFI is to gather information to help Sebastian County determine the most advantageous telephone system in providing a means of communication between inmates and their families while providing Sebastian County the capability to perform oversight and monitoring of such calls.

Sebastian County is asking a prospective vendor to provide information regarding the following services:

A.  Vendor will provide a telephone service to inmates for the purpose of allowing contact with families and the community. The phone system shall allow for both real time and historical monitoring. Perform collect, debit and prepaid calling. List capabilities of your system in addition to the above.

B.  Vendor shall provide information on Telephone System and their functions to inmates and facility.

C.  Vendor shall provide information on other related service you offer.

D.  Video Visitation and any features and benefits shall be an option.

**NCIC RESPONSE: READ, UNDERSTOOD, AND WILL COMPLY WITH ALL ITEMS LISTED ABOVE.**

## THIS IS A REQUEST FOR INFORMATION (RFI) ONLY

This RFI is issued solely for information and planning purposes - it does not constitute a Request for Proposal (RFP) or a promise to issue an RFP in the future. This request for information does not commit the Sebastian County to contract for any supply or service whatsoever. Further, Sebastian County is not at this time seeking proposals and will not accept unsolicited proposals. Those parties responding are advised that the Sebastian County will not pay for any information or administrative costs incurred in response to this RFI; all costs associated with responding to this RFI will be solely at the interested party's expense. Not responding to this RFI does not preclude participation in any future RFP, if any is issued.

**NCIC RESPONSE: READ, UNDERSTOOD, AND WILL COMPLY.**

## Background

### Agency Vision & Mission

Sebastian County shall set the ethical standards and correctional best practices for the jail. Sebastian County, as an integral part of the criminal justice system, provides public safety, with professionalism, progressive management, and fiscal responsibility, through a continuum of custody, control, supervision, programs, and services for criminal offenders.

**NCIC RESPONSE: READ, UNDERSTOOD, AND WILL COMPLY.**

**NCIC is well-positioned to provide an improved Inmate Communications System to Sebastian County, including Inmate Telephones, Video Visitation, Inmate Kiosks, Inmate Messaging, Mail Scanning, Voice Biometrics and all associated technologies. NCIC is able to significantly reduce the calling rates & fees being charged to inmates (and their Friends and Families), while also returning a significantly higher monthly compensation to the County.**

Agency Description

Brief description of Sebastian County here:

Sebastian County has facilities/living units: 8 (eight) pods with a total of 356 bed capacity with an average daily population of 380.

Current Inmate Telephone Provider is Correct Solutions.

**NCIC RESPONSE:** READ, UNDERSTOOD, AND WILL COMPLY WITH ALL ITEMS LISTED ABOVE.

NCIC Inmate Communications is well-positioned to provide inmate communications to Sebastian County. We currently service correctional facilities ranging in size from 5 beds up to 2,200 beds.

Shown below is the most recent example of the clear and obvious impact achieved when NCIC replaces Correct Solutions as the Inmate Telephone Provider at correctional facilities:

## Comparison of Inmate Telephone Vendor Performance
## Lowndes County, GA

| Lowndes County, GA | | | | |
|---|---|---|---|---|
| | Traffic Month | Completed Calls | Gross Revenue | Commission Paid |
| **Correct Solutions** | Jan-17 | 25,391 | $32,489.06 | $19,493.44 |
| | Feb-17 | 27,750 | $37,767.97 | $22,660.78 |
| | Mar-17 | 34,447 | $46,350.95 | $27,810.57 |
| | Apr-17 | 32,918 | $42,855.75 | $25,713.45 |
| | **Average:** | **30,127** | **$39,865.93** | **$23,919.56** |
| **NCIC Inmate Communications** | Traffic Month | Completed Calls | Gross Revenue | Commission Paid |
| | Oct-18 | 46,532 | $59,126.76 | $41,795.79 |
| | Nov-18 | 50,446 | $63,478.58 | $48,876.24 |
| | Dec-18 | 48,945 | $60,077.67 | $45,324.24 |
| | Jan-19 | 50,304 | $61,816.37 | $46,732.22 |
| | Feb-19 | 36,292 | $51,590.74 | $48,920.49 |
| | Mar-19 | 47,701 | $70,662.89 | $51,498.59 |
| | Apr-19 | 48,610 | $69,846.96 | $48,788.00 |
| | May-19 | 50,651 | $70,805.34 | $53,110.74 |
| | Jun-19 | 47,401 | $67,671.34 | $47,331.67 |
| | Jul-19 | 49,394 | $70,116.96 | $50,600.32 |
| | Aug-19 | 47,175 | $66,252.55 | $49,521.34 |
| | Sep-19 | 45,965 | $63,999.97 | $51,404.77 |
| | Oct-19 | 47,633 | $67,883.98 | $48,049.29 |
| | Nov-19 | 47,665 | $65,242.66 | $48,437.58 |
| | **Average:** | **47,480** | **$64,898.06** | **$48,599.38** |

