## Sebastian County Inmate Tablet Services

RFI: Global Tel-Link Corp

Services you liked:

1. _____
2. _____
3. _____
4. _____

Services you didn't like:

1. _Sales + Service was lacking from past services_
2. _Not user friendly_
3. _More staff involvement_
4. _____

Comments:

_____
_____
_____

Overall rating of Global Tel-Link Corp: __3__ (1 highest, 3 lowest)

---

Handwritten note (sticky):

TechFriends: 1111 ④
Securus: 2332 ⑩
GTL: 3333 ⑫

EXHIBIT
28
WD, LL, Plaintiff's
02.23.2021

## Sebastian County Inmate Tablet Services

RFI: Global Tel-Link Corp

Services you liked:

1. P Commission
2. 
3. 
4. 

Services you didn't like:

1. PREVIOUS VENDOR EXPOSURE
2. Equipment
3. 
4. 

Comments:

_____
_____
_____

Overall rating of Global Tel-Link Corp: __3__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Global Tel-Link Corp

Services you liked:

1. Remote Video Visitation
2. Inmate Calling
3. 
4. 

Services you didn't like:

1. Required more demands on Staff
2. 
3. 
4. 

Comments:

This system does not seem to be user friendly.

Overall rating of Global Tel-Link Corp: __3__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Global Tel-Link Corp

Services you liked:

1. _____
2. _____
3. _____
4. _____

Services you didn't like:

1. doesn't Look rugged
2. No Jail Mail
3. _____
4. _____

Comments:

_____
_____
_____

Overall rating of Global Tel-Link Corp: ___3___ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Securus Technologies

Services you liked:

1. Platform good
2. Rugged tablets
3. 
4. 

Services you didn't like:

1. Did not have docking station like tech friends
2. 
3. 
4. 

Comments:

Overall rating of Securus Technologies: __2__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Securus Technologies

Services you liked:

1. _____
2. _____
3. _____
4. _____

Services you didn't like:

1. Lack of information on docking station
2. Does not look very durable
3. _____
4. _____

Comments:

_____
_____
_____

Overall rating of Securus Technologies: ___3___ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Securus Technologies

Services you liked:

1. ~~1 Commission~~
2. ___
3. ___
4. ___

Services you didn't like:

1. ✓ Quality
2. Standard
3. Not Ruggedized
4. Docking Station

Comments:

___
___
___

Overall rating of Securus Technologies: __3__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Securus Technologies

Services you liked:
1. Flexibility to assist inmates w/ job searches
2. and education
3. 
4. 

Services you didn't like:
1. Less options on the tablet to help
2. staff - requires more monitoring of tablets
3. 
4. 

Comments:

Overall rating of Securus Technologies: __2__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Tech Friends, Inc.

Services you liked: _Arkansas based company_

1. _Quality of tablet_
2. _References from Tulsa County_
3. _Customer Service (Reference)_
4. _Docking station Construction_
   _Minimal staff involvement._

Services you didn't like:

1. _% of commission is lower. (5%)_
2. 
3. 
4. 

Comments:

_____
_____
_____

Overall rating of Tech Friends, Inc.: __1__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Tech Friends, Inc.

Services you liked:

1. Jail Proof
2. Mail Guard
3. Security
4. Video Visitation

Services you didn't like:

1. Commisson
2.
3.
4.

Comments:

Overall rating of Tech Friends, Inc.: ___1___ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Tech Friends, Inc.

Services you liked:

1. Video Visitation -
2. Mail Processing System
3. Mounting System - locking & durability
4. Messaging - stored conversations

Services you didn't like:

1. 
2. 
3. 
4. 

Comments:

Did not find anything that I did not like.

Overall rating of Tech Friends, Inc.: __1__ (1 highest, 3 lowest)

## Sebastian County Inmate Tablet Services

RFI: Tech Friends, Inc.

Services you liked:

1. EQUIPMENT
2. SERVICES - TULSA COUNTY
3. LOW STAFF INVOLVEMENT
4. ARKANSAS BASED - JONESBORO

Services you didn't like:

1. LOWER COMMISSION
2.
3.
4.

Comments:

VIDEO VISITATION - HALO SYSTEM
OFFSITE MAIL

Overall rating of Tech Friends, Inc.: __1__ (1 highest, 3 lowest)