**REDACTED**

AR   Sebastian County Detention Center   2017-12-05 14:02:00   2020-05-17 18:29:24.043

**REDACTED**

CONFIDENTIAL-ATTORNEYS EYES ONLY                        SMARTCOMM15207

<span style="color:red">REDACTED</span>

| | | | |
|---|---|---|---|
| TX | Bowie County Correctional Center | 2018-06-06 10:40:00 | 2021-05-13 07:34:10.107 |
| MO | St. Louis Jail Facilities | 2018-06-14 16:15:00 | 2021-05-08 11:33:26.003 |

<span style="color:red">REDACTED</span>

| | | | |
|---|---|---|---|
| AR | Washington County Detention Center | 2018-07-18 15:05:00 | 2020-01-21 09:07:49.000 |

<span style="color:red">REDACTED</span>

CONFIDENTIAL-ATTORNEYS EYES ONLY                                                         SMARTCOMM15208

REDACTED

CONFIDENTIAL-ATTORNEYS EYES ONLY                    SMARTCOMM15209