

## **David Hudson**

**Sebastian County Judge**
County Court House
35 South 6th Street, Room 106
Fort Smith, Arkansas 72901
(479) 783-6139
FAX (479) 784-1550

February 25, 2021

**Via Electronic Mail:  rdalby@haltomdoan.com**

Haltom & Doan Trial & Appellate Counsel
6500 Summerhill Road
Suite 100
Texarkana, TX  75503

RE:  FOIA Request Dated February 22, 2021

Dear Mr. Dalby,

　　Please see attached report to show the Average Daily Population ("ADP")
at the Sebastian County Detention Center from January 1, 2017 to present, in
the smallest increments in which ADP information is kept.

Sincerely,

David Hudson
County Judge

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Population |
|------|-----------|
| 1/1/17 | 430 |
| 1/2/17 | 422 |
| 1/3/17 | 437 |
| 1/4/17 | 446 |
| 1/5/17 | 447 |
| 1/6/17 | 447 |
| 1/7/17 | 439 |
| 1/8/17 | 437 |
| 1/9/17 | 444 |
| 1/10/17 | 446 |
| 1/11/17 | 466 |
| 1/12/17 | 460 |
| 1/13/17 | 458 |
| 1/14/17 | 465 |
| 1/15/17 | 464 |
| 1/16/17 | 468 |
| 1/17/17 | 473 |
| 1/18/17 | 483 |
| 1/19/17 | 520 |
| 1/20/17 | 511 |
| 1/21/17 | 498 |
| 1/22/17 | 497 |
| 1/23/17 | 509 |
| 1/24/17 | 509 |
| 1/25/17 | 487 |
| 1/26/17 | 490 |
| 1/27/17 | 495 |
| 1/28/17 | 481 |
| 1/29/17 | 478 |
| 1/30/17 | 475 |
| 1/31/17 | 473 |
| 2/1/17 | 493 |
| 2/2/17 | 484 |
| 2/3/17 | 486 |
| 2/4/17 | 486 |
| 2/5/17 | 470 |
| 2/6/17 | 484 |
| 2/7/17 | 459 |
| 2/8/17 | 480 |
| 2/9/17 | 469 |
| 2/10/17 | 465 |
| 2/11/17 | 459 |
| 2/12/17 | 455 |
| 2/13/17 | 467 |
| 2/14/17 | 484 |
| 2/15/17 | 472 |
| 2/16/17 | 487 |
| 2/17/17 | 476 |
| 2/18/17 | 463 |
| 2/19/17 | 461 |
| 2/20/17 | 474 |
| 2/21/17 | 484 |

SMARTCOMM15082

Daily Population 1/1/2017 - 1/31/2021

*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 2/22/17 | 489 |
| 2/23/17 | 491 |
| 2/24/17 | 486 |
| 2/25/17 | 481 |
| 2/26/17 | 487 |
| 2/27/17 | 498 |
| 2/28/17 | 489 |
| 3/1/17 | 490 |
| 3/2/17 | 475 |
| 3/3/17 | 482 |
| 3/4/17 | 476 |
| 3/5/17 | 473 |
| 3/6/17 | 490 |
| 3/7/17 | 499 |
| 3/8/17 | 466 |
| 3/9/17 | 473 |
| 3/10/17 | 456 |
| 3/11/17 | 422 |
| 3/12/17 | 437 |
| 3/13/17 | 458 |
| 3/14/17 | 445 |
| 3/15/17 | 443 |
| 3/16/17 | 459 |
| 3/17/17 | 456 |
| 3/18/17 | 465 |
| 3/19/17 | 464 |
| 3/20/17 | 476 |
| 3/21/17 | 495 |
| 3/22/17 | 488 |
| 3/23/17 | 488 |
| 3/24/17 | 494 |
| 3/25/17 | 463 |
| 3/26/17 | 467 |
| 3/27/17 | 476 |
| 3/28/17 | 480 |
| 3/29/17 | 479 |
| 3/30/17 | 462 |
| 3/31/17 | 468 |
| 4/1/17 | 472 |
| 4/2/17 | 471 |
| 4/3/17 | 484 |
| 4/4/17 | 485 |
| 4/5/17 | 481 |
| 4/6/17 | 473 |
| 4/7/17 | 488 |
| 4/8/17 | 469 |
| 4/9/17 | 480 |
| 4/10/17 | 493 |
| 4/11/17 | 490 |
| 4/12/17 | 496 |
| 4/13/17 | 505 |
| 4/14/17 | 505 |
| 4/15/17 | 498 |
| 4/16/17 | 490 |

SMARTCOMM15083

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 4/17/17 | 507 |
| 4/18/17 | 508 |
| 4/19/17 | 484 |
| 4/20/17 | 494 |
| 4/21/17 | 497 |
| 4/22/17 | 492 |
| 4/23/17 | 497 |
| 4/24/17 | 507 |
| 4/25/17 | 488 |
| 4/26/17 | 486 |
| 4/27/17 | 473 |
| 4/28/17 | 481 |
| 4/29/17 | 476 |
| 4/30/17 | 488 |
| 5/1/17 | 503 |
| 5/2/17 | 474 |
| 5/3/17 | 491 |
| 5/4/17 | 480 |
| 5/5/17 | 468 |
| 5/6/17 | 472 |
| 5/7/17 | 470 |
| 5/8/17 | 503 |
| 5/9/17 | 528 |
| 5/10/17 | 510 |
| 5/11/17 | 511 |
| 5/12/17 | 500 |
| 5/13/17 | 498 |
| 5/14/17 | 491 |
| 5/15/17 | 508 |
| 5/16/17 | 498 |
| 5/17/17 | 486 |
| 5/18/17 | 497 |
| 5/19/17 | 490 |
| 5/20/17 | 485 |
| 5/21/17 | 483 |
| 5/22/17 | 499 |
| 5/23/17 | 514 |
| 5/24/17 | 504 |
| 5/25/17 | 502 |
| 5/26/17 | 485 |
| 5/27/17 | 492 |
| 5/28/17 | 484 |
| 5/29/17 | 488 |
| 5/30/17 | 516 |
| 5/31/17 | 520 |
| 6/1/17 | 534 |
| 6/2/17 | 508 |
| 6/3/17 | 496 |
| 6/4/17 | 501 |
| 6/5/17 | 514 |
| 6/6/17 | 512 |
| 6/7/17 | 522 |
| 6/8/17 | 521 |
| 6/9/17 | 513 |

