

2/15/2012

Kevin Sumrall
Director of Operations
Correct Solutions LLC
192 Bastille Lane, Suite 200
Ruston, LA 71270

Dear Kevin:

Per your request, attached is the proposed purchase agreement for a Nexus Inmate Call Control System. We have put together a Nexus solution with a Data Center based switch to support approximately 5000 beds, and inmate telephones to accommodate the initial 2800 bed installations required immediately. Lattice will also assist Correct Solutions LLC to setup all functions required to operate an inmate telephone service business. Included in this document, you will find the following information:

    Section A – Equipment Pricing and Payment Terms
    Section B – Mutual Non-Disclosure Agreement
    Section C – Equipment Description and Brochures
    Section D – Warranty and Post-Sales Support
    Section E – Training

In addition, Lattice has agreed to put a copy of the Nexus Source code in escrow to be released based on the following conditions:

1. Lattice becomes insolvent or bankrupt
2. Lattice is purchased by any other company that does not intend to continue to support Correct Solutions, in addition Correct Solutions will be granted the right to offer a competing bid to purchase Lattice Incorporated and or the Nexus Source Code itself, whichever Correct Solutions chooses. Refer to section B of the contract.

The escrow service will be executed through a separate agreement through Iron Horse Incorporated. Please review and contact me with any questions. We very much look forward to our new partnership.

Sincerely,

Brian Hartman



## Section A – Equipment Pricing and Payment Terms

**Proposal:** Lattice Nexus Pricing  **Ship Date** 30 Days from Deposit

| Item | Item Description | Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | Nexus Call Control Switching Server | 2 | $ 25,000.00 | $ 50,000.00 |
| 2 | Nexus N+1 Switch server | 1 | $ 25,000.00 | $ 25,000.00 |
| 3 | Live Monitor Software | 184 | $ 100.00 | $ 18,400.00 |
| 4 | Nexus ICCS Software includes Call Control and Recording Software | 184 | $ 500.00 | $ 92,000.00 |
| 5 | Rate Tables (1 Required per exchange) | 3 | $ 500.00 | $ 1,500.00 |
| 6 | Cisco 2900 Series Gig Ethernet Switch/Router | 2 | $ 2,900.00 | $ 5,800.00 |
| 7 | Automated Prepaid Collect Software Module | 184 | $ 200.00 | $ 36,800.00 |
|   |   |   | **Total** | **$ 229,500.00** |

**Facility Requirements**
Station Ports (Price Includes Quintum ATA Device & Quintum CMS VOIP Interface)

| Item | Description | Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | All Jails | 500 | $ 450.00 | $ 225,000.00 |
| 2 | Stainless Steel Inmate Telephones w/Dynamic Handsets | 300 | $ 225.00 | $ 67,500.00 |
| 3 | Inmate Voice Mail Port Licenses | 500 | $ 50.00 | $ 25,000.00 |
| 4 | Voice Mail Server License | 1 | $ 25,000.00 | $ 25,000.00 |
| 5 | Lightning Protection Kits (24 Ports Per) | 12.5 | $ 500.00 | $ 6,250.00 |
|   |   |   | **Total Optional** | **$ 348,750.00** |

**Hardware**

| Item | Description | Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | Call Control Server Hardware | 2 | $ 6,500.00 | $ 13,000.00 |
| 2 | SQL Server Hardware | 2 | $ 5,500.00 | $ 11,000.00 |
| 3 | Live Monitor Server Hardware | 2 | $ 4,500.00 | $ 9,000.00 |
| 4 | RAID 5 SCSI 1.5 TB Recording Server Hardware | 3 | $ 6,500.00 | $ 19,500.00 |
| 5 | Voice Mail Server Hardware | 1 | $ 4,500.00 | $ 4,500.00 |
| 6 | Web Server Hardware | 1 | $ 5,500.00 | $ 5,500.00 |
|   |   |   |   | **$ 62,500.00** |