**Note:** Authorized "Free" calls are excluded from the NCIC 'Completed Calls' total. These are revenue-generating calls only.

NCIC would be thrilled with an opportunity to visit with Sebastian County personnel to discuss the ways in which NCIC completes so many more inmate phone calls and generates significantly more amounts of monthly Gross Revenue than our competitors. NCIC routinely returns a higher monthly commission payment at a lower contractual commission percentage than our competitors.

RFI Manager

The agency has designated an RFI Manger who is responsible for the conduct of this RFI and whose name, address, and telephone number are listed below:

Name: Title: **Lauri Lowrimore, Purchasing Coordinator** Address: **35 S.**

**6th Street, Room 106, Fort Smith, AR 72901** Telephone: **479-784-1502**

E-mail: **llowrimore@co.sebastian.ar.us**

Any inquiries or requests regarding this RFI should be submitted to the RFI Manager in writing. Respondents may contact ONLY the RFI Manager regarding the RFI.

✪((NCIC**RESPONSE:** READ, UNDERSTOOD, AND WILL COMPLY WITH ALL ITEMS LISTED ABOVE.

Requested Information

Sebastian County intends to use the information provided by respondents to identify what modern technology exist today in providing the services sought. Sebastian County reserves the right to conduct oral presentations or seek additional information as it deems necessary.

✪((NCIC**RESPONSE:** READ, UNDERSTOOD, AND WILL COMPLY.

Responses

Interested parties are requested to respond to this RFI with a white paper. White papers should be submitted in a portable data format (.pdf) and are **due on April 3, 2020 by 5:00 pm (CST)**..
Reponses shall be limited to 10 pages and submitted via e-mail only to
llowrimore@co.sebastian.ar.us.

Please be advised that all submissions become Sebastian County property and will not be returned.

Section 1 of the white paper shall provide administrative information and shall include the following at a minimum:

- Name, mailing address, overnight delivery address (if different from mailing address), phone number, fax number, and e-mail of designated point of contact.
- Business type (large business, small business, small disadvantaged business,

   (a)- certified small disadvantaged business, woman-owned small business, very small business, veteran-owned small business, service-disabled veteran-owned small business) based upon North American Industry Classification System (NAICS) code 541512.
- Proposed services and tangible items.

   ✪((NCIC**RESPONSE:** READ, UNDERSTOOD, AND WILL COMPLY WITH ALL ITEMS LISTED ABOVE.

   **NCIC has condensed our overall response into our 'White Paper' which begins on the following page of this document.**

Questions

Questions regarding this announcement shall be submitted in writing by e-mail to the RFI Manager's email address. Answers will be responded to via email.

✪((NCIC**RESPONSE:** READ, UNDERSTOOD, AND WILL COMPLY.

4 | P a g e

## Summary

THIS IS A REQUEST FOR INFORMATION (RFI) ONLY to identify sources that can provide an Inmate Telephone and Call Monitoring System and Services. The information provided in the RFI is subject to change and is not binding on the Sebastian County. Sebastian County has not made a commitment to procure any of the items discussed, and release of this RFI should not be construed as such a commitment or as authorization to incur cost for which reimbursement would be required or sought. All submissions become Sebastian County property and will not be returned. Ownership of all data, material, and documentation originated and submitted to the Sebastian County, pursuant to the RFI, shall belong exclusively to Sebastian County.