SMARTCOMM15084

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 6/10/17 | 491 |
| 6/11/17 | 498 |
| 6/12/17 | 528 |
| 6/13/17 | 535 |
| 6/14/17 | 519 |
| 6/15/17 | 510 |
| 6/16/17 | 530 |
| 6/17/17 | 512 |
| 6/18/17 | 508 |
| 6/19/17 | 551 |
| 6/20/17 | 548 |
| 6/21/17 | 527 |
| 6/22/17 | 534 |
| 6/23/17 | 540 |
| 6/24/17 | 524 |
| 6/25/17 | 516 |
| 6/26/17 | 528 |
| 6/27/17 | 549 |
| 6/28/17 | 550 |
| 6/29/17 | 533 |
| 6/30/17 | 553 |
| 7/1/17 | 508 |
| 7/2/17 | 511 |
| 7/3/17 | 522 |
| 7/4/17 | 512 |
| 7/5/17 | 530 |
| 7/6/17 | 518 |
| 7/7/17 | 509 |
| 7/8/17 | 487 |
| 7/9/17 | 503 |
| 7/10/17 | 522 |
| 7/11/17 | 516 |
| 7/12/17 | 531 |
| 7/13/17 | 525 |
| 7/14/17 | 527 |
| 7/15/17 | 530 |
| 7/16/17 | 537 |
| 7/17/17 | 550 |
| 7/18/17 | 543 |
| 7/19/17 | 522 |
| 7/20/17 | 538 |
| 7/21/17 | 530 |
| 7/22/17 | 523 |
| 7/23/17 | 520 |
| 7/24/17 | 532 |
| 7/25/17 | 522 |
| 7/26/17 | 525 |
| 7/27/17 | 514 |
| 7/28/17 | 515 |
| 7/29/17 | 504 |
| 7/30/17 | 508 |
| 7/31/17 | 521 |
| 8/1/17 | 529 |
| 8/2/17 | 537 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 8/3/17 | 548 |
| 8/4/17 | 557 |
| 8/5/17 | 534 |
| 8/6/17 | 533 |
| 8/7/17 | 549 |
| 8/8/17 | 534 |
| 8/9/17 | 536 |
| 8/10/17 | 558 |
| 8/11/17 | 544 |
| 8/12/17 | 524 |
| 8/13/17 | 536 |
| 8/14/17 | 558 |
| 8/15/17 | 545 |
| 8/16/17 | 548 |
| 8/17/17 | 532 |
| 8/18/17 | 545 |
| 8/19/17 | 550 |
| 8/20/17 | 555 |
| 8/21/17 | 571 |
| 8/22/17 | 570 |
| 8/23/17 | 545 |
| 8/24/17 | 557 |
| 8/25/17 | 553 |
| 8/26/17 | 553 |
| 8/27/17 | 549 |
| 8/28/17 | 547 |
| 8/29/17 | 542 |
| 8/30/17 | 543 |
| 8/31/17 | 557 |
| 9/1/17 | 552 |
| 9/2/17 | 518 |
| 9/3/17 | 531 |
| 9/4/17 | 542 |
| 9/5/17 | 561 |
| 9/6/17 | 548 |
| 9/7/17 | 537 |
| 9/8/17 | 536 |
| 9/9/17 | 531 |
| 9/10/17 | 530 |
| 9/11/17 | 553 |
| 9/12/17 | 571 |
| 9/13/17 | 562 |
| 9/14/17 | 572 |
| 9/15/17 | 572 |
| 9/16/17 | 520 |
| 9/17/17 | 519 |
| 9/18/17 | 538 |
| 9/19/17 | 551 |
| 9/20/17 | 552 |
| 9/21/17 | 562 |
| 9/22/17 | 567 |
| 9/23/17 | 551 |
| 9/24/17 | 551 |
| 9/25/17 | 550 |