**Professional Services**

| Item | Description | Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | Installation and Training | 1 | $ 10,000.00 | $ 10,000.00 |
| 2 | Managed Prepaid Collect via CSA 24/7 Call Center | | No cost to LaSalle with $9.95 deposit fee | |

**Web Interface**

| Item | Description | Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1 | Lattice Web Application (One time fee) | 1 | $ 30,000.00 | $ 30,000.00 |
| 2 | 10 User License Pack | 5 | $ 750.00 | $ 3,750.00 |
|   |   |   |   | **$ 33,750.00** |

**Payment Terms**
$ 342,250.00  Deposit
$ 342,250.00  Due Net 30 of Delivery

| | |
|---|---|
| Total | $ 684,500.00 |
| Shipping | bill on ship |
| Taxes | TBD |
| **Grand Total** | **$ 684,500.00** |

---

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

**Proposal:** Software License Fees

| Item | Item Description | |
|---|---|---|
| 1 | Quarterly software releases (Includes Major & Minor releases for Commander Nexus operation & call processing) | Included |
| 2 | Web Interface Enhancements | Included |
| 3 | Installation and configuration | Included |
| 4 | Various Bug Fixes | Included |
| 5 | Release Notes | Included |

**Pricing**

**$0.02**   Per completed billable* Billed Monthly Due Net 30

* Completed billable call is defined as any call that results in revenue generated for Client
These calls include
- Collect Calls
- Debit Card calls
- Pre-paid Collect calls

Calls which do not result in revenue generated for Client will not result in any fees.
These calls include:
- Blocked Calls
- Incomplete Calls
- Pre-paid Collect Prospecting calls
- Unanswered calls
- Busy Calls

Any other call type that does not result in revenue generated for client

Lattice Incorporated Nexus Agreement with Correct Soultions LLC                                                                 Page 3

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

Section B – Mutual Nondisclosure Agreement

# Mutual Nondisclosure Agreement

- ### Recitals

The parties hereto have entered into a business relationship which may involve the disclosure by each party (the "Disclosing Party") to the other party (the "Receiving Party") of confidential and proprietary information regarding (the "Information") which is owned by the Disclosing Party, its affiliates or third parties to which the Disclosing Party has obligations regarding the protection of such Information. As a condition to each Disclosing Party's release of such confidential and proprietary Information, the parties wish to enter this Agreement.

- ### Agreement

NOW, THEREFORE, in consideration of the mutual promises herein, the parties agree as follows:

1. **Confidential Information.** "Confidential Information" means all confidential or proprietary Information disclosed or made available by the Disclosing Party to the Receiving Party, which is designated in writing or verbally as confidential or proprietary information, or is observed by the Receiving Party while on the premises of the Disclosing Party. Notwithstanding the foregoing, "Confidential Information" shall not include any information which the Receiving Party can show (a) is now or later becomes available in the public domain without breach of this Agreement by the Receiving Party, (b) was in the possession of the Receiving Party prior to disclosure to the Receiving Party by the Disclosing Party, (c) was received from a third party without breach of any nondisclosure obligations to the Disclosing Party or otherwise in violation of the Disclosing Party's rights, or (d) was developed by the Receiving Party independently of any Confidential Information received from the Disclosing Party.

2. **Nondisclosure.** The Receiving Party (a) shall treat all Confidential Information as strictly confidential, (b) shall not disclose any Confidential Information to any other person or entity without the prior written consent of the Disclosing Party, (c) shall protect the Confidential Information with at least the same degree of care and confidentiality as it affords its own confidential information, at all times exercising at least a reasonable degree of care in such protection, and (d) shall not use any Confidential Information in any manner except for purposes of a transaction with the Disclosing Party (or evaluation for a possible transaction with the Disclosing Party), or as otherwise agreed by the Disclosing Party in writing. Notwithstanding the foregoing, the Receiving Party may disclose Confidential Information pursuant to an order of a court or governmental agency as so required by such order, provided that the Receiving Party shall first notify the Disclosing Party of such and afford the Disclosing Party the opportunity to seek protective order relating to such disclosure. The Receiving Party hereby agrees to notify the Disclosing Party immediately if it learns of any use or disclosure of any Disclosing Party Confidential Information in violation of the terms hereof. It is understood by each party that the other party performs and has performed substantially independent development relating to telecommunications technology and related hardware and software products. Neither this Agreement nor receipt of Confidential Information hereunder shall limit either party's