**✕✕NCIC RESPONSE: READ, UNDERSTOOD, AND WILL COMPLY.**

### NCIC Inmate Communications – White Paper Response

#### Section 1

- Name, mailing address, overnight delivery address (if different from mailing address), phone number, fax number, and e-mail of designated point of contact.
  **Mr. Jimmy Langford, Arkansas Sales Manager**
  Jimmy.langford@ncic.com
  **Phone: 832-233-5036**
  **Fax: 903-757-4899**
  **Address: 6080 Hwy 8**
  **New Edinburg, AR 71660**

- Business type (large business, small business, small disadvantaged business,
  **Small Business. NCIC is a privately-held business headquartered in Longview, TX.**

  (a)- certified small disadvantaged business, woman-owned small business, very small business, veteran-owned small business, service-disabled veteran-owned small business) based upon North American Industry Classification System (NAICS) code 541512.
- Proposed services and tangible items.

  **✕✕NCIC RESPONSE: READ, UNDERSTOOD, AND WILL COMPLY WITH ALL ITEMS LISTED ABOVE.**

**NCIC offers new, professional grade and dependable inmate communications products, equipment and hardware equipment with a full lifetime warranty covering the full duration of the proposed Agreement, including any extensions/renewals. At no time will Sebastian County be responsible for any costs associated with the installation or ongoing maintenance of the equipment and hardware being proposed. All equipment and hardware being proposed is fully tested with a proven track record of performance of at least several years' operation. Please reference several variations of NCIC's proposed inmate telephones below.**



All recordings, including all attempted and completed calls, shall be protected from being purged and shall be stored online for the life of the contract and available up to ten (10) years following the expiration or termination of the contract. Retention of call recordings is completely configurable, based on the needs of Sebastian County. All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail is stored with Amazon's Web Services S3 Cloud.

The system offers a comprehensive package of web-based reporting; therefore, no special reporting tools are needed. Reports are available for inmate calls as needed, and searching is also available based on a variety of search options, including date, time, inmate name, PIN/ID#, cell location, destination number statistics, destination number associations, dispositions, duration, cost, and more.

NCIC proposes a regular Preventative Maintenance ("PM") visit (based on approval/schedule of the Facility) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the scheduled PM. After each Facility visit, the service technician will submit (both to Facility staff and also to NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc. Please reference the Sample PM Repair Form Below.

### Sample Preventative Maintenance Phone Repair Form

| XYZ JAIL EQUIPMENT REPAIR FORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Reported | Device Type | Device Location / Name | Problem Reported | Work Performed | Date Fixed | Reported By | Ticket # |
| Wednesday, May 1, 2019 | Phone | Unit B - Phone 17 | Static on phone calls | Replaced handset and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Phone | Unit D - Phone 25 | Cannot process calls | Replaced entire phone unit and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Kiosk | Lobby Area | Reciever isn't accepting cash | Replaced reciever | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit A | Faulty Camera | Replaced camera and tested a session | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit F | Loose Handset | Tightened and secured internal screws | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |

### Customer Service

NCIC's Customer Service department is available via our toll free number (888-686-3699) for assistance 24/7/365. Through NCIC, Friends and Family members can actually speak to a multilingual, live operator at our call center seven (7) days per week, rather than being forced to navigate awkward, automated IVR systems. Family and friends are provided a toll-free Customer Service phone number as the caller ID on all inmate calls, making it easy for the Called Party to contact NCIC if unable to answer the call and if there are any questions. Our Customer Service Call Center is also located in Longview, TX and calls are never answered by any service located outside the United States. We do not outsource any aspect of our operations, ensuring that it is all based here in the United States.

The primary technician is accountable for becoming quickly familiar with the facility's infrastructure, layout, daily contacts, and general protocol for entry and work in the facility (e.g., procedures for bringing in tools, getting gate passes, coordinating escort coverage). Our approach enables our field force to be nimble in moving through our customers' clearance protocols so that problems are addressed promptly. Technicians work with designated facility personnel to keep the systems running at maximum efficiency,

meet the telephone needs of the inmate population and eliminate operational problems and/or security hazards as quickly as possible after they are identified.  In summary, technicians are available 24x7x365

| Description of Priority Levels with Examples | Response Times (Maximum Time After Service Request) | Repair Times (Maximum Time After Service Request) |
|---|---|---|
| Priority Level 1<br>• Emergency service problems<br>• More than 25% or more of all Offender phones down at a single facility<br>• Any loss of blocking, monitoring or recording functionality | 1 Hour | 4 Hours |
| Priority Level 2<br>• Normal Service Problems<br>• 0%-25% of Offender phones down at a single facility<br>• Workstation requiring trouble-shooting | 4 Hours | 24 Hours |

and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.