SMARTCOMM15086

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 9/26/17 | 538 |
| 9/27/17 | 536 |
| 9/28/17 | 540 |
| 9/29/17 | 523 |
| 9/30/17 | 516 |
| 10/1/17 | 522 |
| 10/2/17 | 521 |
| 10/3/17 | 533 |
| 10/4/17 | 518 |
| 10/5/17 | 519 |
| 10/6/17 | 517 |
| 10/7/17 | 518 |
| 10/8/17 | 526 |
| 10/9/17 | 532 |
| 10/10/17 | 519 |
| 10/11/17 | 523 |
| 10/12/17 | 502 |
| 10/13/17 | 522 |
| 10/14/17 | 506 |
| 10/15/17 | 504 |
| 10/16/17 | 501 |
| 10/17/17 | 512 |
| 10/18/17 | 499 |
| 10/19/17 | 473 |
| 10/20/17 | 465 |
| 10/21/17 | 473 |
| 10/22/17 | 474 |
| 10/23/17 | 492 |
| 10/24/17 | 496 |
| 10/25/17 | 495 |
| 10/26/17 | 500 |
| 10/27/17 | 491 |
| 10/28/17 | 477 |
| 10/29/17 | 480 |
| 10/30/17 | 496 |
| 10/31/17 | 478 |
| 11/1/17 | 488 |
| 11/2/17 | 485 |
| 11/3/17 | 470 |
| 11/4/17 | 481 |
| 11/5/17 | 495 |
| 11/6/17 | 505 |
| 11/7/17 | 479 |
| 11/8/17 | 468 |
| 11/9/17 | 463 |
| 11/10/17 | 453 |
| 11/11/17 | 461 |
| 11/12/17 | 462 |
| 11/13/17 | 480 |
| 11/14/17 | 465 |
| 11/15/17 | 466 |
| 11/16/17 | 462 |
| 11/17/17 | 466 |
| 11/18/17 | 467 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 11/19/17 | 472 |
| 11/20/17 | 486 |
| 11/21/17 | 490 |
| 11/22/17 | 466 |
| 11/23/17 | 444 |
| 11/24/17 | 458 |
| 11/25/17 | 458 |
| 11/26/17 | 469 |
| 11/27/17 | 488 |
| 11/28/17 | 465 |
| 11/29/17 | 472 |
| 11/30/17 | 456 |
| 12/1/17 | 462 |
| 12/2/17 | 448 |
| 12/3/17 | 447 |
| 12/4/17 | 468 |
| 12/5/17 | 473 |
| 12/6/17 | 477 |
| 12/7/17 | 465 |
| 12/8/17 | 455 |
| 12/9/17 | 454 |
| 12/10/17 | 458 |
| 12/11/17 | 478 |
| 12/12/17 | 457 |
| 12/13/17 | 452 |
| 12/14/17 | 454 |
| 12/15/17 | 456 |
| 12/16/17 | 442 |
| 12/17/17 | 432 |
| 12/18/17 | 461 |
| 12/19/17 | 439 |
| 12/20/17 | 426 |
| 12/21/17 | 415 |
| 12/22/17 | 401 |
| 12/23/17 | 362 |
| 12/24/17 | 367 |
| 12/25/17 | 355 |
| 12/26/17 | 372 |
| 12/27/17 | 386 |
| 12/28/17 | 378 |
| 12/29/17 | 387 |
| 12/30/17 | 392 |
| 12/31/17 | 396 |
| 1/1/18 | 392 |
| 1/2/18 | 402 |
| 1/3/18 | 406 |
| 1/4/18 | 411 |
| 1/5/18 | 398 |
| 1/6/18 | 392 |
| 1/7/18 | 392 |
| 1/8/18 | 402 |
| 1/9/18 | 410 |
| 1/10/18 | 422 |
| 1/11/18 | 415 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 1/12/18 | 406 |
| 1/13/18 | 406 |
| 1/14/18 | 424 |
| 1/15/18 | 438 |
| 1/16/18 | 440 |
| 1/17/18 | 436 |
| 1/18/18 | 430 |
| 1/19/18 | 442 |
| 1/20/18 | 448 |
| 1/21/18 | 447 |
| 1/22/18 | 461 |
| 1/23/18 | 476 |
| 1/24/18 | 477 |
| 1/25/18 | 471 |
| 1/26/18 | 481 |
| 1/27/18 | 475 |
| 1/28/18 | 491 |
| 1/29/18 | 492 |
| 1/30/18 | 473 |
| 1/31/18 | 467 |
| 2/1/18 | 496 |
| 2/2/18 | 466 |
| 2/3/18 | 460 |
| 2/4/18 | 446 |
| 2/5/18 | 458 |
| 2/6/18 | 455 |
| 2/7/18 | 446 |
| 2/8/18 | 451 |
| 2/9/18 | 473 |
| 2/10/18 | 441 |
| 2/11/18 | 426 |
| 2/12/18 | 451 |
| 2/13/18 | 442 |
| 2/14/18 | 433 |
| 2/15/18 | 442 |
| 2/16/18 | 450 |
| 2/17/18 | 443 |
| 2/18/18 | 457 |
| 2/19/18 | 458 |
| 2/20/18 | 457 |
| 2/21/18 | 446 |
| 2/22/18 | 445 |
| 2/23/18 | 446 |
| 2/24/18 | 442 |
| 2/25/18 | 455 |
| 2/26/18 | 460 |
| 2/27/18 | 458 |
| 2/28/18 | 446 |
| 3/1/18 | 442 |
| 3/2/18 | 435 |
| 3/3/18 | 433 |
| 3/4/18 | 430 |
| 3/5/18 | 458 |
| 3/6/18 | 450 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 3/7/18 | 452 |
| 3/8/18 | 443 |
| 3/9/18 | 436 |
| 3/10/18 | 425 |
| 3/11/18 | 430 |
| 3/12/18 | 456 |
| 3/13/18 | 434 |
| 3/14/18 | 433 |
| 3/15/18 | 433 |
| 3/16/18 | 435 |
| 3/17/18 | 429 |
| 3/18/18 | 446 |
| 3/19/18 | 443 |
| 3/20/18 | 452 |
| 3/21/18 | 440 |
| 3/22/18 | 452 |
| 3/23/18 | 448 |
| 3/24/18 | 437 |
| 3/25/18 | 430 |
| 3/26/18 | 433 |
| 3/27/18 | 437 |
| 3/28/18 | 428 |
| 3/29/18 | 441 |
| 3/30/18 | 443 |
| 3/31/18 | 419 |
| 4/1/18 | 414 |
| 4/2/18 | 428 |
| 4/3/18 | 409 |
| 4/4/18 | 404 |
| 4/5/18 | 402 |
| 4/6/18 | 412 |
| 4/7/18 | 422 |
| 4/8/18 | 437 |
| 4/9/18 | 452 |
| 4/10/18 | 456 |
| 4/11/18 | 439 |
| 4/12/18 | 435 |
| 4/13/18 | 435 |
| 4/14/18 | 419 |
| 4/15/18 | 429 |
| 4/16/18 | 442 |
| 4/17/18 | 434 |
| 4/18/18 | 433 |
| 4/19/18 | 407 |
| 4/20/18 | 420 |
| 4/21/18 | 404 |
| 4/22/18 | 408 |
| 4/23/18 | 442 |
| 4/24/18 | 436 |
| 4/25/18 | 415 |
| 4/26/18 | 407 |
| 4/27/18 | 404 |
| 4/28/18 | 400 |
| 4/29/18 | 416 |

SMARTCOMM15090

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 4/30/18 | 412 |
| 5/1/18 | 419 |
| 5/2/18 | 419 |
| 5/3/18 | 405 |
| 5/4/18 | 398 |
| 5/5/18 | 380 |
| 5/6/18 | 388 |
| 5/7/18 | 398 |
| 5/8/18 | 395 |
| 5/9/18 | 406 |
| 5/10/18 | 403 |
| 5/11/18 | 397 |
| 5/12/18 | 404 |
| 5/13/18 | 401 |
| 5/14/18 | 430 |
| 5/15/18 | 421 |
| 5/16/18 | 408 |
| 5/17/18 | 413 |
| 5/18/18 | 412 |
| 5/19/18 | 403 |
| 5/20/18 | 416 |
| 5/21/18 | 425 |
| 5/22/18 | 411 |
| 5/23/18 | 414 |
| 5/24/18 | 421 |
| 5/25/18 | 423 |
| 5/26/18 | 416 |
| 5/27/18 | 423 |
| 5/28/18 | 447 |
| 5/29/18 | 454 |
| 5/30/18 | 451 |
| 5/31/18 | 452 |
| 6/1/18 | 450 |
| 6/2/18 | 425 |
| 6/3/18 | 429 |
| 6/4/18 | 426 |
| 6/5/18 | 430 |
| 6/6/18 | 421 |
| 6/7/18 | 418 |
| 6/8/18 | 429 |
| 6/9/18 | 408 |
| 6/10/18 | 416 |
| 6/11/18 | 431 |
| 6/12/18 | 431 |
| 6/13/18 | 425 |
| 6/14/18 | 434 |
| 6/15/18 | 437 |
| 6/16/18 | 414 |
| 6/17/18 | 430 |
| 6/18/18 | 433 |
| 6/19/18 | 440 |
| 6/20/18 | 436 |
| 6/21/18 | 407 |
| 6/22/18 | 401 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 6/23/18 | 408 |
| 6/24/18 | 422 |
| 6/25/18 | 429 |
| 6/26/18 | 425 |
| 6/27/18 | 421 |
| 6/28/18 | 421 |
| 6/29/18 | 429 |
| 6/30/18 | 428 |
| 7/1/18 | 435 |
| 7/2/18 | 449 |
| 7/3/18 | 455 |
| 7/4/18 | 422 |
| 7/5/18 | 422 |
| 7/6/18 | 459 |
| 7/7/18 | 459 |
| 7/8/18 | 471 |
| 7/9/18 | 467 |
| 7/10/18 | 459 |
| 7/11/18 | 461 |
| 7/12/18 | 460 |
| 7/13/18 | 480 |
| 7/14/18 | 442 |
| 7/15/18 | 438 |
| 7/16/18 | 452 |
| 7/17/18 | 439 |
| 7/18/18 | 446 |
| 7/19/18 | 428 |
| 7/20/18 | 438 |
| 7/21/18 | 427 |
| 7/22/18 | 438 |
| 7/23/18 | 437 |
| 7/24/18 | 419 |
| 7/25/18 | 427 |
| 7/26/18 | 437 |
| 7/27/18 | 435 |
| 7/28/18 | 438 |
| 7/29/18 | 463 |
| 7/30/18 | 474 |
| 7/31/18 | 473 |
| 8/1/18 | 458 |
| 8/2/18 | 441 |
| 8/3/18 | 450 |
| 8/4/18 | 454 |
| 8/5/18 | 478 |
| 8/6/18 | 483 |
| 8/7/18 | 460 |
| 8/8/18 | 455 |
| 8/9/18 | 461 |
| 8/10/18 | 457 |
| 8/11/18 | 453 |
| 8/12/18 | 455 |
| 8/13/18 | 469 |
| 8/14/18 | 463 |
| 8/15/18 | 456 |