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

independent development and marketing of products or systems, nor will this Agreement or receipt of Confidential Information hereunder prevent either from undertaking similar efforts or discussions with third parties, including competitors of each party. Nothing in this Agreement shall restrict either party's discretion to transfer or assign its personnel or prevent employees who had access to Confidential Information from using that information mentally retained as part of their general skill, knowledge, talent and expertise.

*[handwritten margin note: Should state WKM 5 years P.D.]*
*[handwritten above section 3: WKM P.D.]*

3. **Term.** The term of this Agreement shall commence on the date hereof and shall terminate ~~three (3)~~ *five (5)* years thereafter, provided that all obligations hereunder with respect to disclosures of Confidential Information during the term hereof shall survive termination for a period of five (5) years.

4. **Title and Proprietary Rights.** Notwithstanding the disclosure of any Confidential Information by the Disclosing Party to the Receiving Party, the Disclosing Party shall retain title thereto and all intellectual property and proprietary rights therein, and the Receiving Party will have no right, by license or otherwise, to use the Confidential Information except as expressly provided herein, *specifically see section 11 of this agreement*. The Receiving Party shall not alter or obliterate any trademark, trademark notice, copyright notice, confidentiality notice or any notice of any other proprietary right of the Disclosing Party on any copy of the Confidential Information, and shall faithfully reproduce any such mark or notice on all copies of such Confidential Information.

5. **Return of Confidential Information.** The Receiving Party promptly will return all tangible material embodying Confidential Information (in any form including, without limitation, all summaries, copies and excerpts of Confidential Information) upon the earlier of (a) the completion or termination of the dealings between the Disclosing Party and Receiving Party, and (b) the Disclosing Party's written request. The terms of this Agreement will survive termination hereof and the survival period of section 3 with respect to all tangible material embodying Confidential Information.

6. **Remedies.** Both Parties to this agreement, (The Receiving Party and The Disclosing Party) acknowledge that if either Party fails to comply with any of its obligations hereunder, the other Party may suffer immediate, irreparable harm. Both Parties agree that, in addition to all other remedies provided at law or in equity, the either Party shall be entitled injunctive relief hereunder.

7. **Limited Relationship.** This Agreement will not create a joint venture, partnership or other formal business relationship or entity of any kind, or an obligation to form any such relationship or entity. Each party will act as an independent contractor and not as an agent of the other party for any purpose, and neither party will have the authority to bind the other.

8. **Cumulative Obligations.** Each party's obligations hereunder are in addition to, and not exclusive of, any and all of its other obligations and duties to the other party, whether express, implied, in fact or in law.

9. **Entire Agreement; Amendment.** This Agreement constitutes the entire agreement between the parties relating to the matters discussed herein and may be amended or modified only with the mutual written consent of the parties.

10. **Miscellaneous.** The provisions of this Agreement shall be governed by the laws of the

Lattice Incorporated Nexus Agreement with Correct Soultions LLC                                    Page 5

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

State of New Jersey. In the event that one or more of the provisions contained in this Agreement shall, for any reason, be held invalid, illegal or unenforceable in any respect, then to the maximum extent permitted by law, the remaining provisions of this Agreement shall remain in full force and effect to the maximum extent possible. Any waiver, express or implied, by any party of any of its rights arising under this Agreement must be in writing and shall not constitute or be deemed a waiver of any other right hereunder, whether of a similar or dissimilar nature. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns, provided that no Confidential Information shall be transferred to or disclosed to any successor or assignee, without the prior written consent of the Disclosing Party. This Agreement may be executed in one or more counterparts, all of which together shall constitute one and the same instrument.