## System Functionality


The Facility can block and unblock an unlimited quantity of telephone numbers without NCIC's assistance although NCIC's support team is available to assist if needed. Each blocked number will contain descriptive information regarding how and when the block was applied (as well as date/time stamped). Blocked numbers can easily be unblocked, if deemed appropriate.

An inmate allowed call list works in conjunction with the blocked call list; if a phone number has been set to "block all" no inmate at the Facility will be able to dial the phone number under any circumstances. Likewise, a phone number can be blocked for a specific inmate but allowed for others, or from certain designated phones, hours of the day, etc. Following is a screenshot demonstrating the functionality to block and restrict destination numbers by inmate:

Screenshot – Allowed/Denied Destination List

The proposed system provides the ability to configure any and all inmates to particular calling patterns, call duration/time limits, warning announcement for remaining time, and time of day/on-off. Configurations are established during installation and can be adjusted based on the needs of Sebastian County as needed, at no cost. The proposed system provides a notification to both the inmate and the called party at the one-minute remaining mark. This notification/warning is configurable based on the needs of the County.

Call recordings are able to be searched and filtered at an extremely granular level through the **Call History** area of the proposed ITS. CDRs can be searched based on a large variety of criteria including inmate PIN, name, destination phone number (or partial number), date/time, inmate telephone/group of telephones, and many other items. Users also have the option of using the existing "Quick Date" options (e.g. This Month, This Week, etc.). The Call Detail screen below lists all calls that are placed/accepted in addition the report lists the date, time and duration of all calls, local or long distance and even calls to commissary will be displayed.



The **Inmates** tab shown below displays the platform's ability to allow authorized users to search for inmates by pertinent criteria.



All calls except for those marked as verified attorney-client privilege will be recorded. NCIC works diligently to ensure that all calls between inmates and their verified attorneys are not recorded. NCIC is the only large Inmate Telephone Provider that has not been a party to legal proceedings for mis-handling Attorney-Client calls.

<u>**End of RFI Response.**</u>

Sebastian County Detention Center Telephone System RFI - Securus Response

## Sungbin Park <jpark@securustechnologies.com>

Thu 4/16/2020 10:35 AM

**To:** 'llowrimore@co.sebastian.ar.us' <llowrimore@co.sebastian.ar.us> <'llowrimore@co.sebastian.ar.us' <llowrimore@co.sebastian.ar.us>>
**Cc:** Keith Grady <kgrady@securustechnologies.com> <Keith Grady <kgrady@securustechnologies.com>>

2 attachments (503 KB)
Sebastian County Detention Center Telephone System RFI.pdf; Body.png;

| | | |
|---|---|---|
| Sungbin Park <jpark@securustechnologies.com> | To | "llowrimore@co.sebastian.ar.us" <llowrimore@co.sebastian.ar.us> |
| 04/16/2020 10:36 AM | cc | Keith Grady <kgrady@securustechnologies.com> |
| | bcc | |
| | Subject | Sebastian County Detention Center Telephone System RFI - Securus Response |

Ms. Lowrimore,

Attached is Securus' response to Sebastian County Detention Center Telephone System RFI.  If you have any questions, please do not hesitate to contact me at **jpark@securustechnologies.com** or on my cell 415-305-4342.  You can also contact Keith Grady, Senior Account Executive at **kgrady@securustechnologies.com** or by phone at 214-995-5027.

Thank you,

**Sungbin Park**

**RFP Analyst**

Securus Technologies, LLC

4000 International Parkway

Carrollton, Texas 75007

--------------------------------------------

Office: (972) 440-8027

Fax: (214) 775-1567

**SecurusTechnologies.com**

- Sebastian County Detention Center Telephone System RFI.pdf

# Sebastian County Detention Center
Telephone System RFI

## Section 1 – Administrative Overview

As the undisputed leader providing inmate communications solutions over the last 32 years, Securus has fine-tuned our equipment, technology, support, and services for correctional facilities and law enforcement agencies of all sizes. Our customer's needs have always guided our direction, leading us to provide more impactful technology than any other inmate communications provider.