SMARTCOMM15092

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

J190

| Date | Count |
|---|---|
| 8/16/18 | 458 |
| 8/17/18 | 451 |
| 8/18/18 | 459 |
| 8/19/18 | 478 |
| 8/20/18 | 496 |
| 8/21/18 | 488 |
| 8/22/18 | 490 |
| 8/23/18 | 495 |
| 8/24/18 | 493 |
| 8/25/18 | 505 |
| 8/26/18 | 499 |
| 8/27/18 | 498 |
| 8/28/18 | 482 |
| 8/29/18 | 485 |
| 8/30/18 | 468 |
| 8/31/18 | 475 |
| 9/1/18 | 480 |
| 9/2/18 | 461 |
| 9/3/18 | 471 |
| 9/4/18 | 469 |
| 9/5/18 | 469 |
| 9/6/18 | 482 |
| 9/7/18 | 492 |
| 9/8/18 | 489 |
| 9/9/18 | 490 |
| 9/10/18 | 512 |
| 9/11/18 | 489 |
| 9/12/18 | 487 |
| 9/13/18 | 476 |
| 9/14/18 | 479 |
| 9/15/18 | 471 |
| 9/16/18 | 471 |
| 9/17/18 | 492 |
| 9/18/18 | 468 |
| 9/19/18 | 477 |
| 9/20/18 | 482 |
| 9/21/18 | 479 |
| 9/22/18 | 446 |
| 9/23/18 | 459 |
| 9/24/18 | 464 |
| 9/25/18 | 460 |
| 9/26/18 | 459 |
| 9/27/18 | 458 |
| 9/28/18 | 434 |
| 9/29/18 | 435 |
| 9/30/18 | 434 |
| 10/1/18 | 435 |
| 10/2/18 | 422 |
| 10/3/18 | 423 |
| 10/4/18 | 424 |
| 10/5/18 | 425 |
| 10/6/18 | 426 |
| 10/7/18 | 439 |
| 10/8/18 | 454 |

SMARTCOMM15093

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 10/9/18 | 439 |
| 10/10/18 | 427 |
| 10/11/18 | 431 |
| 10/12/18 | 434 |
| 10/13/18 | 424 |
| 10/14/18 | 429 |
| 10/15/18 | 447 |
| 10/16/18 | 441 |
| 10/17/18 | 455 |
| 10/18/18 | 456 |
| 10/19/18 | 442 |
| 10/20/18 | 427 |
| 10/21/18 | 437 |
| 10/22/18 | 444 |
| 10/23/18 | 446 |
| 10/24/18 | 454 |
| 10/25/18 | 456 |
| 10/26/18 | 424 |
| 10/27/18 | 415 |
| 10/28/18 | 413 |
| 10/29/18 | 427 |
| 10/30/18 | 426 |
| 10/31/18 | 417 |
| 11/1/18 | 414 |
| 11/2/18 | 422 |
| 11/3/18 | 415 |
| 11/4/18 | 424 |
| 11/5/18 | 418 |
| 11/6/18 | 426 |
| 11/7/18 | 424 |
| 11/8/18 | 424 |
| 11/9/18 | 435 |
| 11/10/18 | 427 |
| 11/11/18 | 433 |
| 11/12/18 | 437 |
| 11/13/18 | 438 |
| 11/14/18 | 447 |
| 11/15/18 | 439 |
| 11/16/18 | 425 |
| 11/17/18 | 442 |
| 11/18/18 | 436 |
| 11/19/18 | 446 |
| 11/20/18 | 436 |
| 11/21/18 | 426 |
| 11/22/18 | 404 |
| 11/23/18 | 414 |
| 11/24/18 | 433 |
| 11/25/18 | 445 |
| 11/26/18 | 454 |
| 11/27/18 | 446 |
| 11/28/18 | 428 |
| 11/29/18 | 429 |
| 11/30/18 | 435 |
| 12/1/18 | 438 |