11.     **Source Code.** As it relates to the following

(A) In the unfortunate event that Lattice has to file for bankruptcy protection either voluntarily of forcefully or becomes insolvent then the source code to the inmate phone system would be relinquished to Correct Solutions in order for Correct Solutions to be able to maintain their phone system. This includes but not limited to the Nexus call system and any software or improvements that are associated with the present inmate phone system platform that Correct Solutions purchases.

(B) The source code to the inmate phone system will be released to Correct Solutions LLC if Lattice Incorporated sales the inmate phone division of their company if the acquiring company does not intend to continue to support Correct Solutions.

(c) Correct Solutions will have the right to submit a competing bid if a sale where to take place for Lattice inmate phone company, equipment, or technology.

Lattice Incorporated Nexus Agreement with Correct Soultions LLC                                          Page 6

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

## Section C – Equipment Description and Brochures
### NEXUS INMATE CALL CONTROL SYSTEM

### Switching Server

The Switching Server (SS) is the primary point of control for the inmate telephones and all inmate phone calls. The SS provides management of all calls including access to various servers and processes as needed for authorization and billing of inmate calls. The SS has integrated IVR capabilities. The SS does not contain any major system data internally, rather it utilizes the services of distributed servers on the network to perform tasks such as database access and interface to external systems such as payment and authorization. The principle role of the SS is to interface with the inmate telephone and PSTN to perform the steps necessary to manage telephone calls. The SS supports various telephony interfaces including Primary Rate ISDN, Digital CAS trunks, and analog trunks. The SS is designed to process a high volume of calling traffic while maintaining a good user experience on the telephone. The SS is also responsible for real time fraud detection and prevention making use of sophisticated Digital Signal Processing (DSP) techniques to analyze call and audio information. Each SS is capable of handling a finite number of concurrent calls. The system can easily be scaled to handle additional call volumes as growth of the IPS requires by adding additional SS devices. The SS is built using industry standard processors running the Microsoft® Windows operating system. The SS also utilizes specialized hardware and software unique to the inmate phone control industry to perform operations that are not efficiently possible using other soft switch or PBX like systems.

### Call Control Server

The Call Control Server (CCS) is the main provider of database access and rules processing. The CCS provides access to various system databases and provides a number of service queries to fulfill the necessary operations to support call flows within the Switching Server. The CSS handles primarily transaction based tasks such as authorization of PIN and Phone Numbers, telephone schedules and permissions and call rating. Through the CSS call detail records are stored and access to external services such as LIDB Validation or Credit Card Authorization are available. The CSS Can service requests from many Switching Servers providing a high degree of scalability to a Nexus switching facility.

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

### Recording Server

The Voice Recording Server (VRS) captures live audio streams from the Switching Server and stores these streams in files on the recorder storage system. Recorded files are stored in a proprietary file format. Originally audio files are stored in an uncompressed 64K bps format. A background process compresses these recordings for long term storage. The recorder is the only device in the system with operational access to the recording files. All client processes wishing to access a recording must do so using a proprietary access protocol and audio streaming techniques. This requirement provides a layer of security to the recorder in that there is no access to the original audio files and data. Files on disk internally contain an encrypted digital signature or watermark representing the file data. This watermark can ensure the integrity of the audio data and verify that it has not been tampered with at any time.

### Web Server

The Site Manager Server is a WWW Server hosting the administration applications for the Nexus Platform. The server is based on standard server operating systems and web server technologies such as IIS and Cold Fusion. The Site Manager Server hosts several applications for various aspects of system administration.

### SQL Server

The SQL Server is a standard commercial MS SQL Server implementation. It provides database access and management services.

### Live Monitoring Software

The Live Monitoring Server (LMS) provides real-time surveillance of all calling activity in the system. The LMS also maintains the list of active watches for all system users. All call attempts are check in real-time against all active watch criteria. The LMS performs necessary notification actions including the initiation of remote call forwarding of live calls.

Lattice Incorporated Nexus Agreement with Correct Soultions LLC  Page 8

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.