Securus is the only vendor that provides a complete solution from one vendor. All the products and services we are discussing in this white paper are owned and operated by Securus. From Inmate Telephone System, Video Communication, Tablets, eMessaging, Off Premises Digital Mail Processing, Investigative Tools, Voice Biometrics, Call Monitoring and analysis Services are Securus.

In addition, all personnel working on this project both during implementation and ongoing support are Securus employees based in the USA.

We are excited and look forward to the opportunity to work with Sebastian County to develop a follow up customized proposal for your unique requirements.

- Name: *Securus Technologies*
- Mailing Address: *4000 International Parkway, Carrollton, Texas 75007*
- Point of Contact: *Keith Grady, Senior Account Executive*
- Phone: *214-995-5027*
- Email: *kgrady@securustechnologies.com*
- Business Type: *Private Large Business*

## Section 2 – Telephone System Overview

NextGen Secure Communications Platform (NextGen SCP™) is a single platform for managing, researching, monitoring, investigating, and exploring information through Securus products and services. Sebastian County will benefit from NextGen SCP's fast and efficient access to communication data, increased security, unparalleled control over inmate communications, and real-time alerts.

NextGen SCP, our newest platform, has been designed specifically for the corrections customers who use our products on a daily basis. It is a powerful multi-product technology solution that is squarely focused on putting information in the hands of our customers when and where they need it.  Because it is entirely web-based, authorized users can

1

access the system at any time, from any location. This design delivers investigative
recordings with digital clarity and provides easy remote monitoring from any secure web
browser with internet access.

# A. NextGen SCP™ Features

Key features include:

- Centralized architecture
- Real-time software/system upgrades three to four times per year at no cost to
  Sebastian County
- Premium digital quality superior to that of analog-based systems, which is
  especially important for investigative purposes
- Remote monitoring 24x7x365 from Securus' Network Operations Center—we
  monitor system performance and can recognize and correct problems before you
  are aware of them.
- Advanced call recording management through a patent-pending technology to
  safeguard the chain of evidence controls on each recording, backed by free,
  professional testimony
- User-friendly reporting and self-help capabilities
- Information-sharing among partner agencies

## Investigative Tools

- Monitoring and recording available on all calls (other than those marked as
  'private')
- Patented Perma-Block allows called parties to block future calls from the facility
- CrimeTip hotline
- Scan Patrol
- Case tracking (call notes)
- Investigative reports, such as frequently called numbers, pattern dialing reports,
  and more

## Fraud Controls

- Patented three-way call detection and prevention
- Patented remote call forwarding detection
- Dual tone multi-frequency (DTMF) detection to prevent:
    - Secondary dialing
    - Switch hook dialing
    - Black boxing

2

- o Hacking
- Velocity restrictions

## Service Features

- 24x7x365 Network Operations Center monitoring
  - o You operate around the clock, and so does Securus.  We can find and fix most problems before you are aware of them and we are here to help you with your questions and requirements whenever you need us.
- 24x7x365 Technical Support through Securus' in-house Technical Support Center
  - o We have the largest employee base in the industry to serve you better and to make sure we continue to lead with enhanced technology.
- 24x7x365 end-user support through our in-house Securus Friends and Family Call Center
  - o Securus is unique among national competitors in offering an insourced, US-based call center (secures Friends and Family Call Center, SFFCC) to provide customer service to friends and family members of inmates. Our 200+ seat call center employs customer service representatives who are Securus employees, trained and managed to Securus' standards.
  - o Live agent support is available to friends and family members seven days a week, 24 hours a day, and 365 days a year.
- Ongoing training as well as training for each new software release (typically provided three to four times per year)

## Administrative Features

- Audit and activity tracking of system users
- Multi-level password controls
- Access control by day/time, as well as by IP address if desired

## Call Controls

- Global blocked number lists
- Global allowed number lists
- Calling restrictions, including duration and velocity by inmate, dialed telephone number, inmate phone, phone group, customer, or facility
- Automatic or manual system on/off controls
- Emergency Call
- Automatic management of calling restrictions

## B. Billing

Securus provides all billing services internally through Securus Friends and Family Call Center (SFFCC).