SMARTCOMM15094

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 12/2/18 | 437 |
| 12/3/18 | 442 |
| 12/4/18 | 452 |
| 12/5/18 | 426 |
| 12/6/18 | 425 |
| 12/7/18 | 417 |
| 12/8/18 | 398 |
| 12/9/18 | 395 |
| 12/10/18 | 418 |
| 12/11/18 | 429 |
| 12/12/18 | 431 |
| 12/13/18 | 407 |
| 12/14/18 | 410 |
| 12/15/18 | 414 |
| 12/16/18 | 417 |
| 12/17/18 | 416 |
| 12/18/18 | 407 |
| 12/19/18 | 420 |
| 12/20/18 | 415 |
| 12/21/18 | 408 |
| 12/22/18 | 388 |
| 12/23/18 | 385 |
| 12/24/18 | 382 |
| 12/25/18 | 354 |
| 12/26/18 | 369 |
| 12/27/18 | 372 |
| 12/28/18 | 371 |
| 12/29/18 | 376 |
| 12/30/18 | 391 |
| 12/31/18 | 397 |
| 1/1/19 | 393 |
| 1/2/19 | 406 |
| 1/3/19 | 404 |
| 1/4/19 | 406 |
| 1/5/19 | 401 |
| 1/6/19 | 404 |
| 1/7/19 | 420 |
| 1/8/19 | 414 |
| 1/9/19 | 409 |
| 1/10/19 | 416 |
| 1/11/19 | 408 |
| 1/12/19 | 400 |
| 1/13/19 | 407 |
| 1/14/19 | 425 |
| 1/15/19 | 410 |
| 1/16/19 | 418 |
| 1/17/19 | 423 |
| 1/18/19 | 412 |
| 1/19/19 | 394 |
| 1/20/19 | 402 |
| 1/21/19 | 392 |
| 1/22/19 | 418 |
| 1/23/19 | 389 |
| 1/24/19 | 399 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 1/25/19 | 384 |
| 1/26/19 | 380 |
| 1/27/19 | 391 |
| 1/28/19 | 393 |
| 1/29/19 | 397 |
| 1/30/19 | 399 |
| 1/31/19 | 394 |
| 2/1/19 | 368 |
| 2/2/19 | 357 |
| 2/3/19 | 352 |
| 2/4/19 | 367 |
| 2/5/19 | 357 |
| 2/6/19 | 363 |
| 2/7/19 | 354 |
| 2/8/19 | 358 |
| 2/9/19 | 350 |
| 2/10/19 | 345 |
| 2/11/19 | 349 |
| 2/12/19 | 356 |
| 2/13/19 | 388 |
| 2/14/19 | 395 |
| 2/15/19 | 394 |
| 2/16/19 | 382 |
| 2/17/19 | 379 |
| 2/18/19 | 370 |
| 2/19/19 | 380 |
| 2/20/19 | 359 |
| 2/21/19 | 381 |
| 2/22/19 | 368 |
| 2/23/19 | 355 |
| 2/24/19 | 354 |
| 2/25/19 | 367 |
| 2/26/19 | 370 |
| 2/27/19 | 372 |
| 2/28/19 | 362 |
| 3/1/19 | 370 |
| 3/2/19 | 359 |
| 3/3/19 | 357 |
| 3/4/19 | 366 |
| 3/5/19 | 361 |
| 3/6/19 | 382 |
| 3/7/19 | 362 |
| 3/8/19 | 380 |
| 3/9/19 | 359 |
| 3/10/19 | 360 |
| 3/11/19 | 365 |
| 3/12/19 | 368 |
| 3/13/19 | 375 |
| 3/14/19 | 375 |
| 3/15/19 | 360 |
| 3/16/19 | 349 |
| 3/17/19 | 356 |
| 3/18/19 | 373 |
| 3/19/19 | 368 |

SMARTCOMM15096

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

J190

| Date | Count |
|------|-------|
| 3/20/19 | 367 |
| 3/21/19 | 363 |
| 3/22/19 | 362 |
| 3/23/19 | 349 |
| 3/24/19 | 345 |
| 3/25/19 | 368 |
| 3/26/19 | 369 |
| 3/27/19 | 375 |
| 3/28/19 | 380 |
| 3/29/19 | 375 |
| 3/30/19 | 380 |
| 3/31/19 | 388 |
| 4/1/19 | 410 |
| 4/2/19 | 400 |
| 4/3/19 | 401 |
| 4/4/19 | 397 |
| 4/5/19 | 397 |
| 4/6/19 | 379 |
| 4/7/19 | 396 |
| 4/8/19 | 414 |
| 4/9/19 | 415 |
| 4/10/19 | 393 |
| 4/11/19 | 392 |
| 4/12/19 | 388 |
| 4/13/19 | 393 |
| 4/14/19 | 399 |
| 4/15/19 | 412 |
| 4/16/19 | 431 |
| 4/17/19 | 424 |
| 4/18/19 | 409 |
| 4/19/19 | 410 |
| 4/20/19 | 403 |
| 4/21/19 | 418 |
| 4/22/19 | 439 |
| 4/23/19 | 443 |
| 4/24/19 | 414 |
| 4/25/19 | 414 |
| 4/26/19 | 439 |
| 4/27/19 | 421 |
| 4/28/19 | 423 |
| 4/29/19 | 425 |
| 4/30/19 | 436 |
| 5/1/19 | 415 |
| 5/2/19 | 399 |
| 5/3/19 | 403 |
| 5/4/19 | 405 |
| 5/5/19 | 411 |
| 5/6/19 | 415 |
| 5/7/19 | 432 |
| 5/8/19 | 424 |
| 5/9/19 | 414 |
| 5/10/19 | 424 |
| 5/11/19 | 440 |
| 5/12/19 | 435 |

SMARTCOMM15097

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 5/13/19 | 446 |
| 5/14/19 | 435 |
| 5/15/19 | 419 |
| 5/16/19 | 411 |
| 5/17/19 | 409 |
| 5/18/19 | 406 |
| 5/19/19 | 415 |
| 5/20/19 | 431 |
| 5/21/19 | 414 |
| 5/22/19 | 422 |
| 5/23/19 | 416 |
| 5/24/19 | 412 |
| 5/25/19 | 420 |
| 5/26/19 | 426 |
| 5/27/19 | 433 |
| 5/28/19 | 443 |
| 5/29/19 | 438 |
| 5/30/19 | 418 |
| 5/31/19 | 424 |
| 6/1/19 | 387 |
| 6/2/19 | 418 |
| 6/3/19 | 432 |
| 6/4/19 | 420 |
| 6/5/19 | 421 |
| 6/6/19 | 414 |
| 6/7/19 | 385 |
| 6/8/19 | 378 |
| 6/9/19 | 393 |
| 6/10/19 | 400 |
| 6/11/19 | 389 |
| 6/12/19 | 402 |
| 6/13/19 | 416 |
| 6/14/19 | 405 |
| 6/15/19 | 410 |
| 6/16/19 | 416 |
| 6/17/19 | 430 |
| 6/18/19 | 420 |
| 6/19/19 | 437 |
| 6/20/19 | 435 |
| 6/21/19 | 434 |
| 6/22/19 | 430 |
| 6/23/19 | 424 |
| 6/24/19 | 435 |
| 6/25/19 | 438 |
| 6/26/19 | 425 |
| 6/27/19 | 407 |
| 6/28/19 | 397 |
| 6/29/19 | 421 |
| 6/30/19 | 421 |
| 7/1/19 | 423 |
| 7/2/19 | 426 |
| 7/3/19 | 403 |
| 7/4/19 | 400 |
| 7/5/19 | 419 |