**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.



## Commander Nexus Inmate Call Control



### Commander Nexus

Lattice Incorporated (LTTC-OTCBB) is proud to introduce the next generation of Inmate Call Control telephone platforms. The Commander Nexus reliably manages multiple correctional facilities from one central, secure location.

#### The Reliable Choice
The Nexus is built on a carrier class compact PCI telecom platform and installed in secure collocation facilities providing back-up power generators, fibre optic internet connectivity, and direct redundant telecommunication switch access for maximum reliability.

#### The Economical Choice
The Nexus' centralized approach to call control allows Lattice to operate with minimal operating cost. In addition, The Nexus is designed and manufactured exclusively by Lattice personnel. We are not a re-seller. These two key factors allow Lattice to offer enhanced call control features, while maintaining the highest commission rates possible.

#### The Efficient Choice
Serving multiple facilities from a single location allows even the smallest of correctional facilities to share in all the high dollar features previously only offered to large facilities. Standard features include Digital Voice recording, Live monitoring, Patented three-way call detection, Internet Based User Friendly Interface, and a variety of fraud management and call control applications.

Lattice (Formerly Science Dynamics) has been manufacturing Call Control Solutions since 1986. We currently serve over 1000 correctional facilities nationwide. For more information call us at (856) 910-1166 or e-mail sales@latticeincorporated.com.

- Multiple Facility Support
- Digital Voice Recording
- Live Monitoring of calls
- Easy to use Web-Based Graphic User Interface
- Investigator Alerts
- Bullet-proof, industry leading reliability
- Patented 3-Way call detection
- Comprehensive Inmate Call Control Functions
- Real-time call validation and fraud controls
- JMS and Commissary integration
- 22 years of Inmate Call Control Experience



**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

Quintum VoIP Products

The Tenor AX Series offers:




- 8, 16, 24 or 48 Analog line and trunk interfaces
- Up to 48 simultaneous VoIP calls
- Available in MultiPath or Gateway configurations
- •Auto-Provisionable
  • Unified Communications Proxy (UCP)
- Support for external Remote Management Session Server*
- Perfect for small to medium sized businesses, SOHOs and branch offices
- The Quintum® Tenor® AX Series gives small to medium sized businesses, SOHOs and branch offices with analog voice infrastructures an easy, cost-effective way to capitalize on the power of Voice over IP (VoIP). Tenor offers a complete survivable branch office solution providing support for integrating analog endpoints and the PSTN, while offering backup call processing support for all SIP and analog calls.
- Both versions of Tenor still include the features that made Quintum the VoIP market value leader.
- MultiPath architecture for easy integration with existing voice and data infrastructure, meaning little or no re-programming of the PBX, or upgrades are required and no need for special dialing plans.
- Transparent MultiPath Call Routing to intelligently route calls between the PBX, the PSTN, and the IP network to achieve the best combination of cost and quality. The Tenor can also route calls over IP to reduce costs, and then transparently "hop off" to the PSTN, to reach off-net locations.
- PacketSaver™ Technology multiplexing to reduce bandwidth consumption by up to 57% by combining voice packets from multiple calls into a single packet.
- Universal Dial Plan that provides a programmable dial plan for Tenor to be integrated into any network environment.
- Auto Provisioning interface allows the Tenor solution to be deployed worldwide, and configured automatically by acquiring the configuration information from a central server, upon installation. The same auto-provisioning capability allows the Tenor to be configured from a VoIP application, thus supporting a single user interface between the VoIP application and the Tenor configuration.
- Unified Communications Proxy (UCP) provides 'Any to Any' connectivity: SIP-SIP, TDM-TDM and SIP-TDM, for easy integration with any network.
- NATAccess™ to allow Tenor to operate behind NAT firewalls to translate internal IP addresses into public addresses when a VoIP call is established with an outside party.
- Remote Management for anywhere, anytime remote management even behind NAT firewalls with Quintum's Remote Management Session Server.
- Tenor and Tenor S now assure that VoIP can be deployed easily in existing voice and data networks, offering unmatched voice quality and survivability, network-wide scalability, and easy, secure remote management for installation, configuration, upgrades, troubleshooting and repair. All this adds up to lower TCO than any other VoIP solution on the market.