### Inmate Debit

Inmate Debit accounts are inmate-owned phone accounts that allow inmates to pay for phone calls. Because the inmate funds the calls, there is no cost to the called party. Inmates can transfer funds from the commissary system to their Inmate Debit calling account. Debit transactions include the inmate's ID and the dollar amount transferred and are sent electronically from the commissary to Securus' secure FTP server. The electronic data exchange immediately updates the NextGen SCP interface to show the inmate identification and amount of debit time added to their phone account.

Friends and family members can also fund Inmate Debit accounts. Unlike traditional prepaid collect accounts, the inmate owns the Inmate Debit account and is not limited to calling only the numbers specified by friends and family members. Inmate Debit accounts increase the inmate calling opportunities, thereby increasing revenue and commissions for Sebastian County.

### Friends and Family Funding

Securus offers friends and family members of inmates a wide variety of options to set up and fund prepaid accounts. Convenience drives account creation, and account creation drives more calling, so Securus has made the funding process easy. To create and fund a pre-paid calling account, friends and family members can:

- Call our customer service center and speak with a live operator
- Use our automated interactive voice response system
- Use our mobile-friendly website
- Fund accounts by mail
- Visit one of more than 35,000 MoneyGram locations such as Walmart and CVS Pharmacy
- Visit one of more than 58,000 Western Union locations.

### Collect Calls

Collect calls normally are billed directly by Securus and not a third party to ensure accurate billing and to control bad debt. The monthly bill statement includes a detail description of calls received, debits, credits, fees and taxes. Taxes are calculated and assessed after call completion to ensure accurate tax assessment by jurisdiction and individually documented on the payer's invoice during the billing cycle.

### Account Activator

Securus completes as many calls as possible and provides the inmate with descriptive prompts as to why a call might be blocked. One of our initiatives for completing every call is our Account Activator application.

Account Activator allows a brief conversation to occur during the first call to that number and then requires the called party to set up an account to receive future calls.

After the brief conversation, the inmate's friend or family member is connected to Securus' IVR in an attempt to set up a billing arrangement. During this time, the inmate is informed of the blocked status and requested to call at a later time while an account is set up for the called party.

### AdvanceConnect™ Accounts

An AdvanceConnect™ account is a prepaid account that allows friends and family members or special account groups, such as bail bondsmen and attorneys to receive collect calls from inmates and have the charges deducted automatically from the prepaid account.

## C. Investigative Tools

The Securus product offering is like no other in the industry. Through our robust platforms, we offer more products and investigative applications than any of our competitors.

### Live Call Monitoring

The NextGen Secure Communications Platform™ (NextGen SCP™) allows authorized users to live monitor calls in progress via a browser on an internet-connected device. This process is undetectable by the inmate or the called party and does not disrupt the recording process. The feature provides users selectable scanning of all live calls in progress in specific locations, so the user does not have to scan all phones in use.

The feature's integrated media player has a time-shifting capability allowing the investigator to pause, rewind, and replay even as recording continues. The investigator can replay any part of the conversation even after the call has ended.

NextGen SCP also allows authorized users to forward a call to an investigator and quickly identify calling patterns to the dialed number or phone in use.

NextGen SCP writes all recorded calls to a Network Attached Storage array (NAS) in our primary Data Center. Each NAS array is also replicated to the secondary Data Center for redundancy and failover. NextGen SCP can also be used to burn the information to a digital file that can be transferred to CD or DVD for additional back up, if necessary.

The calling service records all calls simultaneously and allows personnel to listen to previously recorded calls while active calls continue to be recorded. The system records the entire conversation from call acceptance to termination.

5

With integrated recording and monitoring applications, other agencies, such as the local police departments, can also access these functions. Any user that Sebastian County determines may have access can easily—and remotely—access recording and monitoring of inmate calls from any computer or device with access to the Internet.