SMARTCOMM15098

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 7/6/19 | 412 |
| 7/7/19 | 416 |
| 7/8/19 | 431 |
| 7/9/19 | 431 |
| 7/10/19 | 416 |
| 7/11/19 | 409 |
| 7/12/19 | 420 |
| 7/13/19 | 417 |
| 7/14/19 | 435 |
| 7/15/19 | 445 |
| 7/16/19 | 451 |
| 7/17/19 | 436 |
| 7/18/19 | 421 |
| 7/19/19 | 429 |
| 7/20/19 | 416 |
| 7/21/19 | 422 |
| 7/22/19 | 442 |
| 7/23/19 | 436 |
| 7/24/19 | 434 |
| 7/25/19 | 414 |
| 7/26/19 | 410 |
| 7/27/19 | 396 |
| 7/28/19 | 391 |
| 7/29/19 | 390 |
| 7/30/19 | 402 |
| 7/31/19 | 412 |
| 8/1/19 | 412 |
| 8/2/19 | 418 |
| 8/3/19 | 399 |
| 8/4/19 | 397 |
| 8/5/19 | 400 |
| 8/6/19 | 423 |
| 8/7/19 | 413 |
| 8/8/19 | 396 |
| 8/9/19 | 399 |
| 8/10/19 | 390 |
| 8/11/19 | 403 |
| 8/12/19 | 414 |
| 8/13/19 | 409 |
| 8/14/19 | 418 |
| 8/15/19 | 421 |
| 8/16/19 | 426 |
| 8/17/19 | 388 |
| 8/18/19 | 406 |
| 8/19/19 | 424 |
| 8/20/19 | 424 |
| 8/21/19 | 414 |
| 8/22/19 | 407 |
| 8/23/19 | 396 |
| 8/24/19 | 395 |
| 8/25/19 | 399 |
| 8/26/19 | 412 |
| 8/27/19 | 396 |
| 8/28/19 | 386 |

SMARTCOMM15099

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 8/29/19 | 392 |
| 8/30/19 | 387 |
| 8/31/19 | 381 |
| 9/1/19 | 387 |
| 9/2/19 | 388 |
| 9/3/19 | 398 |
| 9/4/19 | 380 |
| 9/5/19 | 374 |
| 9/6/19 | 372 |
| 9/7/19 | 372 |
| 9/8/19 | 371 |
| 9/9/19 | 398 |
| 9/10/19 | 395 |
| 9/11/19 | 403 |
| 9/12/19 | 398 |
| 9/13/19 | 383 |
| 9/14/19 | 371 |
| 9/15/19 | 363 |
| 9/16/19 | 393 |
| 9/17/19 | 405 |
| 9/18/19 | 395 |
| 9/19/19 | 392 |
| 9/20/19 | 392 |
| 9/21/19 | 380 |
| 9/22/19 | 382 |
| 9/23/19 | 404 |
| 9/24/19 | 410 |
| 9/25/19 | 402 |
| 9/26/19 | 397 |
| 9/27/19 | 391 |
| 9/28/19 | 386 |
| 9/29/19 | 381 |
| 9/30/19 | 389 |
| 10/1/19 | 387 |
| 10/2/19 | 383 |
| 10/3/19 | 391 |
| 10/4/19 | 399 |
| 10/5/19 | 397 |
| 10/6/19 | 391 |
| 10/7/19 | 405 |
| 10/8/19 | 396 |
| 10/9/19 | 382 |
| 10/10/19 | 402 |
| 10/11/19 | 403 |
| 10/12/19 | 391 |
| 10/13/19 | 392 |
| 10/14/19 | 405 |
| 10/15/19 | 396 |
| 10/16/19 | 396 |
| 10/17/19 | 392 |
| 10/18/19 | 404 |
| 10/19/19 | 414 |
| 10/20/19 | 400 |
| 10/21/19 | 407 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 10/22/19 | 412 |
| 10/23/19 | 410 |
| 10/24/19 | 400 |
| 10/25/19 | 413 |
| 10/26/19 | 392 |
| 10/27/19 | 408 |
| 10/28/19 | 417 |
| 10/29/19 | 414 |
| 10/30/19 | 406 |
| 10/31/19 | 391 |
| 11/1/19 | 400 |
| 11/2/19 | 376 |
| 11/3/19 | 394 |
| 11/4/19 | 413 |
| 11/5/19 | 406 |
| 11/6/19 | 403 |
| 11/7/19 | 411 |
| 11/8/19 | 416 |
| 11/9/19 | 408 |
| 11/10/19 | 426 |
| 11/11/19 | 422 |
| 11/12/19 | 432 |
| 11/13/19 | 427 |
| 11/14/19 | 418 |
| 11/15/19 | 391 |
| 11/16/19 | 385 |
| 11/17/19 | 392 |
| 11/18/19 | 399 |
| 11/19/19 | 395 |
| 11/20/19 | 370 |
| 11/21/19 | 374 |
| 11/22/19 | 380 |
| 11/23/19 | 384 |
| 11/24/19 | 379 |
| 11/25/19 | 402 |
| 11/26/19 | 387 |
| 11/27/19 | 380 |
| 11/28/19 | 369 |
| 11/29/19 | 376 |
| 11/30/19 | 397 |
| 12/1/19 | 404 |
| 12/2/19 | 401 |
| 12/3/19 | 395 |
| 12/4/19 | 389 |
| 12/5/19 | 393 |
| 12/6/19 | 393 |
| 12/7/19 | 365 |
| 12/8/19 | 370 |
| 12/9/19 | 380 |
| 12/10/19 | 368 |
| 12/11/19 | 373 |
| 12/12/19 | 379 |
| 12/13/19 | 387 |
| 12/14/19 | 384 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 12/15/19 | 384 |
| 12/16/19 | 393 |
| 12/17/19 | 385 |
| 12/18/19 | 391 |
| 12/19/19 | 394 |
| 12/20/19 | 392 |
| 12/21/19 | 387 |
| 12/22/19 | 379 |
| 12/23/19 | 389 |
| 12/24/19 | 385 |
| 12/25/19 | 374 |
| 12/26/19 | 387 |
| 12/27/19 | 408 |
| 12/28/19 | 401 |
| 12/29/19 | 411 |
| 12/30/19 | 418 |
| 12/31/19 | 409 |
| 1/1/20 | 406 |
| 1/2/20 | 409 |
| 1/3/20 | 411 |
| 1/4/20 | 420 |
| 1/5/20 | 414 |
| 1/6/20 | 424 |
| 1/7/20 | 430 |
| 1/8/20 | 417 |
| 1/9/20 | 408 |
| 1/10/20 | 415 |
| 1/11/20 | 377 |
| 1/12/20 | 387 |
| 1/13/20 | 392 |
| 1/14/20 | 390 |
| 1/15/20 | 391 |
| 1/16/20 | 379 |
| 1/17/20 | 393 |
| 1/18/20 | 393 |
| 1/19/20 | 377 |
| 1/20/20 | 377 |
| 1/21/20 | 405 |
| 1/22/20 | 407 |
| 1/23/20 | 408 |
| 1/24/20 | 392 |
| 1/25/20 | 385 |
| 1/26/20 | 395 |
| 1/27/20 | 394 |
| 1/28/20 | 386 |
| 1/29/20 | 379 |
| 1/30/20 | 379 |
| 1/31/20 | 377 |
| 2/1/20 | 376 |
| 2/2/20 | 393 |
| 2/3/20 | 401 |
| 2/4/20 | 409 |
| 2/5/20 | 417 |
| 2/6/20 | 404 |