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

# Mini Stainless Steel
## 7010SS



- Built-in user controlled volume "LOUD" button for ADA mandated volume control (must be user-controlled volume amplification AND volume must be reset to normal with on-hook to meet ADA requirements).
- Heavy duty 14 gauge brushed stainless steel provides rugged vandal resistant telephone housing designed for inmate use.
- Confidencer technology, built into every dial, filters out background noise at the user's location, allowing better sound to the called party.
- All-in-one electronic dial features modular incoming line and handset connections for quick maintenance. Carbon (HS) and DuraClear (DURA) Handsets have separate 4-pin connections.
- Heavy chrome metal keypad bezel, buttons, and hookswitch lever withstand abuse and vandalism.
- Armored handset cord is equipped with a steel lanyard (1000# pull strength) and secured with a 14 gauge retainer bracket for maximum vandal resistance.
- Handset has sealed transmitter and receiver caps, suitable for heavy use and abuse locations.
- Pin-in-head security screws minimize tampering.
- Hearing aid compatible and FCC registered US:1DATE05BITC-254, IC:3267A-ITC254.

### ACCESSORIES:

- Handset length and style of your choice, choose carbon or DuraClear
- Standard 178A Backboard for mounting
- Adaptor Plate for mounting Mini Phones to 178A Blackboards and pedestals
- Conduit Backboard with two (2) or (4) entry positions
- Standard Flush Mount Pedestal
- Adjustable Pedestal
- 4 Wheel Rollcart



4.75"
11.125"

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

Section D – Warranty and Post-Sales Support

# Lattice Incorporated

## WARRANTY
## &
## POST SALES SUPPORT

Revision 1.9  1/1/2012

### WARRANTY GENERAL INFORMATION

Lattice Incorporated (LATTICE) warrants to its customers that its hardware and software shall be free from defects in design, material and workmanship for a period of two years from date of shipment. During this period, LATTICE will furnish software maintenance at no charge for those items that directly affect system operation (as defined by the System's User Documentation) and/or reliability. All LATTICE's products are serialized and the ship date can be determined by the serial number.

Products sold as part of LATTICE's system, but manufactured by others such as, but not limited to, servers, printers, and PC's, carry the full LATTICE warranty.

Customers (Telephone Company or end user) must return directly to LATTICE, at the customer's risk and expense, any LATTICE product that has failed in normal service during said warranty period(s). The failed product will be repaired or replaced, at the option of LATTICE, and returned to the customer at the risk and expense of LATTICE. The correction of defects by repair or replacement shall constitute the fulfillment of all obligations of LATTICE with respect to the product's warranty.

If the customer is experiencing an outage due to an item, and a customer support representative indicates that a replacement item is required, LATTICE will ship to the Customer that item within 24hrs of the service call during a normal working week. **The faulty item must be returned to LATTICE within 5 working days, or the customer will be billed in full for the item shipped. If customer is billed for an item due to the lack of return, that item becomes the possession of the customer and will require a RA number for LATTICE for repairs.**

### WARRANTY EXCLUSIONS

LATTICE shall have no obligation to honor warranty for any of the following occurrences.

- Installation of customer initiated software
- Non authorized alterations, modifications and/or repairs
- Lack of general maintenance [filter cleaning, etc.]
- Damage resulting from accidents, abuse and/or misuse
- Failure or surge due to electrical power
- Failure due to environmental conditions [ climate control ]

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

- Failure due to lightning strike [natural disasters]

LATTICE HEREBY DISCLAIMS ALL OTHER WARRANTIES EXPRESSED OR IMPLIED FOR OUR PRODUCTS INCLUDING, BUT NOT LIMITED TO, THE WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## REPAIRS GENERAL INFORMATION

LATTICE provides full product support for warranty repair. LATTICE's Field Service Department provides prompt analysis and repair of subassemblies returned by the customer.