### Covert Alert

NextGen SCP's Covert Alert feature allows Sebastian County to assign a "Covert Alert" status to inmate PINs, phones, or dialed numbers. When a call with a Covert Alert status takes place, NextGen SCP connects it to an investigator's phone number in stealth mode, allowing real-time monitoring of the call. A call can be sent to multiple numbers simultaneously allowing several investigators to listen to the call. While on the Covert Alert call, the investigator can immediately terminate the call by pressing a predetermined code. Covert Alert can also be configured to allow investigators to enter a code and interrupt the call and speak to both the inmate and called party.

Covert Alert can send calls to any phone number within the facility or across the United States. Investigators can also monitor calls through on-site workstations using the NextGen SCP Monitor Activity page, or remote live call-forwarding feature. This allows facility investigators to monitor potential illicit activities regardless of the investigator's location.

### Investigator Pro™ (IPRO)

Investigator Pro™ (IPRO) is the most powerful voice biometrics solution in the corrections industry. It is currently installed at several hundred state, county, and local agencies across the United States. IPRO was initially developed by JLG Technologies, which Securus acquired in 2014. IPRO includes a wide range of tools that identify voices by name, deter inmate PIN abuse, and provide leads for investigators pursuing illicit activity carried out over the inmate telephone system.

## IPro Call Player



Investigator Pro is a Securus solution and Securus manages the solution roadmap. It is fully integrated with the Securus call platform and is hosted in Securus' data centers. No additional hardware is required. The interface for investigators is browser-based and runs on Windows.

### Inmate Inter-Communication Evaluation and Reporting system (ICER™)

Inmate-to-inmate communication (ITIC) is a long-standing problem of which the frequency and severity has been nearly impossible to determine. In the world of inmate phone calls, we offer cutting-edge technology based on state-of-the-art, patent-pending, call-matching technology that identifies ITIC even when it's between two different correctional facilities across the country. ICER listens to and identifies all illegal communication events. If an ITIC event is detected, it is logged in the ICER system database and investigators from the participating corrections administration are automatically alerted via email to log into the ICER system for the detailed report.

### THREADS™ Analytic Data Platform

THREADS is the most widely used investigative telecommunications platform in the industry today, with more than 1.5 million inmates served, multiple petabytes of aggregated intelligence data, and more than 2 million phone calls processed per day. THREADS' powerful data analytics engine analyzes multiple types of facility data, such as inmate communication records, public phone records, billing name and address, data from confiscated cell phones, financial data, and more to automatically generate focused leads for investigators.

Unlike other investigational software, which requires users to manually upload facility data, THREADS automatically consumes facility data on a nightly basis and does not require any equipment to reside on site. THREADS separates itself from other inmate telephone service providers by providing a national community database where facilities can choose to share their data to expand and



**THREADS™**

identify more investigative opportunities and leads. Sebastian County can choose to share data with other local, regional, or national agencies depending on their investigative needs.

Through this community of data sharing, THREADS users can leverage the resources of other agencies to understand the breadth of their investigations and, therefore, close cases faster. By joining the THREADS community, users can run reports, uncover data correlations, and gather contact information unlike any other data analytics solution.

### Securus' Monitoring Solution Powered by Guarded Exchange (GEX) (A Securus Company)

Securus is the industry leader in providing call monitoring services to the corrections market. Securus' Monitoring Solution includes the most advanced technologies available integrated into a single, cohesive system coupled with live call monitoring whose sole purpose is to help generate Actionable Intelligence for our customers.

Securus' Guarded Exchange (GEX) Monitoring Solution includes:

- **Live analyst call monitoring**
- **Seventy proprietary technologies and company-developed Artificial Intelligence** that allows Securus' skilled Communication and Investigation Analysts to data mine and identify high-value calls for live monitoring and investigative escalation.
- Nearly 100 highly trained and skilled analysts, with **more than 450 years of combined experience**. More than 275 years of that is experience in the corrections, law enforcement, and investigative fields.

# Section 3 – Video Visitation Overview

The Securus Video Connect$^{SM}$ (SVC) is a web-based visitation system that allows friends, family members, attorneys, and public officials to schedule and participate in video visitation sessions with an inmate—from anywhere with internet access—using a smartphone, tablet or PC.

### Anywhere Video Communication Session

This method allows remote visitors, such as family and friends, bail bondsmen, probation officers, and attorneys a secure video session with inmates from outside the facility via a broadband internet connection on any device, including both Android and Apple mobile devices.