Daily Population 1/1/2017 - 1/31/2021                    J190
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 2/7/20 | 397 |
| 2/8/20 | 416 |
| 2/9/20 | 414 |
| 2/10/20 | 424 |
| 2/11/20 | 416 |
| 2/12/20 | 396 |
| 2/13/20 | 393 |
| 2/14/20 | 404 |
| 2/15/20 | 366 |
| 2/16/20 | 382 |
| 2/17/20 | 384 |
| 2/18/20 | 391 |
| 2/19/20 | 393 |
| 2/20/20 | 386 |
| 2/21/20 | 379 |
| 2/22/20 | 391 |
| 2/23/20 | 397 |
| 2/24/20 | 404 |
| 2/25/20 | 392 |
| 2/26/20 | 391 |
| 2/27/20 | 384 |
| 2/28/20 | 360 |
| 2/29/20 | 368 |
| 3/1/20 | 363 |
| 3/2/20 | 377 |
| 3/3/20 | 382 |
| 3/4/20 | 389 |
| 3/5/20 | 383 |
| 3/6/20 | 394 |
| 3/7/20 | 386 |
| 3/8/20 | 381 |
| 3/9/20 | 402 |
| 3/10/20 | 393 |
| 3/11/20 | 392 |
| 3/12/20 | 384 |
| 3/13/20 | 386 |
| 3/14/20 | 362 |
| 3/15/20 | 368 |
| 3/16/20 | 382 |
| 3/17/20 | 360 |
| 3/18/20 | 344 |
| 3/19/20 | 347 |
| 3/20/20 | 341 |
| 3/21/20 | 316 |
| 3/22/20 | 320 |
| 3/23/20 | 327 |
| 3/24/20 | 299 |
| 3/25/20 | 282 |
| 3/26/20 | 272 |
| 3/27/20 | 277 |
| 3/28/20 | 261 |
| 3/29/20 | 259 |
| 3/30/20 | 262 |
| 3/31/20 | 256 |

SMARTCOMM15103

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 4/1/20 | 261 |
| 4/2/20 | 260 |
| 4/3/20 | 257 |
| 4/4/20 | 253 |
| 4/5/20 | 255 |
| 4/6/20 | 259 |
| 4/7/20 | 254 |
| 4/8/20 | 256 |
| 4/9/20 | 258 |
| 4/10/20 | 261 |
| 4/11/20 | 256 |
| 4/12/20 | 256 |
| 4/13/20 | 253 |
| 4/14/20 | 256 |
| 4/15/20 | 254 |
| 4/16/20 | 254 |
| 4/17/20 | 252 |
| 4/18/20 | 250 |
| 4/19/20 | 258 |
| 4/20/20 | 259 |
| 4/21/20 | 264 |
| 4/22/20 | 264 |
| 4/23/20 | 265 |
| 4/24/20 | 262 |
| 4/25/20 | 267 |
| 4/26/20 | 268 |
| 4/27/20 | 282 |
| 4/28/20 | 265 |
| 4/29/20 | 269 |
| 4/30/20 | 263 |
| 5/1/20 | 268 |
| 5/2/20 | 260 |
| 5/3/20 | 267 |
| 5/4/20 | 263 |
| 5/5/20 | 243 |
| 5/6/20 | 250 |
| 5/7/20 | 250 |
| 5/8/20 | 247 |
| 5/9/20 | 236 |
| 5/10/20 | 239 |
| 5/11/20 | 247 |
| 5/12/20 | 247 |
| 5/13/20 | 243 |
| 5/14/20 | 247 |
| 5/15/20 | 244 |
| 5/16/20 | 247 |
| 5/17/20 | 248 |
| 5/18/20 | 257 |
| 5/19/20 | 262 |
| 5/20/20 | 264 |
| 5/21/20 | 263 |
| 5/22/20 | 268 |
| 5/23/20 | 280 |
| 5/24/20 | 287 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 5/25/20 | 281 |
| 5/26/20 | 290 |
| 5/27/20 | 295 |
| 5/28/20 | 304 |
| 5/29/20 | 299 |
| 5/30/20 | 303 |
| 5/31/20 | 308 |
| 6/1/20 | 315 |
| 6/2/20 | 304 |
| 6/3/20 | 301 |
| 6/4/20 | 307 |
| 6/5/20 | 313 |
| 6/6/20 | 316 |
| 6/7/20 | 315 |
| 6/8/20 | 318 |
| 6/9/20 | 304 |
| 6/10/20 | 293 |
| 6/11/20 | 287 |
| 6/12/20 | 287 |
| 6/13/20 | 293 |
| 6/14/20 | 299 |
| 6/15/20 | 302 |
| 6/16/20 | 301 |
| 6/17/20 | 294 |
| 6/18/20 | 288 |
| 6/19/20 | 287 |
| 6/20/20 | 280 |
| 6/21/20 | 282 |
| 6/22/20 | 298 |
| 6/23/20 | 303 |
| 6/24/20 | 294 |
| 6/25/20 | 303 |
| 6/26/20 | 294 |
| 6/27/20 | 289 |
| 6/28/20 | 292 |
| 6/29/20 | 301 |
| 6/30/20 | 291 |
| 7/1/20 | 286 |
| 7/2/20 | 291 |
| 7/3/20 | 276 |
| 7/4/20 | 284 |
| 7/5/20 | 286 |
| 7/6/20 | 292 |
| 7/7/20 | 296 |
| 7/8/20 | 299 |
| 7/9/20 | 296 |
| 7/10/20 | 287 |
| 7/11/20 | 287 |
| 7/12/20 | 291 |
| 7/13/20 | 309 |
| 7/14/20 | 313 |
| 7/15/20 | 302 |
| 7/16/20 | 312 |
| 7/17/20 | 307 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|---|---|
| 7/18/20 | 308 |
| 7/19/20 | 314 |
| 7/20/20 | 316 |
| 7/21/20 | 313 |
| 7/22/20 | 323 |
| 7/23/20 | 324 |
| 7/24/20 | 323 |
| 7/25/20 | 328 |
| 7/26/20 | 334 |
| 7/27/20 | 345 |
| 7/28/20 | 344 |
| 7/29/20 | 336 |
| 7/30/20 | 337 |
| 7/31/20 | 336 |
| 8/1/20 | 335 |
| 8/2/20 | 337 |
| 8/3/20 | 343 |
| 8/4/20 | 341 |
| 8/5/20 | 351 |
| 8/6/20 | 346 |
| 8/7/20 | 353 |
| 8/8/20 | 353 |
| 8/9/20 | 358 |
| 8/10/20 | 363 |
| 8/11/20 | 352 |
| 8/12/20 | 372 |
| 8/13/20 | 361 |
| 8/14/20 | 344 |
| 8/15/20 | 324 |
| 8/16/20 | 323 |
| 8/17/20 | 346 |
| 8/18/20 | 338 |
| 8/19/20 | 340 |
| 8/20/20 | 337 |
| 8/21/20 | 349 |
| 8/22/20 | 335 |
| 8/23/20 | 342 |
| 8/24/20 | 359 |
| 8/25/20 | 362 |
| 8/26/20 | 350 |
| 8/27/20 | 354 |
| 8/28/20 | 360 |
| 8/29/20 | 366 |
| 8/30/20 | 359 |
| 8/31/20 | 370 |
| 9/1/20 | 367 |
| 9/2/20 | 364 |
| 9/3/20 | 357 |
| 9/4/20 | 356 |
| 9/5/20 | 365 |
| 9/6/20 | 357 |
| 9/7/20 | 372 |
| 9/8/20 | 378 |
| 9/9/20 | 356 |