LATTICE's repair turnaround objective is five working days in-house, excluding OEM materials that must be repaired by the original manufacturer.

## RETURN AUTHORIZATION

A Return Authorization (RA) number must accompany all units returned to LATTICE for repair. This number may be obtained by telephone from LATTICE's TAC (Technical Assistance Center) or Help Desk Department. This number should be used for all paperwork or telephone transactions between the customer and LATTICE. It should also be included with the returned unit and clearly marked on the outside of the shipping container. All repair and return components are handled in the following manner:

1. Customer telephones LATTICE's TAC or Help Desk.
2. LATTICE's representative will provide the customer with an RA number
3. The customer will provide the failed component's serial number, contact, phone number, and the return address for the repaired component.

A description of the type of failure or trouble symptoms exhibited should also accompany the unit in order to assist LATTICE in expediting the repair.

LATTICE's repair turnaround objective is five working days in-house, excluding OEM materials that must be repaired by the original manufacture.

## WARRANTY REPAIR

In-warranty components are repaired at no charge to the customer. Shipping and insurance costs to LATTICE for in-warranty components are borne by the customer and are prepaid by LATTICE upon return shipment.

Repair items within warranty will be covered by the original warranty (two year from date of ship).

## NON- WARRANTY REPAIR  *[including warranty exclusions]*

Post-warranty repair costs are one fourth of the component's list price, with a minimum repair charge of $500. These charges apply even if no trouble is found. Shipping and insurance costs to and from LATTICE for post-warranty components are borne by the customer. Out of warranty items will carry a 90 day warranty from date of repair.

## UNAUTHORIZED REPAIRS

Lattice Incorporated Nexus Agreement with Correct Soultions LLC　　　　　　　　　　　　　　　　Page 14

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

Material returned to LATTICE for repair will be held at the receiving area if received without:

- RA Number
- purchase order number [if required]
- return delivery address
- billing address

**EMERGENCY REPLACEMENTS FOR NON WARRANTY PRODUCTS**

Lattice does not provide advance replacements for its equipment on non-warranty systems.

Emergency shipment constitutes material that is requested to be shipped before the normal 60 day Sales Order delivery. The Customer must provide to LATTICE a purchase order before the material is shipped. There is a standard $100.00 handling charge for an emergency replacement and the customer will be billed for the component at the list price, plus shipping. A purchase order number and a billing address must be received before an emergency shipment can be processed.

**Lattice Incorporated Nexus Agreement with Correct Soultions LLC**                                                                 Page 15

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited

Section E – Training

# Training

During the installation process, a certified trainer will conduct several training classes to the satisfaction of CORRECT SOLUTIONS LLC. In addition, CORRECT SOLUTIONS LLC may request additional web based training courses at no cost. Lattice will provide hands-on, on-site training your personnel in system administration, operation, and report production.

The training will include all aspects of the ITS platform. Each training session can support up to fifteen (5) trainees, and will last up to eight hours. Literature and DVDs will be provided to each trainee prior to the training class.

Training will be conducted on site and will cover the following topics:

- System overview
- Administration Work Station familiarization
- Password administration
- Program menus
- The Facility Manager Program
- PIN management
- Blocking numbers
- Searching and understanding call records
- Archiving records
- Creating and printing reports
- Running call record analyses
- Live monitoring of calls in progress playback of recorded calls
- Archiving call recordings
- Extraction of recorded calls to CD ROM
- Customer and technical service contract procedures

Additional on-site training courses may be requested at the following price schedule:

$1000 per day + travel expenses.

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

## Agreement Execution

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed by their duly authorized representatives.

LATTICE INCORPORATED

By: _[signature]_

Title: CEO

Address (for Notice):
7150 N Park Dr Suite 500
Pennsauken NJ 08109

Correct Solutions LLC.