Remote visitors access Securus Video Connect$^{SM}$ (SVC) through the Securus mobile application or www.videovisitanywhere.net website. Remote users need only a tablet, computer, or mobile phone with a built-in or external Webcam and a microphone and speakers, or a headset.

The SVC solution enables safe, secure visitations with fewer burdens on Sebastian County Detention Center staff. This advanced solution provides multiple benefits, including:

- Enhanced facility security by reducing the possibility of inmate confrontation
- Reduction in inmate and visitor movement through a facility
- Improved inmate communication with legal representation, bail-bondsmen, family, and any other persons authorized by Sebastian County administration
- Reduction in contraband infiltration
- Increased security for visitors
- Increased inmate and visitor morale with increased opportunities to visit
- Reduced man-hours needed to escort inmates and visitors to visiting areas
- New revenue stream for the facility through paid visitation sessions

Securus Video Connect$^{SM}$ is a **100%** Web-based video communication platform and integrated inmate kiosk solution specifically designed for correctional facilities.

Our video communication service provides Securus clients the very best in video communication without the burden and costs of managing the system. Securus maintains the video communication system so family and friends will not be directed to a third-party site to create or manage their video session. The system is operational 24 hours a day, seven days a week, 365 days a year, so that Sebastian County benefits from a quality of service that is fast, accessible, and secure.

### Video Connect Terminal

The SVC service is just one of many applications available on Securus' inmate-facing ConnectUs platform. ConnectUs is the inmate user interface on the video connect terminals. ConnectUs provides limitless opportunities for inmates to self-perform tasks that reduce facility involvement and to help automate facility processes. These inmate opportunities include:



- Making phone calls
- Reading PDFs (i.e. Inmate handbook)
- Listening to MP4 videos (i.e. PREA)
- Displaying dynamic facility notifications

### Inmate Scheduled Video Connect Session

Inmate Scheduled Video Connect (ISVC) is a new feature that expands the capabilities of Securus Video Connect$^{SM}$ (SVC) by allowing the inmate to schedule and pay for the remote video session. Inmates can schedule the session from the ConnectUs terminal or tablet and then pay for the sessions using their inmate debit account. An inmate can schedule a video

session only with an individual who is already a registered member of Securus Online and is an approved visitor at the facility that houses the inmate.

### Securus Video Connect<sup>SM</sup> Barge In

SVC Barge In allows Sebastian County Detention Center staff to break into an ongoing video visitation session to send a pre-defined visual message. This message can be delivered to the inmate, the visitor, or both parties simultaneously, in English or a second language. This feature is available in both single session and multi-session monitoring.

### Multi-Session Live Monitoring Overview

Securus offers Multi-Session Live Monitoring (MSM) through the NextGen Secure Communications Platform™ (NextGen SCP™). The Securus Video Connect<sup>SM</sup> (SVC) service MSM allows facility administrators to view a "slideshow" of all active video sessions. Up to 12 simultaneous sessions can be seen on the screen at one time—more than any other video provider. If there are more than 12 active video sessions at one time, the system will scroll through all active sessions, providing Sebastian County management and control over inappropriate and suspicious behavior.

# Section 4 – Conclusion

**Only Securus** is a true technology company. We invest heavily in technology and lead the market in innovation. We have more patents than the rest of our industry combined. Likewise, our investment of $670M over the past four years is, by our estimate, 6x more than the total spent by all of our competitors over this period. We do this because we believe technology has – and will continue to – revolutionize the corrections experience creating safer facilities, reducing recidivism and increasing operational efficiencies.

**Only Securus** has the industry's most widely used, most flexible and dynamic call control platform. No other call control platform in the world has more features and investigative tools you can use to keep your community safe. No competitor comes close to the number of installations we manage of our Secure Call Platform. Our ability to share data with other agencies, both inside and outside of Arkansas is unsurpassed given the huge advantage we have over our competitors in geographic footprint.

**Only Securus** offers the widest array of programs to complete more calls than any other competitor in the industry. Your inmates' families and loved ones are also our customers. They often play a critical role in the rehabilitation of offenders by staying in contact during incarceration. This is why we provide multiple ways to communicate and provide more funding options than any other provider. We routinely improve call volumes when we displace our competition, making sure inmates can stay in touch with their loved ones.