SMARTCOMM15106

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 9/10/20 | 376 |
| 9/11/20 | 384 |
| 9/12/20 | 378 |
| 9/13/20 | 387 |
| 9/14/20 | 393 |
| 9/15/20 | 391 |
| 9/16/20 | 388 |
| 9/17/20 | 390 |
| 9/18/20 | 376 |
| 9/19/20 | 373 |
| 9/20/20 | 371 |
| 9/21/20 | 387 |
| 9/22/20 | 388 |
| 9/23/20 | 375 |
| 9/24/20 | 374 |
| 9/25/20 | 378 |
| 9/26/20 | 377 |
| 9/27/20 | 375 |
| 9/28/20 | 392 |
| 9/29/20 | 385 |
| 9/30/20 | 396 |
| 10/1/20 | 388 |
| 10/2/20 | 387 |
| 10/3/20 | 392 |
| 10/4/20 | 395 |
| 10/5/20 | 408 |
| 10/6/20 | 381 |
| 10/7/20 | 388 |
| 10/8/20 | 393 |
| 10/9/20 | 392 |
| 10/10/20 | 397 |
| 10/11/20 | 392 |
| 10/12/20 | 403 |
| 10/13/20 | 406 |
| 10/14/20 | 409 |
| 10/15/20 | 416 |
| 10/16/20 | 404 |
| 10/17/20 | 406 |
| 10/18/20 | 394 |
| 10/19/20 | 417 |
| 10/20/20 | 413 |
| 10/21/20 | 426 |
| 10/22/20 | 430 |
| 10/23/20 | 434 |
| 10/24/20 | 431 |
| 10/25/20 | 432 |
| 10/26/20 | 444 |
| 10/27/20 | 438 |
| 10/28/20 | 423 |
| 10/29/20 | 404 |
| 10/30/20 | 391 |
| 10/31/20 | 381 |
| 11/1/20 | 380 |
| 11/2/20 | 390 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| Date | Count |
|------|-------|
| 11/3/20 | 369 |
| 11/4/20 | 378 |
| 11/5/20 | 373 |
| 11/6/20 | 382 |
| 11/7/20 | 388 |
| 11/8/20 | 386 |
| 11/9/20 | 392 |
| 11/10/20 | 391 |
| 11/11/20 | 352 |
| 11/12/20 | 356 |
| 11/13/20 | 346 |
| 11/14/20 | 355 |
| 11/15/20 | 349 |
| 11/16/20 | 358 |
| 11/17/20 | 364 |
| 11/18/20 | 376 |
| 11/19/20 | 371 |
| 11/20/20 | 370 |
| 11/21/20 | 361 |
| 11/22/20 | 370 |
| 11/23/20 | 376 |
| 11/24/20 | 377 |
| 11/25/20 | 369 |
| 11/26/20 | 368 |
| 11/27/20 | 372 |
| 11/28/20 | 376 |
| 11/29/20 | 383 |
| 11/30/20 | 380 |
| 12/1/20 | 383 |
| 12/2/20 | 382 |
| 12/3/20 | 365 |
| 12/4/20 | 350 |
| 12/5/20 | 353 |
| 12/6/20 | 363 |
| 12/7/20 | 369 |
| 12/8/20 | 379 |
| 12/9/20 | 390 |
| 12/10/20 | 396 |
| 12/11/20 | 381 |
| 12/12/20 | 389 |
| 12/13/20 | 384 |
| 12/14/20 | 384 |
| 12/15/20 | 387 |
| 12/16/20 | 379 |
| 12/17/20 | 382 |
| 12/18/20 | 382 |
| 12/19/20 | 386 |
| 12/20/20 | 390 |
| 12/21/20 | 396 |
| 12/22/20 | 406 |
| 12/23/20 | 406 |
| 12/24/20 | 389 |
| 12/25/20 | 386 |
| 12/26/20 | 395 |

Daily Population 1/1/2017 - 1/31/2021
*Prisoner Counted for Each Day Housed*

| | |
|---|---|
| 12/27/20 | 401 |
| 12/28/20 | 415 |
| 12/29/20 | 400 |
| 12/30/20 | 396 |
| 12/31/20 | 397 |
| 1/1/21 | 401 |
| 1/2/21 | 400 |
| 1/3/21 | 399 |
| 1/4/21 | 401 |
| 1/5/21 | 394 |
| 1/6/21 | 397 |
| 1/7/21 | 392 |
| 1/8/21 | 392 |
| 1/9/21 | 401 |
| 1/10/21 | 398 |
| 1/11/21 | 409 |
| 1/12/21 | 414 |
| 1/13/21 | 419 |
| 1/14/21 | 426 |
| 1/15/21 | 428 |
| 1/16/21 | 430 |
| 1/17/21 | 431 |
| 1/18/21 | 442 |
| 1/19/21 | 450 |
| 1/20/21 | 447 |
| 1/21/21 | 455 |
| 1/22/21 | 460 |
| 1/23/21 | 455 |
| 1/24/21 | 458 |
| 1/25/21 | 453 |
| 1/26/21 | 457 |
| 1/27/21 | 448 |
| 1/28/21 | 448 |
| 1/29/21 | 442 |
| 1/30/21 | 432 |
| 1/31/21 | 432 |
| **Average Daily:** | 419.48 |

SMARTCOMM15109