By: _[signature]_

Title: Managing Member

Address (for Notice):
192 Bastille Lane, Suite 200
Ruston, LA 71270

Included in agreement:

Section A – Equipment Pricing and Payment Terms

Section B – Mutual Non-Disclosure Agreement

Section C – Equipment Description and Brochures

Section D – Warranty and Post-Sales Support

Section E - Training

**Confidential:** The information contained in this document is privileged and confidential, intended solely for use by the contracting partner. Unauthorized distribution of this information to third parties is prohibited.

# FIRST AMENDMENT TO LATTICE INCORPORATED NEXUS AGREEMENT WITH CORRECT SOLUTIONS, LLC

This is the First Amendment to that certain Lattice Incorporated Nexus Agreement with Correct Solutions, LLC ("Agreement") between Lattice Incorporated ("Lattice") and Correct Solutions, LLC ("Correct Solutions"), dated February 15, 2012.

### Background

Lattice and Correct Solutions desire to amend Section 11 – Source Code of Section B – Mutual Nondisclosure Agreement of the Agreement to clarify the events triggering the release to Correct Solutions of the Nexus Inmate Call Control System and any software or improvements made to the inmate phone system platform purchased by Correct Solutions (collectively "Nexus Source Code").

Lattice and Correct Solutions each desire to reaffirm their acceptance of the terms and conditions of the Agreement, as amended herein, as follows:

### First Amendment to Agreement

This First Amendment to Agreement is entered into effective the 28th day of August, 2015, by and between the undersigned as duly authorized representatives of the respective parties hereto.

Lattice and Correct Solutions hereby amend the original Agreement as follows:

Amendment to Section B – Mutual Nondisclosure Agreement, Section 11 – Source Code of the Agreement is hereby amended and restated in its entirety as follows:

"11. Source Code.

(A) A copy of the Nexus Source Code shall be placed in escrow by Lattice with an escrow agent and pursuant to a form of escrow agreement acceptable to both Lattice and Correct Solutions, which escrow agreement will provide that the Source Code will be released to Correct Solutions in the event that one or more of the following conditions occurs:

(i) Lattice declares bankruptcy or is placed in involuntary bankruptcy; or

(ii) Lattice fails to function as a going concern or operate in the ordinary course of business; or

(iii) Lattice sells its inmate phone division and the purchasing entity does not intend to provide support to Correct Solutions at current rates for the Nexus Inmate Call Control System purchased by Correct Solutions from Lattice pursuant to this Agreement, including but not limited to, any and all software updates and improvements associated with the system purchased; or

(iv) Correct Solutions purchases Lattice's inmate phone division, or substantially all of the equipment and/or technology of such division.


EXHIBIT 23

(D) Should the Nexus Source Code be released to Correct Solutions pursuant to Section (A)(i)-(iii) above, such release of the Nexus Source Code will be at no cost to Correct Solutions; hence, the release will not require Correct Solutions to compensate Lattice or its successors or assigns for the Nexus Source Code.

(E) Should Lattice decide to offer for sale or receive an offer to purchase Lattice, its inmate phone division, substantially all of the equipment, and/or technology of such division, or the Nexus Source Code, Lattice shall present the proposed terms to Correct Solutions and negotiate with Correct Solutions regarding potentially purchasing Lattice, its inmate phone division, substantially all of the equipment, and/or technology of such division, or the Nexus Source Code, as applicable..."

All other provisions of the Agreement not amended herein shall remain in full force and effect.

Lattice and Correct Solutions ratify and confirm the Agreement, as amended.

**IN WITNESS WHEREOF,** the parties have caused this First Amendment to Lattice Incorporated Nexus Agreement with Correct Solutions, LLC to be executed by their duly authorized representatives.

WITNESSES:

Signature: *Karen L Jeffery*
Printed Name: Karen L Jeffery

Signature: _____
Printed Name: _____

LATTICE INCORPORATED:

By: Paul Burgess
Title: CEO
Date: 8/28/15

WITNESSES:

Signature: *[signature]*
Printed Name: Kevin L Severall

Signature: *[signature]*
Printed Name: William K. McConnell

CORRECT SOLUTIONS, LLC:

By: Patrick H. Temple
Title: Managing Member
Date: 8/28/15